# EXHIBIT A



FILED
CIVIL DIVISION
MAR 21 2023

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Superior Court of the
District of Columbia

Case No. 2023 1623

*I have jurisdiction because I filed a harassment lawsuit at a court with no Court date Ever. Close*

**COMPLAINT**
Jurisdiction of this Court is founded on D.C. Code § 11-921.

Dr Felecia Binson Williams
PLAINTIFF

420 Oglethorpe St NW
Address (No Post Office Boxes)

Washington, DC 20011
City          State          Zip Code

205 861 9110
Telephone Number

fbchemist@outlook.com
Email Address (optional)

vs

*Chief Judge   Lawsuit against Court*
US District Court for the District of Columbia
DEFENDANT

333 Constitution Ave NW Rm 1225
Address (No Post Office Boxes)

Washington DC 20001
City          State          Zip Code

Mr Merrick Garland *See particulars Retroletment Retro Salary Plus $101 million*
Telephone Number

Email Address (optional)

*Total military Years 29 years on DD-214   3 Yrs 11 mo 19 days*

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

See complaint handwritten   — See SF-50 for GS-11/2
I requested amended personnel documents due to
Fraud by DHHS. Fraud DOJ Matthew Graves 481052 Jane Lyons 451737
TED                    DD-214 dated 22 March 2018
PCD   (Read ALL         15 yrs 9 mo 2 days
RIF    375 pgs)         65 day AWOL (Never)
Personnel Order         19 years Total USP HS
* See transcripts required education   DHHS

2. What relief are you requesting from the Court? Include any request for money damages.

$150 million for Fraud, Laziness, Dereliction of
Duty        Not reading

You, U.S. District Court does not have a Court
date. You cannot receive or file cases Ever.

3.   State any other information, of which the Court should be aware:    *mail documents to me in complaint section*

✗ You have 10 days to respond to me in writing to my address and 21 days to fill documents in Court

You have 10 days to respond to filing a fraudulent lawsuit in my name or your attorney who spoke on your behalf.
1:23-cv-00312 Section III

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).   *what is this explain*

**SIGNATURE**

3-21-2023

**DATE**

Subscribed and sworn to before me this ___21___ day of ___March___ 20_23_

(Notary Public/Deputy Clerk)

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Dr Felicia Bînïra Williams ProSe_
_____
Plaintiff

vs.

Case Number    **2023  1623**

_U.S District Court Chief Judge_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Dr Felicia Bînïra Williams ProSe_
_____
Name of Plaintiff's Attorney

_420 Oglethorpe St NW_
_____
Address

_Washington, DC 20011_

_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date ___3/2/_____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시요     ራማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

            contra

_____        Número de Caso: _____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

Nombre del abogado del Demandante
_____

                                                Por _____
Dirección                                                              Subsecretario
_____

                                                Fecha _____
Teléfono
_____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시오    የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH

**INFORMATION SHEET**

Plaintiff(s): *Dr. Felicia Benton William*

Case Number: **2023 1623**

vs

Defendant(s): *Chief Judge US District Court for DC*

Date: _____

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* | Relationship to Lawsuit |
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☒ Self (Pro Se) |
| Telephone No.:          Unified Bar No.: | ☐ Other: |

TYPE OF CASE: ☒ Non-Jury   ☐ 6 Person Jury   ☐ 12 Person Jury
Demand: $ *15 million*   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: *2023 CAB 000580* Judge: *Yvonne Williams* Calendar #: *5-5-2023*
Case No. *2022 CAB 006038* Judge: *Ebony Scott* Calendar #: *3-31-2023*

---

**NATURE OF SUIT:**   *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☐ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**          *1:23-cv-00312*
- ☐ Accounting
- ☒ Deceit (Misrepresentation)    *FRAUD*
- ☒ Fraud
- ☐ Invasion of Privacy       *misrepresentation*
- ☐ Lead Paint                *in federal lawsuit*
- ☐ Legal Malpractice         *filed in my name*
- ☐ Motion/Application Regarding Arbitration Award
- ☒ Other - General Civil    *Dereliction*
  *failure to do job   of Duty   No court date ever*

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti – SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

☐ **TRAFFIC ADJUDICATION APPEAL**

☐ **REQUEST FOR FOREIGN JUDGMENT**

_____          *3-27-2023*
Filer/Attorney's Signature                    Date



Nervous breakdown at
Work
Retirement Now!

Part II

# DHHS Steps to Retraction of ROS for O6

Lawsuit EEO - Retraction Promotion

1. Email to Liz Phillips 11-19-2013 pg 15
2. Email to Admiral for help 11-21-2013 to discuss harassment. Rs 106-109
3. Email from CAPT Varsaci about eligibility for Promotion for O6. I did not need to be in O6 billet. I was hired to be a color expert; regs 1status. pg 105 (w/ instructions 11-15-2013)
   I write my ROS not Kwame or Liz.
4. Kwame edited after the Highly Recommended was signed and sent off. Cannot retract.
5. Email to Kwame reminding him about promotion. I was a CDR for 6 years by 12-2013. Review is 2014 and selection is 2014 and pin on is 2015 - April - 1st for me. 11-20-2013 pg 103 (w/attachments)

11.) 11-17-2013 Elizabeth Claverie Stated management know who would Signed the ROS.

12.) 12-18-2013 Kwane sent his Retracted Highly Recommended revised ROS Recommended comments for me to review.

13.) 12-19-2013 Kwame sent the downgraded ROS.

Elizabeth Claverie Williams was not eligible for CDR or CAPT(06) after a Court Maritial in 2004 that removed rank ot LCDR to LT for being AWOL for 2 years.

You Judge Beryl Howell and Judge Rudolph Contreras hired Department of Justice lawyers to represent you in a Fraudulent case submitted in my name Dr. Felicia Binien Williams, PhD Commander. You Judges can be dis barred. as well as the DOJ lawyers; Matthew M. Graves bar # 481052 and Jane Lyons bar # 451737. Furthermore, Judge Randolph D. Moss Signed off on the fraudulent lawsuit filed in my name;

(E1)

1:23 - CV-02175. <u>Two other people</u>
participated in fraud; Alicia Dupre
[Alicia.Dupree@usdoj.gov] and
[<u>Tammatha.Dawkins</u>@usdoj.gov]
<u>Tammatha Dawkins</u>.

<u>The purpose of you filing</u>
the Motion to Dismiss was to
request the removal of 2022
CHR 00 6038. You did not need to
file a federal lawsuit to do
this,

Mr. Merrick Garland how many times
have You DOJ attorneys done this
in EEO lawsuits or any lawsuits?

My lawsuits 1: 22-cv-01084,
1: 16-cv-02362 and DC 16CA
08080B, 2022 CAB 006038
(requested that the Judges provide
corrected copies of my personnel
documents) the Merit System
Protection Board case was filed
in 2017 by Mr. Charles Walton
DC-3443-17-415-I-1

3 (iii)





*for Mr. Garland the US Attorney General*

For any law suits against me for trying to obtain my **FULL Military retirement from DHHS [4 civil service years, 2 years Master Degree 5 years undergraduate degree = 11 TED of 4-1-1989]** and **[RCD of 4-1-1990 or 6-5-1990]** and **Should state CORPS CODE: Disability Retired and NOT** <u>CORPS CODE:16 Regular Retired</u> **on personnel order** and
**What does this mean? 16 Regular Retired and NOT Regular CORPS ACTIVE CODE 11 will propel correct VA benefits** see case number 1:22-CV-01084.

*① Retirement Harassment* · *Court order copied*

For any law suits against me ............. For any complaints about my complaining to the US District Court for the District of Columbia about being denied a **Civil Protection Order [2022 CPO 001827]** please see **CASE number 1:22-CV-01791** <u>DAMAGES: $500,000.00</u> **and contingencies in lieu of $12,000,000.00 and contingencies** for mental harassment of a disabled veteran and trying to make me stay with an abusive man who has multiple children potentially.

*② Civil Protection Order* · *1-20-707 copied 1-19-23*

For any law suits against me .................. For any complaints about my complaining to the US District Court for the District of Columbia about my **DIVORCE [2022 DRB 1912] being delayed another 100 days [6-22-2022 initial hearing 9-30-2022 rescheduled until 1-11-2023] There should only be 1 hearing for a divorce.** See **CASE number 1:22-CV-02993.** <u>DAMAGES: $2.5 million dollars</u> **and contingencies** for mental harassment of a disabled veteran and trying to make me stay with an abusive man who has multiple children potentially.

*③ Divorce* · *Done* · *Filed 1-19-23 US District Court for DC.*

For any law suits against me ............. For any complaints about my complaining to the US District Court for the District of Columbia about Walter Reed Military Medical Center sending me away at 11:45pm to Calver Health when I asked to be sent to Sibley Hospital see CASE number 1:22-CV-02178. **Kidnapping** *Walter Reed*

*④*

*⑤ 2022 CAB006038 Retirement Counterdified*
NOTHING THAT I SUBMITTED WAS Fanciful, FRIVILOUS OR LYING. I TOLD THE TRUTH AND NO ONE CAN HANDLE THAT.

APPARENTLY, NO ONE READ EITHER. YOU THINK I WANT MONEY. I WANT JUSTICE for the loss of my career, delayed divorce, kidnapping from Walter Reed National Military Medical Center.

*$50,002 ↑ 300,000*

I do not need to be exonerated. I do not need expungement. I do not need to be acquitted. I do not need a pardon. Why? I told the truth to be best of my ability about FRAUD, Harassment, Theft, Bullying. This is my life. Never take any of it.

*⑥ UDC 1:22-cv-03654 LBW* · *Transcript Audit Fraud*

**Signature**     **DATE**

*Regson B. Walton*

*⑦ Divorce 2022 DRB 1912*

*⑧ 2023 CAB 000580 - Bundle*

*⑨ 2023 CAB 001030 - Bundle*

*⑩ 2023 CAB 1254 Insurance Fraud*

*⑦ii*

*Bundle*

New DD-214 ⇐ Civil service ~ DHHS/FDA
Required Education BS + MS
DHHS/USPHS

I need ALL Years for Military Retirement Now

That is my lawsuit 1:22-cv-01084;

Superior Court for the District of Columbia

2023 CAB 000580
2022 CAB 006038

Complaint

Civil Division

---

Dr. Felicia Binion Williams, Pro Se

I claim: Review Retirement Lawsuit
↑
Dereliction of Duty
Laziness Failure to do Job
Fraud Case

vs 2023 CAB ________

United States District Court for the District of Columbia
333 Constitution Ave NW
Room 1225
Washington, District of Columbia 20001

I claim everything here in this case and 2022 CAB 006038 + 1:22-cv-01084

I filed a lawsuit against federal Chief Judges Beryl Howell and Judge Rudolph Contreras because the Federal Court does not have a Court Date and my lawsuit for retirement sat for 8 months by 12-28-2022 and I filed the lawsuit 4-19-2022.

# Complaint

① Why did this court allow anyone to file a lawsuit in my name?

② Why did this court sit on my retirement lawsuit for 1 year?

③ Why does this court not have a Mediation Date for all EEO and Merit System Board Protection lawsuits?

④ Why did you ignor my court order to obtain my corrected Personnel documents [TED, RCD,

2

3

Φ I R, Personnel Order, 00-214 ]?

See DHHS/FDA/EEO complaint = <u>Protected</u>
Section II

New DD-214
looks like this

DHHS/FDA 3Yrs 11mo 19days

DHHS/USPHS <u>19 years</u>

DD-214 completed
22 March 2018 + ~~1year~~
65 days Awd goes towards
Years of Service ~~15 Yrs~~ 9mo 2d
65 days + 9mo = 1year

Required Education
Undergraduate
+
Required Master

4

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Commissioned Corps of the United States Public Health Service
**STATEMENT OF SERVICE**

Statement of Service as a U.S. Public Health Service Commissioned Officer

This document is the official statement of service performed by the officer named below and is true and correct as of the issuance date.

| Name :
(last, first, middle) | BINION WILLIAMS, FELICIA B
420 OGLETHORPE STREET NW
WASHINGTON, DC 20011 | Birth Date: | 05-01-1970 |
| | | Social Security Number: | ~~████~~ |
| | | Pay Grade: | O-5, Sr. Health Services Officer |
| | | Navy Equiv: | (COMMANDER) |
| Profession: | Health Services Officer | PHS Serial Number: | 67264 |
| | | Specialty: | |

SGLI Coverage Amount:        $400,000
Spouse SGLI Coverage Amount:    $100,000

Type of Separation:     RETIREMENT
Character of Separation:   HONORABLE
Authority:          1201, TITLE 10, USC.
Separation Date:       03-06-2016

U.S. FLAG AWARDED AT RETIREMENT.

Dates of Service as a U.S. Public Health Service Commissioned Officer.

| Last Tour of Active Service: | From | 06-05-2000 | Through | 03-06-2016 |
| Net Service this Period: | Years: | 15 | Months: | 9 | Days: | 2 |
| Total PHS Active Service | Years: | 15 | Months: | 9 | Days: | 2 |

RETIRED AT PAY GRADE OF O-5, Sr. Health Services Officer.

OFFICER AWOL FROM 09-16-2015 THROUGH 09-21-2015, FROM 09-28-2015 THROUGH 09-28-2015, FROM 10-09-2015 THROUGH 10-15-2015, FROM 10-21-2015 THROUGH 10-21-2015, THROUGH 10-23-2015, FROM 10-28-2015 THROUGH 10-28-2015, FROM 11-02-2015 THROUGH 11-05-2015, FROM 11-16-2015 THROUGH 11-16-2015, FROM 11-30-2015 THROUGH 01-05-2016, AND 02-01-2016 THROUGH 03-07-2016.

ISSUED THIS 22 DAY OF MARCH 2016.

_(signature)_ CDR FELECIA BAILEY, USPHS
ASSIGNMENTS TEAM,
DIVISION OF COMMISSIONED CORPS PERSONNEL AND READINESS

Never give this document away. Always use a photocopy when asked to provide proof of PHS Service.

Equivalent to DD-214
PHS-1887

_[Handwritten annotations throughout the document:]_
DHHS/FDA Years
Civil service
3 years 11 mo 19 days

Read

Total Civil Service: Years 4
Total Education : Years 7

No AWOLS
to total 18years

Total    Years In All 27 years at point of
injury to include all; otherwise, I
could have continued to work toward ACRA.
Remove AWOLS

Completed
2 years
after unjustified
firing
19 years

Why?
Should be
18 years
honorable
service

9 mo + 3 mo (AWOL) = 1 year

33

_(page number, handwritten)_ 5

I infomed the judges of multiple Claims to support retirement, retirement documencts and harassment and fraud by the Department of Health and Human Services.

Dereliction of Duty

Lack of Due Process of Law

Slander, Liabel or Defamation of Character if anyone accuse me of selling drugs. I save. How about you?

I had a 30 year mortgage not paying Cash for a house or vehicle. I ride in my vehicles for 10 to 13 years.

6

Damages $15.0 million

I Submitted the names of Beryl Howell and Rudolph Contreras to the Washington, DC Bar Association June 7, 2022 9:38pm

Someone filed a lawsuit in my name to harass me into dismissing my case against the Federal Judges; 1:22-cv-00312 lower court case against the Judges is 2022 CAB 006038, Dereliction of Duty failing to perform ones job. No one can file a lawsuit in my name; however, Michael Graves bar # 481052 and Jane Lyons bar # 451737 did.

No one can use my evidence in any capacity because most documents are Protected by Privacy Act (Personnel Documents) or HIPPA Law (Medical Records).

1. Where are my requested amended + corrected personnel docs? Retirement is Retro pay ~12-2018 until now

Salary is Retro pay from 4-1-2015 until 1st VA payment ~ 12-2018

When I file the lawsuit with my documents there is No fraud.
When You 100% abled body and mind file a lawsuit in my Name You are Fired and Disbarred and probably sent to prison for being STUPID, IGNORANT and Predjudice because I am an educated Brown woman with a PhD but I cannot recall Chemistry. Steal the lottery again like in 2019 and stop stealing my money.

81

# Complaint

This court, United States District Court for the District of Columbia allowed someone to file a lawsuit in my name and NC Superior Court moved my case to the United States District Court for the District of Columbia, 2022 CAB006038

2.) Who filed a lawsuit in my name?

Damages $15.0 million

Anything these judges or their attorneys files should be inadmissable in Court Docket or Court live.

(3) Where is my honorable, permanent O6?

9

# Terminology

- **Dereliction of Duty-** is the abandonment of a thing, person or obligation. Dereliction of personal property is the abandonment of such property, making the property derelict and open to potential salvors. Dereliction of Duty is a person's purposeful or accidental failure to perform an obligation without a valid excuse.

- **Lack of Due Process of Law-** 5th Amendment and 14 Amendment of the United States Constitution **Life-** having full military disability benefits including veteran and unemployability because people are preventing me from working with FAKE Jobs and wrong GS scale (see complaint 4-19-2022) **Liberty-** the ability to have Freedom of Speech and provide my full side of the story, Good, Bad and Ugly about my agency as a ProSe prosecutor who had a mental breakdown working with uneducated people pretending to be scientist and I struggled wot earn a PhD with a GPA of 3.73 from American University with a 1 year old child until he was 4 or **Property-the right to live peacefully in my home without being on a HotMic for 12 years without any disturbances until I am seeking my Federal Military retirement just ACCUSATIONS of SELLING DRUGS wearing a Commander Military uniform never. DoD would have killed me year ago. Now Stealing because the commissary calls Montgomery Police to investigate customers at Forest Glenn-Walter Reed. Shameful because we have Military Police on the campus.**

- <u>**Libel and slander fall under the definition of defamation**</u>

- Labile is written word

- Slander is spoken word

- Defamation of Character- <u>is typically defined as a false statement someone makes about you.</u>



3/6/2023 

Dr. Felicia Binion slide presentation to support opening statement

3

Complaint

580 appeal

Retro Salary at O-6 basic pay

16 years due to Fraud by OHHS, the VA, DOJ and DoD and firing and harassment, & 06 retroactively H and Permanent Disability Rating List forever $ USC 1401 + 10 USC 1201

* DHHS 9987.00 × .75% = $ 7,490.25 Forever increase w/cost of living

100% VA 4,000 = $ 4,000.00

VA unemployability until placed at U.S. District Court for the District of Columbia Office of Mediation established by Dr. Felicia Brinton, Retired Colonel CAPT (USPHS equivalent)

Unemployability $ 4,000 paid by VA = $ 4,000.00

$ 15,490.25 / month Gross

Allotments

| | |
|---|---|
| Tricare Prime | 47.10 |
| Dental | 129.74 |
| INS CH-Premium | 0.22 |
| INS-SP Premium | 364.06 |
| Tricare Young Adult | 100.00 |
| | $ 641.12 |

Retirement

| | |
|---|---|
| OHHS | = $ 7,490.25 |
| Allotment | = $ 641.12 |
| | 6,849.13 |
| Add VA | 8000.00 |
| | $ 14,849.13 |

~~130~~

8 11

Salary 4-1-2015 through first VA payment ~ 11-2018 or 12-2018; 43 months

2023 - basedupon navycs.com
~ 9,987.00 basic pay
$ 3,933.00 housing
~ $ 324.00 Food-Substance
$ 10,666.16

Holdings
TSP 15%
Fed Tax = 10.10%
State Tax = 7.0%
Social Security = 7.40%

TSP 1 month is 1,498.05
43mo TSP Contribution $64,416.15
Taxable income is $8,488.95
(24.5%) in 1 month
* .245
$ 2,079.79

8,488.95
- 2,079.79
6,409.16 basic pay after TSP & taxes.

6,409.16
3,933.00
324.00
$ 10,666.16
x 43 months
$ 458,644.88

Salary after TSP (15%) and taxes identified above

You are ordered to pay $458,644.88 in salary after taxes and TSP contributions by 3-1-2023.

~~131~~

Q12

Due to fraud on behalf of Dept of Health and Human Services how do you expect me, Dr. Felicia Binion ~~Williams~~ to find a Stable value for retirement 100% permant disability and 100% VA rating deposit based upon my account fluxuating within 2 months in 2022.

**Retirement and VA benefits**

Retirement is at 2019 basic pay with increases that DoD put in place 2% increase per year; 0-6 2019 at 27year honorable service [including Education 7years, (Civil service 4years USPHS 16years both of which are under Dept. of Health and Human Services)] $11,668.20 basic pay.

$8,751.15 (is 75% of $11,668.20)
-641.12 Allotment from page 129
8,110.03 DoD Tricare Young Adult cannot
VA. 4,000.00 Charge $512/month for my
12,110.03 Son insurance after Net to bank..

from 1-1-2019 until present day = 51 months
$617,611.53 Non taxed Retirement ordered

~~132~~

~~10~~ 13

for DHHS and the VA to pay by 3-1-2023.

Mr. Larry Darnelle Ganey said unemployability
for Dr. Felicia Binion and. Dr. Felicia Binion
Submitted a <u>Disability Compensation Claim:</u>
<u>Claim ID number 93614197</u> for permanent
disability and employability with supporting
doccuments and Mr. Larry Darnelle Ganey
Contact information after the kidnapping
from Walter Reed National Military
Medical Center to Calvert Health with
headquarters in New Jersey Who Tricare
paid $7,115.00 due to Department of
Defense harassment and fraud and DoD
Tricare Should pay and my account, Should
not begarnished ever as punishment
$512.00/month torepay/
for filing a lawsuit 1:22-cv-02178.
Which is located in the U.S. District
Court for the District of Columbia.
133 pg
14

Walter Reed has inpatient psychiatriac
Care per Dr. Lodin.

Unemployability, plus Veteran benefits plus
75%oo disability basic pay [All none taxed]

$ 4,000.00 unemployability
$ 4,000.00 VA benefits
$ 8,751.15 75% basic pay
$ 16,751.16
*7months
$ 117,258.05 None taxed.

Beginning 9-2022 until present day
Pay by 3-1-2023

Total Salary after TSP and taxes on pg 131
$458,644.88
Retirement and VA benefits on page 132
$ 617,611.53 non taxed with allotment
of 641.12.

~~134~~ 15

Total You, DHHS, & VA are commanded to pay by 3-1-2023, because You DHHS had 10 months notice with lawsuit + 7 year notice with firing unjustly and VA had ~ 2 year notice for $40,000 Retro-Pay per Mr. Larry Ganey

Salary 43 months [4-1-2015 until 12-31-2018] $458,644.88

Retirement and VA from 1-1-2019 until 3-1-2023] $617,611.53

Unemployability, VA benefits and 75% disability $117,258.05

Orderd to pay by 3-1-2023 or prison for DHHS and Veteran Administration

$1,193,514.46 Total

VA owes $40,000 retro pay for time to complete initial fully explored claim. Due by 3-1-2023 per court order.

You are commanded to never send federal agents or anyone children into my children lives to negatively impact them. You are commanded to place my son, Michael Steve Williams

~~+35~~

16

End of Complaint

I need all years clearly displayed on a New DD-214 with retirement year 2018 because the DD-214 indicates computer generated date of ~~22 March 2018~~ less AWOL 65 days

Civil Service Years 6-23-1996 — 6-5-2000

Education Required Years 6-1988 — ~~7~~ 8-1993 BS

8-1993 — 8-1995 MS

Total Years 19 COER Years

3 Years 11 mo 19 days Civil Service

5 Years BS

2 Years MS

29 Years with Injury

10 USC 1201

10 USC 1401

Dr. Felicia Burnetta Dixon Williams 3-21-2023

Chemist

Commander Retired

17

13

_Investigation of any one by Feds, or police etc_

**How to begin an investigation of a person for drug selling**

Felicia Binion <fbchemist@outlook.com>
Sat 3/18/2023 3:07 PM
To: Felicia Binion <Fbchemist@outlook.com>;hickjick@yahoo.com <hickjick@yahoo.com>

## <u>Hypothetical, Investigation of a Drug Dealer with a job or a retired person like me to you accuse of Selling:</u>

1. Talk to the IRS about 7 to 10 years of tax filings to support salary or retirement or retirement and veteran benefits to pay children tuition and validate savings or 529 College fund and UTMA accounts for graduation gifts.  Agents can change dates.
2. The IRS states the money does not match expenses.
3. Is the person married? Y or N
4. Who financed the mortgage? H or W
5. Who refinanced the mortgage several times? H or W
6. Who bundled the mortgage into the primary home? H
7. The condo is community property.
8. Does the husband earn enough to support the mortgage, utilities and another home because the husband does not live with wife?
9. How much does the husband earn? $350,000.00
10. How much does the wife earn and is she able to support herself after divorce? $60,000.00/year with $3,000 in bills per month and no mortgage or utilities because the husband refinanced to get me off the deed because I wanted a divorce in 2018.
11. STOP because everyone has money unless someone is selling. You have validated finances which was done first; Otherwise, Defamation of Character lawsuit.
12. Who is selling drugs? H or W
13. It is not the wife.
14. Is the husband selling with one of his women? Potentially.
15. Place these people under surveillance for 6 months, try to make a buy, track the money and track the drugs make a bust.

2



16. **Arrest the cheating husband and his women or no one depending on what you find.**
17. The married couple has a rental property that rents for approximately $2,000 and the mortgage is paid; however, there is an association fee of ~ $700.00 the net earned is ~ $1,300.00. The rental agreement from 2021 indicated $1,800 so less $700 the return is $1,100.0 for Mike.
18. Disposable cash
19. Where is the disposable cash and how is the cash used?
    a. pay mortgage
    b. pay water bill
    c. pay telephone bill
    d. pay for cable
    e. pay for cell phone bill
    f. pay for grocery
    g. pay for clothes
    h. pay car note
    i. pay for gas
    j. veterinary visits

20. No indispensable cash. Honest salary.
21. Or the person is hiding the cash
    a. **Where is the cash?**
    b. **Is cash deposited in a savings or checking account at a bank, credit union?**
    c. **What is an e-Deposit when a check is cashed at Wells Fargo?**
    d. **What is an e-Deposit when a Cashier check of $30,000.00 was deposited inside the bank and the $30,000.00 was withdrawn from the savings account 9-7-2019 and the bulk deposit occurred 10-23-2017 and $68,000 was transferred 10-26-2017 and the banker was rude 9-7-2019 and the remaining money was withdrawn 9-7-2019. Fast forward,**



3



19



the banker was unable to assist me and no one was talking to any bankers when I arrived to obtain a bank statement 01-10-2023 and $8,694.00 was withdrawn from savings yet again until the bank Wells Fargo finds all my money or the IRS per each wire transfer.

   e. How do drug addicts pay for drugs?

   f. Where are the drug addicts to purchase drugs?

   g. Who walks around with $30,000 cash to deposit where?

   h. What bank accepts $30,000 cash from a person?

   i. What bank allows agents or police to make modifications to accounts to indicate cash deposits or e-Deposits when I deposited a cashier check of $30,000?

   j. I walk around with a cashier check of $8,968 every day because people were stealing money from my savings and checking account.

   k. How can an investigator pay tuition with cash? For example, tuition is $80,000 at NYU how do you pay tuition? This is an DEA or FBI investigator paying tuition with drug money. The drug bust money belongs to the defendant for trial.

22. STOP before you go to prison for changing bank statement and changing tax documents and taking federal documents and altering documents in a federal lawsuit 1:22-cv-01084.


## Investigation of a Drug Deal or Prostitute without a job:

1. Talk to the IRS about 7 to 10 years of tax filings to support salary or retirement or retirement and veteran benefits to pay children tuition and validate savings or 529 College fund and UTMA accounts for graduation gifts. Agents can change dates.

2. no filings Go Directly to Jail

Follow the person you believe is selling drugs.
Take pictures of each interaction with a person with real images not

4





artificial.

## **To be sentenced for a CRIME:**
You have to commit a Crime.

You have to be found guilty of committing a crime.

You have to be arrested with sound evidence.

You have to make bail at 10% of the felony for a federal crime or bail at 10% misdomeanor for a state crime. Bail is the same in each state for each crime which is what I am trying to display in my table for the FBI and DEA and all states need a table on the website.  So that Bail bondsmen do not commit fraud.   Federal crimes [illegal drugs (cocaine, crack, heroin, morphine, poppy, LSD], [Chemical for preserving dead people synonym -embalming fluid, love boat, formalhyde], [*God given to earth -marijuana plant, hemp plant, poppy plant, cocaine plant, st. John's wort plant, ephedra plant*], [methamphetamines (cold syrup or Benadryl)], fentanyl and opioids are prescription medication that someone placed on the street to sell; for example, (Percocet, OxyContin, Vicodin). **Prescription medications are not Schedule Anything.**

**You have to have a PhD chemist working at FBI and DEA to test the drug confiscated from the person in quantities beyond personal use. Personal use quantity shall be defined in your regulations along with the chromatograph of all scheduled drugs and all data published in a peered reviewed Analytical Chemistry Journal to be used as part of testimony of the PhD chemist who work at FBI and DEA and any other investigatory agency for drug bust even states police or state troopers or US Marshalls.**



**You need 3 lab validation; FBI, NIST and private lab selected by NIST.**

**You need 3 lab validation; DEA, NIST and private lab selected by NIST.**

You have to have a trial with the evidence you were arrested by the police or federal agents with. You have a right to review the evidence.

You have a right to a speedy trial and not wait a year or months in JAIL for trial. Due Process of Law
You are out on bail.

You have to be found guilty by the JURY based upon ALL evidence that the prosecutor is aware of and you had an opportunity to review and submitted to the court and the prosecutor can NEVER HOLD and evidence back prior to trial and submit last minute filings.

You also have to be found guilty by the JUDGE who reads the ~~FUCKING~~ CASE, the evidence the prosecutor presented and the Judge has to concur or disagree with the JURY.

Jurors should be able to take notes; all jurors not only the

Your judge has to be impartial although he/she read the evidence to see if the Jury will render the same decision that the Judge would make based upon all evidence and those Jurors will never sit again if they contradict the evidence.

I sat on a jury at DC Superior Court in July or August 2003 as I was writing my dissertation for a man being tried 3 times for the same

6



crime. **How did this case make it to trial? Double Jeopardy.**
**5th Amendment. Why did the Judge allow the case to begin? Did**
**the Judge listen to the opening statement? Did the Judge read the**
**evidence? Apparently not. I disagreed with the evidence thank God**
**because the man could have gone to prison for stupidity by the**
**prosecutor.**

**Civil Lawsuit that can become Criminal Cases by ProSe Dr.**
**Felicia Binion:**

To be _exonerated_ I have to be guilty + go to prison

To be _pardoned_ I have to go to jail + be guilty

To be _aquitted_ I have to be in prison + be guilty.

7

23



**Breat Implant Article**

Felicia Binion <fbchemist@outlook.com>
Sat 3/18/2023 10:59 AM
To: Felicia Binion <Fbchemist@outlook.com>

# • European Article

https://www.sanfranciscobreast.com/augmentation/implants-history/



The History of Breast Implants

A Brief History Below is a brief history of Breast Implants and Breast Augmentation in general. All FDA approved Breast Implants that are currently available in the US are featured, as well as many of the Breast Implants that preceded them. It is not meant as an exhaustive listing of

www.sanfranciscobreast.com

# NIH

https://clinicaltrials.gov/ct2/show/NCT00948948

*ClinicalTrials.gov*

Mentor Adjunct Study for Silicone Gel-Filled Mammary Prosthesis - Full Text View - ClinicalTrials.gov

Mentor Adjunct Study for Silicone Gel-Filled Mammary Prosthesis - Full Text View.

clinicaltrials.gov

8





https://clinicaltrials.gov/ct2/show/NCT0075392
2?
term=NCT00948948+%5BExpandedAccessNCTI
d%5D&draw=2&rank=1

| *ClinicalTrials.gov* | Core Gel Study of the Safety and Effectiveness of Mentor Round Low Bleed Silicone Gel-filled Mammary Prostheses - Full Text View - ClinicalTrials.gov

Core Gel Study of the Safety and Effectiveness of Mentor Round Low Bleed Silicone Gel-filled Mammary Prostheses - Full Text View.

clinicaltrials.gov |

9





**26**

I. — Personnel Documents
Bar Association

① Deplicate of Health +
Human Services Conversion
from DHHS /FOA to

② HHS / USDHS

3 Years 11 months 14 days
Civil Service

19 years COLA
31
7 years Edward
Request
3 Years 11mo 14 dys

3 years
6 yrs

3 year
Providence Surez

*THE REPLY TO THE INQUIRY WILL BE FOUND IN THE CHECKED ITEM(S)*

☒ The attached material is furnished in response to your request —**COPY OF RESIGNATION SF-50**

☐ Your request did not specify a particular Standard Form 50, Notification of Personnel Action. We have attached a copy of the most recent form. If you require another SF 50, please include the date of the SF 50 and the specific action shown on the form.

☐ This transcript of employment (which has been prepared from pay records) is furnished in lieu of an official personnel folder, which either was never established or cannot be located. File this transcript as a permanent record on the right side of the official personnel folder established for this employee.

☐ The records of employment with the District of Columbia Government and Defense Non-appropriated Fund activities are not combined with the records of other Federal employment. The attached transcript serves as official documentation of the employee's service in lieu of the folder

☐ This form has not been notarized, as we have no notary available. We have affixed the seal of the National Archives and Records Administration, which is generally accepted as sufficient certification.

☐ We cannot answer questions of a personal nature. Unless otherwise indicated, conduct and performance were satisfactory.

☐ The requested information or document is not in the official personnel folder.

☐ The information you requested is not releasable without either written authorization or signature from the person whose records is involved or proof of that person's death. If you resubmit your request, please return all correspondence.

☐ A search of our records did not reveal a record of the claimed Federal employment. If additional information or documentation can be submitted to verify the information shown in the request or to otherwise support the claimed employment, we will make a further search. If you resubmit your request, please return all correspondence.

☐ Requests involving retirement or insurance information, or medical records should be sent to the Office of Personnel Management, Retirement Programs, 1900 E Street NW. Washington, DC 20415-3000. - **PH: 888-767-6738**

☐ Pay claims arising from Federal employment should be sent to the agency out of whose actions the claim arose.

☐ Requests concerning amendment or removal of information in the official personnel folder should be sent to the Deputy Associate Director, Center for HR Systems Requirements and Strategies, Room 6500, Office of Personnel Management, 1900 E Street, NW, Washington, DC 20415-6000.

☐ We do not have the authority to determine civil service status, reinstatement eligibility, or creditability of service. Contact the personnel office with which you are currently employed or seeking employment, or the Office of Personnel Management, 1900 E street, NW, Room 6500, Washington, DC 20415-9300. The attached documents or transcript will assist in making such determinations.

☐ The records requested are not on file at this Center. – Please contact the previous employer for assistance.

☐ We suggest you contact the address given below/on the attached printout.

☐ The official personnel folder is not at this Center. Please contact your previous or current employer.

☐ The agency mentioned in your request does not retire personnel records to this Center. We suggest you write directly to that agency.

☐ Your request, along with the necessary documents, has been forwarded to the office that retains legal custody of the record for processing. Please contact that office at the address given below if you have further questions about this matter.

☐ The requested official personnel folder was sent to the agency below on {}. We suggest you contact that office.

---

DATE: **3/8/2023**    **BAP**

For the Chief
☐ Civilian Operations Branch
☒ Reference Service Branch

NATIONAL PERSONNEL RECORDS CENTER
(Civilian Personnel Records)
1411 Boulder Blvd
Valmeyer IL 62295

**FELICIA BINION
420 OGLETHORPE ST NW
WASHINGTON DC 20011**

NATIONAL ARCHIVES AND RECORDS ADMINSTRATION

NA FORM 13056 (REV. 7-04)

27

420 Oglethorpe Street, NW
Washington, DC 20011
August 10, 2021

National Personnel Records, Annex
1411 Boulder Boulevard
Valmeyer, IL 62295

To Whom It May Concern:

I am a retired disabled veteran.  The past several years I have not been in a position
to hold gainful employment.  I have worked tirelessly to improve my health to be
in a position for employment.

I worked for four years prior to being commissioned in June 2000.  At the time I
worked for the Department of Health and Human Services/Food and Drug
Administration the following was true to the best of my knowledge.

**Name:**  Felicia Burrith Binion

**Date of Birth:**  May 1, 1970

**Social Security Number:**

**Name of Employing Federal agency:**  Department of Health and Human
Services/Food and Drug Administration

**Approximate beginning and ending dates of employment:**  June 1996 until June
2000

**Identify the documents needed and explain the purpose of the request:**  I am
requesting a copy of the latest SF-50 for the time I was a civilian.  I am seeking
employment and need this document as proof of federal civilian service prior to
being commissioned.





Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| BINION WILLIAMS    FELICIA | | 05-01-70 | 06-05-00 |

**FIRST ACTION** / **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 317 | RESIGNATION | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| | RPM REG 715.202 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| CONSUMER SAFETY OFFICER    996004 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0696 | 11 | 02 | $44,148.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $40,484.00 | $3,664 | $44,148.00 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| FDA, OFC OF OPERATIONS, CENTER FOR FOOD SAFETY & APPLIED NUTRITION, OFC OF OPERATIONS, OFC OF PREMARKET APPROVAL, DIV OF PRODUCT POLICY, REGULATORY POLICY BR    DBFBCA1 | |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None    3 - 10-Point/Disability    5 - 10-Point/Other<br>2 - 5-Point    4 - 10-Point/Compensable    6 - 10-Point/Compensable/30% | 0 - None    2 - Conditional<br>1 - Permanent    3 - Indefinite | 1    C | YES    NO X |
| 1 | | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0    BASIC+OPT A | 9    NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 06-23-96 | F  FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service    3 - SES General<br>2 - Excepted Service    4 - SES Career Reserved | E - Exempt<br>N - Nonexempt | 06991749  09131 | 0076 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | |
|---|---|---|
| 11 0010001 | WASHINGTON, DC | DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | 8 | 00NX | 11-21-99    18    400503 | |

46. Remarks

FORWARDING ADDRESS: 420 OGLETHORPE STREET NW WASH DC 20011
RESIGNED BECAUSE: COVERTING TO COMMISSION CORPS
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU
ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT).
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE
ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT).YOU ARE
ALSO ELIGIBLE FOR TEMPORARY CONTINUATION OF YOUR FEHB COVERAGE FOR UP
TO 18 MONTHS.

3

| 55  00206  00450  C0027  20010 | |
|---|---|
| 6. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | MARY L. BABCOCK  *Mary L. Babcock* |
| 7. Agency Code | 48. Personnel Office ID | 49. Approval Date | DIRECTOR, OHRMS |
| HE36 | 4186 | 07-21-00 | |

Part  50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-8237

29

*All new documents here to V.A. rating documents* (handwritten)

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Commissioned Corps of the United States Public Health Service
**PERSONNEL ORDER**

| 2017230.0005 | **BINION WILLIAMS, FELICIA B** | Effective Date |
|---|---|---|
| Personnel Order Number | Officer's Name (last, first, middle) | 03-07-2016 (mm-dd-yyyy) |

| Social Security Number | PHS Serial Number 67264 | Type of Action/Number 3022 - RETIREMENT | Date P.O. Issued 08-18-2017 |
|---|---|---|---|

Mailing Address:
FDA, WO BLDG#66, 10903 NEW HAMPSHIRE AVE, SILVER SPRING, MD 20993

| Category: 11 HEALTH SERVICES OFFICER | Permanent Grade: O-5 (COMMANDER) SR. HEALTH SERVICES OFFICER |
|---|---|
| Corps: 11 REGULAR ACTIVE | Temporary Grade: NA |

| Proceed From (current organization/duty station/location) | Report to (new organization/duty station/location) |
|---|---|
| FDA, CENTER FOR DEVICES & RADL HLTH, OFC DEVICE EVAL, DIV ANSTHSLGY, GENRL HOSP, INFECTN CONTRL & DENTL DEVICES, INFECTION CONTROL DEVICES BR | |
| FDA, WO BLDG#66 10903 NEW HAMPSHIRE AVE SILVER SPRING, MD 20993 | FORWARDING ADDRESS: 420 OGLETHORPE STREET NW WASHINGTON, DC 20011 |
| ADMINCODE: DKKWCF2 GEOCODE : 241450031 BILLET : 99HF443   DABS: 00119889 TITLE : SENIOR REGULATORY REVIEW OFFICER | RETIREE SERNO :67264R CORPS CODE :16 REGULAR RETIRED HOME OF SELECTION :NONE-SELECTED |

SERVICE INFORMATION:

| Attachment Date NA | Call to Active Duty Date: 06-05-2000 | Home of Record: NA | TOT: NA |
|---|---|---|---|
| Base Pay Entry Date 06-05-2000 | ADT 04-01-1991 | RCD 06-05-2000 | DEMS: 06-05-2000 | ECBD/SPED NA |

NEW ACCOUNTING INFORMATION:

| CAN /PAY: NA | Acct. PL (PAY)#: NA | DAV(standard)#: 95017 | CAN(TY)UIC 66997497 | ADD(TY)UIC 99 |
|---|---|---|---|---|

REMARKS (if applicable):
PLACED ON PERMANENT DISABILITY RETIREMENT LIST 03-07-2016 UNDER PROVISIONS OF SEC. 1201(B)(3)(B)(IV), TITLE 10, U.S. CODE & SEC. 221, PHS ACT.

JOINT FEDERAL TRAVEL REGULATIONS; TRAVEL DIRECTED AS NECESSARY
TRAVEL/RELOCATION INFORMATION AT HTTPS://CCMIS.USPHS.GOV/CCMIS/TRAVEL/CONTENTS.ASPX
PERMANENT CHANGE OF STATION
PRIVATELY OWNED CONVEYANCE IS AUTHORIZED
NON-TEMPORARY STORAGE AUTHORIZED AT ORIGIN
NON-TEMPORARY STORAGE IS NOT AUTHORIZED BEYOND ONE YEAR

PURSUANT TO P.L. 97-60, OFFICER IS ENTITLED TO ALLOWANCES FOR HIS/HER PERSONAL TRAVEL
UPON TERMINATION, INACTIVATION OR RETIREMENT ONLY FOR TRAVEL ACTUALLY PERFORMED.

UNDER SECTION 1401, TITLE 10, U.S. CODE, RETIRED PAY TO BE 75.00% OF BASIC PAY; THE
AVERAGE OF THE HIGHEST 36 MONTHS OF BASIC PAY. PDRL RATING 100.00% PURSUANT TO MSPB
DOCKET: DC-3443-17-0415-I-1

RETIRED PAY COMPUTED UNDER TITLE 42.

FOR USE AFTER 03-07-2016 EMPLOYEE ID NUMBER (EMPLID) CORRESPONDING TO PHS# 67264 IS
2046337.

4

| | **OFFICIAL BY DIRECTION OF THE SURGEON GENERAL** |
|---|---|
| *(signature)* | Division of Commissioned Corps Personnel and Readiness 1101 Wootton Parkway Plaza Level, Suite 100 Rockville, MD 20852 Telephone: (240) 453-6000 |
| DIRECTOR, DIVISION OF COMMISSIONED CORPS PERSONNEL AND READINESS | |

PHS-7063 (01/2009)

30

# U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Commissioned Corps of the United States Public Health Service
## STATEMENT OF SERVICE

Statement of Service as a U.S. Public Health Service Commissioned Officer

This document is the official statement of service performed by the officer named below and is true and correct as of the issuance date.

| | | | |
|---|---|---|---|
| **Name :** (last, first, middle) | BINION WILLIAMS, FELICIA B 420 OGLETHORPE STREET NW WASHINGTON, DC 20011 | **Birth Date:** **Social Security Number:** **Pay Grade:** **Navy Equiv:** **PHS Serial Number:** **Specialty:** | 05-01-1970 O-5, Sr. Health Services Officer (COMMANDER) 67264 |
| **Profession:** | Health Services Officer | | |

| | |
|---|---|
| SGLI Coverage Amount: | $400,000 |
| Spouse SGLI Coverage Amount: | $100,000 |

| | |
|---|---|
| Type of Separation: | RETIREMENT |
| Character of Separation: | HONORABLE |
| Authority: | 1201, TITLE 10, USC. |
| Separation Date: | 03-06-2016 |

U.S. FLAG AWARDED AT RETIREMENT.

Dates of Service as a U.S. Public Health Service Commissioned Officer.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Last Tour of Active Service : | From | 06-05-2000 | Through | 03-06-2016 | | | |
| Net Service this Period : | Years: | 15 | Months: | 9 | Days: | 2 | |
| Total PHS Active Service : | Years: | 15 | Months: | 9 | Days: | 2 | |

RETIRED AT PAY GRADE OF O-5, Sr. Health Services Officer.

OFFICER AWOL FROM 09-16-2015 THROUGH 09-21-2015, FROM 09-28-2015 THROUGH 09-28-2015, FROM 10-06-2015 THROUGH 10-08-2015, FROM 10-15-2015 THROUGH 10-15-2015, FROM 10-21-2015 THROUGH 10-22-2015, FROM 10-28-2015 THROUGH 10-28-2015, FROM 11-02-2015 THROUGH 11-05-2015, FROM 11-16-2015 THROUGH 11-16-2015, FROM 11-30-2015 THROUGH 01-05-2016, AND 02-03-2016 THROUGH 03-07-2016

ISSUED THIS 22 DAY OF MARCH 2018.

CDR FELICIA BAILEY, USPHS
ASSIGNMENTS TEAM,
DIVISION OF COMMISSIONED CORPS PERSONNEL AND READINESS

**Never give this document away. Always use a photocopy when asked to provide proof of PHS Service.**

Equivalent to DD-214

PHS-1867

31





*I Claim I need a clean copy of the Personnel Order*

*5 +00-214 TEO lof7pages Clean Copies*
*with Correction* **United States Public Health Service** *with errors. Corrected, I pro*
*Information* **Promotion Information Report (PIR)** *pg 1-7 (iii-ix)*

CDR Felicia Binion Binion Williams

**P I R**

EmplID: 2046337

## General Information

| | |
|---|---|
| Original Entry on Duty: | 05 Jun 2000 |
| Latest Entry on Duty: | 05 Jun 2000 |
| Seniority Credit Date: | 01 Apr 2015 |
| Retirement Credit Date: | 05 Jun 2000  *4-1-1990* |
| Training and Experience Date: | 01 Apr 1998  *4-1-1989* |
| Promotion Credit Date (Regular Corps Only): | *4-1-1989  Missing. I am Regular CORPS.* |
| Licensure Information: | *Not for chemist* |
| Issued By: | *Not for Chemist* |
| Expiration Date: | *Not for chemist* |

## Current Assignment

Consultant
CIVIL SERVICE SERIES 0601: GENERAL HEALTH SCIENCE
Position Grade: 5

## Creditable Service (as of 19 Mar 2016)

PHS Commissioned CORPS                    15 Years 9 Months 14 Days
No Military Service
*Civil Service*                    *4 Years [Total years to Carry over to DHHS/USPHS]*
*Education [Undergraduate 5 years, Masters in Chemistry 2 years] 7 years*

## COER History (Recent Years Only!)

2015 Annual 2 2 2 1 1 2 2 2 M
2015 Interim 2 2 2 1 1 2 2 2 M
2014 Annual 5 5 5 5 5 4 5 S
2013 Annual 7 6 5 5 6 6 6 6 S
2012 Annual 7 6 6 6 6 6 6 S
2011 Annual 7 6 5 5 6 5 6 S

*27*

## Uniformed Service Decorations and Awards

*iii*

*32*



| 06 Mar 2014 | Outstanding Unit Citation issued by: PHS |
| 08 Jan 2013 | Unit Commendation issued by: PHS |
| 05 Mar 2012 | Unit Commendation issued by: PHS |
| 22 Feb 2012 | Unit Commendation issued by: PH'. |
| 17 Aug 2011 | Outstanding Unit Citation issued by: PHS |
| 26 May 2011 | Unit Commendation issued by: PHS |
| 12 Jan 2010 | Unit Commendation issued by: PHS |
| 23 Nov 2009 | Special Assignment Award issued by: PHS |
| 09 Feb 2009 | Crisis Response Service Award issued by: PHS |
| 06 Jun 2008 | Unit Commendation issued by: PHS |
| 21 May 2008 | Unit Commendation issued by: PHS |
| 04 Mar 2007 | Field Medical Readiness Badge issued by: PHS |
| 24 Jan 2007 | Outstanding Unit Citation issued by: PHS |
| 28 Sep 2006 | Regular Corps Ribbon issued by: PHS |
| 05 Mar 2006 | Achievement Medal issued by: PHS |
| 23 Jan 2006 | Crisis Response Service Award issued by: PHS |
| 27 Feb 2004 | Commissioned Corps Training Ribbon issued by: PHS |
| 08 Nov 2000 | Achievement Medal issued by: PHS |

## Assignment History

DA BILLET SYSTEM POSITION ASSIGNMENT on 24 Feb 2012 at Grade 5
Consultant
FDA, OFC DEVICE EVAL, DIV ANESTHESIOLOGY GNRL HOSP INFECTION CONTL & DEV
ICES BR, INFECTION CONTROL DEVICES BR
SILVER SPRING, MD

TRANSFER on 15 Aug 2011 at Grade 5
SENIOR REGULATORY REVIEW OFFICER
FDA, CENTER FOR DEVICES & RADL HLTH, OFC DEVICE EVAL, DIV ANSTHSLGY, GEN
RL HOSP, INFECTN CONTRL & DENTL DEVICES, INFECTION CONTROL DEVICES BR
SILVER SPRING, MD

TRANSFER on 26 Nov 2007 at Grade 4
SENIOR REGULATORY REVIEW OFFICER
FDA, OFC OF OPERATIONS, CENTER FOR FOOD SAFETY & APPLIED NUTRITION, OFC
OF OPERATIONS, OFC OF COMPLIANCE, DIV OF ENFORCEMENT
COLLEGE PARK, MD

TRANSFER on 06 Sep 2003 at Grade 4





SENIOR REGULATORY REVIEW OFFICER
FDA, OFC OPER, CENTER FOR FOOD SAFETY & APPLIED NUTRITION, OFC OPER, OFC
FOOD ADDITIVE SAFETY DIV BIOTECHNOLOGY & GRAS NOTICE REVIEW
COLLEGE PARK, MD

TRANSFER on 28 Aug 2000 at Grade 3
TOS - PHD
FDA, OFC OPER, CENTER FOR FOOD SAFETY & APPLIED NUTRITION, OFC OPER, OFC
PREMARKET APPROVAL, DIV PRODUCT POLICY, REGULATORY POLICY BR
WASHINGTON, DC

➤ CALL TO DUTY on 05 Jun 2000 at Grade 3
ASSISTANT REGULATORY REVIEW OFFICER
FDA, OFC OPER, CENTER FOR FOOD SAFETY & APPLIED NUTRITION, OFC OPER, OFC
PREMARKET APPROVAL, DIV PRODUCT POLICY, REGULATORY POLICY BR
WASHINGTON, DC

*29*

*v*

*34*



DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
Office of the Surgeon General
Division of Commissioned Personnel

**TRAINING AND EXPERIENCE DATA RECORD**

| TRAINING AND EXPERIENCE | | | DEGREE AWARDED | MO/YR | CREDIT AWARDED | |
|---|---|---|---|---|---|---|
| DESCRIPTION | FROM | TO | | | YEAR | MONTH |
| Chem / undergrad | 8/92 | 7/93 | BS | 5/94 | 4 | -0 5 |
| ① Chem / Grad study | 8/93 | 8/95 | MS | 8/95 | 1 | 3 2 |
| ② Chem / Grad study | 8/95 | 6/96 | no degree | | | |
| Chem / study | 8/97 | 3/99 | | | | |
| ③ Consumer Safety Ofer | 6/96 | 8/97 | FII | | | 9 |
| Consumer Safety Ofer | 8/97 | 3/99 | | | | |
| ④ Grad / a. md. | 8/97 | 3/99 | no degree | | a | |
| Not described | 3/99 | 6/99 | not described | | | |
| | 6/99 | 5/00 | | | 1 | 3 |

REMARKS:
① Jackson State Univ / may be qualifying degree (38 sem hours    15
② Howard Univ / no degree
③ C.S. / FDA / Regulatory Reviews       0 0 a 3/2   9   3
④ H. Md.

WRITTEN EXAM SCORES

| | TOTAL CREDIT | a | 8 | 8 |
|---|---|---|---|---|
| Date Computed: 3/99 | ADJUSTED CREDIT | | | |
| Computed By: RB | TRAINING AND EXPERIENCE DATE | 4/1/91 | 4-1-99 |

BOARD:
_____ Chairman
CDR Rudy Bell  Member
CDR _____  Member

Williams Felicia B.
Name

Assistant Health Services Ofer
Senior Assistant Health Services
Officer (R)(I)
Category

TED          RCD

Vi

30

PHS-6358 (3/92)

35



36

DEPARTMENT OF HEALTH AND HUMAN SERVICES
U.S. PUBLIC HEALTH SERVICE
Bureau of Commissioned Personnel

**CREDIT COMPUTATION RECORD**
**REGULAR CORPS—APPOINTED**
(DCP/PCB/BMD/HCB)

| NAME | PHS SERIAL NUMBER | AFTD REG CORPS (Date) | EXTRA TED (Date) | REG GRD AFTD REG CORPS (Date) |
|---|---|---|---|---|
| Felton, Brian William | 67924 | 9/28/01 | 4/1/01 | P-3 |

A. SENIORITY CREDIT DATE (SCD) COMPUTATION:
A. EARLIEST ACTIVE RESERVE SERVICE IN PERM GRADE ON ESTAB TED
B. DATE EUO FOR PERM GRD BASED ON ESTAB TED ... 4/1/01
C. ANY BREAK IN SERVICE SINCE "B." ☐ YES ☒ NO
D. SENIORITY CREDIT DATE (SCD) ... 4/1/01
E. PROMOTION CREDIT DATE (PCD) ... 3/13/06

COMPUTED BY: Leon Orr   DATE 10/23/06

OCT 6 2006



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Commissioned Corps of the United States Public Health Service
**PERSONNEL ORDER**

Effective Date
*Back dated to firing date.*

2017230.0005
*Personnel Order Number*

**BINION WILLIAMS, FELICIA B**
*(Officer's Name (last, first, middle))*

03-07-2016

| Social Security Number | PHS Serial Number 67264 | Type of Action/Remarks 3022 - RETIREMENT | Date P.O. Number 08-18-2017 |

*Received 9-18-2017*

Mailing Address
FDA, WO BLDG#66, 10903 NEW HAMPSHIRE AVE, SILVER SPRING, MD 20993

| Category 11 HEALTH SERVICES OFFICER | Permanent Grade O-5 (COMMANDER) SR. HEALTH SERVICES OFFICER *Correct* |

| Corps 11 REGULAR ACTIVE *(Not active)* | Temporary Grade NA |

*Is regular CORPS Completed all training*

*Received lump sum payment 10-23-2017*

Proceed From (current organization/duty station/location)
FDA, CENTER FOR DEVICES & RADL HLTH, OFC DEVICE EVAL, DIV ANSTHLGY, GENRL HOSP, INFECTN CONTRL & DENTL DEVICES, INFECTION CONTROL DEVICES BR

Report To (new organization/duty station/location)

FDA, WO BLDG#66
10903 NEW HAMPSHIRE AVE
SILVER SPRING, MD 20993

FORWARDING ADDRESS:
420 OGLETHORPE STREET NW
WASHINGTON, DC 20011

ADMINCODE : DKKWCF2
GEOCODE   : 241450031
BILLET    : 99BF443    DABS: 00119889
TITLE     : SENIOR REGULATORY REVIEW OFFICER

RETIREE SERNO  :672642  *Disability*
CORPS CODE     :16 REGULAR RETIRED
HOME OF SELECTION :NONE SELECTED

SERVICE INFORMATION
| NA | 08-05-2000 | NA | NA |
| 06-05-2000 | 04-01-1991 *4-1-1989* | 08-05-2000 *4-1-1990* | 06-05-2000 NA |

NEW ACCOUNTING INFORMATION
| NA | NA | 95017 | 66997497 | 99 |

PLACED ON PERMANENT DISABILITY RETIREMENT LIST 03-07-2016 ~~UNDER PROVISIONS OF SEC.~~ ~~1201(B)(3) (B)(IV), TITLE 10, U.S. CODE & SEC. 221, PHS ACT.~~ *Wrong Should be 10 USC 1201  No Phs Act 2*
JOINT FEDERAL TRAVEL REGULATIONS; TRAVEL DIRECTED AS NECESSARY
TRAVEL/RELOCATION INFORMATION AT HTTPS://CCMIS.USPHS.GOV/CCMIS/TRAVEL/CONTENTS.ASPX
PERMANENT CHANGE OF STATION
PRIVATELY OWNED CONVEYANCE IS AUTHORIZED
NON-TEMPORARY STORAGE AUTHORIZED AT ORIGIN
NON-TEMPORARY STORAGE IS NOT AUTHORIZED BEYOND ONE YEAR

PURSUANT TO P.L. 97-60, OFFICER IS ENTITLED TO ALLOWANCES FOR HIS/HER PERSONAL TRAVEL
UPON TERMINATION, INACTIVATION OR RETIREMENT ONLY FOR TRAVEL ACTUALLY PERFORMED.

UNDER SECTION 1401, TITLE 10, U.S. CODE, RETIRED PAY TO BE 75.00% OF BASIC PAY; THE
AVERAGE OF THE HIGHEST 36 MONTHS OF BASIC PAY. PDRL RATING 100.00% PURSUANT TO MSPB
DOCKET: DC-3443-17-0415-I-1

*No High 3 bmo in military  law 10 USC 1401 per merit System Protection Board*

RETIRED PAY COMPUTED UNDER TITLE 42. — *Under 10 USC 1401 basic pay only*
FOR USE AFTER 03-07-2016 EMPLOYEE ID NUMBER (EMPLID) CORRESPONDING TO PHS# 67264 IS
2046337.

*Send my name to the Veteran Administration to be placed on a Permanent Disability Rating List forever 100% permant disability.*

*Viii*

**OFFICIAL BY DIRECTION OF THE SURGEON GENERAL**

Division of Commissioned Corps Personnel and Readiness
1101 Wootton Parkway
Plaza Level, Suite 100
Rockville, MD 20852
Telephone: (240) 453-6000

DIRECTOR, DIVISION OF COMMISSIONED CORPS PERSONNEL AND READINESS

PHS-7393 (01/2008)

*32*

*37*



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Commissioned Corps of the United States Public Health Service
**STATEMENT OF SERVICE**

Statement of Service as a U.S. Public Health Service Commissioned Officer.

This document is the official statement of service performed by the officer named below and is true and correct as of the issuance date.

| | | |
|---|---|---|
| Name : BINION WILLIAMS, FELICIA B (last, first, middle) 470 OGLETHORPE STREET NW WASHINGTON, DC 20011 | Birth Date: Social Security Number: Pay Grade: Navy Equiv: PHS Serial Number: Specialty: | 05-01-1970 ~~███████~~ O-5, Sr. Health Services Officer (COMMANDER) 67264 |
| Profession: Health Services Officer | | |

| | |
|---|---|
| SGLI Coverage Amount: | $400,000 |
| Spouse SGLI Coverage Amount: | $100,000 |

| | |
|---|---|
| Type of Separation: | RETIREMENT  ⬅ |
| Character of Separation: | HONORABLE |
| Authority: | 1201, TITLE 10, USC.  ⬅ |
| Separation Date: | 03-06-2016 |

U.S. FLAG AWARDED AT RETIREMENT.

Dates of Service as a U.S. Public Health Service Commissioned Officer.

Last Tour of Active Service:   From   06-05-2000   Through   03-06-2016
Net Service this Period   :   Years: 15   Months: 9   Days: 2
Total PHS Active Service   :   Years: 15   Months: 9   Days: 2

*[handwritten]* Total Civil Service: Years 4
*[handwritten]* Total Education : Years 7

*[handwritten]* Total

*[handwritten]* Years in All 27 Years at point of injury to include all, Otherwise, I would have continued to work toward ACRA Remove 4 AWOLS

*[handwritten]* No AWOLS to total 16 years

RETIRED AT PAY GRADE OF O-5, Sr. Health Services Officer.

OFFICER AWOL FROM 09-16-2015 THROUGH 09-21-2015, FROM 09-24-2015 THROUGH 09-25-2015, FROM 10-02-2015 THROUGH 10-08-2015, FROM 10-15-2015 THROUGH 10-15-2015, FROM 10-21-2015 THROUGH 10-22-2015, FROM 10-28-2015 THROUGH 10-28-2015, FROM 11-02-2015 THROUGH 11-05-2015, FROM 11-16-2015 THROUGH 11-16-2015, FROM 11-30-2015 THROUGH 01-05-2016, AND 02-03-2016 THROUGH 03-07-2016

ISSUED THIS 22 DAY OF MARCH 2016.

*[handwritten]* Why? Should be 18 years honorable Service

*[signature]* CDR FELECIA BAILEY, USPHS
ASSIGNMENTS TEAM,
DIVISION OF COMMISSIONED CORPS PERSONNEL AND READINESS

*[handwritten]* ix

*[handwritten]* 33

Never give this document away. Always use a photocopy when asked to provide proof of PHS Service.

Equivalent to DD-214
PHS-1887

*[handwritten]* 38





**DEPARTMENT OF VETERANS AFFAIRS**
**Veterans Benefits Administration**
**Regional Office**

**FELICIA BINIONWILLIAMS**

**VA File Number**

**Rating Decision**
**10/18/2018**

## INTRODUCTION

The records reflect that you are a veteran of the Gulf War Era. You served in the rvice from June 5, 2000, to March 7, 2016. You filed an original disability claim that was received on November 16, 2017. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

## DECISION

1. Service connection for bipolar disorder (also claimed as depression, insomnia and sleep disturbance) is granted with an evaluation of 70 percent effective November 16, 2017.

2. Service connection for degenerative arthritis of the thoracolumbar spine and intervertebral disc syndrome (also claimed as lumbago, disc loss and desiccation) is granted with an evaluation of 10 percent effective November 16, 2017.

3. Service connection for left knee strain is granted with an evaluation of 10 percent effective November 16, 2017.

4. Service connection for premenstrual disorder is granted with an evaluation of 10 percent effective November 16, 2017.

39   19



FELICIA BINIONWILLIAMS
425 27 6754
2 of 10

5. Service connection for right knee strain is granted with an evaluation of 10 percent effective November 16, 2017.

6. Service connection for telogen effluvium is granted with an evaluation of 0 percent effective November 16, 2017.

7. Service connection for tension headaches is granted with an evaluation of 0 percent effective November 16, 2017.

8. Service connection for radiculopathy of the left lower extremity with femoral nerve involvement is granted with an evaluation of 10 percent effective November 16, 2017.

9. Service connection for radiculopathy of the left lower extremity with sciatic nerve involvement is granted with an evaluation of 10 percent effective November 16, 2017.

10. Service connection for posttraumatic stress disorder is denied.

11. Service connection for labioplasti is denied.

12. Service connection for muscle weakness is denied.

13. Service connection for right lower extremity sciatica is denied.

14. Service connection for temporomandibular joint disorder is denied.

## EVIDENCE

- Service verification for periods of service from June 5, 2000 to March 7, 2016
- Service Treatment Records, from June 5, 2000 through March 7, 2016
- VA Form 21-526 EZ: Application for Disability Compensation and Related Compensation Benefits, November 16, 2017
- Kaiser Permanente treatment records, received November 16, 2017, January 28, 2018 and October 9, 2018, dated June 2016 to October 2017
- VA Letters, dated December 15, 2017, January 22, 2018, August 14, 2018 and September 27, 2018
- Stressor statements, received January 28, 2018
- Equal Employment Opportunity documents, received January 28, 2018 and April 30, 2018
- VA Form 21-0820 Report of General Information, dated March 19, 2018
- VA Form 21-0820 Report of General Information, dated September 19, 2018
- VA Form 21-4142 Authorization and Consent to Release Information to Department of Veteran's Affairs, received October 9, 2018
- VA Form 21-4138, Statement in Support of Claim, received October 9, 2018
- VA Form 21-0820 Report of General Information, dated October 17, 2018
- LHI Contract Examinations, conducted December 28, 2017 and February 1, 2018





U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES 

*This document is Not a law but an instruction manual. 221 PHSACt recently Steddup and does not apply to Commander Felicia Brman Williams ever*

COMMISSIONED CORPS INSTRUCTION

CCI 221.01

EFFECTIVE DATE: 3 October 2022

By Order of the Assistant Secretary for Health:

ADM Rachel L. Levine, M.D.

*Fraud: Not a law*

SUBJECT: Medical Accession Standards

1.  PURPOSE: This Instruction provides the medical and dental conditions that disqualify a candidate for an appointment in the U.S. Public Health Service (USPHS) Commissioned Corps.

2.  APPLICABILITY: Except as directed by the Secretary, this Instruction applies to all candidates seeking appointment to the USPHS Commissioned Corps. The standards outlined in Appendix B also apply to members of the Regular Corps and Ready Reserve Corps to determine if an officer has a condition that has the potential to affect the officer's medical readiness.

3.  AUTHORITY:

    3-1.  42 C.F.R. Part 21, "Commissioned Officers"

    3-2.  Commissioned Corps Directive (CCD) 128.01, "Medical Fitness for Duty"

    3-3.  42 U.S.C. § 204a, "Deployment readiness"

    3-4.  42 U.S.C. § 209, "Appointment of personnel"

    3-5.  42 U.S.C. § 217, "Use of Service in time of war or emergency"

    *229*

    3-6.  The Secretary of the Department of Health and Human Services (HHS) has delegated the authority to administer the USPHS Commissioned Corps to the Assistant Secretary for Health (ASH), "Delegations of Authorities Relating to the U.S. Public Health Service (PHS) Commissioned Corps," dated 24 July 2003.

4.  PROPONENT: The proponent of this Instruction is the ASH. The Surgeon General (SG) is responsible for providing supervision of activities relating to the day-to-day operations of the USPHS Commissioned Corps. The Director, Commissioned Corps Headquarters (CCHQ), provides overall management of USPHS Commissioned Corps personnel operations and processes.

5.  SUMMARY OF REVISIONS AND UPDATES: This is the fourth issuance of this Instruction in the electronic Commissioned Corps Issuance System (eCCIS) and replaces Commissioned Corps Instruction (CCI) 221.01, "Medical Accession Standards," dated 29 November 2021. This version:

    5-1.  Amends the Hepatitis B Virus (HBV) and Human Immunodeficiency Virus (HIV) medical accession standards in Appendix A.

*41*

CCI 221.01                    Medical Accession Standards              3 October 2022

    c.   If medical or dental information is incomplete or omitted, the candidate will be notified, and the necessary additional information will be requested. Failure to submit requested information within the time limits provided will result in the termination of the candidate's application to the USPHS Commissioned Corps.

6-4.   Waiver of a Medical Condition. A waiver is an authorization to medically qualify a candidate who has a condition that disqualifies the candidate for an appointment into the USPHS Commissioned Corps or, upon appointment, would prevent a candidate from being able to deploy worldwide in response to urgent or emergency public health care needs pursuant to 42 U.S.C. § 204a(1) or any military mission.

    a.   The SG may approve a waiver when it is reasonably expected that a permanent disqualifying condition will not normally be subject to significant change or progressive deterioration; will not prevent a candidate from deploying worldwide in response to urgent and emergency public health care needs, or any required military mission; will not prevent the candidate from assuming any assignment in the candidate's profession in various environments and work assignments; and will not adversely affect the candidate's fitness for duty should the USPHS Commissioned Corps commission the candidate. The waiver must be considered in the best interests of the USPHS Commissioned Corps.

    b.   The SG will not grant a candidate a waiver for a disqualifying condition that is felt to be temporary. In such cases, if authorized by the SG, the candidate may reapply to the USPHS Commissioned Corps when the condition is resolved.

    c.   The SG, or designee, has the sole authority to grant a waiver of a disqualifying medical condition. The decision of the SG, or designee, is final and is not subject to appeal.

6-5.   If there is any change in a candidate's medical status after the completion of the examinations, but before appointment to the USPHS Commissioned Corps, the applicant must notify CCHQ as soon as possible prior to appointment.

6-6.   Medical examinations are valid for purposes of appointment for up to one year after the date reflected on the DD Form 2808, "Report of Medical Examination," as long as there is no significant change in a candidate's medical status.

6-7.   The falsification or other nondisclosure of any information on the part of the candidate will result in the immediate termination of the application review process, the ineligibility of the candidate's appointment to the USPHS Commissioned Corps, and the ineligibility of the candidate to reapply at a later date for a commission in the USPHS Commissioned Corps. If the discovery of the nondisclosure is made after an appointment or call to active duty, the Director, CCHQ, will refer the individual's record to the appropriate disciplinary process which may result in discipline including a separation from active duty without benefits.

6-8.   The USPHS Commissioned Corps will follow all applicable laws and regulations with regard to the protection and confidentiality of any medical information received.

7.   RESPONSIBILITIES:



7-1.   The SG may issue a Personnel Operations Memorandum (POM), through the eCCIS, to address specific compliance issues.

7-2.   The Director, CCHQ, is responsible for providing oversight of the medical review processes. The Director, CCHQ, or designee, may determine the medical documentation that a candidate must provide in order to make a determination of the candidate's medical and dental fitness for an appointment to the USPHS Commissioned Corps.

3

42

CCI 221.01                     Medical Accession Standards                    3 October 2022

Appendix A

Disqualifying Medical and Dental Conditions

**Table of Contents**

| Condition | Page |
|---|---|
| I. Head and Neck | 6 |
| II. Mouth, Nose, Larynx and Trachea | 7 |
| III. Dental Disorders | 8 |
| IV. Eyes and Vision | 9 |
| V. Ears and Hearing | 12 |
| VI. Cardiovascular Disorders | 13 |
| VII. Pulmonary Disorders | 16 |
| VIII. Gastrointestinal and Hepatobiliary Disorders | 18 |
| IX. Endocrine and Metabolic Disorders | 21 |
| X. Hematological Disorders | 23 |
| XI. Renal and Urologic Disorders | 24 |
| XII. Gynecological Disorders and Breast Disease | 27 |
| XIII. Musculoskeletal and Rheumatologic Disorders | 29 |
| XIV. Skin Disorders | 36 |
| XV. Infectious Diseases | 39 |
| XVI. Immunologic Disorders | 40 |
| XVII. Neoplastic Disorders | 42 |
| XVIII. Neurologic and Muscle Disorders | 43 |
| XIX. Mental Disorders | 46 |
| XX. Substance Use and Addictive Behaviors | 49 |
| XXI. Miscellaneous | 50 |

*(handwritten annotations):* You will never have a USPHS CORPS if you dismiss a person when diagnosed with an illness.

*(handwritten annotation):* You need to meet 231 BMI

*(handwritten):* 43

 Gmail

*DC Bar  1:22-cv-01084  6/28 2023*

Felicia Binion <fbchemist@gmail.com>

## BADC - How To File A Complaint Against A DC Licensed Attorney
2 messages

**Evonne Edmonds** <staff@badc.org>                              Wed, May 25, 2022 at 2:23 PM
To: fbchemist@gmail.com

Greetings:

If you wish to file a complaint against a licensed attorney in the District of Columbia, you must do so with one of the organizations listed below.

The **Office of Disciplinary Counsel** is where complaints should officially be filed.  The **District of Columbia Bar (DC Bar)** is the "mandatory" licensing bar for attorneys who desire to be licensed to practice in the District.  However, all three organizations below are involved in the attorney complaint and disciplinary process.  Therefore, reaching out to one, or all of them, should be advantageous, if you desire to go that route.

**Office of Disciplinary Counsel**          **The District of Columbia Bar**
515 Fifth Street, NW                        901 4th Street, NW
Building A, Suite 117                        Washington, DC  20001
Washington, DC  20001                       Phone: 202-737-4700
Phone:  202-638-1501                        Website:  www.dcbar.org
Fax:  202-638-0862                          (Mandatory licensing bar
                                              for DC)

**Board on Professional Responsibility**
The District of Columbia Court of Appeals
430 E Street, NW, Suite 138
Washington, DC  20001
Phone:  202-638-4290
Fax:  202-638-4704

The website links listed below will provide additional information.

https://www.dcbar.org/attorney-discipline
https://www.dcbar.org/attorney-discipline/for-the-public
https://www.dcbar.org/Attorney-Discipline/Board-on-Professional-Responsibility
https://www.dcbar.org/Attorney-Discipline/Office-of-Disciplinary-Counsel
https://www.dcbar.org/attorney-discipline/office-of-disciplinary-counsel/filing-a-complaint/how-to-file-a-complaint/complaint-form-english

If the attorney is barred in a jurisdiction other than the District of Columbia, you will need to contact the state bar where he/she is licensed.

Best Regards,
**Evonne Edmonds | Assistant**
The Bar Association of the District of Columbia (*The "Voluntary" Bar*)
1016 16th Street NW, Suite 101, Washington, DC 20036
T. 202-223-6600 | F. 202-293-3388
staff@badc.org | badc.org

 Virus-free. www.avast.com

*This electronic mail transmission and any attachment may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.  Thank you!*

25 44



Virus-free. www.avast.com

*This electronic mail transmission and any attachment may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.  Thank you!*

45

27

 Gmail

Felicia Binion <fbchemist@gmail.com>

## BADC - Lawyer Referral Service - Pro Bono/Low Bono Organizations in DC
3 messages

**Evonne Edmonds** <staff@badc.org>                                   Thu, Mar 31, 2022 at 3:51 PM
To: fbchemist@gmail.com

Greetings:

**To obtain pro bono or low bono assistance:**

**Please be advised that attorneys on BADC's Lawyer Referral Service ("LRS") panel <u>do not</u> provide pro bono (free) or low bono (discounted) representation.** However, there are organizations in the community where such help may be obtained for those who qualify financially. To determine whether you and/or your household meet the federal poverty guidelines to qualify for pro bono services, please click on this link: https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines.

If you need **free legal help** you may want to contact the **DC Bar Pro Bono Legal Clinic**. For your convenience, links to the legal clinic are provided below. Also included are links to **LawHelp.Org**, **DC Reduced Fee Lawyer**, **DC Affordable Law Firm**, and **DC Refers**.

**DC Bar Pro Bono Legal Clinic:**
https://www.dcbar.org/pro-bono/resources-and-training/legal-service-provider-detail.cfm?
orgCD=969899
https://www.dcbar.org/pro-bono/index.cfm
https://www.dcbar.org/for-the-public/legal-resources/index.cfm

**LawHelp.Org:**
This directory is attached.
You can locate LawHelp's link at the top of the attached document.

**Low Bono Organizations:**
**DC Reduced Fee Lawyer**
**DC Reduced Fee Lawyer and Mediator Referral Service** (an online directory of reduced fee lawyers)
http://www.dcreducedfeelawyers.org/news

**DC Affordable Law Firm**
http://dcaffordablelaw.org/
The DC Affordable Law Firm is a non-profit organization whose mission is to provide high quality, affordable legal services to DC Residents with unmet legal needs who do not qualify for free legal aid and are unable to pay prevailing legal rates.

**DC Refers**
https://dcrefers.org/
DC Refers is an online listing of qualified attorneys who are willing to represent modest-means clients at below-market rates.

Attached is the list of organizations that provide pro bono (free) legal advice. Because there are several listed, you will need to make calls to locate one that might be able to help you. However, I suggest that you


29 46



USAJOBs, and harassment from Catholic University due to lack of academic testing accommodations for a disabled student.

I would like to make a donation to the Washington Bar Association after my settlement is finalized.

Thank you.

Another month will pass on June 1.

Respectfully,
Dr. Felicia Binion Williams
Retired Commander

[Quoted text hidden]

---

**Evonne Edmonds** <staff@badc.org>
To: Felicia Binion <fbchemist@gmail.com>

Wed, May 25, 2022 at 2:50 PM

Greetings,

I have provided answers to your two questions below.

Answers:

1) I am not a lawyer; therefore, I cannot provide legal advice. Also, the Bar Association of DC does not provide legal advice. It is suggested that you obtain legal help from a professional, a lawyer. BADC's Lawyer Referral Service, which is a fee-based service, is accessible through our online site. The link to the site is **www.badc.org**. Lawyers in the network do charge; they do not provide pro bono (free) or low bono (discounted) representation.
2) I sent you information on making a complaint against a DC-licensed attorney in a separate email message. Please see the email with the subject line "BADC - How To File A Complaint Against A DC Licensed Attorney."

Best Regards,
**Evonne Edmonds | Assistant**
The Bar Association of the District of Columbia (*The "Voluntary" Bar*)
1016 16th Street NW, Suite 101, Washington, DC 20036
T. 202-223-6600 | F. 202-293-3388
staff@badc.org | badc.org

Virus-free. www.avast.com

[Quoted text hidden]

Virus-free. www.avast.com

[Quoted text hidden]

3147





 Gmail

## Meeting Request with Judges Contreras and Howell

**Felicia Binion** <fbchemist@gmail.com>                                                                 Tue, Jun 7, 6:41 AM
To: Evonne Edmonds <staff@badc.org>, Felicia <fbchemist@gmail.com>, Walker, O'Neal A CIV DHA WRNMMC (US)
<oneal.a.walker.civ@mail.mil>, zohra lodin <zohra.lodin.civ@gmail.com>

Good morning Ms. Edmonds,
I believe that President Biden, Vice President Harris and US Attorney General Merrick Garland are intentionally delaying
my case to obtain my retirement which the Merit System Protection Board said I should have in 2017 at highest 36
months and 75% basic pay and 100% Permanent Disability Rating List which means my NAME should have been
forwarded to the VA to obtain 100% veteran benefits in 2017. My name was not forwarded and when I began to receive
my VA benefits I received 1/2 basic pay and 1/2 VA benefits because the VA said I did not have 20 years which I did.

I requested a meeting with two Federal Judges May 6, 2022,  I, Dr. Felicia Binion Williams is the prosecutor for my case.
The federal defendants have not responded to the complaint which stated that the defendants had 5 days to respond.
Everyone had the evidence they needed because this case was before the court in 2016 with Judge Sullivan.

Catholic University had the trail of emails from Fall 2020.  Catholic received prior notice March 23, 2022 at 11:35am.
FDA/Center for Devices and Radiological received prior notice in 2016 about my retirement, harassment and the fake
work.
OPM received prior notice March 12, 2022 regarding the failure to adhere to regulations in 5 CFR 213 as well.  DOJ and
Consumer Product Safety Commission also failed to adhere to 5 CFR213 for the Recent Graduate Program
I met with General Jack Davis at Walter Reed April 14, 2022 to discuss the Malpractice (failing to diagnose me with a
Nervous Breakdown in 2015 and changing my prescription from Olanzapine to Latuda which is a stimulant in 2017 until
April 1, 2022).  I could have died of a heart attack had I taken the medication daily.

33      48

Phone: 202-638-1501                    Website: www.dcbar.org
Fax: 202-638-0862                    (Mandatory licensing bar
                                          for DC)

Case 1:23-cv-02175-RDM   Document 11   Filed 07/26/23   Page 93 of 462

**Board on Professional Responsibility**
The District of Columbia Court of Appeals
430 E Street, NW, Suite 138
Washington, DC 20001
Phone: 202-638-4290
Fax: 202-638-4704

The website links listed below will provide additional information.

https://www.dcbar.org/attorney-discipline
https://www.dcbar.org/attorney-discipline/for-the-public
https://www.dcbar.org/Attorney-Discipline/Board-on-Professional-Responsibility
https://www.dcbar.org/Attorney-Discipline/Office-of-Disciplinary-Counsel
https://www.dcbar.org/attorney-discipline/office-of-disciplinary-counsel/filing-a-complaint/how-to-file-a-complaint/complaint-form-english

If the attorney is barred in a jurisdiction other than the District of Columbia, you will need to contact the state bar where he/she is licensed.


Best Regards,
**Evonne Edmonds | Assistant**
The Bar Association of the District of Columbia (*The "Voluntary" Bar*)
1016 16th Street NW, Suite 101, Washington, DC 20036
T. 202-223-6600 | F. 202-293-3388
staff@badc.org | badc.org


 Virus-free. www.avast.com


*This electronic mail transmission and any attachment may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it. Thank you!*

Request for Meeting with Judges 5-6-22.pdf, Retirement orders Bipolar 4 years.pdf

35    49



*mine*

Dr. Felicia Binion Williams, Commander Retired
Prosecutor
PRO Se

RECEIVED

JUN  8 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**v.**

**1:22-CV-01084**

Department of Health and Human Services, Agency
Walter Reed National Military National Hospital
Office of Personnel Management
Department of Justice
Consumer Product Safety Commission
Catholic University

Dear Judge Contreras, Sullivan and Howell,

Enclosed are email communications with the Washington Bar Association and
defendants.

_Dr. Felicia Binion Booth_
**Signature**

6/8/22
**Date**

50



 **Gmail**

Felicia Binion <fbchemist@gmail.com>

## Plea Bargain --Case 1:22-cv-01084

Felicia Binion <fbchemist@gmail.com>                                                              Tue, Jun 7, 2022 at 9:38 PM
To: Evonne Edmonds <staff@badc.org>, Marinello@kaganstern.com, Matthew Dolan <dolan@cua.edu>,
Ronald.Machen@wilmerhale.com, binionaka <binionaka@msn.com>, david.ogden@wilmerhale.com, yegogo1989
<yegogo1989@yahoo.com>, "Walker, O'Neal A CIV DHA WRNMMC (US)" <oneal.a.walker.civ@mail.mil>, zohra lodin
<zohra.lodin@gmail.com>, Felicia <fbchemist@gmail.com>

Dear Ms. Evonne Edmonds,

I want to add a few additional lawyers to the complaint that I submitted to you and the US District Court for the District of
Columbia.  I informed these attorneys that I wanted to plea bargain with them in May and also suggested Negotiating with
them.  I rescinded all negotiations as a prosecutor can when there is no response.  I informed you that I sent a letter to
the court requesting a meeting with the defendants.  Did the Judges meet with the defendants without me to Slander my
name or say that I am lying, Crazy etc?

**Catholic University Columbus School of Law:**
Dean Stephane Payne
Dean Crowley
Dean Schept
Professor Labelle
Professor Seth Watkins


**Department of Health and Human Services:**
Daniel.Barry@hhs.gov,
Markh.Greenberg@hhs.gov,
Barbara.McGarey@hhs.gov,
Paulr.Rodriguez@hhs.gov,
Sean.Keveney@hhs.gov,
Christine.Berger@hhs.gov,
Buddy.Frye@hhs.gov

Please add these attorneys from the Department of Health and Human Services Office of General Counsel. **Had
WilmerHale responded**, I would not have to try to litigate this Damn case by myself without help from a barred attorney.
I applied to law school Fall 2021.  I suggested that as a bargaining chip with Catholics because I completed the Masters
of Legal Studies in Intellectual Property (2nd and 3rd year law courses) with a 3.24GPA and fairly decent LSAT score
according to LSAC.

1.FOR AGENCY-This is a potential Billion Dollar Lawsuit against the Food Industry. **I worked in the OFfice of
PRemarket Approval for Foods and I worked in the Office of Compliance (Post Market) totalling 15 years.**  I gave
the Department of Health and Human Services/Food and Drug Administration/Center for Food Safety and Applied
Nutrition the case of the Century on accident with God's help. I noticed that the labeling changed on the packaging of
several dry foods.  The labeling used to read Genetically Modified Organism NOW  MY labeling reads Bioengineered
Food Ingredient, Genetically Modified Ingredient and Genetic Food Ingredient etc.  The new Ingredient if an
UNAPPROVED FOOD ADDITIVE which ADULTERATED THE FOOD WITH A potential POISON.  THE LABELING IS
MISBRANDED.....Seizure/Injunction/World Wide Recall?

2. The Agency has another case against itself.  There are several people at FDA/CDRH (700 to 800 people) who are
potentially creating fake medical device assignments.

3. The medical device industry will likely SUE the Department of Health and Human Services for allowing Fake Medical
Assignment to continue to be created 6 years after I told several people in Spring 2015.

4. I filed a lawsuit against the Agency for my retirement, Veteran Benefits (100% PDRL), harassment with fake work,
harassment, slander etc.



Judge Sullivan is not included because he reviewed the 2016 case and I thought he (Judge Sullivan) would be reassigned in this case. Perhaps that is a remedy to this mess. Can the Washington Bar Association and the Office of Disciplinary Counsel that **Judge Emmet Sullivan review my case and hold a meeting with me and the Defendants June 14, 2022 at 10:00am?**

**Here are my Issues and claims in short form:**

I submitted the following case to the United States District Court for the District of Columbia April 19, 2022 and served the summons on the defendants listed below via next day delivery by FedEx and each summons mailing package had a tracking number. Nine days later, April 28, 2022, I provided a copy of the tracking number to the defendants; Department of Justice United States Attorney Merrick Garland for (Department of Health and Human Services, Department of Justice, Walter Reed National Military Hospital, Office of Personnel Management and Consumer Product Safety Commission) and Catholic University Columbus School of Law. I received the return receipt from the Department of Justice United States Attorney Merrick Garland for the packages mailed April 28, 2022.

The purpose of the lawsuit is threefold; **1)** to obtain my full retirement and full Veteran Benefits. When I retired, I was guaranteed 75% basic pay at the highest 36 months and 100% permanent Disability Rating List. Apparently, my name was never forwarded to the Permanent Disability Rating List and never forwarded to the Veteran Administration. I should never need another physical exam or psychological exam ever in my life because I am 100% permanently disabled and the VA does not subject 100% permanent disabled vets to exams every 3 to 5 years; **2)** I applied for approximately 52 jobs on USAJOBs government website and interviewed for 4 positions (2 at the Department of Justice), (1 at Office of Personnel Management) and (1 at the Consumer Product Safety Commission), during the interview I asked if the positions was for 2 years and I was told that the position was for 1 years and the division would determine if I could stay based upon a reevaluation. Based upon the Executive order (2010) and regulation 5Code of Federal Regulation 213(2012) the Recent Graduate program is for 2 years and after the second year the person becomes a permanent employee per the union; **3)** While attending Catholic University Columbus School of Law I was not given the academic accommodation I should have received. The professor and the dean's office stated the exam would be in TWEN and I was forwarded an email with the exam in WORD and I had to track my time on a piece of paper and I had an anxiety attack and the when I transferred my test question and partial answer to TWEN during the second half of the exam the TWEN clock did not work. Because I am a disabled woman, female, person, veteran I am covered under the Rehabilitation Act of 1970 and had a 504 plan.

    1.  Here is the case I filed in 2016 in District Court complaint titled
**Felicia Binion Williams v. Department of Health and Human Services et. al., Civil Action No. 16-CV-2362 (EGS), filed in the U.S. District Court for the District of Maryland.**

    2.  Here is the Merit System Protection Board Case which should have given me **75% basic pay at highest 36 months and 100% permanent disability and be placed on the permanent disability rating list.**
Felicia Binion Williams v. Department of Health and Human Services, **Merit Systems Protection Board ("MSPB") Docket: DC-3443-17-0415-I-1,**

    **3.  Here is the case I filed in 2022:**
Dr. Felicia Binion Williams, Commander Retired
Prosecutor
PRO Se

52

713K

**EEO Conflict Statement-Director Erin Keith.PDF**
514K

**EEO Conflict Statement-Supervisor Elizabeth Claverie Williams.PDF**
550K

753





54

CAB 580. 2-13-2023

Appointment to Reserve COPPS of Department of Health and Human Services/United States Public Health Services/ CORPS Commission ed.: 6-5-2000.

Appoint to Regular CORPS of DHHS/USPHS/Commissioned CORPS; 9-28-2006

71

Read sequential dates

# 55



FEB 22 1999

PHS-1813
Rev. 7/97

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Commissioned Corps of the United States Public Health Service

Division of Commissioned Personnel
5600 Fishers Lane, Room 4-20
Rockville, MD 20857-0001

FORM APPROVED:
OMB No. 0937-0025
Exp. Date: 7/31/2000



## REFERENCE REQUEST FOR APPLICANTS TO THE U.S. PUBLIC HEALTH SERVICE COMMISSIONED CORPS



Felicia   Binion
*(Applicant's Name)*

If the reference knows you by another name, please indicate here:

Your name has been given as a reference by the individual identified above who has applied for appointment to the Commissioned Corps of the United States Public Health Service.

We would appreciate your frank and objective consideration of the requested information. To help us determine whether this person is loyal, trustworthy, and of good character, we ask that you answer all questions on the front and back of this form as fully and specifically as you can. The information you provide will be disclosed to the person identified above if he or she should so request.

The promptness of your reply will aid us greatly in our evaluation of this applicant. The information furnished by former associates, supervisors, or employers with the same or related background provides valuable information for use in evaluating applicants.

**Division of Commissioned Personnel**

| 1. PERIOD OF ASSOCIATION | 2. RELATIONSHIP TO APPLICANT *(CHECK APPROPRIATE BOXES)* |
|---|---|
| From     To (MM/YYYY) **06/1996   01/1999** | ☐ EMPLOYER   ☐ TEACHER   ☐ FACULTY ADVISOR ☐ SUPERVISOR   ☐ DEAN   ☒ OTHER *(SPECIFY)* Co-Worker/Project Leader |

### 3. EVALUATION OF APPLICANT

| ELEMENTS TRAINING * | OUTSTANDING | BETTER THAN AVERAGE | AVERAGE | BELOW AVERAGE | NO BASIS FOR JUDGMENT | ELEMENTS PERSONAL ADJUSTMENT ** | OUTSTANDING | BETTER THAN AVERAGE | AVERAGE | BELOW AVERAGE | NO BASIS FOR JUDGMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCTIVITY | X | | | | | ABILITY TO WORK WITH AND FOR OTHERS | X | | | | |
| ABILITY TO WORK INDEPENDENTLY | X | | | | | FLEXIBILITY – ADAPTABILITY | X | | | | |
| INITIATIVE | X | | | | | ABILITY TO SOLVE PROBLEMS – RESOURCEFULNESS | X | | | | |
| APPLICATION OF SKILLS AND KNOWLEDGE | X | | | | | | | | | | |
| CAPACITY FOR DEVELOPMENT | X | | | | | ORIGINALITY | | X | | | |
| ATTENDANCE | X | | | | | JUDGMENT | X | | | | |
| DEPENDABILITY IN CARRYING OUT ASSIGNMENT | X | | | | | ABILITY TO COMMUNICATE | | X | | | |
| | | | | | | SUPERVISORY ABILITY | | | X | | |

\* TRAINING *(Class standing, grades, scholastic honors, special training)*    ** PERSONAL ADJUSTMENT *(Emotional Stability and Maturity)*

### 4. BEST SUITED FOR WHAT POSITION, FIELD, OR SPECIALIZATION

Scientific Research/Evaluation

### 5. DO YOU KNOW OF ANY LIMITATIONS OR OTHER INFORMATION WHICH MIGHT IMPACT ON THE EFFECTIVENESS OR STABILITY OF THIS PERSON?
*(Training, Personality, Emotional, Ethical)*

☒ NO   ☐ YES *(Give Details)*

73          72

*(Continue on reverse side)*

Created by Electronic Document Services/USDHHS; (301) 443-3434





**6. WOULD YOU BE WILLING TO EMPLOY OR RE-EMPLOY THIS PERSON IF YOU HAD AN OPENING REQUIRING THE GENERAL PROFESSIONAL LEVEL AND PROFESSION OF THIS INDIVIDUAL?**

☒ YES *(IN WHAT CAPACITY?)*   I would employ Ms. Binion as a Consumer Safety Officer to evaluate and manage the review of food and color additives. I would also employ her as a teacher in the area of chemistry.

☐ NO *(GIVE REASONS)*

**7. COMMENTS** *(Please use this space to supply any further information, comments, and evaluation.)*

During the time that I have known Ms. Binion I have found her to be a hard worker who goes out of her way to satisfy her superiors and to make sure that she accomplishes the tasks assigned to her. She is innovative and thorough in her work. I have been impressed at her willingness to work overtime and during bad or inclimate weather just to accomplish her assigned tasks. She avoids situations that she knows will create unnecessary conflict. Ms. Binion has the ability to grasp both technical and non-technical concepts. I believe that Ms. Binion would be an asset to to Commissioned Corps of the United States Public Health Service.

| 8. SIGNATURE | 12. INSTITUTION OR FIRM ADDRESS *(Include ZIP Code)* |
|---|---|
| *[signature]* | Food & Drug Administration |
| 9. NAME *(Type or Print)* | 200 C St., SW, HFS-207 |
| JoAnn Ziyad, Ph.D. | Washington, DC  20204 |
| 10. TITLE OR POSITION  11. DATE | Telephone No. (202) 418-3116   Ext. |
| Consumer Safety Officer  1/14/99 | |

PHS-1813 (BACK)
Rev. 7/97





PHS-1813
Rev. 7/97

FEB 22 1999

FORM APPROVED:
OMB No. 0937-0025
Exp. Date: 7/31/2000

## U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
### Commissioned Corps of the United States Public Health Service

Division of Commissioned Personnel
5600 Fishers Lane, Room 4-20
Rockville, MD 20857-0001



## REFERENCE REQUEST FOR APPLICANTS TO THE U.S. PUBLIC HEALTH SERVICE COMMISSIONED CORPS



Felicia Binion
(Applicant's Name)

If the reference knows you by another name, please indicate here:

Your name has been given as a reference by the individual identified above who has applied for appointment to the Commissioned Corps of the United States Public Health Service.

We would appreciate your frank and objective consideration of the requested information. To help us determine whether this person is loyal, trustworthy, and of good character, we ask that you answer all questions on the front and back of this form as fully and specifically as you can. The information you provide will be disclosed to the person identified above if he or she should so request.

The promptness of your reply will aid us greatly in our evaluation of this applicant. The information furnished by former associates, supervisors, or employers with the same or related background provides valuable information for use in evaluating applicants.

### Division of Commissioned Personnel

| 1. PERIOD OF ASSOCIATION | 2. RELATIONSHIP TO APPLICANT *(CHECK APPROPRIATE BOXES)* |
|---|---|
| From   To (MM/YYYY) **061996 121998** | ☐ EMPLOYER  ☐ TEACHER  ☐ FACULTY ADVISOR  ☒ SUPERVISOR  ☐ DEAN  ☐ OTHER *(SPECIFY)* |

**3. EVALUATION OF APPLICANT**

| ELEMENTS TRAINING * | OUTSTANDING | BETTER THAN AVERAGE | AVERAGE | BELOW AVERAGE | NO BASIS FOR JUDGMENT | ELEMENTS PERSONAL ADJUSTMENT ** | OUTSTANDING | BETTER THAN AVERAGE | AVERAGE | BELOW AVERAGE | NO BASIS FOR JUDGMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCTIVITY | X | | | | | ABILITY TO WORK WITH AND FOR OTHERS | X | | | | |
| ABILITY TO WORK INDEPENDENTLY | | X | | | | FLEXIBILITY -- ADAPTABILITY | X | | | | |
| INITIATIVE | X | | | | | ABILITY TO SOLVE PROBLEMS -- RESOURCEFULNESS | | X | | | |
| APPLICATION OF SKILLS AND KNOWLEDGE | | X | | | | ORIGINALITY | | X | | | |
| CAPACITY FOR DEVELOPMENT | X | | | | | JUDGMENT | X | | | | |
| ATTENDANCE | X | | | | | ABILITY TO COMMUNICATE | X | | | | |
| DEPENDABILITY IN CARRYING OUT ASSIGNMENT | | X | | | | SUPERVISORY ABILITY | | | | | X |
| * TRAINING (Class standing, grades, scholastic honors, special training) | | | | | | ** PERSONAL ADJUSTMENT (Emotional Stability and Maturity) | | | | | |

**4. BEST SUITED FOR WHAT POSITION, FIELD, OR SPECIALIZATION**
SCIENTIST, PROJECT MANAGER

**5. DO YOU KNOW OF ANY LIMITATIONS OR OTHER INFORMATION WHICH MIGHT IMPACT ON THE EFFECTIVENESS OR STABILITY OF THIS PERSON?** *(Training, Personality, Emotional, Ethical)*
☒ NO  ☐ YES *(Give Details)*

*(Continue on reverse side)*

EF

Created by Electronic Document Services/USDHHS; (301) 443-3454



58

6. WOULD YOU BE WILLING TO EMPLOY OR RE-EMPLOY THIS PERSON IF YOU HAD AN OPENING REQUIRING THE GENERAL PROFESSIONAL LEVEL AND PROFESSION OF THIS INDIVIDUAL?

☒ YES (IN WHAT CAPACITY?)

SEE ATTACHED

☐ NO (GIVE REASONS)

7. COMMENTS (Please use this space to supply any further information, comments, and evaluation.)

SEE ATTACHED

76 75

| | |
|---|---|
| 8. SIGNATURE Laura M Tarantino | 12. INSTITUTION OR FIRM ADDRESS (Include ZIP Code) HFS-200 Food + Drug Administration 200 C ST SW WASHINGTON DC 20204 |
| 9. NAME (Type or Print) LAURA M. TARANTINO | |
| 10. TITLE OR POSITION Deputy Director Office of Premarket Approval / 11. DATE 12/29/98 | Telephone No. ( ) 202 418-3090 Ext. |

PHS-1813 (BACK)
Rev. 7/97

*59*

December 29, 1998

RE:    Reference Request for Applicants to the U.S. Public Health Service Commissioned
       Corps: Felicia Binion

Item 6.  Ms. Binion is currently employed at the U.S. Food and Drug Administration (FDA), in
the Office of Premarket Approval.  She is a valued and productive employee, with excellent
promise for advancement in this organization.

Item 7.  I have known Ms. Binion since June of 1996, when she came to work at the FDA, in the
Office of Premarket Approval.  Throughout the period, I have had frequent contact with Felicia,
and have worked closely with her on specific projects.

Felicia originally came on board as a part-time employee while pursuing her graduate studies.  It
quickly became apparent that she was exceptionally capable, showed great initiative, and was
willing and anxious to take on a variety of tasks and responsibilities.  While maintaining her
commitment to her graduate education, she quickly became a valued member of the office, and
has been more productive than many more experienced employees.

Felicia has done an outstanding job on a variety of assignments that have put her in contact with
many of the managers and scientists in the organization.  To a person, they are complimentary
about her performance, and many of them have gone out of their way to tell me of Felicia's
willingness to help, competence, and unfailingly cheerful disposition.  Her strengths include her
work ethic, her strong oral communication skills, her exceptional ability to get along with all of
her coworkers, and her adaptability.  She is a bright and capable young woman.

To the best of my knowledge, Felicia has all the characteristics that would make her an excellent
Officer in the Commissioned Corps.  If I can provide any further information, do not hesitate to
contact me on the number on the reference request form.

*Laura M Tarantino*
Laura M. Tarantino, Ph.D.

*77*          *76*





FEB 22 1999

PHS-1813
Rev. 7/97

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Commissioned Corps of the United States Public Health Service

Division of Commissioned Personnel
5600 Fishers Lane, Room 4-20
Rockville, MD 20857-0001

FORM APPROVED:
OMB No. 0937-0025
Exp. Date: 7/31/2000




**REFERENCE REQUEST FOR APPLICANTS TO THE U.S. PUBLIC HEALTH SERVICE COMMISSIONED CORPS**

Felicia Binion
(Applicant's Name)

If the reference knows you by another name, please indicate here:

Your name has been given as a reference by the individual identified above who has applied for appointment to the Commissioned Corps of the United States Public Health Service.

We would appreciate your frank and objective consideration of the requested information. To help us determine whether this person is loyal, trustworthy, and of good character, we ask that you answer all questions on the front and back of this form as fully and specifically as you can. The information you provide will be disclosed to the person identified above if he or she should so request.

The promptness of your reply will aid us greatly in our evaluation of this applicant. The information furnished by former associates, supervisors, or employers with the same or related background provides valuable information for use in evaluating applicants.

**Division of Commissioned Personnel**

1. PERIOD OF ASSOCIATION — From/To (MM/YYYY) 06/1996 — present

2. RELATIONSHIP TO APPLICANT (CHECK APPROPRIATE BOXES)
☐ EMPLOYER ☐ TEACHER ☐ FACULTY ADVISOR
☒ SUPERVISOR ☐ DEAN ☐ OTHER (SPECIFY)

3. EVALUATION OF APPLICANT

| ELEMENTS — TRAINING * | OUTSTANDING | BETTER THAN AVERAGE | AVERAGE | BELOW AVERAGE | NO BASIS FOR JUDGMENT | ELEMENTS — PERSONAL ADJUSTMENT ** | OUTSTANDING | BETTER THAN AVERAGE | AVERAGE | BELOW AVERAGE | NO BASIS FOR JUDGMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCTIVITY | X | | | | | ABILITY TO WORK WITH AND FOR OTHERS | X | | | | |
| ABILITY TO WORK INDEPENDENTLY | | X | | | | FLEXIBILITY – ADAPTABILITY | | X | | | |
| INITIATIVE | X | | | | | ABILITY TO SOLVE PROBLEMS – RESOURCEFULNESS | | X | | | |
| APPLICATION OF SKILLS AND KNOWLEDGE | | X | | | | ORIGINALITY | X | | | | |
| CAPACITY FOR DEVELOPMENT | X | | | | | JUDGMENT | X | | | | |
| ATTENDANCE | X | | | | | ABILITY TO COMMUNICATE | X | | | | |
| DEPENDABILITY IN CARRYING OUT ASSIGNMENT | X | | | | | SUPERVISORY ABILITY | X | | | | |

* TRAINING (Class standing, grades, scholastic honors, special training)
** PERSONAL ADJUSTMENT (Emotional Stability and Maturity)

4. BEST SUITED FOR WHAT POSITION, FIELD, OR SPECIALIZATION
Scientist

5. DO YOU KNOW OF ANY LIMITATIONS OR OTHER INFORMATION WHICH MIGHT IMPACT ON THE EFFECTIVENESS OR STABILITY OF THIS PERSON?
(Training, Personality, Emotional, Ethical)
☒ NO ☐ YES (Give Details)

(Continue on reverse side)

9. NAME (Type or Print) Robert L. MARTIN
10. TITLE OR POSITION
11. DATE
HFS-215
200 C Street, SW
Washington, DC 20204-0001
Telephone No. (202) 419-3074 Ext.



70

*I claim I need a retirement order*

XL 4/14/00

Correct signatures of leaders in center. Use this model to complete retirement order

PHS-1662 (6/97)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service

**REQUEST FOR PERSONNEL ACTION - COMMISSIONED OFFICER**
(Read instructions on reverse before completing this form.)

| 1. NAME (Last, First, Middle Initial) | 2. PHONE NUMBERS (include area code) |
| Bigina-Williams, Felicia | Work (202) 418-3122 Home (202) 723-1863 |
| 3a. SSAN ~~6754~~ | 3b. PHS SERIAL NUMBER | 3c. CATEGORY Health Service | 3d. GRADE T 3 P 2 |
| 4a. OPDIV / PROGRAM CONTACT Janice Parke | 4b. OPDIV / PROGRAM CONTACT PHONE NUMBER (202) 205-4524 Ext. |

5. TYPE OF ACTION REQUESTED

☑ CAD - GENERAL DUTY   ☐ TRANSFER   ☐ OTHER **Conversion of Civil Service Employee to Commissioned Corps**
☐ CAD - JRCOSTEP   ☐ AMEND PO #
☐ CAD - SRCOSTEP   ☐ DETAIL

☐ BILLET UPDATE   ☐ LIMITED TOUR ____ YEARS
☐ REASSIGNMENT   ☐ LIMIT: ☐ REMOVE ☐ EXTEND
☐ TRAINING: ☐ IN ☐ OUT   ☐ RECALL FROM: ☐ INACTIVE ☐ RETIRED

| 6a. ASSIGNMENT INFORMATION DATES (Must provide Effective Date. Provide other date if applicable to type of action. Use mm/dd/yy for dates.) | 6b. CONCURRENCE INFORMATION |
| 1. Effective Date **June 5, 2000** | 1. Concurrence/Release given by: **Laura M. Tarantino** |
| | 2. Phone number: **202-408-3100** 3. Date **3/23/00** |
| 3. Date Released From Old Duty Station | 4. Training Obligation End Date | 6c. APPROVED LEAVE EN ROUTE ☐ YES ☑ NO |
| 5. Reporting Date | 6. Training/Detail/Tour/COSTEP End Date | 6d. TRAINING OR DETAIL CODES (Provide only if needed) |

**Complete by June data**

7. DUTY STATIONS

| a. FROM (Old Duty Station) | b. TO (New Duty Station) |
| ADMINISTRATIVE CODE: | DBFBCA1 |
| BILLET NUMBER / TITLE : | **99HF 441 (0-3) Assis.Reg Rev off** |
| OPDIV / AGENCY / BUREAU: | BHHS/FDA/Ctr for Food Safety & Applied N |
| DIV / BRANCH / SECTION: | Office of Premarket Approval, DPP/RPB |
| MAILSTOP / ROOM NUMBER: | HFS-206 |
| COMPLETE ADDRESS: (Building, Street, City, State, ZIP Code) **420 Oglethorpe St. NW Washington DC 20011** | 200 "C" Street, S.W. Washington, DC 20204 |

Temporary NACI Granted
Date: **5-31-2000**
By: **Rob Tarantino**

PENDING FINAL CLEARANCE

8. TEMPORARY DUTY EN ROUTE ☐ YES ☑ NO (If no, skip to item 9)

| DATES (mm/dd/yy) From: Through: | 9a. MODE OF TRAVEL: (Air, POV, Common Carrier) **N/A** |
| LOCATION: | 9b. SPECIFIC SCHEDULE / ITINERARY (If needed) |
| REASON: | **N/A** |

10. SPECIAL TRAVEL ALLOWANCES OR INSTRUCTIONS

11. NEW ACCOUNTING INFORMATION

| a. CAN (PAY) #: 6991749 | b. Acct. Pt. (PAY) #: FDA-99 | c. DA/Timekeeper #: 95008 | c. CAN (TVL) #: 6991750 | d. Acct. Pt. (TVL) #: FDA-99 |

12. REMARKS (If applicable, include training procedure name/phase number)

**(202) (418) 3131 Tax for Day order**   George H. Calvin 5/08/00   EQUIV. TO GS-11

13. DIVISION AND OPDIV / PROGRAM CLEARANCE AND APPROVAL - Submission of this form to DCP by the requesting program certifies that all applicable hiring or assignment restrictions and security clearance requirements for this position have been met. (Check as appropriate)

a. SECURITY INFORMATION
☑ Non-Sensitive Position
☐ Sensitive Position
Date Initiated _____
Cleared (mm/dd/yy): _____

b. TOP ☐ Yes ☑ No
c. WORKS WITH CHILDREN ☐ Yes ☑ No

d. ROG (Research Officer Group) ☐ Yes ☐ Change ☑ No

e. ROG TENURE STATUS
☐ A (Assoc/Untenured) ☑ N (NonROG)
☐ F (Fellow) ☐ R (Tenured)
☐ K (Tenured Track)   N/A

14. APPROVAL (Past or type Name (First - M.I. - Last), Title and Date)

| BUDGET OFFICIAL - NAME | TITLE | SIGNATURE | DATE |
| Janice P. Parke | Administrative Specialist, OMS | *Janice Parke* | 3/10/00 |
| 1ST REQUESTING OFFICIAL - NAME Alan M. Rulis, Ph.D | TITLE Director, OPA/CFSAN | *Laura M Tarantino* | 3/13/00 |
| 2ND REQUESTING OFFICIAL - NAME Joseph A. Levitt | TITLE Director, CFSAN/FDA | *Joseph A Levitt* | 4/14/00 |
| NAME CAPT Cynthia Pond | TITLE CC Liaison | *Cynthia S. Pond* | 5-5-00 |

15. DIVISION OF COMMISSIONED PERSONNEL (DCP) CLEARANCE

| Comments, if any: | SIGNATURE DCP OFFICIAL | DATE 6-1-00 |

| FOR DCP USE ONLY | Mileage: Ø | Number of Days Travel: Ø | OO | ODB | PSB |
| | | | TAS | CD | MAB |

This form was electronically produced by Elite Federal Forms, Inc.

Correct signatures of leaders in center

87   71   *Completed Signatures*

108



 **DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service
Food and Drug Administration

## Memorandum

**Date**          MAR 2 3 2000

**From**          Director, Division of Product Policy, Office of Premarket Approval, HFS-200

**Subject**       Request to Convert Civil Service Employee to Commissioned Corps;
                  Felicia Binion Williams GS-0696-11/2

**To**            Director, Office of Premarket Approval, Center for Food Safety and Applied
                  Nutrition, HFS-200


I am pleased to transmit this request for conversion to the Commissioned
Corps for the above mentioned employee.  She is an excellent candidate
for appointment to the Corps.



George Pauli Ph. D.



Director, Office of Premarket Approval

Endorse _____  Not Endorse _____  Date  3/23/00

110

19  81    68

## CIVIL SERVICE TO COMMISSIONED CORPS CONVERSION REQUEST

| Felicia Binion Williams | Health Service Officer | ...6754 |
| --- | --- | --- |
| (Applicant's Name) | (Category) | (Social Security Number) |

1. Background Information:

When did the applicant enter PHS as a civil servant? June 1996

Was the applicant aware of the PHS Commissioned Corps at that time? No

What was the applicant's last PEP overall rating? Meets Performance Measures.

2. Future Rotational Plans:

Has PHS Commissioned Corps mobility been discussed with the applicant? Yes

What Agency plans are there to transfer the applicant in the next three years?

CFSAN and OPA encourage personnel to expand their patterns by gaining multi-program work experience inside and outside FDA. Various aspects of mobility and career progression have been discussed with Mrs. Williams and she has expressed a willingness to move to other assignments within the next three years.

What other PHS Agencies Programs can benefit by the education, training, or special skills of this applicant?

We envision, and have suggested to Mrs. Williams, a career which might include various assignments within FDA and with other components of the PHS, such as the National Institutes Of Health (NIH), the Indian Health Service (IHS), and the Centers for Disease Control (CDC).

3. Critical Nature of the Agency/Program Need:

How will your activity benefit by having the applicant PHS commissioned officer versus as a civil servant?

Mrs. Williams has a Bachelor's in Chemistry and a Masters in Inorganic Chemistry, which includes some undergraduate training in Chemistry. In her position as a Consumer Safety Officer she is responsible for providing and developing FDA policy, guidelines, advice and information for industry and the public on safety issues surrounding the production of food products by new technologies. Her background also includes experience in managing the reviews of safety issues, writing final rules and notices for publication in the Federal Register to amend or add to the Code of Federal Regulations, which are important skills that play a vital role

72





in the process of ensuring the safety of the food supply.  This combination of education and practical experience is an extremely valuable one to FDA in its regulation of food additives.  As a PHS commissioned officer, Mrs. Williams will be readily available to work more flexible hours in meeting program requirements, will be available for emergency situations on weekends or at night, and will have an enhanced identity with and commitment to the Public Health Service through a clear identity with its uniformed Commissioned Corps.  If Mrs. Williams is not converted to Commissioned Corps she will be promoted to a GS 12

Critical Nature of the PHS Need:

How will PHS benefit by employing the applicant as a PHS commissioned officer versus as a civil servant?

Mrs. Williams has demonstrated a significant commitment and dedication to the FDA and has indicated an interest in making a career in federal service.  She is quite interested in becoming involved in the Disaster Medical Assistance Team (DMAT) program and seeks to more fully utilize her education, time and skills to assist in advancing the public health for the nation, especially its disadvantaged and underserved.  Identity and recognition as a member of the Commissioned Corps are quite attractive to her and will enhance her desire for a career with the Public Health Service.  Initial and long-range retention of this individual will help the PHS to meet its need to provide a variety of opportunities beyond those available to her in her present civilian position.  The PHS will benefit from a greater utilization of Mrs. Williams training and abilities now and in the future.

4.  Uniform:

Has the wearing of the PHS uniform been discussed with the applicant?  Yes

Is the applicant willing to wear the PHS uniform in accordance with Agency and PHS policy?  Yes

_____          _____
(Signature of Applicant Requesting Conversion)          (Date)


_____          _____
(Signature of Agency Representative or Program Official)          (Date)


**PLEASE ATTACH TO PHS-1662**

74



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**                    Program Support Center

Personnel Services Branch
Transactions and Applications Section
Division of Commissioned Personnel
5600 Fishers Lane, Room 4-20
Rockville, MD 20857-0001

MAY 3 1 2000

*I claim 4 years
Civil Service
See 1662 personnel
Action Forms*

**From**    Military Personnel Technician, TAS
**Through:** Chief, TAS     R7

**Subject**    Request for Civil Service Conversion for Williams-Binion, Felicia ████ 6754

**To**    Chief, Personnel Services Branch

*I claim I need a new 1662 to retire.
With proper signatures. ex: p971*

This is a request for approval of a civil service conversion. The following information is provided:

- Civil Service Conversion for the Food and Drug Administration.

- Applicant has been working with the FDA since June 1996.

- T&E: 4-1-91 Grade: Assistant Health Services Office (R) O-3, Assistant Health Services Officer (R)(T).

- Interim NACI granted on the date of approval.

- Physical is cleared.

Attached is the conversion memo and the pay comparison.

*Evelyn Stanton*
Evelyn Stanton

*for* Approved *Rob Timothy* Disapproved _____ Date 5-31-2000

attachments

91     83

112



*75*

May 31 00 05:23p    Kinkos*PlanoTx   Cent#3111   972 516 8969          P.2
05/31/00   15:41   ☎                                          @0003/0004

**Division of Commissioned Personnel**
**U. S. Public Health Service**

**ACCEPTANCE LETTER**

1.  My full name is: *Felicia Binion Williams*

2.  I accept appointment as: *5/31/00*

3.  I will begin travel from: *Washington, DC  20011*                    (city, state, ZIP)

4.  My mode of travel is: *Car (auto)*

5.  My home of record is: *Washington, DC   20011*              (city, state, ZIP)

6.  I confirm understanding of NACI clearance.

7.  I confirm understanding of my 2-years medical limited tour.

8.  Place from which you are responding to this letter: (please give full address & phone number)

    Address: *420 Oglethorpe Street, NW*

    City: *Washington*
    State: *DC*  ZIP *20011*

    Phone: *(202) 723-1863*

Signature: *Felicia Binion Williams*  Date: *5/31/06*

Felicia Binion Williams

*92*

*69*

*113*

*76*

*CHB*
*580*

# THE
# PRESIDENT
## OF
### THE UNITED STATES OF AMERICA



*To all who shall see these presents, greeting:*

*Know Ye, that placing special trust and confidence in the patriotism, loyalty, and abilities of* **Felicia B. Williams**, *I do appoint this person as* **Health Services Officer** *in the* **Reserve Corps** *of the United States Public Health Service effective the* **fifth day of June, two thousand.** *Commissioned*

*This Officer will carefully and diligently discharge the duties of the office to which appointed.*

*I do require those Officers and other personnel of lesser rank to render such obedience as this Officer is due. This Officer is to observe and follow such orders and directions, as may be given by me, or the future President of the United States of America, or other Superior Officers acting in accordance with the laws of the United States of America.*

*This commission is to continue in force during the pleasure of the President of the United States of America, for the time being under the provisions of those Public Laws relating to Commissioned Officers of the Public Health Service.*

*By direction of the President:*  *93*



**Surgeon General**

*114*



*77*

*Returned from PhD TOS* 9/2/03

PHS-1662
(5/01)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service

**REQUEST FOR PERSONNEL ACTION - COMMISSIONED OFFICER**
*(Read instructions on reverse before completing this form.)*

PHS-1662

| 1. NAME (Last, First, Middle Initial) | | 2. PHONE NUMBERS (Include area code) | |
|---|---|---|---|
| Williams, Felicia, B. | | Work (002) 418-3100 | Home (202) 723-1863 |
| 3a. SSAN | 3b. PHS SERIAL NUMBER | 3c. CATEGORY | 3d. GRADE |
| -6754 | 67264 | Health Service | T-4   P3 |
| 4a. OPDIV/PROGRAM CONTACT | | 4b. OPDIV/PROGRAM CONTACT PHONE NUMBER | |
| Janice P. Parke | | (202) 418-3115   Ext. | |

**5. TYPE OF ACTION REQUESTED**

☐ OTHER

☐ CAD - GENERAL DUTY   ☑ TRANSFER
☐ CAD - JRCOSTEP   ☐ AMEND PO #
☐ CAD - SRCOSTEP   ☐ DETAIL

☐ BILLET UPDATE   ☐ LIMITED TOUR ____ YEARS
☐ REASSIGNMENT   ☐ LIMIT: ☐ REMOVE ☐ EXTEND
☐ TRAINING: ☐ IN ☐ OUT   ☐ RECALL FROM: ☐ INACTIVE ☐ RETIRED

| **6a. ASSIGNMENT INFORMATION/DATES** (Must provide Effective Date. Provide other data if applicable to type of order. Use mm/dd/yy for dates.) | | **6b. CONCURRENCE INFORMATION** |
|---|---|---|
| 1. Effective Date  9/1/03 | 4. Extership Obligation - Number of Years | 1. Concurrence/Release given by: Dr. Rudolph Harris, Ph.D. |
| 2. Date Released From Old Duty Station  9/5/03 | 5. Training Obligation End Date | 2. Phone number (202) 418-3100   3. Date 8/22/03 |
| 3. Reporting Date  9/4/03 | 6. Short Tour/COSTEP End Date | 6c. APPROVED LEAVE EN ROUTE  ☐ YES  ☐ NO |
| | | DATES (mm/dd/yy)   From:   To: |
| | | 6d. TRAINING OR DETAIL CODES (Provide only if needed) |

**7. DUTY STATIONS**

| | a. FROM (Current Duty Station) | b. TO (New Duty Station) |
|---|---|---|
| ADMINISTRATIVE CODE: | DBFBCK | DBFBCK |
| BILLET NUMBER / TITLE | 1100023, TOS, PhD | 99H0443, Senior Regulatory Review Officer |
| OPDIV / AGENCY / BUREAU: | DBHS/FDA/CFSAN | DBHS/FDA/CFSAN |
| DIV / BRANCH / SECTION: | OFAS/DBGRR | OFAS/DBGRR |
| MAILSTOP / ROOM NUMBER: | HFS-255 | HFS-255 |
| COMPLETE ADDRESS: (Building, Street, City, State, ZIP Code) | American University Department of Chemistry Washington, DC 20016-8014 | 5100 Paint Branch Parkway College Park, MD 20740 |

| 8. TEMPORARY DUTY EN ROUTE ☐ YES ☑ NO (If no, skip to item 9) | 9a. MODE OF TRAVEL: (Air, POV, Common Carrier)  N/A |
|---|---|
| DATES (mm/dd/yy)  From:  Through: | 9b. SPECIFIC SCHEDULE / ITINERARY (If needed) |
| LOCATION: | |
| REASON: | N/A |

**10. SPECIAL TRAVEL ALLOWANCES OR INSTRUCTIONS**
N/A

**11. NEW ACCOUNTING INFORMATION**

| a. CAN # (PAY) 6991745 | b. Acct. Pt (PAY) FDA-99 | c. DA/Timekeeper # 95008 | d. CAN (TVL) # 6991744 | e. Acct. Pt (TVL) # FDA-99 |
|---|---|---|---|---|

**12. REMARKS** (If applicable, include training preceptor name/phone number)

**13. DIVISION AND OPDIV/PROGRAM CLEARANCE AND APPROVAL** – Submission of this form to DCP by the requesting program certifies that all applicable hiring or assignment restrictions and security clearance requirements for this position have been met. (Check as appropriate)

| a. SECURITY INFORMATION | b. TDP | c. WORKS WITH CHILDREN | d. ROG (Research Officer Group) | e. ROG TENURE STATUS |
|---|---|---|---|---|
| ☑ Non-Sensitive Position | ☐ Yes | ☐ Yes | ☐ Yes ☐ Change | ☐ A (Assoc/Untenured) ☑ N (Non-ROG) |
| ☐ Sensitive Position | ☑ No | ☑ No | ☑ No | ☐ F (Fellow) ☐ R (Tenured) |
| Date Individual Cleared (mm/dd/yy) | | | | ☐ K (Tenured Track) N/A |

**14. APPROVAL** (Print or type Name (First - M.I. - Last), Title and Date.)

| BUDGET OFFICIAL - NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| Janice P. Parke | Administrative Specialist | *Janice Parke* | 8/22/2003 |
| 1ST REQUESTING OFFICIAL - NAME Dr. Rudolph Harris, Ph.D. | TITLE Supervisor | *Rudolph Harris* | 8/22/2003 |
| 2ND REQUESTING OFFICIAL - NAME Dr. Laura Tarantino, Ph.D | TITLE Acting Director, OFAS/CFSAN | *Laura M Tarant* | 8/28/0. |
| AGENCY/OPDIV/PROGRAM LIAISON OFFICIAL - NAME CAPT. Russell Green | TITLE Corps Liaison | *Russell Green* | 9/4/03 |

branch office

**15. DIVISION OF COMMISSIONED PERSONNEL (DCP) CLEARANCE**

| Comments, if any: NOA:7217   trng end dtd:9/5/2003   ADO end dtd:9/21/2009   trng code:2UF1 | SIGNATURE OF DCP OFFICIAL | DATE 9/5/2003 |
|---|---|---|

| FOR DCP USE ONLY | Mileage: 15 | Number of Days Travel: 0 | OD | ODB | PSB |
|---|---|---|---|---|---|

*89*   *94*

115







No Seal    No 1662 for Assimulation    Presidential seal    has

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service Commissioned Corps

## APPLICATION FOR ASSIMILATION INTO THE REGULAR CORPS*

I hereby apply for consideration for assimilation into the Regular Corps of the Public Health Service Commissioned Corps. I qualify for such consideration in accordance with the requirements stated in INSTRUCTION 4, Subchapter CC23.3 of the Commissioned Corps Personnel Manual, by virtue of the following training:

| | Degree | Major | Date Awarded (Month and Year) |
|---|---|---|---|
| Bachelors Degree | B.S. | Chemistry | May 1994 |
| Masters Degree | M.S. | Inorganic Chemistry | August 1995 |
| Doctorate | Ph.D. | Analytical Chemistry | Expected December 2003 |

Page 2

| | Type | Issuing Organization | Expiration Date (Month and Year) |
|---|---|---|---|
| License | | | |
| Certificate | | | |

Other Credentials:

I certify that all of the statements made by me are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I understand that my statements may be investigated and that any false representation is sufficient cause for disciplinary action pursuant to INSTRUCTION 1, Subchapter CC46.4 of the Commissioned Corps Personnel Manual. Further, I understand that any false statement herein may be punished as a felony under Section 1001, Title 18, U.S. Code.

| APPLICANT'S SIGNATURE | PHS SERIAL NUMBER | DATE |
|---|---|---|
| Felicia B. Williams | 67264 | 11-19-03 |

| APPLICANT'S NAME (Please type or print) | | |
|---|---|---|
| Felicia B. Williams | | |

| AGENCY/OPERATING DIVISION/PROGRAM | BUILDING | ROOM NUMBER | MAIL STOP |
|---|---|---|---|
| DHHS/CFSAN/OPAS | Vermont Avenue | 1130 | HFS-255 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5100 Paint Branch Parkway | College Park | MD | 20740 |

| DUTY STATION'S AREA CODE AND PHONE NUMBER |
|---|
| (202) 418-3217 |

### SUPERVISOR'S ENDORSEMENT

| SUPERVISOR'S SIGNATURE | SUPERVISOR'S NAME (Please type or print) | DATE |
|---|---|---|
| Rudolph Harris | Dr. Rudolph Harris | 11/21/2003 |

* 1. This application must be accompanied by a statement about the officer's reasons for requesting appointment to the Regular Corps and his/her commitment to a career in the Public Health Service Commissioned Corps.

2. Any officer who is eligible for assimilation at the permanent O-4 grade or higher may, at his/her option, attach to the application a statement from his/her immediate supervisor justifying and supporting the application.

All applications must be endorsed by the officer's immediate supervisor and forwarded to the address to the right. NOTE: If you have not previously submitted evidence in the form of final transcripts of the award of any degrees listed, you should request such transcripts immediately. Indicate all those documents which will be forwarded (e.g., masters degree, doctorate, certificate, and/or license), and forward all documents to the address to the right.

Division of Commissioned Personnel
ATTN: Assimilation Coordinator, OSB
5600 Fishers Lane, Room 4-36
Rockville, MD 20857-0001

PHS-7034 (Rev. 7/02)

Created by: PSC Media Arts (301) 443-3454    EF

80

97

14

118







DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
COMMISSIONED CORPS

## APPOINTMENT AFFIDAVIT
## REGULAR CORPS

I, Felicia Binion Williams _____, do solemnly swear (or affirm) that
(Name in full)

**A. OATH OF OFFICE**

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely without any mental reservation or purpose of evasion; that I will well and faithfully discharge the duties of the office on which I am about to enter, SO HELP ME GOD.

**B. AFFIDAVIT AS TO SERVICE**

I am willing to serve in any area or position or wherever the exigencies of the Service may require.

**C. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT**

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

**D. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE**

I have not, nor has anyone in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

Felicia Binion Williams _____        _Felicia Binion Williams_____
(Type name of appointee)                              (Signature of appointee)

Subscribed and sworn before me this ___28___ day of __Sept__, A.D. _2006_

at __Bethesda   MD__
(City)                    (State)

__Smith Smith__
(Signature of Notary Public)

__NOTARY__
(Title)    _exp 4/1/07_

Appointment and Appointment Date are Established by Personnel Order.

NOTE — The oath of office must be administered by a person specified in 5 U.S.C. 2903. The date of expiration of the Notary Public's commission must be shown.

PHS-5161-2
Rev. 2/93



*82*



# THE
## PRESIDENT
### OF
### THE UNITED STATES OF AMERICA



*To all who shall see these presents, greeting:*

Know Ye, that placing special trust and confidence in the patriotism, loyalty, and abilities of

**Felicia Binion Williams**, I do appoint this person as **Health Services**

Officer in the **Regular Corps** of the United States Public Health Service effective the

twenty-eighth day of September, two thousand six. *After ALL Training*

This Officer will carefully and diligently discharge the duties of the office to which appointed.

I do require those Officers and other personnel of lesser rank to render such obedience as this Officer is due. This Officer is to observe and follow such orders and directions, as may be given by me, or the future President of the United States of America, or other Superior Officers acting in accordance with the laws of the United States of America.

This commission is to continue in force during the pleasure of the President of the United States of America, for the time being under the provisions of those Public Laws relating to Commissioned Officers of the Public Health Service.

By direction of the President:

*99*

**Acting Surgeon General**

*120*



*83*



DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Office of the Surgeon General
Rockville MD 20857

7 March 2007  *Completed All*  *Requirements for USPHS*

TO:        RADM Lawrence Furman
           Director, Office of Commissioned Corps Operations

FROM:      Acting Director, Office of Force Readiness and Deployment (OFRD)

SUBJECT:   Field Medical Readiness Badge (FMRB)

The purpose of this memorandum is to convey the list of commissioned officers to be awarded the FMRB.

The FMRB recognizes officers who have met criteria beyond the required force readiness standards. It is awarded on the basis of proven knowledge and skill related to force readiness and performance while engaged in Commissioned Corps deployment(s).

The policy defining the eligibility criteria for the FMRB is found in Commissioned Corps Instruction CCI 511.02. To qualify for the FMRB, officers must meet the force readiness standards in addition to the following eligibility criteria:

a. Currently serve on extended active duty in the Corps.
b. Pass the Annual Physical Fitness Test (APFT) at Level II or higher.
c. Complete all FMRB required training modules as defined on the Office of OFRD website (https://ccrf.hhs.gov/ccrf/training.htm).
d. Participate in one or more Corps deployments consisting of a minimum of 7 days. Deployment days may be accumulated from multiple deployments performed within the last 3 years prior to the date OFRD assesses officer data for FMRB eligibility.

OFRD determined those officers who are qualified for the FMRB. TAB A contains the list of those officers who now meet the FMRB criteria. Please issue these officers the FMRB with an award date of 4 March 2007. Thank-you for your assistance in this matter.

David Rutstein, M.D., M.P.H.
CAPT, USPHS
Acting Director, OFRD

cc:    RADM Kenneth Moritsugu
       Jane Sprouse

*91*

Attachment:
TAB A – List of Commissioned Officers to be Awarded the FMRB

*100*

*121*

TAB A - List of Commissioned Officers to be Awarded the FMRB

| RANK | FIRST NAME | LAST NAME | SERNO |
| --- | --- | --- | --- |
| CDR | NELSON | ADEKOYA | 64920 |
| LCDR | MITZIE | ALLEN | 67028 |
| LCDR | TODD | ALSPACH | 68182 |
| CAPT | SEAN | ALTEKRUSE | 59953 |
| CDR | FRANCISCO | ALVARADO-RAMY | 66730 |
| CAPT | ROBERT | ANDERSON | 66507 |
| LCDR | JANIS | ARMENDARIZ | 67808 |
| CDR | DOLORES | ATKINSON | 64012 |
| LT | DARREN | AUSDEMORE | 67587 |
| CDR | BRADLEY | AUSTIN | 59093 |
| RADM | JOHN | BABB | 58351 |
| LCDR | VALENE | BARTMESS | 67397 |
| CDR | NANCY | BARTOLINI | 58709 |
| LCDR | ROBIN | BASSETT | 68793 |
| LCDR | DALE | BATES | 55125 |
| LCDR | MARK | BAUER | 69404 |
| CDR | DANIEL | BECK | 64904 |
| CAPT | JOSE | BELARDO | 64708 |
| LCDR | WILLIAM | BENDER | 66064 |
| CAPT | DIANE | BENNETT | 54387 |
| LCDR | MARCO | BENNETT | 69149 |
| CDR | REGINA | BENNETT | 66388 |
| CDR | STEPHEN | BERARDINELLI | 61255 |
| CAPT | THOMAS | BERMEL | 55152 |
| CAPT | BRUCE | BERNARD | 57795 |
| CAPT | RONALD | BERRY | 59963 |
| CDR | ROBERT | BIALAS | 62110 |
| CDR | STEPHEN | BOLAN | 56572 |
| CDR | STEVEN | BOSILJEVAC | 64543 |
| CDR | MICHELLE | BRAUN | 68000 |
| CAPT | ARTURO | BRAVO | 53500 |
| CAPT | KATE | BRETT | 60908 |
| LCDR | DONNA | BROWN | 68577 |
| CDR | XIOMARA | BROWN | 68640 |
| LT | DANIEL | BRUM | 69450 |
| CDR | DANIEL | BUDNITZ | 67835 |
| LT | REBECCA | BUNNELL | 66332 |
| CAPT | MARK | BURROUGHS | 55686 |
| CDR | QUIRICO | CABREDO | 64244 |
| CDR | KEVIN | CALCI | 63793 |
| CDR | ANTHONY | CAMPBELL | 57575 |
| CAPT | MICHAEL | CAROME | 65975 |
| LCDR | GARY | CARTER | 65079 |
| CDR | MARIE | CASEY | 68102 |
| CAPT | DIANE | CENTENO-DESHIELDS | 56437 |
| CDR | GEORGE | CEREMUGA | 69941 |



| | | | |
|---|---|---|---|
| LTJG | BENJAMIN | CHADWICK | 68245 |
| CAPT | CLINT | CHAMBERLIN | 62381 |
| CAPT | HENRY | CHAN | 57265 |
| LCDR | JASON | CHANCEY | 67325 |
| CDR | SOJU | CHANG | 67859 |
| LT | AMORNRAT | CHANLONGBUTRA | 69340 |
| CAPT | BETTY | CHERN-HUGHES | 55729 |
| LCDR | JOSEPH | CHRIST | 68013 |
| LCDR | JEFFREY | COADY | 69341 |
| CDR | MICHAEL | COENE | 57511 |
| CAPT | KATHERINE | COINER | 57157 |
| LT | SCOTT | COLBURN | 69359 |
| LCDR | BRIAN | COOK | 68081 |
| CDR | KEITH | COOK | 58360 |
| CAPT | SUSAN | COOKSON | 65455 |
| LCDR | SCOTT | COOPER | 65473 |
| LT | WILLIAM | COOPER | 67513 |
| CAPT | TIMOTHY | COTE | 57775 |
| CDR | DAVID | CRAMER | 62663 |
| CDR | PATRICK | CRANEY | 57472 |
| LCDR | SEAN | CREIGHTON | 68111 |
| LCDR | DAVID | CROSS | 66958 |
| LCDR | LESTER | CRUISE | 68043 |
| CDR | JUDY | CUKA 70 | 66503 |
| LCDR | DIMITRUS | CULBREATH | 66963 |
| CAPT | JOHN | CULHANE | 56105 |
| CDR | MARTHA | CULVER | 67536 |
| LT | BRADLEY | CUNNINGHAM | 69137 |
| LCDR | JAMES | CZARZASTY | 70328 |
| LCDR | VALESIA | DANIELS | 67938 |
| LCDR | ANISSA | DAVIS | 68562 |
| LCDR | GREGORY | DAVIS | 65816 |
| LCDR | MELBURN | DAYTON | 69167 |
| LCDR | JEAN PIERRE | DEBARROS 90 | 69770 |
| CAPT | LEMYRA | DEBRUYN | 55741 |
| CDR | DANIELLE | DEVONEY | 66913 |
| LCDR | PAUL | DEXTER | 69038 |
| LCDR | JAMES | DICKENS | 67618 |
| LCDR | DAVID | DIETZ | 68820 |
| CDR | STEVEN | DITTERT | 62425 |
| CAPT | HERMAN | DOBBS | 55257 |
| CAPT | DEBRA | DOORNBOS | 55038 |
| CDR | PHILIP | DRISCOLL | 69018 |
| LCDR | AMANDA | DUNNICK 90 | 65414 |
| LCDR | KRISTAL | DYE | 69947 |
| LT | SHARON | EDELSON-MAMMEL | 69912 |
| LCDR | JILL | EICH | 69980 |
| LCDR | KEVIN | ELKER | 68739 |
| CDR | LORI | ENEVER | 66970 |

*102*

*93*

2



| CAPT | MICHAEL | ENGELGAU | 59456 |
|------|---------|----------|-------|
| CAPT | DOUGLAS | ESPOSITO | 60526 |
| CAPT | CHERYL | ESTILL | 55296 |
| LCDR | CHERYL | FAJARDO | 66902 |
| CDR | PHILIP | FARABAUGH *l vv* | 63641 |
| LCDR | TRACY | FARRILL | 66368 |
| CDR | DEBRA | FLAGG | 56952 |
| CDR | MARC | FLEETWOOD | 61300 |
| LCDR | TERESA | FOX | 68165 |
| CDR | FRANCIS | FRAZIER | 56076 |
| CAPT | EUGENE | FREUND | 56843 |
| CDR | BETH | FRITSCH | 67358 |
| CDR | COY | FULLEN | 65041 |
| CDR | ALEX | GARZA | 67619 |
| CDR | JAMES | GEMELAS | 56957 |
| LT | JOHN | GIBBONS | 69077 |
| LCDR | MARK | GLOVER | 69298 |
| LCDR | TAMMY | GRAGG | 67482 |
| LCDR | DEBORAH | GRECO | 68196 |
| CDR | JAMES | GREGORY | 62765 |
| CDR | WILLIAM | GREIM | 55748 |
| CDR | MARK | GRESKEVITCH | 53902 |
| LCDR | RENMEET | GREWAL | 69421 |
| CDR | TIMOTHY | GRUBER | 62102 |
| CDR | ROBERT | GRUHOT | 65494 |
| LCDR | SHERYL | GUNTHER | 69244 |
| LCDR | RICK | GUSSIO | 66873 |
| CDR | BRENT | HALL | 66510 |
| LCDR | RONALD | HALL | 67129 |
| CDR | ELVIRA | HALL-ROBINSON | 69251 |
| LCDR | STEVEN | HANKINS | 69735 |
| LCDR | JOHN | HARDIN | 64328 |
| LT | JOSHUA | HARDIN | 69198 |
| CDR | MARY | HARDING | 58581 |
| LT | NAZMUL | HASSAN *l3o* | 69907 |
| CAPT | TOM | HEINTZMAN | 54070 |
| LCDR | RICHARD | HENRY | 66032 |
| CDR | KENNETH | HILL | 68748 |
| LCDR | BRUNO | HIMMLER | 70063 |
| LT | CRAIG | HODGE | 69312 |
| CDR | TIMOTHY | HOLTZ | 66785 |
| CAPT | SHELLEY | HOOGSTRATEN-MILLER | 62626 |
| CAPT | CHARLES | HOPPES | 56377 |
| LT | JENNIFER | HORNSBY-MYERS *l4o* | 68856 |
| CDR | WILLADINE | HUGHES | 55719 |
| CDR | ROBIN | HUNTER BUSKEY | 69163 |
| LCDR | SHAWNA | HUTCHINS | 69952 |
| CAPT | JAMES | HYLAND | 63907 |
| CAPT | JAMES | IMHOLTE | 57347 |

103

94

3

87

| LCDR | UDUAK | INOKON | 68553 |
| CDR | DELOIS | JACKSON | 63959 |
| CAPT | KIPPEN | JACOBSON | 54881 |
| CDR | LAWRENCE | JACOBY | 61053 |
| LT | THOMAS | JANISKO —150 | 69300 |
| CDR | STEVEN | JOHNSON | 62416 |
| LCDR | STEVEN | JONES | 70292 |
| CAPT | STEWART | JORGENSEN | 58585 |
| LCDR | KRISTINA | JOYCE | 66215 |
| LCDR | JASON | JURKOWSKI | 68634 |
| CDR | STEPHEN | KELLER | 55073 |
| LCDR | LAURIE | KELLEY | 67954 |
| CAPT | ROSA | KEY-SCHWARTZ | 53358 |
| LCDR | KEITH | KIEDROW | 70121 |
| LCDR | BRADLEY | KING—10 | 68449 |
| LCDR | DEBRA | KING | 69282 |
| CDR | JULIE | KING | 61628 |
| CAPT | JOHN | KLINKENBORG | 58554 |
| LCDR | NANCY | KNIGHT | 67596 |
| CDR | MICHAEL | KOEHMSTEDT | 55320 |
| LCDR | YOON | KONG | 66962 |
| CAPT | JEFFREY | KOPP | 62641 |
| CDR | ALEXANDR | KOSYAK | 61388 |
| CAPT | MAHENDRA | KOTHARY | 57282 |
| CDR | PETER | KOWALSKI 170 | 66361 |
| LT | JASEN | KUNZ | 68478 |
| CDR | YVONNE | LACOUR | 65434 |
| LCDR | YVETTE | LACOUR-DAVIS | 67055 |
| CDR | DEBORAH | LAKE | 65431 |
| CDR | MERRITT | LAKE | 64083 |
| CAPT | ROLAND | LAMKIN | 33794 |
| CAPT | HARVEY | LANDRY | 51648 |
| CDR | TINA | LANKFORD | 66440 |
| LCDR | PAULA | LAPLANT | 67779 |
| CDR | GAYLE | LAWSON 180 | 66949 |
| LCDR | RONA | LEBLANC | 68812 |
| LT | PASCALE | LECUIRE | 69368 |
| CDR | CHARLES | LEE | 67931 |
| LCDR | MINH | LEE | 67494 |
| LT | ALIA | LEGAUX | 69226 |
| LCDR | DOROTHEA | LEVENHAGEN | 64477 |
| CAPT | DEBORAH | LEVY | 65169 |
| LCDR | MEIYING | LI | 68314 |
| LCDR | ANTHONY | LIKES | 67894 |
| CDR | CAROL | LINCOLN 190 | 61848 |
| CDR | JOSEPH | LITTLE | 61251 |
| LT | ADAM | LOFTON | 69827 |
| CAPT | HENRY | LOPEZ | 62583 |
| LTJG | JAMES | LYONS | 68205 (Student) |

104

95

4



| | | | |
|---|---|---|---|
| LCDR | ABRAHAM | MAEKELE | 57029 |
| LCDR | DAVID | MAGNOTTA | 69360 |
| CAPT | JIM | MAGNUSON | 54766 |
| CDR | CARMEN | MAHER | 68710 |
| LCDR | JENNIFER | MALIA | 68265 |
| CDR | GLENN | MARTIN *200* | 61945 |
| CDR | KIPPY | MARTIN | 61367 |
| LCDR | STEPHEN | MARTIN | 67604 |
| CDR | PETER | MARTINEAU | 63996 |
| LT | MILTON | MARTINEZ | 69985 |
| CDR | ERIC | MATSON | 57410 |
| LCDR | JOY ANN | MATTHIAS | 68160 |
| LCDR | KRISTEN | MAVES | 66983 |
| CDR | STEVEN | MAZZELLA | 67446 |
| CDR | SHARON | MCCOY | 56521 |
| CAPT | THERESA | MCDARMONT | 55224 |
| CDR | KATHLEEN | MCDUFFIE | 68255 |
| LCDR | KIMBERLY | MCINTOSH-LITTLE | 69813 |
| LT | MARK | MCKINNON | 69316 |
| LCDR | SEAN | MCMAHAN | 68206 |
| LCDR | HENRY | MCMILLAN | 64906 |
| CDR | ROBERT | MCVICKER | 54266 |
| CDR | NINA | MEZU NWABA | 67552 |
| CAPT | SCOTT | MIDDLEKAUFF | 64542 |
| LT | STEVEN | MILLER | 68969 |
| LT | ROQUE | MIRAMONTES *220* | 69402 |
| LCDR | DALE | MISHLER | 69205 |
| LCDR | DAISY | MITCHELL | 68236 |
| LCDR | CHARLES | MONK | 69199 |
| LCDR | STEVE | MORIN | 69197 |
| LCDR | ROBERT | MORONES | 66460 |
| CDR | JOHN | MORONEY | 65744 |
| LCDR | JAMES | MORRIS | 68584 |
| CAPT | JOHN | MOTTER | 48293 |
| LT | CINDY | MUNGER | 69109 |
| LT | JAMIE | MUTTER | 69918 |
| CAPT | ROSA | MYERS | 61689 |
| CDR | PEDRO | NAZARIO | 64869 |
| LCDR | DANA | NEMETH | 65511 |
| LT | JOSEPH | NEWCOMB | 69898 |
| LT | HIEN | NGUYEN | 68787 |
| LCDR | REBECCA | NOE | 69705 |
| CAPT | GAY | NORD | 60947 |
| CAPT | MICHAEL | NOSKA | 62462 |
| CAPT | DANIEL | OLEARY | 66291 |
| LT | ISMAEL | OLVERA *240* | 68137 |
| CDR | JEANNINE | OMALLEY | 62597 |
| CDR | JULIE | ORR | 57301 |
| LT | ISRAEL | OTERO | 69191 |

5





| | | | |
|---|---|---|---|
| CAPT | GARY | PANNABECKER | 64471 |
| CAPT | KAREN | PARKO | 56158 |
| LCDR | MANISH | PATEL | 68839 |
| LCDR | PARAS | PATEL | 66671 |
| LT | ANDREA | PEAY | 68814 |
| LCDR | TODD | PELTON | 68130 |
| CDR | ALAN | PETERSON | 65950 |
| LCDR | ROBIN | PETERSON | 66993 |
| LT | WILLIAM | PIERCE | 69816 |
| LCDR | EDWARD | POINDEXTER | 69094 |
| LCDR | DIEDRE | PRESLEY | 69427 |
| CAPT | AUGUSTINE | PROVENCIO | 61020 |
| LT | NAKEYA | PRYOR | 67738 |
| LCDR | THOMAS | PRYOR | 68733 |
| CAPT | CARLTON | PYANT | 62775 |
| CDR | PHILIP | RAPP | 49117 |
| LCDR | LESLYE | RAUTH 69/260 | 68520 |
| CAPT | DORIS | RAYMOND | 66954 |
| CAPT | STEPHEN | REDD | 52060 |
| LCDR | DONALD | REESE | 68832 |
| LCDR | MARYBEL | REEVES | 68838 |
| CDR | MADELYN | RENTERIA | 65902 |
| CDR | HERNAN | REYES | 47829 |
| LCDR | HARRICHAND | RHAMBAROSE | 65024 |
| CDR | EDECIA | RICHARDS | 67504 |
| CDR | PAUL | RITZ | 60575 |
| CDR | RICK | RIVERS | 62764 |
| LCDR | MELISSA | ROBB | 68666 |
| LT | LUIS | RODRIGUEZ | 68600 |
| CAPT | ANGEL | RODRIGUEZ-ESPADA | 53814 |
| LCDR | BRENT | ROHLFS | 66023 |
| CDR | CYNTHIA | ROSS | 58452 |
| CAPT | DAVID | RUTSTEIN | 60910 |
| LCDR | ANGEL | SANCHEZ | 68476 |
| LCDR | ANGELA | SANCHEZ | 68582 |
| CDR | MARTIN | SANDERS | 88473 |
| LTJG | MIGUEL | SAPONARA 290 | 69972 |
| LT | VARSHA | SAVALIA | 69395 |
| CAPT | SUZANNE | SAVILLE | 64910 |
| CDR | ROBIN | SCHEPER | 64816 |
| LCDR | JOSHUA | SCHIER | 68853 |
| LCDR | JON | SCHWAKE | 69315 |
| CDR | LINDA | SCOTT | 58847 |
| CDR | MARK | SEATON | 67470 |
| LCDR | SHERRY | SECRIST | 68742 |
| LT | PAUL | SEO | 69730 |
| CDR | KEVIN | SHEEHAN | 68593 |
| LCDR | MARTIN | SHIMER | 67373 |
| LTJG | JOSEPH | SHURINA | 69209 |

6

*90*

| | | | |
|---|---|---|---|
| CDR | AARON | SIGLER | 68755 |
| CDR | ROSS | SILVER | 67022 |
| LT | KENNETH | SIMMET | 67422 |
| CDR | DANIEL | SINGER | 66764 |
| LCDR | DAVID | SKANCHY | 68751 |
| LT | CHRISTOPHER | SMITH | 67131 |
| CAPT | PELAGIE | SNESRUD | 53099 |
| LT | KURT | SOEDER *302* | 69192 |
| LCDR | DENNIS | SPEARS | 68691 |
| CDR | CYNTHIA | SPELLS | 68692 |
| CDR | TODD | STANKEWICZ | 68104 |
| LCDR | KELLY | STANKIEWICZ | 68402 |
| LT | ALAN | STEVENS | 67734 |
| LCDR | KENDRA | STEWART | 69204 |
| LT | KARL | STILLER | 69689 |
| LCDR | DONNA | STRONG | 66385 |
| CAPT | YUKIKO | TANI | 57757 |
| LT | TERRANCE | THOMAS | 66881 |
| LT | TIMOTHY | THOMAS | 69862 |
| LT | CHRISTINA | THOMPSON | 70007 |
| CDR | VINCENT | THRUTCHLEY | 59254 |
| LCDR | MICHAEL | TILUS | 68658 |
| CAPT | STEPHEN | TORNA | 56495 |
| CDR | HUNG | TRINH | 57180 |
| CDR | DEBRA | TUBBS | 68697 |
| CAPT | KATHLEEN | UHL | 66408 |
| LCDR | JOHN | URBAN | 68629 |
| LCDR | IRIS | VALENTIN-BON *320* | 69250 |
| CAPT | HENRY | VAN DYK | 64376 |
| CDR | RONALD | VARSACI | 60830 |
| CDR | EDWIN | VAZQUEZ | 67939 |
| LCDR | TRACIE | VERKLER | 65713 |
| LCDR | JEDEON | VIRATA | 67910 |
| LT | JACOB | WAMSLEY | 68224 |
| LCDR | EMIL | WANG | 63852 |
| LCDR | SEAN-DAVID | WATERMAN | 66951 |
| LCDR | MICHELLE | WATTERS | 68989 |
| CDR | BRYAN | WEAVER | 65385 |
| CDR | DANIEL | WEAVER | 52626 |
| CDR | MICHELLE | WEINBERG | 65672 |
| CDR | DOMINIC | WESKAMP | 64775 |
| CDR | KELLIE | WESTERBUHR | 67045 |
| LCDR | JAMES | WHITE | 60713 |
| LCDR | PAUL | WICKARD | 61396 |
| LT | DARIN | WIEGERS | 67616 |
| X LCDR | FELICIA | WILLIAMS | 67264 |
| CAPT | IVANA | WILLIAMS | 46310 |
| LCDR | STELLA | WISNER *340* | 66997 |
| LCDR | EDWARD | WOLFGANG | 69013 |

*107*

*98*

*3-7-2007*
*Letter original pagination 91*

7

*128*



93

Command Directed Mental Health Assessment — Harassment

Section II

22 pages



94

2-13-23 580

Section after Yelle

# Harassment

10/22 pgs

*95*

*I claim Fraud by Management which*
*Created AWOLS, fraudulent*
*Personnel orders, fraud temporary rank,*
*fraudulent 1662 removed*

July 6, 2015

TO:       CDR. Felicia Binion Williams. PHS# 67264 · *fraudulent non-duty work with pay,*
FROM:     CDR. Elizabeth Claverie/Chief, Infection Control Devices Branch, Office of Device
          Evaluation, Center for devices and Radiological Health, FDA

*all from*
*Personnel record*
*forever!*

SUBJECT:  Non-duty with Pay Status

*FRAUD*

In accordance with the Commissioned Corps Issuance System (CCIS) CC23.6.4, "Nonduty With Pay
Status (NDWP)," you are hereby placed on Non-duty with Pay effective immediately (6 July 2015). *EDK 7/6*
You are being placed into this status because it has been determined that it is in the best interest of the
government to temporarily remove you from your duty station at the Food and Drug Administration.
This action is being initiated due to the FDA's request for a Command Directed Evaluation to assess
behavioral health issues.

Your laptop had been retrieved from you on June 30, 2015 by FDA security personnel for review.
FDA security personnel will surrender your agency issued laptop to the FDA/CDRH property official.
While on NDWP your PIV card/FDA has been disabled.

While you are in this status you remain an active duty officer of the PHS Commissioned Corps
assigned to this agency. Your duty station will be your place of residence and your duty hours will be
from 08:00 to 16:30. You are hereby directed to telephone myself every workday at the designated
time at 301-796-6282 or 240-460-2264 and speak directly and personally to me so that we can discuss
any changes in your work status. Should I not be available, leave me a voicemail message and I will
return your call. If you leave a voice mail you may also contact CAPT Tejashri-Purohit-Sheth at 301-
796-3402 or Erin Keith 301-796-6384 if you need to speak with someone immediately. Failure to call
as directed will result in a charge of absence without leave (AWOL).

During your duty hours you must remain at your designated duty station and be available to report
back to work within two (2) hours' notice. You may be called at any time during your normal work
day. Therefore, if you will be away from your designated duty station or unavailable for work, you
must contact me in advance and request appropriate leave (e.g. sick, station, or annual). If you fail to
do so, or are unavailable when needed or called upon, you will be charged with AWOL. You are
directed to immediately provide me with your current residence address, personal email address, and
telephone numbers so I may contact you to relay information as to any change in your duty status.
You are also directed to notify me immediately of any changes in your home and email address or
phone numbers.

During this period you are directed to not conduct any official business or appear at or enter any FDA
facility without obtaining advance written permission from me. You are directed to not wear your
PHS uniform at any time while in this status. You are also directed not to perform any official duties,
or take any actions of an official nature or have the appearance of an official action. Further, you are
directed to not contact any other FDA employee, officer, contractor, or other stakeholder, other than
those noted in this memorandum, without my advance written approval.

*110*       *103*

*131*



Further, as an active duty officer, you may not seek or have outside employment without obtaining prior approval from me and the agency's Ethics Officer.

Should you require any personal items from the office, please provide me with the list of items and where they may be found within your office through an email addressed to myself at Elizabeth.Claverie@fda.hhs.gov. The items will be collected and forwarded by mail to the residence address provided.

I would also like to take this opportunity to inform you of the Employee Assistance Program (EAP). The EAP is a government resource available to assist employees and their families who may be experiencing personal and/or work-related difficulties. Please contact a counselor at 1-800-222-0364 or via the internet at www.foh4you.com, if you choose to avail yourself of this service. Services are free and confidential and are available 24 hours a day, 7 days a week.

In the event that you are willing to voluntarily submit to an evaluation, please contact LCDR Lori Ann Brooks of the Medical Affairs Division of the Commissioned Corps Personnel and Readiness. LCDR Brooks can be reached at (240) 276-8872 or lori.brooks@hhs.gov by July 10, 2015. All information shared with LCDR Brooks will be considered confidential and not shared externally with others in FDA.

If you feel that the NDWP is unjustified, arbitrary, or capricious, you have the right to file a grievance or, if you believe it is based on discrimination, an Equal Opportunity (EO) complaint. If you decide to do so, grievances and EO complaints are filed through the agency in accordance with the Commissioned Corps Grievance (CC23.1.5) and Equal Opportunity (CC 26.1.6) policies.

Failure to comply with this or any other instruction will subject you to being placed in AWOL status and/or to disciplinary action based on your failure to follow orders. The terms and conditions of this memorandum will remain in force until you are directed to return to duty. You may contact CDR Martha Wanca, Administrative and Disciplinary Actions Officer, at 240-453-6002 if you have any questions about the procedures or regulations applicable to these requirements.

*For* **E. Keith** 7/6/15

CDR Elizabeth Claverie
Chief
Infection Control Device Branch
Office of Device Evaluation
Center for Devices and Radiological Health

cc: Agency Commissioned Corps Liaison
    Commissioned Corps Administrative and Disciplinary Actions Officer
    Medical Affairs Division, Commissioned Corps Personnel and Readiness



97

Acknowledgement of Receipt

Your signature acknowledges the receipt of this memorandum. If you have any questions, they must be directed through your chain of command.

Felicia Binion Williams — July 6, 2015

CDR Felicia Binion-Williams — Date

Current Residence Address: 420 Oglethorpe Street NW, DC 20011
Personal e-mail: FBinion@hotmail.com
Phone Number:
Home: ~~(202) 723-1865~~ Cell: ~~(202) 257-5389~~
202-882-0815 ~~202~~-205-799-3520

This letter never cleared through the office director OR Center director

112 105

133

*134*

*SB126*

*Had to sign at sec with dest.*

TO:      CDR. Felicia Blaton Williams, PHS# 67264

July 6, 2015

FROM:   CDR. Elizabeth Ute-cke-l'hief, Infection Control Device, Injection Branch, Office of Device Evaluation, Center for devices and Radiological Health, FDA

SUBJECT:  Non-duty with Pay Status

In accordance with the Commissioned Corps Issuance System (CCIS) CC2.3.6.4, "Non-duty With Pay Status (NDWP)," you are hereby placed on Non-duty with Pay effective immediately (as of July 2015).

You are being placed into this status because it has been determined that it is in the best interest of the government to temporarily remove you from your duty station in the Food and Drug Administration.

This action is being initiated due to the FDA's request for a Command Directed Evaluation to assess behavioral health issues.

Your laptop has been retrieved from you on June 30, 2015 by FDA security personnel for review. FDA security personnel will surrender your agency issued laptop to the FDA/CDRH property official. While on NDWP your PIV card/FDA has been disabled.

*Walter Reed 6th Floor*

*Behavieral Heal 14 6* *Mental Health Sec*

While you are in this status you remain an active duty officer of the PHS Commissioned Corps assigned to this agency. Your duty station will be your place of residence and your duty hours will be from 0800 to 1630. You are hereby directed to telephone myself every weekday at the designated time at 301-796-6282 or 240-486-2264 and speak directly and personally to me so that we can discuss any changes in your work status. Should I not be available, leave me a voicemail message and I will return your call. If you leave a voice mail you may also contact CAPT [Ingam-Pumdu-Sheeh at 301-796-3402 or Erin Keith 301-796-6284 if you need to speak with someone immediately. Failure to call as directed will result in a charge of absence without leave (AWOL).

During your duty hours you must remain at your designated duty station and be available to report back to work within two (2) hours' notice. You may be called at any time during your normal work day. Therefore, if you will be away from your designated duty station or unavailable for work, you must contact me in advance and request appropriate leave (e.g. sick, station, or annual). If you fail to do so, or are unavailable when needed or called upon, you will be charged with AWOL. You are directed to immediately provide me with your current residence address, personal email address, and telephone numbers so I may contact you to relay information to you change to your duty status. You are also directed to notify me immediately of any changes in your home and email address or phone numbers.

During this period you are directed to not conduct any official business or appear at or enter any FDA facility without obtaining advance written permission from me. You are directed to not wear your PHS uniform at any time while in this status. You are also directed not to perform any official duties or take any actions of an official nature or have the appearance of an official action. Further, you are directed to not contact any other FDA employee, officer, contractor, or other stakeholder, other than those noted in this memorandum, without my advance written approval.

*Call people or Field 10-26-27 Claim2 pg 1 AWOL during breakdown Original*

*CH8 00003E 2022 12-28-2023*

*98*



*101*

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

*Iclaim Fraud Imanagement*

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Center – WO66-G609
Silver Spring, MD 20993-0002

TO:        CDR Felicia Binion-Williams, PHS# 67264

FROM:      Branch Chief
           Infection Control Devices Branch
           Division of Anesthesiology, General Hospital, Infection Control and Dental Devices
           Office of Device Evaluation
           Center for Devices and Radiological Health.

DATE:      July 20, 2015

SUBJECT:   Supplemental Memorandum for Non-duty with Pay Status

On July 6, 2015, you were issued the attached memorandum documenting your Non-duty with Pay (NDWP) status. This memorandum dated July 20, 2015, supplements and amends portions of that original document.

On July 7, 2015, you contacted me by phone to discuss the NDWP memo issued on July 6, 2015. I received your call and included Erin Keith, Director for the Division of Anesthesiology, General Hospital, Infection Control and Dental Devices, in our conversation. We discussed the following items during that call:

   (1) You requested a change in your duty hours from your current schedule of 8:00 a.m. - 4:30 p.m. to 8:30 a.m. – 5:00 p.m. Your request has been approved.
   (2) Your daily check in with me will be by phone and should occur between 10:00 to 10:15 a.m. You will contact me at 240-447-5746. This does not preclude me from requesting additional check-in times or from me contacting you during your prescribed work hours as referenced above.
   (3) You stated that you did not want me to communicate with you using your personal email (FBinion@hotmail.com). Rather, you indicated that you would prefer all communications to be mailed to your home address. While I will make every attempt to have all written communications delivered via mail, I reserve the ability to communicate with you by phone and/or email if I deem it necessary.

Furthermore, I would like to clarify:
   (1) All communications related to this matter will be between you and FDA or Commissioned Corps leadership.
   (2) If you choose to contest your NDWP status, you should do so via a written appeal submitted through our Center for Devices and Radiological Health, FDA chain of command beginning with me as your first line supervisor. .
   (3) If you will not be at your residence (current duty station), for whatever reason, during your

*113*            *106*

*137*



NDWP status, you will need to notify me prior to departing at least 60 minutes in advance. Additionally, all non-emergency leave requests must be received by me at least 24 hours prior to the requested leave time. As a reminder, for commissioned officers annual leave is taken only in full days. Therefore, all annual leave begins at 12:01 a.m. of the first day of requested leave. All leave requests can be forwarded to me via email at Elizabeth.Claverie@fda.hhs.gov or faxed to the attention of CDR Elizabeth Claverie at 301-847-8109 or mailed to the following address:

CDR Elizabeth Claverie
Food and Drug Administration
10903 New Hampshire Avenue
Bldg 66, Room 2508
Silver Spring, MD 20993-0002

CDR Elizabeth Claverie

Attachment

CC
CAPT Dean Coppola
Ms. Denise Huttenlocker
CAPT Ronald Varsaci
Ms. Erin Keith

114

107

138







**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Center –
WO66-G609
Silver Spring, MD 20993-0002

*I claim Fraud by management on letter head*

August 21, 2015

CDR Felicia Binion Williams, PHS# 67264
420 Oglethorpe Street NW
Washington, DC 20011

RE: Officer Responsibilities Under NDWP

Dear CDR Binion Williams,

The purpose of this letter is to emphasize your responsibility and duties during this period when you are on Non-Duty With Pay (NDWP) status and to caution you of the consequences of non-compliance.

By memorandum, dated July 6, 2015, you were placed into NDWP status. You were informed that your new duty station was your home and that during duty hours you were to remain at your duty station and be available to report back to work within two (2) hours' notice. The NDWP memorandum (and its addendum) requires you to check-in with your program office every workday at the appointed time.

You have not been consistently calling in during the pre-directed times. I cannot overstate the gravity of the potential consequences of non-compliance. Please be reminded that failure to fully comply with the daily check-in requirements of NDWP or to be on pre-approved leave will result in you being charged with Absence Without Official Leave (AWOL). Among other adverse effects of being AWOL, your pay and benefits will stop.

You were reminded of the call-in requirement and your responsibility to be available by phone during duty hours in a telecom with me on August 7, 2015. On August 6, 2015 and July 24, 2015, our Division Director, Ms. Keith forwarded emails, in which she provided a copy of the PHS AWOL policy and you were again reminded of the NDWP requirement for daily check in calls. Additionally, on July 28, 2015, Ms. Keith sent another email to apprise you of the NDWP requirement for daily check in calls.

If you have any questions as to your status under this memorandum and your ongoing responsibilities under NDWP (as defined in the Commissioned Corps Personnel Manual CC23.6.4) please feel free to call CAPT Ron Varsaci, the CDRH Commissioned Corps Liaison at 301-796-2782.

Additionally, it has come to my attention that you may have made contact with a co-worker in ODE. Please note that the NDWP memorandum (of July 6, 2015) specifically prohibits you from making contact with FDA employees, its clients or contractors. Further contact with FDA employees, may lead to further disciplinary actions.

115

139



Also, I want to remind you that all leave is required to be documented on a properly completed form PHS-1345 (attached). Such leave requests must be submitted to me at least 48 hours in advance of the requested commencement of the requested leave (unless an emergency — the explanation for the emergency status is subject to the determination of your supervisor). Not doing so will result in you being charged with AWOL.

I encourage you to share the NDWP memorandum, its addendum, and this letter with an advisor to ensure appropriate understanding. I will also take this opportunity to remind you of the Employee Assistance Program (EAP). The EAP is a government resource available to assist employees and their families who may be experiencing personal and/or work-related difficulties. Counselors may be contacted at 1-800-222-0364 or via the internet at www.fohdyou.com . Services are free, confidential, and are available 24 hours a day, 7 days a week.

Sincerely yours,

CDR Elizabeth Claverie-Williams
Branch Chief
Infection Control Devices
Division of Anesthesiology, General Hospital,
  Infection Control and Dental Devices
Office of Device Evaluation
Center for Devices and Radiological Health

CC:
CAPT Dean Coppola
Ms. Stacey Wilson
Ms. Erin Keith
CAPT Ronald Varsaci

116

109

140

12. Date of Initial Contact with OEEO:
_10 - 14 - 2015_

13. Date you received the Notice of Final
    Interview/Notice of Right to File a
    Discrimination Complaint:





*81*

12/30/2015  17:31          STAPLES          1561          PAGE  10

· Page 2 – Designation of Representative ·

**I understand that:**

Unless I state otherwise in writing, since I have designated a representative, all official correspondence shall be with the representative with copies to me. Also, although I have designated a representative, I am at all times responsible for proceeding with the complaint. Additionally, if I choose to have representation or make a change in representation, I must immediately notify the Agency. Finally, there is no entitlement to attorney fees or costs for discrimination under the Age Discrimination in Employment Act (ADEA) or the Equal Pay Act (EPA), as amended.

*185*

_____                    12/29/2015
Aggrieved Person/Complainant                Date

*37 of 66 183 94*

Revised 4/2013

*200*



*114*

*83*

Page 2 – Felicia Binion Williams – Agency File No.: HHS-FDACDRH-CC001-16-F

6. Later in 2013, your client alleges that Ms. Claverie-Williams assigned her more complex duties and assignments and falsely accused her of lying about the time she arrived for work.

If you believe that the claim is not correctly identified, you must notify this office in wiring within seven (7) calendar days after receipt of this letter as to why you believe the claim is not correctly identified.

Please be advised that the above complaint is being processed pursuant to the provisions of Chapter Series CC26-Conditions of Service, Subchapter CC26.1 - Officers' Responsibilities and Conduct, personnel INSTRUCTION 6-Equal Opportunity: Discrimination Complaints Processing. An EEO Investigator will contact you when the investigation of this complaint begins. During the investigation, you must provide relevant documentation and testimony to the investigator. This information will become part of the official record and will be used in analyzing the complaint to determine whether or not discrimination occurred. You should present to the investigator all information you want considered, and the names of any witnesses you believe should be contacted. You must cooperate with the investigator assigned. Failure to do so may result in the dismissal of your complaint.

The regulations require that the investigation be completed within 90 days of the filing of the formal complaint. The time frame may be extended for a period not to exceed 45 days if agreed upon by the parties.

Upon completion of the Report of Investigation (ROI), this office will also provide you with a copy of the (ROI) for comment. You will have 30 days to review, comment, and supplement the ROI and seek informal resolution of the case. If resolution is successful, the OEEO Director shall reduce it to writing, signed by you and management, and the case will be closed.

You may withdraw a complaint by submitting a signed statement which shall become part of the complaint file. Such a withdrawal is final and the complainant cannot be revived.

If a resolution cannot be reached, this office shall prepare a recommended decision for transmittal to the Surgeon General (SG). A copy of the recommended decision shall also be provided to you and the Surgeon General's Policy Advisory Council (SGPAC) Representative. If the OEEO Director fails to forward the complaint file within the specified timeframe, you may forward the formal complaint and supporting documentation to the SG.

Upon receiving the complainant file the SG shall review the recommended decision and within 30 days may:

1. Render a final decision based upon the record;

   *202*

2. Request the OEEO Director to conduct such further investigation as is deemed necessary and appropriate for a well-reasoned decision and within 30 days of receipt, render a final decision based upon the record as supplemented; or

*540/68*



*115*

*84*

Page 3 – Felicia Binion Williams – Agency File No.: HHS-FDACDRH-CC001-16-F

    3.  Convene a Commissioned Corps Equal Opportunity Review Board (EORB) to review the record and make a recommendation. The EORB will make a recommendation and submit it to the SG within 30 days. The SG will render a final decision within 30 days of receipt of recommendation from the EORB.

The SG shall submit a decision in writing and ensure that the decision is being communicated to the affected parties. Such a decision may contain directions for appropriate relief on any condition which violated EEO principles. A copy of the decision shall be forwarded, along with the complete file to the OEEO Director.

Since the Commissioned Corps are not covered by anti-discrimination laws there are no further rights to appeal a Final Decision to the courts or within the Executive Branch or any right to file a civil action in the courts based on delay in the processing of a discrimination complaint.

It will be your obligation to keep this office informed of your current mailing address and telephone number. Your failure to keep us so advised may cause a delay in processing the complaint and may, where appropriate, lead to dismissal of the complaint.

If you have any questions regarding the above, please contact Garren Diggs, EEO Specialist at (240) 402-6659 or via email at Garren.Diggs@fda.hhs.gov.

        Sincerely,

        *Carol M. Moulton*

        Carol M. Moulton, M.A., J.D., Director
        Office of Equal Employment Opportunity
        U.S. Food and Drug Administration

Cc:
CDR Felicia Binion Williams
420 Oglethorpe Street, NW
Washington, DC  20011

*550068*

*203*

3

116

58        580
          2-13-23

VA
Education

1of7

| LAST | FIRST | MI | AU ID | BIRTH | SEX |
|------|-------|-----|--------|-------|-----|
| WILLIAMS | FELICIA | B | 1209757 | 05/01 | F |

| DATE PRINTED | | | | | PAGE |
|--------------|---|---|---|---|------|
| 04/13/05 | | | | | 1 OF 1 |



# AMERICAN UNIVERSITY
## ACADEMIC RECORD   W A S H I N G T O N,   D C

| Course Number | Course Title | Hsr | Cre Val | Grd | Quality Points |
|---------------|-------------|-----|---------|-----|----------------|
| **FALL 2000** | *DEGREE OBJECTIVE: DOCTOR OF PHILOSOPHY* | | | | |
| CHEM-522-001 | INTERPRETATION OF SPECTRA | | 03.00 | A | 12.00 |
| CHEM-560-001 | BIOCHEMISTRY I | | 03.00 | B+ | 09.90 |
| CHEM-601-001 | RESEARCH SEMINAR IN CHEMISTRY | | | | |
| | ETHICS IN SCIENCE | | 01.00 | A | 04.00 |
| CHEM-610-001 | ADVANCED ANALYTICAL CHEMISTRY | | 03.00 | B- | 08.10 |
| | AU SEM SUM: 10.00HRS ATT 10.00HRS ERND 34.00QP 3.40GPA | | | | |
| **SPRING 2001** | *COMP EXAM(S) PASSED:* | | | | |
| | *BIOCHEMISTRY SAT* | | | | |
| CHEM-561-001 | BIOCHEMISTRY II | | 03.00 | A | 12.00 |
| CHEM-618-001 | SPECIAL TOPICS IN ANALYTC CHEM | | | | |
| | SPECTRA II | | 03.00 | A | 12.00 |
| CHEM-682-001 | TOXICOLOGICAL TESTING | | 03.00 | A- | 11.10 |
| | AU SEM SUM: 9.00HRS ATT 9.00HRS ERND 35.10QP 3.90GPA | | | | |
| **SUMMER 2001** | | | | | |
| CHEM-570-001 | COMPUTERS IN CHEMISTRY | | 03.00 | A- | 11.10 |
| STAT-514-H01 | STATISTICAL METHODS | | 03.00 | B | 09.00 |
| | *TOOL OF RESEARCH PASSED* | | | | |
| | *SUMMER 2001* | | | | |
| | *COMPUTERS IN CHEMISTRY* | | | | |
| | AU SEM SUM: 6.00HRS ATT 6.00HRS ERND 20.10QP 3.35GPA | | | | |
| **FALL 2001** | | | | | |
| CHEM-618-001 | SPECIAL TOPICS IN ANALYTC CHEM | | | | |
| | DNA TECHNOLOGIES & APPLICATNS | | 03.00 | A | 12.00 |
| CHEM-680-001 | CHEM MUTAGENS & CARCINOGEN | | 03.00 | A- | 11.10 |
| CHEM-700-001 | SEMINAR IN CHEMISTRY | | 01.00 | B | 03.00 |
| CHEM-799-001 | DOCTORAL DISSERTATION RESEARCH | | 02.00 | A | 08.00 |
| | AU SEM SUM: 9.00HRS ATT 9.00HRS ERND 34.10QP 3.78GPA | | | | |
| **SPRING 2002** | *COMP EXAM(S) PASSED:* | | | | |
| | *COMP EXAM(S) PASSED:* | | | | |
| | *ANALYTICAL SAT* | | | | |
| | *BIOCHEMISTRY SAT* | | | | |
| CHEM-507-001 | CHEMICAL LITERATURE | | 01.00 | A | 04.00 |
| CHEM-700-001 | SEMINAR IN CHEMISTRY | | 01.00 | A | 04.00 |
| CHEM-799-001 | DOCTORAL DISSERTATION RESEARCH | | 05.00 | A | 20.00 |
| | *TOOL OF RESEARCH PASSED* | | | | |
| | *SPRING 2002* | | | | |
| | *STATISTICAL METHODS* | | | | |
| | AU SEM SUM: 7.00HRS ATT 7.00HRS ERND 28.00QP 4.00GPA | | | | |

| Course Number | Course Title | Hsr | Cre Val | Grd | Quality Points |
|---------------|-------------|-----|---------|-----|----------------|
| **SUMMER 2002** | | | | | |
| CHEM-799-101 | DOCTORAL DISSERTATION RESEARCH | | 02.00 | A | 08.00 |
| | AU SEM SUM: 2.00HRS ATT 2.00HRS ERND 8.00QP 4.00GPA | | | | |
| **FALL 2002** | *COMP EXAM(S) PASSED:* | | | | |
| | *ANALYTICAL/ORAL EXAM SAT* | | | | |
| CHEM-799-001 | DOCTORAL DISSERTATION RESEARCH | | 01.00 | A | 04.00 |
| | AU SEM SUM: 1.00HRS ATT 1.00HRS ERND 4.00QP 4.00GPA | | | | |
| **SPRING 2003** | | | | | |
| CHEM-799-001 | DOCTORAL DISSERTATION RESEARCH | | 02.00 | A | 08.00 |
| | AU SEM SUM: 2.00HRS ATT 2.00HRS ERND 8.00QP 4.00GPA | | | | |
| **FALL 2003** | | | | | |
| CHEM-799-001 | DOCTORAL DISSERTATION RESEARCH | | 01.00 | A | 04.00 |
| | AU SEM SUM: 1.00HRS ATT 1.00HRS ERND 4.00QP 4.00GPA | | | | |
| | *DISSERTATION TITLE:* | | | | |
| | *ANALYSIS OF THE MAJOR CONSTITUENTS IN* | | | | |
| | *ST. JOHN'S WORT AND EPHEDRA* | | | | |
| | *DEGREE AWARDED:* | | | | |
| | *DOCTOR OF PHILOSOPHY* | | | | |
| | *DEGREE DATE:* | | | | |
| | *12/17/03* | | | | |
| | *MAJOR:* | | | | |
| | *CHEMISTRY* | | | | |
| | *GRADUATING GPA:* | | | | |
| | *3.73* | | | | |

END OF TRANSCRIPT

Not valid for official purposes without seal and signature of Registrar in color

# THE CATHOLIC UNIVERSITY OF AMERICA

**Unofficial Transcript**

Name: Felicia Williams
Student ID: 5175867

Birthdate: 05/31
Print Date: 11/09/2022
Send To:

Degree: Master of Legal Studies
Confer Date: 01/31/2021
Major: Legal Studies (MLS)

Degrees Awarded

Program: School of Professional Studies
Certificate: Paralegal Studies
Major:

**Beginning of Undergraduate Record**

Program: School of Professional Studies
Certificate: Paralegal Studies

### Spring 2019 (01/16/2019-05/11/2019)

| Course | | | Attempted | Earned | Grade | GPA Units | Points |
|--------|--|--|-----------|--------|-------|-----------|--------|
| MLA | 201 | Legal Research and Writing | 3.000 | 3.000 | A | 3.000 | 12.000 |
| | | Instructor Matthew Robert Aroon | | | | | |

| | | Attempted | Earned | GPA Units | Points |
|--|--|-----------|--------|-----------|--------|
| Term GPA | 4.000 | Term Totals | 3.000 | 3.000 | 3.000 | 12.000 |
| Transfer Term GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined GPA | 4.000 | Combined Totals | 3.000 | 3.000 | 3.000 | 12.000 |

| | | Attempted | Earned | GPA Units | Points |
|--|--|-----------|--------|-----------|--------|
| Cum GPA | 4.000 | Cum Totals | 3.000 | 3.000 | 3.000 | 12.000 |
| Transfer Cum GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 4.000 | Combined Totals | 3.000 | 3.000 | 3.000 | 12.000 |

**Undergraduate Career Totals**

| | | Attempted | Earned | GPA Units | Points |
|--|--|-----------|--------|-----------|--------|
| Cum GPA | 4.000 | Cum Totals | 3.000 | 3.000 | 3.000 | 12.000 |
| Transfer Cum GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 4.000 | Combined Totals | 3.000 | 3.000 | 3.000 | 12.000 |

Birthdate: 05/31
Print Date: 11/09/2022
Send To:

Degree: Master of Legal Studies

Degrees Awarded

---

Confer Date: 01/31/2021
Major: Legal Studies (MLS)

**Beginning of Law Record**

School of Law
Major: Legal Studies (MLS)

### Fall 2019 (01/18/2019-12/02/2019)

| Course | | | Attempted | Earned | Grade | GPA Units | Points |
|--------|--|--|-----------|--------|-------|-----------|--------|
| LAW | 488 | Cyberlaw | 3.000 | 3.000 | B | 9.000 | 9.000 |
| | | Instructor Christopher W. Savage | | | | | |
| LAW | 542 | Copyright Law | 3.000 | 3.000 | B- | 8.010 | 8.010 |
| | | Instructor Roberto F. Fleisher | | | | | |
| LAW | 768A | Moot Court Reg Skills | 3.000 | 3.000 | B+ | 9.999 | 9.999 |
| | | Instructor Brooks B. Singer | | | | | |

| | | Attempted | Earned | GPA Units | Points |
|--|--|-----------|--------|-----------|--------|
| Term GPA | 3.000 | Term Totals | 9.000 | 9.000 | 9.000 | 27.000 |
| Transfer Term GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined GPA | 3.000 | Combined Totals | 9.000 | 9.000 | 9.000 | 27.000 |

| | | Attempted | Earned | GPA Units | Points |
|--|--|-----------|--------|-----------|--------|
| Cum GPA | 3.000 | Cum Totals | 9.000 | 9.000 | 9.000 | 27.000 |
| Transfer Cum GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.000 | Combined Totals | 9.000 | 9.000 | 9.000 | 27.000 |

### Spring 2020 (01/13/2020-05/11/2020)

School of Law
Major: Legal Studies (MLS)

| Course | | | Attempted | Earned | Grade | GPA Units | Points |
|--------|--|--|-----------|--------|-------|-----------|--------|
| LAW | 201 | Administrative Law | 3.000 | 3.000 | B | 9.000 | 9.000 |
| | | Instructor Marshall J. Breger | | | | | |
| LAW | 319 | Patent Procedure | 2.000 | 2.000 | B+ | 6.660 | 6.660 |
| | | Instructor Bonnie W. McLeod | | | | | |
| LAW | 676 | Patent Law | 3.000 | 3.000 | A- | 11.010 | 11.010 |
| | | Instructor Seth Ralph Watkins | | | | | |
| LAW | 942 | Directed Research | 2.000 | 2.000 | A | 8.000 | 8.000 |

**THE CATHOLIC UNIVERSITY OF AMERICA**

Unofficial Transcript

Name:       Felicia Williams
Student ID: 5179667

| | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|
| Term GPA | 3.467 | Term Totals | 10.000 | 10.000 | 10.000 | 34.670 |
| Transfer Term GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined GPA | 3.467 | Combined Totals | 10.000 | 10.000 | 10.000 | 34.670 |

| | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|
| Cum GPA | 3.246 | Cum Totals | 19.000 | 19.000 | 19.000 | 61.670 |
| Transfer Cum GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.246 | Combined Totals | 19.000 | 19.000 | 19.000 | 61.670 |

Program: School of Law
Major:   Legal Studies (MLS)

**Fall 2020 (08/24/2020 - 12/21/2020)**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| LAW | 434 | Intro to Intellectual Property | 3.000 | 3.000 | B+ | 9.990 |
| | | Instructor: Megan M. LaBelle | | | | |
| LAW | 450A | e-Discovery | 1.000 | 1.000 | B+ | 3.330 |
| | | Instructor: JAMIE Edward BERRY | | | | |
| LAW | 782 | Intellectual Prop Transactions | 2.000 | 2.000 | A- | 7.340 |
| | | Instructor: Beth Alan Watkins | | | | |
| LAW | 946A | MLS Final Project | 2.000 | 2.000 | B- | 5.340 |

| | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|
| Term GPA | 3.250 | Term Totals | 8.000 | 8.000 | 8.000 | 26.000 |
| Transfer Term GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined GPA | 3.250 | Combined Totals | 8.000 | 8.000 | 8.000 | 26.000 |

| | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|
| Cum GPA | 3.247 | Cum Totals | 27.000 | 27.000 | 27.000 | 87.670 |
| Transfer Cum GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.247 | Combined Totals | 27.000 | 27.000 | 27.000 | 87.670 |

| Law Career Totals | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA: | 3.247 | Cum Totals | 27.000 | 27.000 | 27.000 | 87.670 |
| Transfer Cum GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.247 | Combined Totals | 27.000 | 27.000 | 27.000 | 87.670 |

End of Unofficial Transcript

Page 2 of 2

*120*

- Course History
- View Grades
- View Unofficial Transcript
- My Program of Study
- Request Transcript
- View Transcript Status

## Course History

12 rows

| Class | Description | Term | Grade | Units | Status |
|-------|-------------|------|-------|-------|--------|
| LAW 434 | Intro to Intellectual Property | Fall 2020 | B+ | 3.00 | Taken |
| LAW 450A | e-Discovery | Fall 2020 | B+ | 1.00 | Taken |
| LAW 752 | Intellectual Prop Transactions | Fall 2020 | A- | 2.00 | Taken |
| LAW 946A | MLS Final Project | Fall 2020 | B- | 2.00 | Taken |
| LAW 201 | Administrative Law | Spring 2020 | B | 3.00 | Taken |
| LAW 319 | Patent Prosecution | Spring 2020 | B+ | 2.00 | Taken |
| LAW 678 | Patent Law | Spring 2020 | A- | 3.00 | Taken |
| LAW 942 | Directed Research | Spring 2020 | A | 2.00 | Taken |
| LAW 496 | Cyberlaw | Fall 2019 | B | 3.00 | Taken |
| LAW 542 | Copyright Law | Fall 2019 | B- | 3.00 | Taken |
| LAW 788A | Intrvw Coun Neg Skills | Fall 2019 | B+ | 3.00 | Taken |
| MLA 201 | Legal Research and Writing | Spring 2019 | A | 3.00 | Taken |

*3.246 GPA*

*62*





*121*

FB    Help    Search

Home    Profile    Docs    Prefs    Sign out

# Welcome Felicia!

*Your profile is complete and you're able to apply for jobs on USAJOBS.*

*37 Jobs*

Active    **Archived**

**Find & filter applications**    +

Sort by

| Job Status |
|---|

## ⊕ Paralegal Specialist

( Reviewing applications )

**Offices, Boards and Divisions**
📍 Washington, District of Columbia
🕐 *Closed 12/29/2021*
**Application status**
You didn't submit your application.

## ⊕ Paralegal Specialist

( Reviewing applications )

**Offices, Boards and Divisions**
📍 Washington DC, District of Columbia
🕐 *Closed 12/10/2021*
**Application status**
You didn't submit your application.

*63*

*24*

*122*



Home   Profile   Docs   Prefs   Sign out

# Welcome Felicia!

*Your profile is complete and you're able to apply for jobs on USAJOBS.*

*16 Jobs*

**Active**   Archived

**Find & filter applications**   +

Sort by

Job Status

⚙ **Notifications**

---

➕ **Consumer Safety Officer (Emergency Coordinator)**

Reviewing applications

**Food and Drug Administration**

📍 Silver Spring, Maryland

🕓 *Closed 4/4/2022*

**Application status**

You applied on 4/1/2022.

Track this application.

---

➕ **PARALEGAL SPECIALIST**   *64*

Reviewing applications

**Immediate Office of the Chief of Naval Operations**

📍 Pentagon, Arlington, Virginia

🕓 *Closed 3/22/2022 • 15 applicants*

*3829*

123

Federal Court Allowed A Lawsuit to be filed in my name + D.C. Superior Court moved III my lawsuit without Consulting me.

Fraud agnst US District Court for D.C.

1 of 53 pges

124

# U.S. District Court for the District of Columbia

RECEIVED
FEB - 8 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2023 FEB -8 P 1:56
RECEIVED

Please schedule a meeting 3-1-2023!

Felicia Copy

Felicia Brinen Williams
Plantiff or Prosecuter Pro Se

VS. Dereliction of Duty

DOJ Fraud created a forme!

1:23-cv-00312

Fraud lawsuit
2023 CAB 000580

Chief Judge Beryl A. Howel
Judge Rudolph Contreras
Defendants

filed by Jane M. Lyons 451737
Matthew Graves 481052

2023 CAB 000580 education
2022 CAB 006038 Conversion letter
See transcripts in

**Request denied for Removal of 2022 CAB 006038**

The Department of Justice created a fake lawsuit on my behalf 1:23-cv-00312 in a federal court. I did not file this fraudulent lawsuit as the plaintiff or defendant. The Department of Justice is requesting that I remove the civil action against Chief Judge Beryl Howel and Judge Rudolph Contreras 2022 CAB006038 filed 12-28-2022. Your request for removal is denied. Never send me a piece of crap that is fake. You should

# 125

be embarassed to file a fradulent law suit Ms.
Jane M. Lyons, Assistant United States Attorney.
Mr. Merreck Garland can charge You, Ms. Jane
M. Lyons with fraud and you can be disbarred.
I am prose, Self prosecuter because no one
can explain what I need in reference to my
federal military retirement which is what
1:22-cv-01084 pertains to. Apparently, the
federal judges failed to read the
complaint which states in part on
page 2 of 19 [1:22-cv-01084] Overview of complaint

"... Fired due to misdiagnosis
- Lack of Veteran compensation at 100% due to
miscalculation of retirement per complaint
page 6 of 19 [1:22-cv-01084] which is
actually intentional, fraud, Dereliction of
Duty on Behalf of the United States Public
Health Service Office of Commissioned Corps
Personnel under the Department of Health
and Human Services..." Misculation was
Intentional

# 126

Page 6 of 19 [1:22-cv-01084] states in part
"...The Prosecutor is requesting back payment fo 0-6
from pin of date April, 1, 2014, until retirement
date 6-6-2016, which would have been a 20-year
career to include 4 civilian years (6/1996
through 6/2000) per documents within USPHS
e-OPF and this case..."

Page 7 of 19 [1:22-cv-01084] states in part
"... Why did CAPT Karen Sicard and Public
Health Service Personnel Retirement Coordinator
not include CDR Binion Williams 4-civilian
years towards retirement which impacted
her receiving full retirement and full
Veteran Compensation?..."

The Superior Court for the District of
Columbia law suit [2022 CAB 006038]
is about the Federal Appointed Judges
not reviewing my Complaint apparently and
holding my lawsuit for full military
retirement and full veteran compensation
for 9 months. The Department of Health

**3**



and Human Services failed to give full years
of combined years while injured in line of duty.
Department of Health and
Human Services

— 4 years Civil Service from DHHS|Food and Drug
Administration|Center for
Food Safety and Applied
Nutrition|Office of
Premarket Approval

— 7 years of Required education when
Commissioned in the Department of Health
and Human Services (DHHS) (Same agency)
and Human Services Public Health Service |Commissioned
Corps.

— 16 years of honorable Service [DD-214]
States 15 years 9 months 2 days. The
PIRE[] when an Information Report[] she's in
part 15 years 9 months 14 days so I have 65
day AWOL which should be removed be-
cause I was harassed at work prior
to promotion document, ROS, being due
by DHHS|Commissioned Corps 12-6-2013,
renewed Spring 2014 and pinned on 4-1-2015
based upon other officers eligible for OG
in the HSO category. Each category has

27 years Honorable Service

*128*

a promotion review board and ALL DHHS\FDA\
Commissioned Corps are pinned at a Ceremony
in Bethesda, MD.

Military law state in 10 USC 1201(a)

retirement ("...) the Secretary may retire the member,
with retired pay computed under Section 1401 of
this title, if the Secretary also make the
determinations.with respect to the member
and that disability specified in Subsection
(b). Subsection (b) is of 10 USC 1201

10 USC 1201(b)(1) disability is of a permanent nature and stable

(b)(2) disability is not the result of misconduct
[I cannot cause a mental breakdown, Stress
does over time]. AND

(b)(3)(A) member has at least 20 years

OR

(b)(3)(B) the disability is at least 30%

AND EITHER

(b)(3)(B)(i) disability Not noted at time of
Commissioning or member entrace on
active duty [No breakdown]

(b)(3)(B)(ii) disability is the proximate result
of performing active duty [fake work
reviews]



**129**

10 USC 1201 Continues

(b)(3)(B)(i,ii) disability was incurred in
line of duty in time of war
or national emergency; [or Eyes
Gulf War but USPHS was state-
side back filling for military in
Walter Reed hospital or working
as desk scientist or laboratory scientist]

(b)(3)(B)(i,v) the disability was incurred in line
of duty after September 14, 1978.

An injured enlisted or officer Regular and
members on active duty for more than 30 days.
retirement.

If the Secretary of the Department
of Health and Human Services does not
want to grant 10 USC 1401 for injured
pay the Merit System Protection Board
d:d in the court order DC-3443-17-
0415-I-1; otherwise, DHHS|USPHS is
Only Military to receive pay. This will
Never happen because most people enter the



United States Public Health Service after
receiving a Masters Degree and Selecting a
Career track; for example; PhD (scientist),
MD, DDS, Psychiatrist, etc. and are at least 25 or
26 years old when Commissioned. Beyond
injury a Commissioned officer in the Department
@f Health and Human Service (United States Public
Health Service) Commissioned Corps should work at
least 30 years and beyond. Most DHHS/USPHS are
military spouses without proper degrees and 06 and 07 rank.

My disability began around 2014 and
exacerbated through 2016. I was placed on
Valium 2015 Spring and for day time use
and Ambien for night time use. I
was prescribed Olanzapine 7-6-2016
after firing which is another downer
due to hyperactivity. I was given a
Shot of Ability (a stimulant) in 2016 after
December
my husband had me hospitalized after
returning from my mother's home in
Plano, TX where She was mean to me.
Both have been very disrespectful since
my diagnosis with Bipolar I Disorder

130

131

Due to stress at work and home from 2012-2016 which includes being passed over for 06 promotion [Colonel, Army, Airforce, or Marine or CATP, NAVY and USPHS] and being separated from 2012-2016 during extensive harassment at work over non-sense fabricated timeframes. bwhich led to fake work [patient examination glove with feathers; K150689] [Black glove, K112924] etc. Need I say more. I was harassed with fake work, fake timeframes, retraction of ROS, lies about not arriving to work on time and Garage 66 entry was used to pull my correct/accurate arrival times September 2013 3 months prior to 06 documents being due to make the appearance of laziness like branch chiefs division staff and center leaders who all knew about Fake Work. Walter Reed changed my medication to a stimulant 2017 or 2018 which could contain LSD or cocaine.

You missed the Court, Superior Court for District of Columbia, timeframe to

## 132

respond which was 21 days. Your request for dismissal is denied. You filed a fake lawsuit in my name as plaintiff. I am Plaintiff, ProSe, or Prosecutor ProSe, or ProSe. I do not have to be barred to file a lawsuit for myself. I have to be barred to file a lawsuit for others or to defend others.

I was prescribed Latuda (Lurasidone) 60mg then 40mg as well as 250mg Divalproex ER. Nothing is Extended Release because the body metabolize immediately, the physician lied as well as the pharmaceutical company which is insurance fraud and the patient more than likely did not need the medication.

My lawsuit, 1:22-cv-01084 is about full military retirement and full VA benefits and harassment by many. These





*133*

Federal Judges Chief Judge Beryl Howell and Judge Rudolph Contreras are incompetent and side with the defense instead of reading the evidence, my evidence, for My Federal E E O lawsuit; 1:22-01084 Which is linked to 2022 CAB 006038 and I will not dismiss because the Judges held my retirement case 9 months and ignored my request for multiple meetings which I entered in the fraud case 2023CAB000580 (fraud was discovered in my personnel records, the wrong dates were entered, years of education are incorrect, civil service years are not considered on DD-214 and neither are required education years. I discovered fraud which I thought was a miscalculation.







The Department of Justice or the Internal Revenue Service garnished my children 529 College Education Fund which grows faster than a 401(k) or CD (certificate of Deposit).

Thousands are missing based upon my financial advisor from each child account; tens of thousands.

My checking account has been garnished for a long time. There are fluxuations in retirement amount + VA.

My retirement 10 USC 1401 75% basic pay should be taxed free. Veteran benefits are never taxed even the housing allowance I received while in graduate school of CUA - Columbus School of Law for a Masters of Legal Studies. How can anyone tax military housing and food allowance for my entire career

I had exemption of 1; Housing + food are never taxed.

Mike had exemption of 11 [illegible] you can't garnish [illegible]

*135*

I explained the $30,000.00 deposit from Cashier Check which came from retirretirement; which should be salary from 4-1-2015 until VA first payment; $72,714.49 of $112,505.10. See _____

I have proven I can handle my finances and my divorce and my retirement. Leave me alone. There is no trade secret in fake work. The drawings could be fake talk to DHHS/FDA/CDRH employees; Elizabeth Claverie Williams, Benita Asher, Erin Keith, Tina Kang, David Klauss, Peter Hudson, Terrell Cunningham, Raquel Pete, Clarence Murray, Steve Elliott Tejashri Puroth-Sheth, Kapil Pangulari, Rathi Dhal, Befang, Ashraf Mohammad, Sheila Murphy Work load. Dr Sheila Murphy was the branch chief and should know the work load from the time

*12*



called _____ L... due to expiration of registration.

*137*

If I were 100% abled body and mind how badly Would you treat me knowing I am 100% permanetly disabled by the Merrt System Protection Board and 90% by the Veteran Administration. You, feds. and family would probably try to make Me Commit suicide to say I am depressed. If I were depressed I would be curled up in a ball and not functioning; Writing valid lawsuits with Substantial evidence (mine) recycled in each Case.

*140*

**141**

Not mine

FILED
CIVIL DIVISION
DEC 28 2022
Superior Court of D.C.
District of Columbia

Case 1:23 — CV-00312
US District Court
Cover Lay3

**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**2022  6038**

Case No. _____

Requested Summary Judgment with all evidence to prove
Claims 1-7., if not set a trial date I will do my best

**COMPLAINT**

Jurisdiction of this Court is founded on D.C. Code § 11-921

Dr. Felicia Binion Williams                Honorable Beryl A. Howell + to Embares
Judge Rudolph Contreras

**PLAINTIFF**          vs          **DEFENDANT**
420 OgleThorpe St NW                       US. Direct court for District of Columbia
Address (No Post Office Boxes)             323 Cons tit tution Ave NW Rm 2225
                                           Address (No Post Office Boxes)
Washington DC 20011                        Washington DC  20001
City    State    Zip Code                  City    State    Zip Code
205-861-9110
Telephone Number                           Telephone Number

Email Address (optional)                   Email Address (optional)

**Dereliction of duty cas e** 2022CAB 006038 ←

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

See Complaint   see All evidence

Whistleblower DHHS/FDA/
CDRH/VRF/NAGIUD/FINCB
Per Ms Copeland

2. What relief are you requesting from the Court? Include any request for money damages. Court
$10,001.00 for this Court per Clerk Rm 5000
See claims
See filing documents

**1:23-CV-00312**
**18**

Form CA-3074 [Rev. Nov. 2017]          1          Super. Ct Civ. R. 3

**EXHIBIT A**

Fraud case 2023 CAB case 5570



*142*

*Evidence* *and...* *Dr. Moss Does not...*

*given* *Jennifer,*

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** *to me.* Monday, February 13, 2023 2:48 PM
**To:** ECFMail DCD
**Subject:** Activity in Case 1:23-cv-00312-RDM WILLIAMS v. HOWELL et al Order

*Felicia Binion*

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 2/13/2023 at 2:47 PM EDT and filed on 2/13/2023
**Case Name:**        WILLIAMS v. HOWELL et al
**Case Number:**      1:23-cv-00312-RDM
**Filer:**
**Document Number:** 6

*① I drafts I did not file 1:23-cv-00312. Someone filed this lawsuit in my name.*

**Docket Text:**
**FOX/NEAL ORDER: Plaintiff is hereby ORDERED to respond to Defendants' motion to dismiss, Dkt. [5], on or before March 6, 2023. See document for details. Signed by Judge Randolph D. Moss on 2/13/2023. (lcrdm1)**

*② The hangs DOJ filed a false lawsuit in my name*

**1:23-cv-00312-RDM Notice has been electronically mailed to:**

*③ See original filing who paid for the lawsuit.*

Jane M. Lyons   jane.lyons@usdoj.gov, alicia.dupree@usdoj.gov, tammatha.dawkins@usdoj.gov

*451737*

**1:23-cv-00312-RDM Notice will be delivered by other means to::**

*Matthew Graves 481052*

FELICIA BINION WILLIAMS
420 Oglethorpe Street NW
Washington, DC 20011

*④ I did not write a check Or use my credit Card.*

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/13/2023] [FileNumber=8159631-0]

*⑤ This is a federal lawsuit; 1:22-cv-00312. I filed a lawsuit in D.C. Superior Court for Dereliction of Duty...*

*...and for EEO lawsuits; its Manhattan Data forever...*





[9cd4bcf310ba154ed80242de04f6b55b2b8ac6ef30a1868c67e280ec859e4bbc42df
02c9f98880fab390426327888b6e78895668e1d049220d45ee7813892f5c]]



*144*



UNITED STATES DISTRICT AND
BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS



CAPITAL DISTRICT 200
13 FEB 2023 PM 3

US POSTA
ZIP 20001
02 1W
0001399995

*Mail Fraud*

*Prison*

FELICIA BINION WILLIAMS
420 Oglethorpe Street NW
Washington, DC 20011

20011-214920



*145*



*4*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FELICIA BINION WILLIAMS,
420 Oglethorpe Street, NW
Washington, D.C. 20011

       Plaintiff,

    v.

HON. BERYL A. HOWELL and
HON. RUDOLPH CONTRERAS,
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

       Defendants.

Civil Action No. 23-0312

### NOTICE OF REMOVAL OF A CIVIL ACTION

    Pursuant to 28 U.S.C. § 1442(a)(1), Defendants Chief Judge Beryl A. Howell and Judge

Rudolph Contreras, (collectively, "Defendants"), by and through undersigned counsel, hereby file

this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon.

    1.    Defendants are in receipt of a Complaint in the case *Felicia Binion Williams v.*

*Honorable Beryl A. Howell et al.*, Civil Action No. 2022 CA 006038 B, filed in the Civil Division

of the Superior Court of the District of Columbia (the "Civil Action") on or around December 28,

2022. Plaintiff apparently filed an amended complaint thereafter. There is no evidence showing

that the complaint and summons were properly served upon Defendants under D.C. Superior Court

Rule 4(i) or its equivalent Federal Rule of Civil Procedure 4(i). Defendants received a summons

and an incomplete copy of the complaint on or about January 4, 2023, via certified mail, but

Plaintiff may not validly effect service because she is a party to the action and service of part of

the complaint is invalid. Superior Court Rule 4(c)(2); Fed. R. Civ. P. 4(c)(2). As of the filing of



*146*

this Notice of Removal, the Civil Process Clerk for the U.S. Attorney's Office has not received

anything relating to the case pending in the Superior Court. A copy of the Complaint is attached

hereto as Exhibit A.

2.      Removal of this case is appropriate pursuant to 28 U.S.C. § 1442(a) because

Defendants are federal judges who are officers of the United States being sued for acts or omissions

in carrying out their duties. *See Jefferson Cty, Ala. v. Acker*, 527 U.S. 423, 431 (1999) (holding

that county tax collection suit brought against federal judges was properly removed from state to

federal court).

3.      A notice of filing of this Notice of Removal will be filed in the Superior Court of

the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia

is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: February 3, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        /s/ Jane M. Lyons
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 252-2540
jane.lyons@usdoj.gov

*Attorneys for the United States of America*

- 2 -

*147*

Case 1:23-cv-00312   Document 1   Filed 02/03/23   Page 3 of 3

## CERTIFICATE OF SERVICE

I certify that on February 3, 2023, I caused a copy of the foregoing Notice of Removal of

Civil Action to be served by sending a duplicate through the United States Postal Service with

prepaid first class postage and addressed to:

FELICIA BINION WILLIAMS
420 Oglethorpe Street, NW
Washington, D.C.  20011

*/s/ Jane M. Lyons*
JANE M. LYONS
Assistant United States Attorney

148

**FILED**
CIVIL DIVISION

DEC 28 2022

Superior Court of the District of Columbia
**CIVIL DIVISION – Civil Actions Branch**
Superior Court 500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
District of Columbia Telephone: (202) 879-1133 Website: www.dccourts.gov

2022 6038

_Requested Summary Judgment with all evidence to prove Claims 1-7. If not set a trial date I will do my best_

Case No. _____

**COMPLAINT**
Jurisdiction of this Court is founded on D.C. Code § 11-921

Dr. Felicia Binion Willia~

**PLAINTIFF**

vs

Honorable Beryl A. Howell & to Ombuds~
Judge Rudolph Contreras

**DEFENDANT**

420 OgleThorpe St NW

**Address (No Post Office Boxes)**

U.S. Dist Court for District of Columbia
333 Constitution Ave NW Rm 7225

**Address (No Post Office Boxes)**

Washington DC 20011

**City    State    Zip Code**

Washington DC 2000(

**City    State    Zip Code**

205-861-9110

**Telephone Number**

**Telephone Number**

_Email Address (optional)_          _Email Address (optional)_

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   See Complaint  See All evidence
   Whistleblower DHHS/FDA/
   CDRH/DOE/NAG/IUD/JWCB
   Per Ms Copeland

2. What relief are you requesting from the Court? Include any request for money damages. Court
   $10,001.00  for this Court per Clerk Rm 5000
   See claims
   See filing documents

Form CA-3074 [Rev. Nov. 2017]          1          Super. Ct. Civ. R. 3

**EXHIBIT A**

**149**

*I received more stupidity from Howell &*
*Contreras, and the Clerk*
*Office & Federal Judges*
*who have never had a*
*Court date established*
*at filing for hurting*
*people in EEO lawsuits*
*but years and*
*months*
*to*
*of*
*harassmer*
*by federal investigators.*
*So that the fired or*
*severly harass never receive money. NOT*
*that day is*
*Owner, Forever.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FELICIA BINION WILLIAMS,

Plaintiff,

v.

HON. BERYL A. HOWELL and
HON. RUDOLPH CONTRERAS,

Defendants.

Civil Action No. 23-0312 (RDM)

**DEFENDANTS' MOTION TO DISMISS**

Defendants, Chief Judge Beryl A. Howell and Judge Rudolph Contreras, through

undersigned counsel, respectfully move to dismiss this case pursuant to Federal Rules of Civil

Procedure 12(b)(1) and 12(b)(6), and reserve the right to add a request under Rule 12(b)(5) if

Plaintiff fails to comply fully with all of the requirements for valid service prior to the expiration

of the time provided for service of process. The grounds for this motion are set forth in the

accompanying Memorandum of Points and Authorities.

Dated: February 10, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____
Jane M. Lyons

JANE M. LYONS
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2540
Jane.Lyons@usdoj.gov

*Attorneys for the Defendants*

*My files are*
*personal effects for*
*information of Patents*
*Applications Patent*
*publications (No*
*trade Secret) Trade secret*
*(NONe-its called reverse*
*engineering, product +*
*display) trademark,*
*Copyright see Professors; Seth Watkins,*
*and Fischer respectively.*

*Patent - Scientist*
*Copyright - Artist*
*Trademark - Artist*
*Trade Secrets -*
*Scientist*
*Chemist*
*Engineers*
*Botanist*
*Biologist*
*Winston, Labelle*



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*150*

FELICIA BINION WILLIAMS,

Plaintiff,

v.

HON. BERYL A. HOWELL and
HON. RUDOLPH CONTRERAS,

Defendants.

Civil Action No. 23-0312 (RDM)

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF MOTION TO DISMISS**

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____ *Jane M. Lyons* _____
        JANE M. LYONS
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2540
        Jane.Lyons@usdoj.gov

*Attorneys for the Defendants*

*151*

## TABLE OF CONTENTS

TABLE OF AUTHORITIES .................................................................................................. ii

SUMMARY OF KEY ALLEGATIONS AND PROCEDURAL HISTORY ................................. 1

STANDARDS OF REVIEW ................................................................................................. 2

ARGUMENT .................................................................................................................... 4

    I.    The Complaint Should Be Dismissed In Its Entirety Because This Court Lacks Subject Matter Jurisdiction. ................................................................................. 4

    II.    Judicial Immunity Bars This Action. ..................................................................... 6

    III.    The Complaint Also Fails to State a Claim on Which Relief May Be Granted. .. 10

    IV.    Insufficient Service of Process and the Absence of Proof of Adequate Service on the Docket May Subsequently Require Dismissal If Current Noncompliance is Uncured Prior to the Deadline For Completing Service and Filing Proof............ 15

CONCLUSION ................................................................................................................. 17

**TABLE OF AUTHORITIES** 

<u>Federal Cases</u>

*Ashcroft v. Iqbal,*
    556 U.S. 662 (2009) ............................................................................ 3, 10, 11, 13, 14

*Atherton v. Dist. of Columbia Office of the Mayor,*
    567 F.3d 672 (D.C. Cir. 2009) ............................................................................ 11

*Bank Dallas, N.A., v. United States,*
    769 F.2d 299 (5th Cir. 1985) ............................................................................ 3

*Bell Atl. Corp. v. Twombly,*
    550 U.S. 544 (2007) ............................................................................ 3, 4, 11

*Best v. Kelly,*
    39 F.3d 328 (D.C. Cir. 1994) ............................................................................ 11

*Big Sky Civil Trust v. United States,* Civ. A.,
    No. 21-1282 (TNM), 2022 WL 1471423 (D.D.C. May 10, 2022) ............... 11

*Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,*
    403 U.S. 388 (1971) ............................................................................ 9

*Block v. North Dakota ex rel. Bd. of Univ. & School Lands,*
    461 U.S. 273 (1983) ............................................................................ 11

*Brown v. District of Columbia,*
    514 F.3d 1279 (D.C. Cir. 2008) ............................................................................ 2

*Brown v. Whole Foods Market Group, Inc.,*
    789 F.3d 146 (D.C. Cir. 2015) ............................................................................ 4

*Butz v. Economou,*
    438 U.S. 478 (1978) ............................................................................ 14

*Clark v. Library of Congress,*
    750 F.2d 89 (D.C. Cir. 1984) ............................................................................ 12

*Cofield v. United States,*
    64 F. Supp. 3d 206 (D.D.C. 2014) ............................................................................ 5

*Cole v. United States,*
    657 F.2d 107 (7th Cir. 1981) ............................................................................ 3

*Cook v. Billington,*
    541 F. Supp. 2d 358 (D.D.C. 2008) ............................................................................ 2

*Coulibaly v. Kerry,*
    213 F. Supp. 3d 93 (D.D.C. 2016) ............................................................................ 12

*Davis v. United States,*
    944 F. Supp. 2d 36 (D.D.C. 2013) ............................................................................ 14

*Dickson v. United States,*
    831 F. Supp. 893 (D.D.C. 1993) ............................................................................ 12

*District of Columbia v. Wesby,*
    138 S. Ct. 577 (2018) ............................................................................ 9

*Dougherty v. United States,*
    156 F. Supp. 3d 222 (D.D.C. 2016) ............................................................................ 12

*Egbert v. Boule,*
    142 S. Ct. 1793 (2022) ............................................................................ 9





*Erickson v. Pardus,*
   551 U.S. 89 (2007)..........................................................................................................4

*FDIC v. Meyer,*
   510 U.S. 471 (1994)......................................................................................................11

*Forrester v. White,*
   484 U.S. 219 (1988)........................................................................................................9

*GAF Corp. v. United States,*
   818 F.2d 901 (D.C. Cir. 1987)......................................................................................13

*Hammond v. Fed. Bureau of Prisons,*
   740 F. Supp. 2d 103 (D.D.C. 2010)..............................................................................14

*Harlow v. Fitzgerald,*
   457 U.S. 800 (1982)......................................................................................................14

*Herbert v. Nat'l Acad. of Sciences,*
   974 F.2d 192 (D.C. Cir. 1992)........................................................................................2

*In re Fannie Mae Secs. Litig.,*
   552 F.3d 814 (D.C. Cir. 2009)........................................................................................8

*Jackson v. Bush,*
   448 F. Supp. 2d 198 (D.D.C. 2006)..............................................................................12

*Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner,*
   101 F.3d 145 (D.C. Cir. 1996)........................................................................................8

*Jefferson Cty, Ala. v. Acker,*
   527 U.S. 423 (1999)........................................................................................................5

*Jenkins v. Kerry,*
   928 F. Supp.2d 122 (D.D.C. 2013)................................................................................7

*Kentucky v. Graham,*
   473 U.S. 159 (1985)......................................................................................................12

*Kim v. United States,*
   632 F.3d 713 (D.C. Cir. 2011)......................................................................................12

*Kissi v. U.S.,*
   Civil Action No. 08-1213, 2008 WL 3154971 (D.D.C. Aug. 5, 2008) ..........................6

*Kowal v. MCI Commc'ns Corp.,*
   16 F.3d 1271 (D.C. Cir. 1994)........................................................................................4

*Lambert Run Coal Co. v. Balt. & Ohio R.R. Co.,*
   258 U.S. 377 (1922)....................................................................................................4, 5

*Lane v. Peña,*
   518 U.S. 187 (1996)........................................................................................................3

*Lepone-Dempsey v. Carroll Cty. Comm'rs,*
   476 F.3d 1277 (11th Cir. 2007) ....................................................................................15

*Lewis v. Bayh,*
   577 F. Supp. 2d 47 (D.D.C. 2008) ..............................................................................10

*Loumiet v. United States,*
   828 F.3d 935 (D.C. Cir. 2016)........................................................................................9

*Macharia v. United States,*
   334 F.3d 61 (D.C. Cir. 2003) ........................................................................................2

*Mann v. Castiel,*
   681 F.3d 368 (D.C. Cir. 2012)................................................................................15, 16



*154*

*Marshall v. Reno,*
915 F. Supp. 426 (D.D.C. 1996) .................................................................. 12

*McKoy-Shields v. First Wash. Realty, Inc.,*
Civ. A. No. 11-1419, 2012 WL 1076195 (D.D.C. Mar. 30, 2012) ................ 5

*McNutt v. Gen. Motors Acceptance Corp.,*
298 U.S. 178 (1936) ...................................................................................... 3

*Merkulov v. U.S. Park Police,*
75 F. Supp. 3d 126 (D.D.C. 2014) ........................................................ 4, 5, 6

*Mireles v. Waco,*
502 U.S. 9 (1991) ..................................................................................... 7, 8

*Morrissey v. Mayorkas,*
17 F.4th 1150 (D.C. Cir. 2021) .................................................................. 16

*Norton v. United States,*
530 F. Supp. 3d 1 (D.D.C. 2021) ................................................................ 13

*Palmer v. City Nat'l Bank of W. Va.,*
498 F.3d 236 (4th Cir. 2007) ........................................................................ 5

*Palmieri v. United States,*
896 F.3d 579 (D.C. Cir. 2018) ...................................................................... 9

*Pub. Warehousing Co. v. Def. Supply Ctr. Phila.,*
489 F. Supp. 2d 30 (D.D.C. 2007) ................................................................ 2

*Rann v. Chao,*
154 F. Supp. 2d 61 (D.D.C. 2001) ................................................................ 2

*Richardson v. United States,*
193 F.3d 545 (D.C. Cir. 1999) ............................................................... 4, 14

*Scolaro v. D.C. Bd. of Elections & Ethics,*
104 F. Supp. 2d 18 (D.D.C. 2000) ................................................................ 2

*Sindram v. Suda,*
986 F.2d 1459 (D.C. Cir. 1993) .................................................................... 6

*Sissel v. United States Dep't of Health & Human Servs.,*
760 F.3d 1 (D.C. Cir. 2014) ......................................................................... 4

*Smalls v. United States,*
471 F.3d 186 (D.C. Cir. 2006) .................................................................... 13

*Smith v. Scalia,*
44 F. Supp. 3d 28 (D.D.C. 2014) ......................................................... 7, 8, 9

*Steel Co. v. Citizens for a Better Env't,*
523 U.S. 83 (1998) ........................................................................................ 3

*Stump v. Sparkman,*
435 U.S. 349 (1978) ...................................................................................... 7

*Thomas v. Wilkins,*
61 F. Supp. 3d 13 (D.D.C. 2014) ........................................................... 8, 10

*Thompson v. Capitol Police Bd.,*
120 F. Supp. 2d 78 (D.D.C. 2000) ................................................................ 2

*Tri-State Hosp. Supply Corp. v. United States,*
341 F.3d 571 (D.C. Cir. 2003) ............................................................. 11, 12

*United States v. Sherwood,*
312 U.S. 584 (1941) ............................................................................ 3, 6, 11



*155*

*Walsh v. Ford Motor Co.,*
    807 F.2d 1000 (D.C. Cir. 1986) ............................................................ 16
*Williams v. Perdue,*
    386 F. Supp. 3d 50 (D.D.C. 2019) ............................................................ 6
*Ziglar v. Abassi,*
    137 S. Ct. 1843 (2017) ............................................................ 9

## Federal Statutes

28 U.S.C. 2680(a) ............................................................ 13
28 U.S.C. § 137 ............................................................ 8
28 U.S.C. § 1294 ............................................................ 7
28 U.S.C. § 1441 ............................................................ 5
28 U.S.C. § 1442 ............................................................ 1, 4, 5
28 U.S.C. § 2675 ............................................................ 13
28 U.S.C. § 2680(h) ............................................................ 13
28 U.S.C. § 1291 ............................................................ 7
28 U.S.C. § 1346(b) ............................................................ 6
28 U.S.C. § 2674 ............................................................ 13

## Federal Rules

Fed. R. Civ. P. 4(i)(1)(A)(ii) ............................................................ 15
Fed. R. Civ. P. 4(i)(3) ............................................................ 15
Fed. R. Civ. P. 12(h)(3) ............................................................ 6
Fed. R. Civ. P. 4 ............................................................ 14
Fed. R. Civ. P. 12(b)(1) ............................................................ 1, 2, 11, 12
Fed. R. Civ. P. 12(b)(6) ............................................................ 11

## Federal Regulations

28 C.F.R. § 14.2(a) ............................................................ 13



*156*

## SUMMARY OF KEY ALLEGATIONS AND PROCEDURAL HISTORY

Plaintiff Williams filed a complaint in the Superior Court of the District of Columbia on or about December 28, 2023. In the space on the Superior Court complaint form for a short plain statement of the claim, the complaint contains the word "whistleblower" followed by several acronyms and a reference to evidence. *See* ECF No. 1-1, Compl. ¶ 1. On the attached "Information Sheet" are the names of the two sitting federal judges named as defendants and a case number (1:22-CV-01084) associated with *Williams v. Department of Health and Human Services et al.*, which is currently an open case brought by the same Plaintiff. Defendant Contreras is the presiding judge in *Williams v. Department of Health and Human Services et al.*, Civil Action No. 22-1084. On the same "Information Sheet," in addition to "whistleblower" appear the words "Dereliction of Duty, Harassment, Lack of Due Process of Law." The complaint appends several hundred pages of materials, some from other legal proceedings, one of which states "[t]he federal Judges are Failing to render a decision and include me in any discussion and are failing to grant me DUE Process of LAW according to the United States Constitution, V Amendment. . .[,]" requests that the Superior Court "state a date to appear for mediation or court date due to me filing a lawsuit against FEDERAL JUDGES using a lower court [DC Superior Court] to obtain disability military retirement claim due to lack of VA compensation due to miscalculation and 4 civil service years[,] and complains about being "ignored by the Court" after filing "an employment EEO lawsuit 1:22-cv-01084[.]" ECF No. 1-1, Compl., ECF Page 13 of 906; *see id.* at 14 (praying for recovery of $5,000 from each defendant "for holding" Plaintiff's "Disability Retirement AND Veteran benefits" because no prompt trial or hearing was held in Civil Action No. 22-1084).

Defendants filed in this Court a Notice of Removal under 28 U.S.C. § 1442 on February 3, 2023. At the time of the removal, the Superior Court's docket did not reflect any proof of service

*157*

of process on either defendant, but the time for effectuating proper and complete service and filing proof of it had not yet expired.

## STANDARDS OF REVIEW

Defendants move for dismissal under Federal Rule of Civil Procedure ("Rule") 12(b)(1) and 12(b)(6). Plaintiff has the burden of establishing that the Court has jurisdiction over each of her claims. *See* Fed. R. Civ. P. 12(b)(1); *see also Pub. Warehousing Co. v. Def. Supply Ctr. Phila.*, 489 F. Supp. 2d 30, 35 (D.D.C. 2007). Indeed, Plaintiff must establish jurisdiction "by a preponderance of the evidence." *Thompson v. Capitol Police Bd.*, 120 F. Supp. 2d 78, 81 (D.D.C. 2000) (citations omitted). To determine the existence of jurisdiction, if necessary, the Court may look beyond the Complaint's allegations and consider affidavits and other extrinsic information, and ultimately weigh any conflicting evidence. *See Herbert v. Nat'l Acad. of Sciences*, 974 F.2d 192, 197 (D.C. Cir. 1992); *Cook v. Billington*, 541 F. Supp. 2d 358, 362 n.3 (D.D.C. 2008).

Consistent with fundamental principles of federal judicial authority, Rule 12(b)(1) provides that a claim must be dismissed if a district court lacks jurisdiction to entertain it. Because Rule 12(b)(1) concerns a court's ability to hear a particular claim, courts must scrutinize allegations more closely when considering a motion to dismiss pursuant to Rule 12(b)(1) than it would under a motion to dismiss pursuant to Rule 12(b)(6). *Macharia v. United States*, 334 F.3d 61, 64, 69 (D.C. Cir. 2003). In considering a motion under Rule 12(b)(1), a court must "accept as true all of the factual allegations contained in the complaint" and draw all reasonable inferences in favor of the plaintiff. *Brown v. District of Columbia*, 514 F.3d 1279, 1283 (D.C. Cir. 2008). But courts are "not required . . . to accept inferences unsupported by the facts or legal conclusions that are cast as factual allegations." *Rann v. Chao*, 154 F. Supp. 2d 61, 64 (D.D.C. 2001). Further, the "court may consider such materials outside the pleadings as it deems appropriate to resolve the question whether it has jurisdiction in the case." *Scolaro v. D.C. Bd. of Elections & Ethics*, 104 F.

*35*



*158*

Supp. 2d 18, 22 (D.D.C. 2000). Ultimately, the plaintiff bears the burden of establishing the

Court's jurisdiction, *McNutt v. Gen. Motors Acceptance Corp.*, 298 U.S. 178, 182–83 (1936), and

where jurisdiction does not exist, "the court cannot proceed at all in any cause," *Steel Co. v.*

*Citizens for a Better Env't*, 523 U.S. 83, 94 (1998).

Among its jurisdictional showings, a party suing the United States must establish that the

government has unequivocally waived its immunity and that she has satisfied all prerequisites to

filing suit. *United States v. Sherwood*, 312 U.S. 584, 586 (1941); *Interstate Bank Dallas, N.A., v.*

*United States*, 769 F.2d 299, 303 (5th Cir. 1985); *Cole v. United States*, 657 F.2d 107, 109 (7th Cir.

1981). Waivers of sovereign immunity are strictly construed in favor of the United States. *Lane*

*v. Peña*, 518 U.S. 187, 192 (1996).

Alternatively, Defendants move to dismiss for failure to state a claim under Rule 12(b)(6).

"To survive a [Rule 12(b)(6)] motion to dismiss, a complaint must contain sufficient factual matter,

accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S.

662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). In *Iqbal*, the

Supreme Court reiterated the two principles underlying its decision in *Twombly*. "First, the tenet

that a court must accept as true all of the allegations contained in a complaint is inapplicable to

legal conclusions," and "[s]econd, only a complaint that states a plausible claim for relief survives

a motion to dismiss." *Id.* at 678-79.

A claim is facially plausible when the pleaded factual content "allows the court to draw the

reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S.

at 678 (citing *Twombly*, 550 U.S. at 556). "The plausibility standard is not akin to a 'probability

requirement,' but it asks for more than a sheer possibility that a defendant has acted unlawfully."

*Id.* (quoting *Twombly*, 550 U.S. at 556). A pleading must offer more than "labels and conclusions"

- 3 -

*159*

or a "formulaic recitation of the elements of a cause of action," *id.* (quoting *Twombly*, 550 U.S. at 555), and "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice," *id.* (citing *Twombly*, 550 U.S. at 555).

As Plaintiff is proceeding *pro se*, her pleading is to be construed liberally. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007). But as discussed herein, the Complaint should be dismissed for multiple, independent reasons. When considering a motion to dismiss under Rule 12(b)(6), the Court is bound to construe a complaint liberally in the plaintiff's favor, and it should grant the plaintiff "the benefit of all inferences that can be derived from the facts alleged." *Kowal v. MCI Commc'ns Corp.*, 16 F.3d 1271, 1276 (D.C. Cir. 1994). But these inferences must be reasonable, and prior to dismissal, the Court should also consider all of Plaintiff's submissions and whether leave to amend could allow an amendment that would be other than futile. *See Sissel v. United States Dep't of Health & Human Servs.*, 760 F.3d 1, 4 (D.C. Cir. 2014); *Brown v. Whole Foods Market Group, Inc.*, 789 F.3d 146, 152 (D.C. Cir. 2015) (citing *Richardson v. United States*, 193 F.3d 545, 548 (D.C. Cir. 1999)). As demonstrated below, however, no claim for damages survives absolute judicial immunity, nor is any claim for any other type of relief either clearly presented or viable with or without amendment.

## ARGUMENT

**I.    The Complaint Should Be Dismissed In Its Entirety Because This Court Lacks Subject Matter Jurisdiction.**

"'The jurisdiction of the federal court on removal is, in a limited sense, a derivative jurisdiction.'" *Merkulov v. U.S. Park Police*, 75 F. Supp. 3d 126, 129 (D.D.C. 2014) (quoting *Lambert Run Coal Co. v. Balt. & Ohio R.R. Co.*, 258 U.S. 377, 382 (1922)). This matter was originally filed in the Superior Court of the District of Columbia, *see* Compl., and was removed to this Court pursuant to 28 U.S.C. § 1442, *see* ECF No. 1. Under 28 U.S.C. § 1442, removal is

*160*

permitted for a "civil action . . . commenced in a State court and that is against or directed to . . . [t]he United States or any agency thereof or any officer . . . of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office[.]" 28 U.S.C. § 1442; *see Jefferson Cty, Ala. v. Acker*, 527 U.S. 423, 431 (1999) (holding that county tax collection suit brought against federal judges was properly removed from state to federal court). Upon removal, "the Court must satisfy itself that it maintains jurisdiction over the removed proceeding." *Merkulov*, 75 F. Supp. 3d at 129. And "[i]f a State court lack[ed] subject matter jurisdiction over a suit, the Federal court likewise lacks jurisdiction over the suit upon removal, even if the Federal court would have maintained jurisdiction 'in a like suit originally brought there[.]'" *Id.* (quoting *Lambert Run*, 258 U.S. at 382). In essence, "'a federal court's jurisdiction over a removed case [must] mirror the jurisdiction that the state court had over the action prior to removal.'" *Id.* (quoting *Palmer v. City Nat'l Bank of W. Va.*, 498 F.3d 236, 239 (4th Cir. 2007)). Where such derivative jurisdiction is lacking, "a Federal court must dismiss [the] case[.]" *Id.*[1]

      To determine whether this Court lacks subject matter jurisdiction by virtue of the doctrine of derivative jurisdiction, the threshold determination is whether, prior to removal, the Superior Court of the District of Columbia had jurisdiction over the subject matter or the parties. *See McKoy-Shields v. First Wash. Realty, Inc.*, Civ. A. No. 11-1419, 2012 WL 1076195, at *2 (D.D.C. Mar. 30, 2012); *see also Cofield v. United States*, 64 F. Supp. 3d 206, 214 (D.D.C. 2014). The complaint does not specify whether the claims are brought against the judges in their official or personal capacities, but the relief sought is based solely on alleged delay in Civil Action No. 22-1084 (RC). In any event and as explained below, claims for relief based on allegations of being

---

[1]    Notably, "Congress eliminated the doctrine of derivative jurisdiction for removal made pursuant to 28 U.S.C. § 1441." *Merkulov*, 75 F. Supp. 3d at 130. But "Congress has made no such corresponding amendment to the removal rules contained in Section 1442[.]" *Id.*

*161*

ignored or "dereliction of duty" by a federal judge assigned to  pending civil case are barred by judicial immunity and otherwise not within the scope of any valid waiver of sovereign immunity, including the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 1402(b), 2401(b), and 2671-80 ("FTCA"). *See* Compl. at ECF Page 17 of 906 (defining "dereliction of duty" as "intentional or accidental failure to perform an obligation without valid excuse").

Moreover, the Superior Court of the District of Columbia also lacked jurisdiction over the defendants as federal officers or judges with respect to all claims, including those for constitutional violations. *Williams v. Perdue*, 386 F. Supp. 3d 50, 54 (D.D.C. 2019) (citing *United States v. Sherwood*, 312 U.S. 584, 586 (1941)). As discussed below, the United States and its agencies, officials, and employees are absolutely immune from constitutional tort claims, such as those alleged in the Complaint.

The Superior Court thus lacked jurisdiction over Plaintiff's claims and the defendants. *Id.* Although this Court would normally have jurisdiction over proper and properly exhausted and sufficiently pled FTCA claims (under circumstances not present here because of judicial immunity from suit), following removal under section 1442, this Court lacks jurisdiction to address any such common law tort claims. *Merkulov*, 75 F. Supp. 3d at 131. Accordingly, this Court should dismiss the complaint for lack of jurisdiction. *Id.* at 129; Fed. R. Civ. P. 12(h)(3). The Court need not consider any other arguments presented, but multiple other reasons for dismissing this case exist, the strongest of which is under the doctrine of judicial immunity.

## II.   Judicial Immunity Bars This Action.

"Judges enjoy absolute immunity from suits for money damages for all actions taken in the judge's judicial capacity, unless these acts are taken in the complete absence of all jurisdiction." *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993); *see also Kissi v. U.S.*, Civil Action No. 08-1213, 2008 WL 3154971 at *1 (D.D.C. Aug. 5, 2008). Absolute immunity shields judges from

*39*



*162*

suit because "it is a general principle of the highest importance to the proper administration of justice that a judicial officer, in exercising the authority vested in him, shall be free to act upon his own convictions, without apprehension of personal consequences to himself." *Mireles v. Waco*, 502 U.S. 9, 10 (1991). That immunity "cannot be overcome by allegations of bad faith or malice," *id.* at 11, and applies even if the challenged action was "in error. . . or was in excess of [the judge's] authority." *Stump v. Sparkman*, 435 U.S. 349, 356 (1978). The "well-established remedy for alleged mishandling of a prior case is not a *Bivens* action against the . . . judge, who enjoys absolute immunity, but an appeal or appeals in the prior case[]" after a final or appealable order is entered that is adverse to Plaintiff. *Smith v. Scalia*, 44 F. Supp. 3d 28, 42 (D.D.C. 2014) (internal quotation marks omitted); *see* 28 U.S.C. §§ 1291, 1292; *see also* 28 U.S.C. § 1294.

Absolute immunity applies here because Judge Contreras is acting in his judicial capacity as the presiding judge in *Williams v. Department of Health and Human Services et al.*, and his acts or omissions in that case are not subject to collateral attack in a separate lawsuit against him as a defendant. The same is equally true of Chief Judge Howell, who is not alleged to have played any role or had any duty to act in *Williams v. Department of Health and Human Services et al.*, Civil Action No. 22-1084 (RC). The touchstone for deciding whether a judge is acting in a judicial capacity is whether she or he "is performing a function normally performed by a judge." *Jenkins v. Kerry*, 928 F. Supp.2d 122, 134 (D.D.C. 2013); *see also Mireles*, 502 U.S. at 12. The complaint's allegations against Judge Contreras clearly arise from Judge Contreras's handling of an existing employment discrimination case in which Ms. Williams is the plaintiff. *See* ECF No. 1-1, Compl. ¶ 1.

Judge Contreras's management of one case in a large docket of civil and criminal cases "is an action routinely performed by a judge in the course of litigation" and therefore is a judicial act



to which absolute immunity applies. *Thomas v. Wilkins*, 61 F. Supp. 3d 13, 19 (D.D.C. 2014). This is especially true because nothing in the applicable procedural rules entitles any party to be immediately or on unilateral demand referred for mediation or for a hearing at the outset of any civil case, and district courts have broad discretion in managing individual cases and extending deadlines; Ms. Williams misapprehends the governing rules and their common application in the crowded dockets of the United States District Court for the District of Columbia. *See, e.g., Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner*, 101 F.3d 145, 151–52 (D.C. Cir. 1996); *see also In re Fannie Mae Secs. Litig.*, 552 F.3d 814, 822 (D.C. Cir. 2009); Fed. Rs. Civ. P. 6(b), 40.

The Complaint's groundless accusation that Judge Contreras has obstructed her pursuit of relief and violated her constitutional rights through what Ms. Williams perceives as delayed action does not deprive Judge Contreras of immunity because it is well settled that immunity applies notwithstanding allegations of malice or misconduct. *See Mireles*, 502 U.S. at 11; *Thomas*, 61 F. Supp. 3d at 19 (finding absolute judicial immunity applied to claims against District Judge notwithstanding plaintiff's allegations that the judge sabotaged the case and falsified documents). This is "the classic case of a dissatisfied litigant" seeking to vent her frustrations by suing the judge who is presiding over her case and the Chief Judge, whose title erroneously suggests to Ms. Williams a supervisory connection to Judge Contreras where none exists. *Smith*, 44 F. Supp. 3d at 42; *see* 28 U.S.C. § 137. Judicial immunity exists to shield judges from the burden and risk of defending against such lawsuits, because allowing such claims to proceed would interfere with the adjudicatory process. "In the absence of such immunity protection, the judge would risk being haled into court by the losing party in every decision he rendered, and the second judge addressing the suit against the first would risk the same if he found in favor of the initial judge, a result that



*164*

would imperil the proper functioning of our federal court system." *Smith*, 44 F. Supp. 3d at 42 (internal quotation marks and citations omitted).

Constitutional claims for damages against federal officials are cognizable only as claims brought against them in their personal capacity under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and recognizing claims against federal judges would be exceptionally novel, presenting a new context not previously and unlikely to ever be recognized by the Supreme Court and involving a new class of defendants (who, as explained above, are immune from suits based on their judicial activities). *See Egbert v. Boule*, 142 S. Ct. 1793, 1804 (2022); *Loumiet v. United States*, 828 F.3d 935, 945 (D.C. Cir. 2016). The Supreme Court has strongly disfavored implying a damages remedy in new contexts, and several special factors, including judicial immunity, would strongly counsel against doing it here. *Egbert*, 142 S. Ct. at 1803; *see also Ziglar v. Abbasi*, 137 S. Ct. 1843, 1857-58 (2017). Additionally, qualified immunity applies because the allegations do not give rise to the violation of any clearly established Fifth Amendment right to an immediate hearing or trial or mediation, such that every reasonable federal judge in the circumstances here would understand that his or her conduct was unconstitutional. *See District of Columbia v. Wesby*, 138 S. Ct. 577, 589 (2018); *Palmieri v. United States*, 896 F.3d 579, 586 (D.C. Cir. 2018).

Therefore, even were derivative jurisdiction not an insurmountable hurdle, dismissal is warranted because this case is absolutely barred by judicial immunity from suit, and not just immunity from liability. *See Forrester v. White*, 484 U.S. 219, 225 (1988) ("As a class, judges have long enjoyed a comparatively sweeping form of immunity, though one not perfectly well-defined. Judicial immunity apparently originated, in medieval times, as a device for discouraging

*165*

collateral attacks and thereby helping to establish appellate procedures as the standard system for correcting judicial error."); *Thomas v. Wilkins*, 61 F. Supp. 3d 13, 17-18 (D.D.C. 2014).

## III.   The Complaint Also Fails to State a Claim on Which Relief May Be Granted.

The frivolous nature of Ms. Williams's claims provides an additional ground for dismissing them.  To be viable, a complaint must "contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Iqbal*, 556 U.S. at 678.  Although a pro se litigant is generally held to less stringent standard, she "must still provide more than conclusory allegations to survive a motion to dismiss." *Lewis v. Bayh*, 577 F. Supp. 2d 47, 56 (D.D.C. 2008) (internal citation omitted).  Even assuming the truth of the factual allegations in the complaint, it does not meet this standard.

The lengthy and rambling complaint lacks any factual allegations that, if true, would establish a viable claim against Judge Contreras or Chief Judge Howell not barred by judicial immunity.  Although Ms. Williams accuses Judge Contreras of dereliction of duty based on delay, there is a pending motion to dismiss filed by one of the defendants in *Williams v. Department of Health and Human Services et al.*, and Ms. Williams has compounded the difficulty of addressing the claims in the case by filing many lengthy "Notices," containing hundreds of pages of materials when Rule 8 of the Federal Rules of Civil Procedure requires a "short, plain statement" of claims and Rule 10 requires that the statement be presented in numbered paragraphs to facilitate clear response.  Considering the entire docket, no legitimate basis exists to question the propriety of Judge Contreras's management of Civil Action No. 22-1084, and even were there, the avenues for redress exclude bringing a separate action against the presiding judge and the Chief Judge.  The alleged "dereliction of duty" alleged in the complaint regards judicial inaction, which the complaint also asserts constitutes a denial of due process.

*43*



*166*

Chief Judge Howell is barely mentioned in the body of the complaint. Courts routinely dismiss similar claims because "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements" are subject to dismissal under either Rule 12(b)(1) or Rule 12(b)(6) because the Court does not have to accept such allegations as true. *Iqbal*, 556 U.S. at 663; *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994); *see Big Sky Civil Trust v. United States*, Civ. A. No. 21-1282 (TNM), 2022 WL 1471423, *3-4 (D.D.C. May 10, 2022). "Where a complaint pleads facts that are 'merely consistent with' a defendant's liability, it 'stops short of the line between possibility and plausibility of entitlement to relief.'" *Iqbal*, 556 U.S. at 678 (quoting *Twombly*, 550 U.S. at 557); *Atherton v. Dist. of Columbia Off. of the Mayor*, 567 F.3d 672, 681 (D.C. Cir. 2009) (requiring that the pleadings "suggest a 'plausible' scenario" that "show[s] that the pleader is entitled to relief").

Significantly, constitutional claims for damages or injunctive relief are foreclosed as a matter of law and may not proceed even if the allegations are taken as true. First, constitutional claims against federal officers or employees in their official capacities for injunctive relief are barred because there is no waiver of sovereign immunity. "The United States, as a sovereign, is immune from suit save as it consents to be sued[.]" *United States v. Sherwood*, 312 U.S. 584, 586 (1941) (citations omitted). This immunity applies with equal force to suits against federal agencies. *FDIC v. Meyer*, 510 U.S. 471, 475 (1994). The "basic rule of federal sovereign immunity is that the United States [and its agencies] cannot be sued at all without the consent of Congress." *Block v. North Dakota ex rel. Bd. of Univ. & School Lands*, 461 U.S. 273, 287 (1983).

"Sovereign immunity is jurisdictional in nature." *Meyer*, 510 U.S. at 475. Accordingly, "a party bringing suit against the United States bears the burden of proving that the government has unequivocally waived its immunity." *Tri-State Hosp. Supply Corp. v. United States*, 341 F.3d

*167*

571, 575 (D.C. Cir. 2003). If a plaintiff cannot establish such an unambiguous waiver of immunity as to its claims, those claims must be dismissed for lack of subject-matter jurisdiction. *See, e.g., Jackson v. Bush*, 448 F. Supp. 2d 198, 200 (D.D.C. 2006) (citing *Tri-State Hosp. Supply Corp.*, 341 F.3d at 275) ("[W]hen defendants who are sued in their official capacities raise the doctrine of sovereign immunity as a bar to claims brought against them, a plaintiff must overcome the defense of sovereign immunity in order to establish the jurisdiction necessary to survive a Rule 12(b)(1) motion to dismiss.").

To the extent the complaint is liberally read to include official-capacity claims against the defendants, they are, by extension, against the United States. *Kentucky v. Graham*, 473 U.S. 159, 166 (1985); *see also Dougherty v. United States*, 156 F. Supp. 3d 222, 232 (D.D.C. 2016) ("[I]t is clear beyond cavil that a suit against a government employee in his [or her] official capacity qualifies as a suit against the government."). And the doctrine of sovereign immunity bars Plaintiff's claims, absent a specific and unequivocal waiver of immunity by the United States. *Clark v. Library of Congress*, 750 F.2d 89, 103 (D.C. Cir. 1984). The Complaint fails to identify any source of law for reviewing the allegations and claims.

Constitutional tort claims are untenable because there is no available waiver of sovereign immunity (even assuming that derivative jurisdiction did not bar these claims, which it also does). Constitutional tort claims may not proceed under the FTCA. *Coulibaly v. Kerry*, 213 F. Supp. 3d 93, 126 n.25 (D.D.C. 2016). The absence of a waiver of sovereign immunity is a jurisdictional defect requiring dismissal of all constitutional tort claims. *See Kim v. United States*, 632 F.3d 713, 715 (D.C. Cir. 2011) (citing *Clark v. Library of Cong.*, 750 F.2d 89, 103 (D.C. Cir.1984)); *Marshall v. Reno*, 915 F. Supp. 426, 434 (D.D.C. 1996); *Dickson v. United States*, 831 F. Supp. 893, 899 (D.D.C. 1993). The due process claim also fails as a matter of law. The proceedings in



*168*

Civil Action 22-1084 will provide the process that it is due regarding the claims at issue there; Plaintiff's claim is about when process is due. The Complaint essentially insists on process before those the Court might otherwise serve, but that fails to state a due process violation. *Iqbal*, 556 U.S. at 678–79.

The Information Sheet attached to the complaint marks checks next to possible causes of action that are torts: negligence, fraud, abuse of process, and malicious interference. But the incantations of these words offer "nothing more than conclusions." *Iqbal*, 556 U.S. at 678. Nothing in any statute or common law vaguely referenced in the complaint authorizes a district court to invalidate Judge Contreras's rulings or to require him to take any action, let alone to hold Judge Contreras or Chief Judge Howell personally liable for any judicial acts or omissions. *See generally Smalls v. United States*, 471 F.3d 186, 191 (D.C. Cir. 2006) ("A federal district court lacks jurisdiction to review decisions of other federal courts."). The Federal Tort Claims Act excludes intentional torts, including fraud, misrepresentation, defamation, and abuse of process, 28 U.S.C. § 2680(h), and it does not apply to discretionary actions, 28 U.S.C. 2680(a), like those undertaken by judges. More fundamentally, where it applies, the FTCA provides an exclusive remedy against the United States for acts or omissions negligently undertaken by federal employees when there is a private analogue; its limited waiver of sovereign immunity does not cover the claims advanced in the complaint because operating federal courts is a government function for which there is no private analogue. *See* 28 U.S.C. §§ 2674, 2679.[2]

---

[2]    Even if not barred as impermissible claims, the Complaint also fails to allege proper administrative exhaustion required by the FTCA prior to suit. Title 28, Section 2675 of the United States Code requires written presentation of tort claims to the relevant agency prior to filing a lawsuit. Applicable regulations require administrative claims to give reasonable notice to the government of the basis for the claim and a sum certain for the damages demanded. 28 C.F.R. § 14.2(a); *GAF Corp. v. United States*, 818 F.2d 901, 919 (D.C. Cir. 1987). This exhaustion requirement is strictly enforced by the courts, and failure to comply will deprive a district court of

*169*

The complaint also fails allege facts sufficient to establish any kind of relationship that could render liability under a whistleblower theory. Consequently, Ms. Williams cannot state a valid claim against Judge Contreras, who is acting under color of federal law when he is presiding over *Williams v. Department of Health and Human Services et al.*, Civil Action No. 22-2084, or against Chief Judge Howell. *Iqbal*, 556 U.S. at 678–79.

There are no other claims presented in the complaint or that should be construed or considered by the Court for possible amendment. *See Richardson v. United States*, 193 F.3d 545, 549 (D.C. Cir. 1999). Accordingly, the Court should dismiss this frivolous action immediately because the Supreme Court has repeatedly and consistently recognized the hardships and imposition that suits against federal officers personally have on them and the performance of their duties. *E.g., Harlow v. Fitzgerald*, 457 U.S. 800, 814 (1982); *accord Butz v. Economou*, 438 U.S. 478, 507–08 (1978). That recognition prompted the Court's admonishment that insubstantial *Bivens* suits should be "quickly terminated." *Harlow*, 457 U.S. at 808 (quoting *Butz*, 478 U.S. at 507–08).

---

jurisdiction. *See, e.g., Norton v. United States*, 530 F. Supp. 3d 1, 6–7 (D.D.C. 2021) ("The D.C. Circuit has consistently held that the "FTCA's requirement of filing an administrative complaint with the appropriate agency prior to instituting an action [is] jurisdictional.") (citing cases); *GAF Corp.*, 818 F.2d at 904–05 (section 2675(a) imposes a "jurisdictional prerequisite to the maintenance of a tort suit against the United States"). Plaintiff has failed to include any well-pled factual allegations in the complaint that she presented a claim to the Administrative Office of the Courts with a sum certain prior to filing this action. Accordingly, plaintiff has failed to satisfy the exhaustion requirement contained in 28 U.S.C. § 2675, thus depriving this court of jurisdiction over her tort claims. *See Hammond v. Fed. Bureau of Prisons*, 740 F. Supp. 2d 103, 111 (D.D.C. 2010); *see also Davis v. United States*, 944 F. Supp. 2d 36, 39 (D.D.C. 2013) (dismissing FTCA claim where plaintiff failed to file an administrative claim before filing his complaint).



*170*

IV.  **Insufficient Service of Process and the Absence of Proof of Adequate Service on the
Docket May Subsequently Require Dismissal If Current Noncompliance is Uncured
Prior to the Deadline For Completing Service and Filing Proof.**

As of the filing of this motion, neither defendant has been validly served in this case, but

there is time remaining for Plaintiff to comply with the requirements of service. The Superior

Court and Federal Rule of Civil Procedure 4 (which are substantially identical) set forth the means

and time limit it for service of process. Among other things, Rule 4(c)(2) provides that a party to

the action may not serve the summons and complaint. Rule 4(i) sets forth basic and clear

requirements for service of process on defendants in cases brought against federal government

officials in their personal or official capacities. To comply fully, service on the named officer, the

local United States Attorney, and the Attorney General of the United States is required. Fed. R.

Civ. P. 4(i)(1)(A)(ii) (requiring a party, among other things, to "serve the United States" when

suing a United States agency or an officer or employee in her official or individual capacity), Fed.

R. Ci. P. 4(i)(2). The Rule explains in detail how to serve each (including but not limited to

"delivering" a copy of the summons and complaint to the defendant's "usual place of abode"), and

Rule 4(m) sets a 90-day timeframe for service, warning that district courts "must" dismiss the

action unless Rule 4(i)(4) allows an extension to cure certain defects (not present here) or the

district court otherwise finds good cause for an appropriate extension beyond the ninetieth day.

*See Mann v. Castiel*, 681 F.3d 368, 376 (D.C. Cir. 2012). And "good cause exists 'when some

outside factor . . . rather than inadvertence or negligence, prevented service,' . . . for example, a

defendant's intentional evasion of service." *Id.* at 374 (quoting *Lepone-Dempsey v. Carroll Cty.

Comm'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007)). In short, "[g]ood cause means a valid reason

for delay." *Mann*, 681 F.3d at 375 (internal quotation marks omitted).

In this case, Plaintiff herself appears to have attempted service by sending certified mail

packages containing a summons and an incomplete copy of the complaint addressed to Chief Judge

- 15 -



Howell and Judge Contreras at the United States Courthouse. Those mailings fail to satisfy any of the requirements for valid service because Plaintiff is disallowed to act as her own process server and because certified mail to the place of work is not recognized as valid for claims against an officer or employee sued individually. *See* Fed. R. Civ. P. 4(i)(3) (requiring service also under Rule 4(e)); Super. Ct. R. 4(i)(3). Additionally, the United States Attorney's Office has no record of proper service on the United States Attorney as required by Rule 4(i). There is time remaining for Plaintiff to cure these deficiencies and not only make but file proof of proper service as required by Rule 4(l), but defendants are not waiving any defenses they may have to the claims in this action and reserve the right to seek dismissal for failure to effect proper service under Rule 12(b)(5) if the service issues identified in this motion are not timely corrected and all other required aspects of service timely accomplished. *See Morrissey v. Mayorkas*, 17 F.4th 1150, 1157–58 (D.C. Cir. 2021) (*cert.* pet'n pending, No. 22-235). Nothing about Plaintiff proceeding *pro se* in this matter exempts her from these rules, of which she is now on clear notice. *See Walsh v. Ford Motor Co.*, 807 F.2d 1000, 1007 (D.C. Cir. 1986) ("The Federal Rules of Civil Procedure are to be applied in all civil actions absent a direct expression of congressional intent to the contrary.").

The existence of judicial immunity for all claims asserted would clearly outweigh any equitable factors making dismissal without prejudice for noncompliance with Rule 4(m) inappropriate. *See Mann*, 681 F.3d at 376.

<p style="text-align:center">*     *     *</p>



*172*

**CONCLUSION**

For the foregoing reasons, this Court should dismiss the Complaint.

Dated:  February 10, 2023

> Respectfully submitted,
>
> MATTHEW M. GRAVES, D.C. Bar #481052
> United States Attorney
>
> BRIAN P. HUDAK
> Chief, Civil Division
>
> By: */s/ Jane M. Lyons*
> JANE M. LYONS, D.C. Bar #451037
> Assistant United States Attorney
> 601 D Street, N.W.
> Washington, D.C. 20530
> Phone: (202) 252-2540
> jane.lyons@usdoj.gov
>
> *Counsel for Defendants*

- 17 -



*173*

## CERTIFICATE OF SERVICE

I certify that on February 10, 2023, I caused a copy of the foregoing Defendants' Motion

of Dismiss to be served by sending a duplicate copy by the United States Postal Service, with first

class postage prepaid and addressed to:

FELICIA BINION WILLIAMS
420 Oglethorpe Street, NW
Washington, D.C.  20011

*/s/ Jane M. Lyons*
JANE M. LYONS
Assistant United States Attorney

*51*

*35*
*+15*
*33*





174

Someone is impersonating my by submitting lawsuits and paying for them in my name.

The defense is committing fraud: Mail Fraud - US District Court for DC - DOJ < June Lyons 451737, Matthew Graves 481052, Burtt

Wire Fraud - email

Monday 2-13-2023 @ 2:48PM Fraud

Harassment by unscrupulous harmed lawyers.

I think Amazon and other online business are committing mail fraud by not paying postage but have customers pay a monthly membership fee.

Dr Felicia Burnett 2-27-2023

35

Potential
Mail Fraud

FELICIA BINION WILLIAMS
420 Oglethorpe Street, NW
Washington, D.C.  20011

175



176

Opening statement and striped
Slide presentation

IV

filed in 2022
CAB
006038

1 of 55 pges

*177*

Superior Court of the District
of Columbia
Praecape

FILED
CIVIL DIVISION
MAR 0 6 2023
Superior Court of the
District of Columbia

Dr. Felicia Binion Pose

VS   2022 CAB 006038

Judges: Beryl Howell
Rudolph Contreras

Opening statement and supporting
information + links backs to 1:22-cv-
01084 and filing 2022 CAB 006038.
Terminology inside Trade Secret Classnotes.
My recipes. My thoughts about iPhone as a scientist.
| Cover





178

# Opening Statement

I claim the following Facts of this Case: 2022 CAB006038
Dereliction of Duty, Harassment, Whistleblower 2015/2016 fired, Promotion

Lack of Due Process of Law
I have jurisdiction.

① I filed a Lawsuit for retirement and harassment 4-19-2022 in the United States District Court for the District of Columbia, 1:22-CV-01084 against the Department of Health and Human Services, Catholic University Law School, Department of Justice, Office of Personnel Management, Dept of Commerce/ United States Patent and Trademark Office.

② There is no court date at the US District Court for District of Columbia; ever. (Claim 1)

③ I moved ALL of my Case 1:22-CV-01084 (174 pages retirement/harassment of 174 pages)

④ This Case [2022 CAB 006038] pertains to Harassment, Lack of Due Process, Dereliction of Duty, Whistleblower 2015/2016, fired, Promotion (Slander or liable if applicable). Fake work. 15 since 2009 No Trade Secret (published with patent applications, on public display, publised in academic journal, commercially available.

| +43
44

179

Opening Statement

⑤ I filed an EEO formal complaint 12-29-2015 (Claim 3) and the complaint was accepted 2/9/3/2016 DO-314 Personal Order and I was fired 3-6-2016 or 3-7-2016 The date vary on personnel documents. [sq 133 pages original complaint]

⑥ I was asked to dismiss the lawsuit 1:16-CV-0282A, with prejudice prior to receiving any documents for retirement, by Merit System Protection Board, Dept of Justice, Dept of Health and Human Services. *(Does not pertain w/ case)*
Original case was 2016 CA0080808 to US District Court for the II:16-CV-0236A

I received an email 6-16-2017 which included Offer DOC and I received my personnel order 9-18-2017 19 months after hiring (email pg 87, letter pg 99, email pg 90-91) Claim 3 [sq 133 page original complaint]

⑦ I have 4 Civil Service years that I earned prior to being commissioned; Converson letter and 1662 legs57, 73, 471 (1662). Civil Service Years were at the Dept of Health and Human Services / Food and Drug Administration (FDA)

180

[Opening Statement]

(8) I met the degree requirements for an HSO [Health Service Officer] Basic and Applied Science during Conversion to Dept of Health and Human Services.

United States Public Health Service. [pg 73-75 Claim3.]

✓Transcript 76,77,78 [Claim3]. At commissioning I was reserve; 6-5-2000.

I was commissioned with 9yrs credit [Education then Active Service]

5yrs Chemistry BS, 8yrs Master in Chemistry [9 yrs] Active Service. Years, I earned 11years towards LT.

[Calculators are wrong on TEO[Training and Experience Record]

Pt 2 Dates are wrong; Promotion Information Report. PEG Document does not have Calculators for Retirement.

Credit Date

9-28-2006 I became Regular OCRS after Completing PHD due to TOS request, online training, inclass training, physical fitness, and received a EMRB.

(9) I was harassed at CUA during mid term. My exam was in Wed and I had to proct my time manually on a post-It note; approximate start + stop time. Professors gave us the week d and put in a refreshed block of 1 hour 15 minutes plus accommodation. (original ease complaint filed 12-28-22.

2023 CH8 01003B).

3

# 181

## Opening Statement

- I was harassed via job announcement and during interview with violation of Recent Graduate Program 5CFR213 which states the Recent Graduate Program is for 2 years and after 1 year the recent graduate is a permanent employee with all the rights of a regular union employee. [PG 8 explains the program.]

(10.) My ROS for highly recommended was retracted. The officer drafts the ROS and selects everything. See pg 32 of the complaint from 1:22-cv-01084 filed in 2022 CRB 006038 which is after Claim 9. At the point of receipt of email for Promotion for 06 because I was promoted to CDR 7-1-2007 and pinned on 4-1-2008. I earned 6 years as commander and had 4 years as LCDR and commissioned with 4 civil service years and 5 years as a LT per DHHS/USPHS/RCP calculation which is wrong. I had

4



# 182

## Opening Statement

5 years undergraduate 2 years masters and 4 years Civil service toward LT which is 11 years. Therefore in 2013 I would have had 24 years credit time to be eligible for promotion for 06 with-evaluation in 2014 and announcement in 2014 and pin on 4-1-2015 (26 years).

Military has a degree requirement to be Commissioned and that is an undergraduate degree for LT (Navy) CATP (Army, Marines or Air force) [0-3]. DHHS/USPHS Commissiong degree is a Masters Degree in Basic or Applied Science [BAS/AS] HSO - Health Service Officer.

5







183

Opening Statement

(11) An federal government agency including Dept of Defense, US Coast Guard, NOAA (Dept of Commerce), Dept of Health and Human Services cannot fire anyone ~~when an officer~~ or enlisted files a formal complaint or complaint against Senior or equivalent rank. I was a senior officer at O5 rank and filed a complaint against my ~~immediate Supervisor~~ CDR Elizabeth Claverie Williams CDR Elizabeth Claverie Williams and CAPT Tejashri Purohit-Erin Kerth and CAPT Tejashri Purohit-Sheth 12-29-2015. I informed RADM Sheth 12-29-2015. I informed Cpt Elizondo of harassment 11-21-2013 (4-19-22 1:22-cv01084) ([pg 79] after claim 9) leading to promotion for O6. Email to Liz Phillips DHHS/FDA/EEO (extension) P676; made up fabrications by Elizabeth Claverie Williams et al. EEO complaint p993-101 of original complaint for 2022 CAB 006038.

6

## Opening Statement

(12.) x HIPPA Law protects medical records and HearSay. (Prison to tamper or gain access to medical records or create)

x Privacy Act protects personnel records, emails, text messages, mail (federal law - tampering prison) phone calls, lawsuit documents.

(13.) Salary 2015 under Claim 1 pg 56 of 2022 CAB 006038. $8,308.28 net to bank. Gross $11,059.08 at 05.

(14.) I am Seeking 06 due to retaliation and harassment prior to due date of EEO documents 93-101 06 ROS document. Email to Liz Phillips [filed 4-19-22 of 2022 CAB 006038. Email to Liz Phillips [filed 4-19-22 PG 76 1:22-cv-01084] filed in 2022 CAB 006038. after Claim 9.

- Email to Liz Phillips 11-19-20 3 about Somethings Elizabeth claverie made up.
- Email to Admiral Epi Elanddo 11-21-2013
- Email about promotion received 11-15-2013 (@ 6:52am)
- Email about promotion received pg 32 of complaint 1:22-cv-01084 filed 2022 CAB 006038 after Claim 9.

**185**

[Opening Statement]

+Email to Kwame Ulmer 11-26-2013 @ 12:26pm
ROS
CV
COERs 5yrs
COER Current year
Detail Special Assistant in Kwame [2012]
p.931 of complaint 1:22-cv-01084 filed 2022 a 818

+Email concerning Routing of #ROS
pg 19-23 of complaint 1:22-cv-01084 filed
2022 CHA 06038 after Claim 9.
06038 after Claim 9.

+Elizabeth Claverie Said she forew the Reviewing
Official was Kwame Ulmer 11-17-2013 [p.930]

+Told Kwame Ulmer he can edit 11-26-2013 because I
provided ROS and all supporting documents for
highly recommended ROS regular promotion NOT
Special Promotion. Special Promotion due NOT
Secure RANK in permanent Grade. My rank
was Secured each time. I was eligible for
Promotion the year prior. I am a permanent
COER. My 06 will be permanent due to rehabilation
+Elizabeth Claverie Williams asked If I were eligible
for Promotion After 11-5-2013 She Validated Kwame as Reviewing
Official for ROS 11-11-2013 Elizabeth Claverie
Williams email 11-5-2013 [pg 33]

8



# 186

### Opening Statement

- Kwame Ulmer validated the Elizabeth Claverie Williams provided feedback, which is against promotion policy per Surgeon General Website. When I looked years ago, 12-19-2013 @ 11:38am. and 12-19-2013 @ 12:03PM I provided a response. pg 34 of 1:22-Cv-01084(filed 4-19-22) in 2022CMB006038 after Claim 9.

- Email to Elizabeth Claverie from Dr Felicia Binion Williams 10-30-2013 @ 5:25 Am regarding Promotion pg 69 of 1:22-Cv-01084 (filed 4-19-22) in 2022CMB 006038 after Claim 9.

- O6 Salary from 4-1-2015 until first VA payment ~ 11-2018 or 12-2018. because in January 2019 the Veteran Administration Said I, Dr. Felicia Binion Williams CDR does not have 20 years," however, Years (20) is not needed with 10 USC 1201 and 10 USC 1401. Also I have more than 20 years because my Civil service Years (Federal) and Education Years were not on the Personnel Order and I did not receive the DD-214 until

9



187

Opening Statement

after March 22, 2018 which is more 2 years after firing. The date the computer generated on the DD-214 is 22 March 2018. Therefore, I was still active duty with no Salary.

Which is Fraud

20 years is not ever needed with Injury.

I receive ~1/2 disability military retirement and 1/2 VA. to total $5,10 ($5,100)

06 pay for 45 months 2015-4-1 until 1-1-2019 Salary

| | | | | |
|---|---|---|---|---|
| Basic Pay | $9,847.80 | * 45 | = | 443,151.00 |
| Housing | 3,231.38 | * 45 | = | 145,412.10 |
| Allowance | 253.38 | * 45 | = | 11,385.00 |
| | | | | $ 599,948.10 |

VA began ~ 11-2018 or 12-2018 or 1-2019

My retirement and VA benefits fluxuate per 2023 CAB 000 580 document for the IRS based on bank statements. VA should by $4,000.00

10

at least 50%

at Commissioning

# K and Q assignments with same name impossible;
# FRAUD

- As a reviewer you are demanded to accept Poorly composed assignments and assignments to do not meet the RTA checklist: FRAUD

- **K15109 Intravascular Catheter with antimicrobial and antithrombogenic properties**
- **Q150322 Intravascular Catheter with antimicrobial and antithrombogenic properties**
- **K141336 Intravascular Administrative Set**
- **K140057 Intravascular Administrative Set**
- **Q150311 Intravascular Administrative Set**
- Q Smart Oxygen Solution AccuDose- **CANNOT have a K assignment**
- Q150440 Hogan Lovell (Amy Lovell worked at FDA in premarket conflict of interest)- **CANNOT have a K assignment**
- **K150146 Bioindicator glove with a Gel (potential deleterious)**
- **K150689 Patient Examination Glove with Feathers/Flock/Cotton**
- **K121591 Flavored Patient Examination Glove**
- K112924 D&C Black 2 changed to Black Glove [more than certain]
- K143693 Sharp Container

Dr. Felicia Binion slide presentation to support opening statement



*15 Billion plus*

# Wall Street Journal Article Fraudulent assignment; 2009- Sent to Former President Obama (Trouble with Regulatory Agency)

- Article by Alicia Mundy updated March 6, 2009 at 12:01am ET

- Rengen company

- Menaflex is the product [fake cartridge]

- Notification not approval- Fast Track is notification 90 to 180 days

- Premarket Approval take years approximately 7 to include 5 years of animal data (2 year reproduction study and an implant study).  I am not a toxicologist



Dr. Felicia Binion slide presentation to support opening statement

3/6/2023

10

How does this work?  There were concerns and Congress was contacted by 9 FDA Device employees in 2008 [House Energy and Commerce Committee(money stock market): I contacted Judiciary Committee(law) in 2016 about Fake Work(pull my emails from Congress Server)… Wall Street Journal Article. Article by Alicia Mundy updated March 6, 2009 at 12:01am ET

**Knee Deep**
Athletes are prone to tearing the meniscus, a rubbery substance between the bones of the knee that helps the knee absorb shocks. The Menaflex knee implant was recently approved by the FDA as a surgical treatment.



3/6/2023

Dr. Felicia Binion slide presentation to support opening statement

11

# FDA Redbook for Toxicology Studies for Foods
# Devices and Drug would have more plus clinical trials after animal
# studies otherwise people can DIE. No Trade Secret. Product goes to market (public display) and patent is published after 18 months.

- *Note to reader: Individual chapters/sections of this internet version of "Redbook" are available as linked documents via the Table of Contents. The date of revision for each chapter and /or chapter section is provided in the Table of Contents and the individual documents. These revisions supersede previous versions of Redbook.*

- **Table of Contents**
- **I. Introduction** (July 2007)
- **II. Agency Review of Toxicology Information Submitted in Support of the Safety Assessment of Food Ingredients** (available in 1993 Draft "Redbook II")
- **III. Recommended Toxicity Studies** (July 2007)
- **IV. Guidelines for Toxicity Studies**

A. Introduction (November 2003)

B. General Recommendations for Toxicity Studies

    A. General Guidelines for Designing and Conducting Toxicity Studies (November 2003)

    B. Guidelines for Reporting Results of Toxicity Studies (November 2003)

    C. Pathology Considerations in Toxicity Studies (July 2000)

    D. Statistical Considerations in Toxicity Studies (July 2000)

    E. Diets for Toxicity Studies (available in 1993 Draft "Redbook II")

# FDA Redbook for Toxicology Studies for Foods
# Devices and Drug [Premarket Approval] would have more plus clinical trials after animal studies otherwise people can DIE. **No Trade Secret.** Product goes to market (public display) and patent is published after 18 months.

A. Guidelines for Specific Toxicity Studies
  A. Short-Term Tests for Genetic Toxicity (July 2000)
     A. Bacterial Reverse Mutation Test (July 2000)
     B. In vitro Mammalian Chromosomal Aberration Test (November 2003)
     C. Mouse Lymphoma Thymidine Kinase Gene Mutation Assay (April 2006)
     D. In vivo Mammalian Erythrocyte Micronucleus Test (July 2000)
  B. Acute Oral Toxicity Tests (available in 1993 Draft "Redbook II")
  C. Short Term Toxicity Studies
     A. Short-Term Toxicity Studies with Rodents (November 2003)
     B. Short-Term Toxicity Studies with Non-Rodents (November 2003)
  D. Subchronic Toxicity Studies
     A. Subchronic Toxicity Studies with Rodents (November 2003)
     B. Subchronic Toxicity Studies with Non-Rodents (November 2003)
  E. Chronic Toxicity Studies
     A. Chronic Toxicity Studies with Rodents (July 2007)
     B. One-Year Toxicity Studies with Non-Rodents (November 2003)
  F. Carcinogenicity Studies with Rodents (January 2006)
  G. Combined Chronic Toxicity/Carcinogenicity Studies with Rodents (July 2007)
  H. *In Utero* Exposure Phase for Addition to Carcinogenicity Studies with Rodents (July 2007)
  I. Reproduction and Developmental Toxicity Studies
     A. Guidelines for Reproduction Studies (July 2000)
     B. Guidelines for Developmental Toxicity Studies (July 2000)
  J. Neurotoxicity Studies (July 2000)

FDA Redbook for Toxicology Studies for Foods
Devices and Drug would have more plus clinical trials after animal studies otherwise people can DIE. No Trade Secret. Product goes to market (public display) and patent is published after 18 months.

- **V. Additional Studies** (available in <u>1993 Draft "Redbook II"</u>)

A.Introduction

B.Metabolism and Pharmacokinetic Studies

C.Immunotoxicity Studies

- **VI. Human Studies**

A.Clinical Evaluation of Food Ingredients (available in <u>1993 Draft "Redbook II"</u>)

B.<u>Epidemiology Studies</u> (October 2001)

Dr. Felicia Binion slide presentation to support opening statement

**One of my assignments that could be fake: K143347**

July 24, 2015
Zibo Zhouheng Plastic Products Co., Ltd
c/o Chu Xiaoan
Room 1606 Bldg 1 Jianxiang Yuan
No.209 Bei Si Huan Zhong Road, Haidian District
Beijing 100083
CHINA

Re: K143347

Trade/Device Name: **Powder-Free Yellow Vinyl Patient Examination Gloves [no yellow color is approved for patient exam gloves; FDC Yellow 5, 6 or 10**
Regulation Number: 21 CFR 880.6250
Regulation Name: Patient Examination Glove
Regulatory Class: I
Product Code: LYZ
Dated: April 17, 2015
Received: May 26, 2015

*[handwritten annotation:] Patent Exam glove Cannot be OTC Over-the-counter Hospitals Order from Manufacturer*

Dr. Felicia Binion slide presentation to support opening statement

# Signature block for K143347

Sincerely yours,
**Tejashri Purohit-Sheth, M.D.**

## Tejashri Purohit-Sheth, M.D. Clinical Deputy

**Director**
**DAGRID/ODE/CDRH FOR**


**Erin I. Keith, M.S.[Validate Degree, too young to be Director from outside,**
**Compliance  to [from Asia foreign inspections] Premarket]**
Director
Division of Anesthesiology, General Hospital,
Respiratory, Infection Control and Dental Devices
Office of Device Evaluation
Center for Devices and
Radiological Health
Enclosure

3/6/2023                  Dr. Felicia Binion slide presentation to support opening
                                              statement                                                    16

**One of my assignments that could be fake: K143693**

Medline Industries, Inc.
Matt Clausen
Sr. Regulatory Affairs Specialist
One Medline Place
Mundlelein, IL 60060

**Re: K143693**

Trade/Device Name: **Medline** Sharps Containers
Regulation Number: 21 CFR 880.5570
Regulation Name: Hypodermic Single Lumen Needle
Regulatory Class: Class II
Product Code: MMK
Dated: November 2, 2015
Received: November 5, 2015

Dr. Felicia Binion slide presentation to support opening
statement

**Signature block for K143693**

Sincerely yours,
**Tejashri Purohit-Sheth, M.D.**

# Tejashri Purohit-Sheth, M.D.

**Clinical Deputy Director**
**DAGRID/ODE/CDRH FOR**


Erin I. Keith, M.S. **.[Validate Degree, too young to be**
**Director from outside, Compliance  to [from Asia foreign**
**inspections] Premarket]**
Director
Division of Anesthesiology,
General Hospital, Respiratory, Infection
Control, and Dental Devices
Office of Device Evaluation
Center for Devices and Radiological Health
Enclosure

3/6/2023

Dr. Felicia Binion slide presentation to support opening
statement

18

# DHHS/FDA/CFSAN/OFAS premarket assignments from regulated industry

| Petition Type/Number (sorted A-Z) | Status | Petitioner | Title |
|---|---|---|---|
| CAP 0C0286 | held in abeyance | Biocompatibles UK Ltd. | Use of C.I. Reactive Blue No. 4 (2-anthracenesulfonic acid, 1-amino-4-(3-((4,6-dichloro-s-triazin-2-yl)amino)-4-sulfoanilino)-9,10-dihydro-9,10-dioxo, disodium salt] (CAS Reg. No. 4499018) reacted with polyvinyl alcohol as a color additive in vascular embolization devices. |
| CAP 0C0317 | under review | Exofiora SAS | To amend the color additive regulations in 21 CFR 73 to provide for the safe use of jagua (genipin-glycine) blue in various food categories at levels consistent with good manufacturing practice. |
| CAP 1C0319 | under review | Gardenia Blue Interest Group | To amend the color additive regulations in 21 CFR 73 to provide for the safe use of Gardenia Blue Powder for use as a color additive in various foods |
| CAP 1C0320 | under review | Fermentalg | To amend the color additive regulations in 21 CFR part 73 to provide for the safe use of blue Galdieria extract as a color additive in various foods. |
| CAP 1C0321 | held in abeyance | Australian Laboratory Services, PTY LTD., on behalf of Piotrovske, PTY LTD | To amend 21 CFR 73.200 to expand the permitted uses of synthetic iron oxide as a color additive to include use in edible decorative paint. |
| CAP 2C0322 | under review | Motif FoodWorks, Inc. | To amend the color additive regulations in 21 CFR part 73 to provide for the safe use of myoglobin as a color additive in meat and poultry analogue products. |
| CAP 3C0323 | under review | Center for Science in the Public Interest, Breast Cancer Prevention Partners, Center for Environmental Health, Center for Food Safety, Chef Ann Foundation, Children's Advocacy Institute, Consumer Federation of America, Consumer Reports, Defend Our Health, Environmental Defense Fund, Environmental Working Group, Feingold Association of the United States, Food & Water Watch, Healthy Babies Bright Futures, Life Time Foundation, Momsrising, Prevention Institute, Public Citizen, Public Health Institute, Public Interest Research Group, Real Food for Kids, Lisa Y. Lefferts, Linda S. Birnbaum, and Philip J. Landrigan | Request To Revoke Color Additive Listing for Use of FD&C Red No. 3 In Food and Ingested Drugs |
| CAP 4C0281 | held in abeyance | FMC Health and Nutrition | To amend the color additive regulations in 21 CFR 73.125 to provide for the safe use of sodium copper chlorophyllin to include foods generally (with the exception of meat, poultry, fish, and standardized foods) |

3/6/2023

Dr. Felicia Binion slide presentation to support opening statement

19

# DHHS/FDA/CFSAN/OFAS premarket assignments from regulated industry

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FAP 0A4216 | under review | Glenn Scott | Petition to prohibit the use of BHA. | FAP 1A4829 | under review | Lallemand Inc. | To amend the food additive regulations to provide for the safe use of vitamin D₂ heat-killed ("inactive") baker's yeast as a source of vitamin D₂ in specific food categories |
| FAP 0A4824 | held in abeyance | Unilever | To amend food additive regulations to provide for the safe use of potassium iodate in salt added to select food categories as a source of dietary iodine | FAP 2A3672 | held in abeyance | Calorie Control Council (CCC) | Cyclamate (cyclamic acid, calcium cyclamate, and sodium cyclamate) |
| FAP 1A2671 | held in abeyance | U S Department of Commerce | Sodium nitrite in white fish | FAP 2A4833 | held in abeyance | Cargill, Inc. | to amend the food additive regulations (21 CFR 173.356) Hydrogen peroxide, to provide for the safe use of hydrogen peroxide (CAS Reg. No. 7722-84-1) as an antimicrobial agent, oxidizing and reducing agent, and bleaching agent, and to remove sulfur dioxide. |
| FAP 1A4827 | under review | General Mills, Inc. | To amend the food additive regulations in § 172.380 (21 CFR 172.380) Vitamin D₃ to provide for the safe use of vitamin D₃ as a nutrient supplement in yogurt at a level higher than what is currently permitted. | | | | |
| | | | | FAP 2B4312 | held in abeyance | American Meat Institute | Single-use rubber threads used in the processing and packaging of food, including meat and poultry |
| FAP 1A4828 | under review | Monaghan Mushrooms Ireland Unlimited Company | To amend the food additive regulations in 21 CFR 172.382 to provide for the safe use of vitamin D₂ mushroom powder produced by exposing dried and powdered edible cultivars of Agaricus bisporus to ultraviolet light. | FAP 2B4631 | under review | Environmental Defense Fund, Breast Cancer Prevention Partners, Clean Water Action, Consumer Reports, Endocrine Society, Environmental Working Group, Healthy Babies Bright Futures, Maricel Maffini, and Linda Birnbaum | To amend the food additive regulations to remove or restrict authorizations for the use of bisphenol A (BPA). |

Dr. Felicia Binion slide presentation to support opening statement

# DHHS/FDA/CFSAN/OFAS premarket assignments from regulated industry

| | | | |
|---|---|---|---|
| FAP 2M4741 | held in abeyance | Steris Corp | Approved sources of gamma rays from sealed units of the radionuclides cobalt-60 or cesium-137 to reduce microorganisms on dietary supplements and nutritional function foods |
| FAP 4M4807 | held in abeyance | Casa de Mesquite, LLC | Use of ionizing radiation to treat mesquite bean flour |
| FAP 8A4772 | held in abeyance | Lubrizol Advanced Materials, Inc. | Use of cassia gum as a stabilizer in frozen dairy desserts and to improve texture and water retention in cheeses, meat and poultry products |

Dr. Felicia Binion slide presentation to support opening statement

# DHHS/FDA/CFSAN/OFAS premarket assignments from regulated industry

| FAP 8M4822 | held in abeyance | Gateway America LLC | To amend our food additive regulations to provide for the safe use of sources of ionizing radiation to control food-borne pathogens in finfish and flatfish. |
| FAP 9M4697 | held in abeyance | Grocery Manufacturers Association (formerly National Food Processors Assn.) | Use of ionizing radiation on certain refrigerated, frozen or dried meat, poultry, fruit or vegetable products |

3/6/2023

Dr. Felicia Binion slide presentation to support opening statement

22

**Scientific Matrix to include Compliance cross organizational lines for Food, Drug, Device and Radiologic, Biologics, Cosmetic and Veterinary Defense**

**We need a few good ethical scientist with integrity**



US Marshalls
As needed

Custom and Border Protection    CIA    DoD    FBI    FDA      Custom and Border Protection    CIA    DoD    FBI    FDA

FDA (headquarters, and field)
NIST and 2 to 3 Independent labs
Monsantos
Oak Ridge
The laboratories should validate the adulterants found in finished products.
The adulterants shall be below the threshold.

3/6/2023

Dr. Felicia Binion slide presentation to support opening statement

23

# Textbook:  Intellectual Property in the New Technology Age: 2020 by Menell, Merges, Lemley and Balganesh



# Trade Secret Notes from Professor Labelle
# Introduction to Intellectual Property Class
# Fall 2020

- What's Protected?
  - Any secret, commercially valuable info
  - Examples
    - Coca-Cola's secret formula
    - Manufacturing processes
    - Products in development
    - Customer lists

Dr. Felicia Binion slide presentation to support opening statement

# Trade Secret Notes from Professor Labelle Introduction to Intellectual Property Class Fall 2020

- How do you get it?
  - Keep it secret (by reasonable means)
- Source of law?
  - State law (UTSA);- *WRONG*
  - federal law (DTSA – passed in May 2016)- *Invalid*

- How long does it last?
  - Until it's no longer a secret
- Rights of others?
  - **Independent discovery; reverse engineering**

3/6/2023

Dr. Felicia Binion slide presentation to support opening statement

26

# Dept of Commerce/United States Patent and Trademark Office (USPTO) Law should be, Ex:

- Dept of Commerce and the Library of Congress has intellectual property. No one should lose their work because of a expiration date.
- Patents- 20 year expiration date on patent. Patent is published after 18 months. Trade secret is gone with publication unless patent application is pulled.
- Trademarks- forever
- Trade Secrets-once on the market there is no trade secret **OR** Keep in a vault forever and never earn a dollar
- Copyrighted Works-have expiration dates and others can purchase your copyrighted work forever. This should never happen.
- 15 USC for Trademarks
- 17 USC for Copyright
- 35 USC for Patents
- **NEED:  All intellectual Property has to be under the same statutory number and regulation number;** for example, **15 Code of Federal Regulations (CFR) and 15 United States Code (USC) or Intellectual Property**

| | |
|---|---|
| 15 CFR 100 Trademarks | 15 USC Trademarks |
| 15 CFR 200 Copyright    [show industry or patent lawyer or stakeholder how to calculate dates in regulation] | 15 USC Copyright |
| 15 CFR 300 Trade Secrets | 15 USC Trade Secrets |
| 15 CFR 400 Patents    [show industry or patent lawyer or stakeholder how to calculate dates in regulation] | 15 USC Patents |

Dr. Felicia Binion slide presentation to support opening statement

# Felicia's recollection of Class

- No one can take your trade secret OR Patent application and reproduce within 1 year or 2.
- How did you come up with the idea?
- How did you develop your product?
- **How long did it take for the engineer** to make the products?
- When the engineer or chemist begin working?
- Is there a notebook?
- Are there engineering drawings?
- How many ingredients (wires, batteries, resistors, computer codes, etc are needed to cerate a iPhone? I can use my imagination. I am a chemist.
- Is there a workshop?
- **Is there a recipe that is publicly known? If so, no trade secret.**

Dr. Felicia Binion slide presentation to support opening statement

# Recipe for My Dr. Felicia Binion Chicken Pot Pie(my trade secret)

Chicken
Pillsbury Rolled Pie Crust
Frozen Peas and Carrots
Flour
Oil
Salt
Pepper
Fresh Celery
Glass Pyrex Dish
375 degrees
Length of time-golden brown crust

Chicken
Pillsbury Rolled Pie Crust
Frozen Peas and Carrots
Oil
Pepper
Campbells Cream of Celery [water, celery, modified cornstarch, Wheat flour, cream, vegetable oil(canola, soybean, corn), sugar, Salt, potassium salt, soy protein concentrate, natural flavors, yeast, Beta carotene for color, onion extract]
Campbells Cream of Chicken [chicken stock, water, celery, modified cornstarch, Wheat flour, cream, chicken meat, vegetable oil, seasoning (potassium salt, salt, natural flavors) Salt, dried chicken, natural flavors, soy protein concentrate, Beta carotene for color, yeast extract, chicken fat, soy protein Isolate, sodium phosphate, celery extract, onion extract, garlic, Juice concentrate]
Glass Pyrex Dish
375 degrees
Length of time-golden brown crust

Dr. Felicia Binion slide presentation to support opening statement

# Recipe for My Dr. Felicia Binion Chicken Pot Pie(my trade secret)

You cannot see the love and devotion to my Children through my Cooking: Love Language Showing love through Giving, demonstration



3/6/2023

Dr. Felicia Binion slide presentation to support opening statement

30

# Recipe for My Dr. Felicia Binion (cellphone that I can see) but <u>Steve Jobs iPhone</u> (my trade secret)- I am not an engineer (PHOSITA)

**iPhone:**
**I see, Dr. Felicia Binion sees**
**App Store:**
Music symbol- Music from App Store based on programing code
Apple TV- movie, shows from App Store based on programing code
**Apps:**
Phone- alphabetized roller deck
Calendar- maintain agenda
Camera-take pictures
Weather- find weather anywhere
Mail- Email
Compass- Search internet
Battery inside- my battery gets hot when agents enter. ☺😎
Sim card
Intel chip that compartmentalize everything and fills up space in iCloud fraud
I have  unlimited space that I paid for in 2014 or 2015.



3/6/2023

Dr. Felicia Binion slide presentation to support opening statement

31

# Patient Examination Glove-ASTM6319-10D[Nitrile Gloves] (publication for glove specifications) Certified by manufacturer that glove meets standard.

**TABLE 2 Dimensions and Tolerances**

Note—Sizing that falls within the tolerance overlaps between two sizes may be labeled as a size range including both sizes, for example, small/medium and medium/large.

| Designation | | 6 | 6 ½ | 7 | 7 ½ | 8 | 8 ½ | 9 | Tolerance, mm |
|---|---|---|---|---|---|---|---|---|---|
| Width by size | | 75 | 83 | 89 | 95 | 102 | 108 | 114 | ±6 |
| Width by | | | x-small | small | Unisex | medium | large | X-large | ±10 |
| | | | | 70 | 80 | 85 | 95 | 110 | 120 | |
| Length | | | 220 | 220 | 230 | 230 | 230 | 230 | min |
| Thickness, mm: | | | | | | | | | |
| finger | | | | | 0.05 | | | | min |
| palm | | | | | 0.05 | | | | min |

Copyright by ASTM Int'l (all rights reserved); Thu Sep 29 07:59:31 EDT 2011  2
Downloaded/printed by
Lynne Clarke (Robinson+Heatlhcare+Limited) pursuant to License Agreement. No further reproductions authorized.

*Tired of people lying about me having trade secrets.* image

ASTM D6319 – 10



FIG. 1 Location of Thickness Measurements

Note 1 – Dimension C to locate approximate center of palm with respect to glove size.

3/6/2023

Dr. Felicia Binion slide presentation to support opening statement

32

# Trade Secret for Water by DHHS/FDA/CFSAN/ONLDS regulation standard of identity (bottled water or carbonated water)

- **These regulations tell Food Industry what to do;  21 CFR 100 through 190**
- 21 CFR 101-Food labeling required by law otherwise, shutdown forever; permanent injunction. All of FDA shall have regulations and statues
- 21 CFR 170 through 21 CFR 189 [Premarket approval- petition 5 years minimum due to reading toxicology studies]
- 21 CFR 129
- 21 CFR 165
- 21 CFR 117
- **Law 21 USC- Jail, hefty fines, shutdown**
- 21 USC 403
- 21 USC 402

Dr. Felicia Binion slide presentation to support opening statement

# Regulations for Drugs (DHHS/FDA/CDER)

## SOME Drug Regulations are Missing:

Part 250   Special Requirements for Specific Human Drugs   250.11 – 250.250
Part 251   Section 804 Importation Program          251.1 – 251.21
**Part 290 Controlled Drugs       290.1 – 290.10** [Valium, Ambien,  Codine, Morphine… I had them all for mental breakdown and pain] nothing is listed with animal toxicology data
**Part 291 Prescription Drugs** [Zyrtec, Alaztine, Percocet (hallucinate), Olanzapine, Latuda, 250mg Divalproex ER (nothing is expended release the body metabolize immediately)
**Part 292 Over the Counter** [Tylenol, Motrin, Zyrtec, alaztine]
**Part 293 Black Box- Death**
Part 299   Drugs; Official Names and Established Names      299.3 – 299.5
Subpart A           General Provisions  299.3 – 299.5

# Patent Notes from Professor Labelle Introduction to Intellectual Property Class Fall 2020

- What's protected? (for utility patents)
  - Useful, novel, and non-obvious inventions
  - Examples
    - Machines
    - Pharmaceuticals
    - Manufacturing processes
    - Methods/Processes (including business methods)
- What's not protected?
  - Laws of nature, products of nature, abstract ideas

Dr. Felicia Binion slide presentation to support opening statement

# Patent Notes from Professor Labelle
# Introduction to Intellectual Property Class
# Fall 2020
## Invention – Cake- Lecture 11 for
## Patent Enablement: 35 USC 112

- Written Description
  - type of cake
    - E.g., Angel Food

- Enablement
  - recipe/ingredients
    - E.g., sugar, flour, eggs, etc.

- Best Mode
  - preferred oven temperature
    - E.g., 350 degrees

3/6/2023

Dr. Felicia Binion slide presentation to support opening statement

36

# Patent Notes from Professor Labelle
# Introduction to Intellectual Property Class
# Fall 2020

- 35 USC 112 "The specification shall contain a ***written description of the invention* [written description req.],** and of the manner and process of making and using it, in such full, clear, concise and exact terms ***as to enable any Person Having Ordinary Skilled In The Art (PHOSITA) to which it pertains….to make and use the same* [enablement req.],** and shall set forth the ***best mode* [best mode req.]** contemplated by the inventor of carrying out his invention."

- Needs Regulations

- A patent application must "contain a written description of the invention" in "clear, concise, and exact terms"

- Does the written description show a person having ordinary skill in the art (PHOSITA) that the applicant was in possession of the invention at the time the application was filed?

Dr. Felicia Binion slide presentation to support opening statement

# Proper Trade Secret Disclosure

- Publication
  - E.g., academic journal, patent application
- Selling commercial product that embodies trade secret
  - Is secret apparent from product itself?
  - E.g., *Data General* case
- Publication/Sale by third party
- By mistake
- Compelled by law

Dr. Felicia Binion slide presentation to support opening statement

# Improper Means to Take Trade Secrets: Industry, USPTO, Federal Circuit

- Under the UTSA, "improper means" includes
  - Theft
  - Bribery
  - Misrepresentation
  - Breach or inducement of a breach of a duty to maintain secrecy
  - Espionage through electronic or other means

Dr. Felicia Binion slide presentation to support opening statement

# Departing Employees/Competitor None for FDA

- Competing interests
  - Preventing unfair competition
  - Labor mobility
- Information learned from former employers
  - Trade secrets may not be disclosed
  - But employees may take general knowledge and skill
- Competing with former employers
  - Competition is generally permissible
  - Reasonable non-competition agreements are valid in most states

3/6/2023

Dr. Felicia Binion slide presentation to support opening statement

40

# Departing Employees/Competitor None for FDA

- Confidentiality Agreements (NDAs)
  - Extend beyond trade secrets?
- Employee Inventions
  - Hired to invent v. Invent on own time
  - Assignment Agreements/Trailer Clauses
- Nonsolicitation Agreements
  - Soliciting employees/clients
- Noncompetition Agreements
  - Depends on jurisdiction

# Limitations of Trade Secrets:

- Discovery by independent invention
- Discovery by reverse engineering
  - starting with known product and working backward to find the method by which it was developed
- **Observing the item in public use or on public display**
- Obtaining the trade secret from published literature
- Public policy exception
  - **DTSA grants immunity to individuals who disclose** t.s. to the government/an attorney solely for the purpose of reporting/investigating a suspected violation of the law

3/6/2023

Dr. Felicia Binion slide presentation to support opening statement

42

# The END

I never need exoneration, acquittal, expungement, or pardoned with Institutional Knowledge I gained FDA and Class and the News (about Black Box labeling).  DRUGS, DEVICES, BIOLOGICS, VETS, TOBACCO, COSMETICS. Foods and Color Additives are good to Go.

The END

Dr. Felicia Binion slide presentation to support opening statement

Section V

(1) Fake Work
2 Scientist
(2) Question for trial

V

---

(3) ASTM 6319-10 for proof of glove measurements shall meet standard

233
104
---
337

(4) Gown
(5) mask

1 of 104 pages inside this Section

(6) Cleared letters

Superior Court for the
District of Columbia
Civil Division

FILED
CIVIL DIVISION
MAR 0 9 2023
Superior Court of the
District of Columbia

Dr. Felicia Binien Williams, PhD Chemist
Pro Se


VS     2022 CAB 006038
Chief Judge Beryl Howell
Judge Contreras


Your honor, Judge Ebony M. Scott if
this case goes to trial I need
Ph D Chemist Dr. James Girard, and Dr. Lee
Dr. Uche Udeochu   from American University
and University of the District of Columbia
respectively. Jury of Scientist Ph Ds from
DHHS | FDA | CFSAN Premarket and American t UDC.

I need Compliance experts from DHHS/FDA.
[CompLIANCE EXPERTS]

1. Jennifer Thomas JD - former division director
Office of Compliance, Regs and statue (Act)
Law Expert and former Inspector
Surgical Glue Witness

2. Venetta Howard - King J.D.? - Emergency
Operations (death serious injury office)

Surgical Glue witness
250 mg Divalproex ER witness = stimulant
40mg Divol Latuda Lamasadone = stimulant
Patient Exam Glove in Asia + with feathers, flock
Inspection history from ACRA domestic
and abroad for all medical device
And drug manufacturers.

3. | People | Regulation Experts | Scientist |
   |--------|--------------------|-----------|
   | Dr. Dennis Leet | | Dr. George Pauli |
   | Dr. Mary Ditto | | Dr. Robert Martin |
   | Dr. Patricia Hansen | | Dr. Joann Ziyad |

2

Science References

| Dr. James Girard | — | American |
| Dr. Albert Chen | — | American |
| Dr. Uche Udeochu | — | UDC |

There is no trade secret when
a patent application is published.

① HHS / Food and Drug Administration uses
International Standards to test these
types of Gloves:

Latex — ASTM D3578
Vinyl — ASTM D5250
Nitrile — ASTM D6319 (See published article)'
Neoprene —

¹ ASTM International, Standard Specifications for Nitrile
Examination Gloves for Medical Application; pg 1-4, 2011.

3

4

Science Reference

1. How to make medical gloves.
2. How to make a patient exam glove.
3. How to make N-95 mask.
4. ASTM 6319-D Nitrile Glove Standard.
5. How to make a surgical drape

X Quality of Worklife Survey
2015 during harassment.

X 6-11-2015 printed

5

# 2015   Federal Employee Viewpoint Survey   *Employees Influencing Change* 

✸ Your responses to the base survey items (#1-98) are listed below. Please take this time to review and/or print your responses if you would like to keep a copy. When you are satisfied with your responses, please click on the **SUBMIT** button at the bottom of the page to submit your survey.

## My Work Experience:

1. I am given a real opportunity to improve my skills in my organization.  Response=**Strongly Disagree**
2. I have enough information to do my job well.  Response=**Neither Agree nor Disagree**
3. I feel encouraged to come up with new and better ways of doing things.  Response=**Strongly Disagree**
4. My work gives me a feeling of personal accomplishment.  Response=**Strongly Disagree**
5. I like the kind of work I do.  Response=**Strongly Disagree**
6. I know what is expected of me on the job.  Response=**Agree**
7. When needed I am willing to put in the extra effort to get a job done.  Response=**Strongly Agree**
8. I am constantly looking for ways to do my job better.  Response=**Strongly Agree**
9. I have sufficient resources (for example, people, materials, budget) to get my job done.  Response=**Disagree**
10. My workload is reasonable.  Response=**Agree**
11. My talents are used well in the workplace.  Response=**Strongly Disagree**
12. I know how my work relates to the agency's goals and priorities.  Response=**Agree**
13. The work I do is important.  Response=**Strongly Agree**
14. Physical conditions (for example, noise level, temperature, lighting, cleanliness in the workplace) allow employees to perform their jobs well.  Response=**Agree**
15. My performance appraisal is a fair reflection of my performance.  Response=**Strongly Agree**
16. I am held accountable for achieving results.  Response=**Agree**
17. I can disclose a suspected violation of any law, rule or regulation without fear of reprisal.  Response=**Strongly Disagree**
18. My training needs are assessed.  Response=**Neither Agree nor Disagree**
19. In my most recent performance appraisal, I understood what I had to do to be rated at different performance levels (for example, Fully Successful, Outstanding).  Response=**Strongly Agree**

## My Work Unit:

20. The people I work with cooperate to get the job done.  Response=**Strongly Disagree**
21. My work unit is able to recruit people with the right skills. Response=**Neither Agree nor Disagree**
22. Promotions in my work unit are based on merit. Response=**Neither Agree nor Disagree**
23. In my work unit, steps are taken to deal with a poor performer who cannot or will not improve. Response=**Neither Agree nor Disagree**
24. In my work unit, differences in performance are recognized in a meaningful way. Response=**Disagree**
25. Awards in my work unit depend on how well employees perform their jobs. Response=**Neither Agree nor Disagree**
26. Employees in my work unit share job knowledge with each other. Response=**Neither Agree nor Disagree**
27. The skill level in my work unit has improved in the past year. Response=**Neither Agree nor Disagree**
28. How would you rate the overall quality of work done by your work unit? Response=**Fair**

## My Agency:

29. The workforce has the job-relevant knowledge and skills necessary to accomplish organizational goals.  Response=**Neither Agree nor Disagree**
30. Employees have a feeling of personal empowerment with respect to work processes.  Response=**Disagree**
31. Employees are recognized for providing high quality products and services.  Response=**Neither Agree nor Disagree**
32. Creativity and innovation are rewarded.  Response=**Strongly Disagree**
33. Pay raises depend on how well employees perform their jobs.  Response=**Neither Agree nor Disagree**
34. Policies and programs promote diversity in the workplace (for example, recruiting minorities and women, training in awareness of diversity issues, mentoring).  Response=**Agree**
35. Employees are protected from health and safety hazards on the job.  Response=**Agree**
36. My organization has prepared employees for potential security threats.  Response=**Neither Agree nor Disagree**
37. Arbitrary action, personal favoritism and coercion for partisan political purposes are not tolerated.  Response=**Strongly Disagree**
38. Prohibited Personnel Practices (for example, illegally discriminating for or against any employee/applicant, obstructing a person's



right to compete for employment, knowingly violating veterans' preference requirements) are not tolerated.  Response=**Strongly Disagree**
39. My agency is successful at accomplishing its mission.  Response=**Agree**
40. I recommend my organization as a good place to work.  Response=**Neither Agree nor Disagree**
41. I believe the results of this survey will be used to make my agency a better place to work.  Response=**Strongly Agree**

## My Supervisor:

42. My supervisor supports my need to balance work and other life issues.  Response=**Neither Agree nor Disagree**
43. My supervisor provides me with opportunities to demonstrate my leadership skills.  Response=**Strongly Disagree**
44. Discussions with my supervisor about my performance are worthwhile.  Response=**Strongly Disagree**
45. My supervisor is committed to a workforce representative of all segments of society.  Response=**Strongly Disagree**
46. My supervisor provides me with constructive suggestions to improve my job performance.  Response=**Disagree**
47. Supervisors in my work unit support employee development.  Response=**Disagree**
48. My supervisor listens to what I have to say.  Response=**Disagree**
49. My supervisor treats me with respect.  Response=**Strongly Disagree**
50. In the last six months, my supervisor has talked with me about my performance.  Response=**Agree**
51. I have trust and confidence in my supervisor.  Response=**Strongly Disagree**
52. Overall, how good a job do you feel is being done by your immediate supervisor?  Response=**Very Poor**

## Leadership:

53. In my organization, senior leaders generate high levels of motivation and commitment in the workforce.  Response=**Strongly Agree**
54. My organization's senior leaders maintain high standards of honesty and integrity.  Response=**Strongly Agree**
55. Supervisors work well with employees of different backgrounds.  Response=**Disagree**
56. Managers communicate the goals and priorities of the organization.  Response=**Neither Agree nor Disagree**
57. Managers review and evaluate the organization's progress toward meeting its goals and objectives.  Response=**Do Not Know**
58. Managers promote communication among different work units (for example, about projects, goals, needed resources).  Response=**Agree**
59. Managers support collaboration across work units to accomplish work objectives.  Response=**Disagree**
60. Overall, how good a job do you feel is being done by the manager directly above your immediate supervisor?  Response=**Poor**
61. I have a high level of respect for my organization's senior leaders.  Response=**Strongly Disagree**
62. Senior leaders demonstrate support for Work/Life programs.  Response=**Strongly Agree**

## My Satisfaction:

63. How satisfied are you with your involvement in decisions that affect your work?  Response=**Dissatisfied**
64. How satisfied are you with the information you receive from management on what's going on in your organization?  Response=**Dissatisfied**
65. How satisfied are you with the recognition you receive for doing a good job?  Response=**Neither Satisfied nor Dissatisfied**
66. How satisfied are you with the policies and practices of your senior leaders?  Response=**Satisfied**
67. How satisfied are you with your opportunity to get a better job in your organization?  Response=**Very Satisfied**
68. How satisfied are you with the training you receive for your present job?  Response=**Dissatisfied**
69. Considering everything, how satisfied are you with your job?  Response=**Very Dissatisfied**
70. Considering everything, how satisfied are you with your pay?  Response=**Dissatisfied**
71. Considering everything, how satisfied are you with your organization?  Response=**Dissatisfied**

## Work/Life:

72. Have you been notified whether or not you are eligible to telework?  Response=**Yes, I was notified that I was eligible to telework.**
73. Please select the response below that BEST describes your current teleworking situation.  Response=**I telework 1 or 2 days per week.**

**Do you participate in the following Work/Life programs?**
74. Alternative Work Schedules (AWS)  Response=**Yes**
75. Health and Wellness Programs (for example, exercise, medical screening, quit smoking programs)  Response=**No**
76. Employee Assistance Program (EAP)  Response=**Yes**
77. Child Care Programs (for example, daycare, parenting classes, parenting support groups)  Response=**No**
78. Elder Care Programs (for example, support groups, speakers)  Response=**No**

**How satisfied are you with the following Work/Life programs in your agency?**
79. Telework  Response=**Satisfied**
80. Alternative Work Schedules (AWS)  Response=**Satisfied**
81. Health and Wellness Programs (for example, exercise, medical screening, quit smoking programs)  Response=**Dissatisfied**
82. Employee Assistance Program (EAP)  Response=**Dissatisfied**
83. Child Care Programs (for example, daycare, parenting classes, parenting support groups)  Response=**No Basis to Judge**

84. Elder Care Programs (for example, support groups, speakers)  Response=**No Basis to Judge**

## Demographics:

85. Where do you work?  Response=**Headquarters**
86. What is your supervisory status?  Response=**Non-Supervisor:  You do not supervise other employees.**
87. Are you:  Response=**Female**
88. Are you Hispanic or Latino?  Response=**No**
89. Please select the racial category or categories with which you most closely identify (mark as many as apply).  Response=, , **Black or African American, ,**
90. What is the highest degree or level of education you have completed?  Response=**Doctoral/Professional Degree (e.g., Ph.D., MD, JD)**
91. What is your pay category/grade?  Response=**GS 13-15**
92. How long have you been with the Federal Government (excluding military service)?  Response=**15 to 20 years**
93. How long have you been with your current agency (for example, Department of Justice, Environmental Protection Agency)?  Response=**11 to 20 years**
94. Are you considering leaving your organization within the next year, and if so, why?  Response=**Yes, to take another job within the Federal Government**
95. If I am planning to retire: Response=**Five or more years**
96. Do you consider yourself to be one or more of the following? (mark as many as apply).  Response=**Heterosexual or Straight, , ,**
97. What is your US military service status?  Response=**No Prior Military Service**
98. Are you an individual with a disability?  Response=**No**

[ Previous Page ]  [ Submit ]

|                                        100% |

Definitions

If you have questions, please contact the Survey Support Center at EVHE@opm.gov



Question
to ask at
Trial

How do I
Subpoena everyone?

I need to seat a jury
of my peers for this lawsuit
if the case goes to trial.
Scientist PhD from DHHS/FDA
Compliance Experts and Academia.

9

**Requestor:**   Dr. Felicia Binion Williams
**Address:**     420 Oglethorpe Street, NW
                 Washington, DC 20011

**Telephone:**   202-882-0815
                 **fbchemist@gmail.com**

We are requesting information from two Centers within FDA (CDRH and CFSAN).

## Description of the Records for FDA/CDRH

**Request Number 1:  This request goes to Dr. Shuren's secretary or special assistant.  Please request a copy of an email dated March 26, 2016, whereby Dr. Shuren and Dr. Maisel were copied along with a host of other people identified below. The email reads in part,**

"Good Morning Mr. President:
      I would like to share my work experiences with you from 2011
      through 2016.  I will be brief..."

1. Claverie, Elizabeth F" <Elizabeth.Claverie@fda.hhs.gov>, Erin
   Keith <Erin.Keith@fda.hhs.gov>, **Jeff.Shuren@fda.gov,
   William.Maisel@fda.hhs.gov, "Varsaci, Ronald (CDRH)"**
   <Ron.Varsaci@fda.hhs.gov>, "Dowtin, Lesa"
   <Lesa.Dowtin@fda.hhs.gov>, "Coppola, Dean"



2

"Diggs, Garren" <garren.diggs@fda.hhs.gov>, Russell Garisto
<Russell.Garisto@hhs.gov>, Epi.Elizondo@hhs.gov

**Request Number 2:  This request goes to Elizabeth Claverie
(Williams), Terrell Cunningham, and Clarence Murray
CDRH/ODE/DAGRID. Yes or No responses**

1. Did the original submission **K112924** (submitted by Ms. Chong
   Chu Mee, Riverstone Resources Sdn. Bhd., Lot 56, NO. 15, Jalan
   Jasmin 2, Bukit Beruntung, Selangor, MALAYSIA 48300) identify
   a Certified Color Additive and/or D&C Black No. 2?
   a. Did the sponsor's response identify a new color change to a
      Black Colour?
   b. Did the final product clear using a Black Colour other than
      the color identified in the original submission?

   c. Were the original gloves manufactured using a Certified
      Color Additive without receiving a batch certification from
      CFSAN/OCAC?
   d. Were all lots of the original products destroyed (those
      manufactured with Certified Color)?
   e. Did the final product contained a Black Colour and not the
      Certified Color
      Additive?
   f. Was this a real or fake assignment?
   g. Was this assignment new or recycled?
   h. Did anyone from CDRH/ODE/DAGRID/INCB contact
      CDRH/Office of Compliance to have these products
      destroyed?
      i. Recalled?

3

    ii. Placed on an Import Alert?

    iii. Was anything done to prevent other products from being cleared that were manufactured with one color and the color changed mid-review?

    iv. OCAC does not need to provide input.

2. Was **K150689** accepted for review?

    a. Was this a real or fake assignment?

    b. Was this assignment new or recycled?

    c. It is our understanding that this submission was for gloves with feathers and/or cotton flock and/or flock.  The glove manual states, "You should not use talc, cotton flock, and other non-absorbing materials as lubricating, dusting or donning powders."  This submission should not have been accepted for review.  It is our understanding that the initial reviewer Dr. Felicia Binion Williams was told that she had to accept this submission during the RTA Checklist phase.

    d. Why?

    e. Was this a real or fake assignment?

    f. Was this assignment new or recycled?

    g. Did anyone from CDRH/ODE/DAGRID/INCB contact CDRH/Office of Compliance to have these products destroyed?

**Request Number 3:  This request goes to Michael McCallum CDRH/ODE/DAGRID.**

4

12

1. Please provide evidence that each firm exist (Name, Address, telephone number, fax number and FEI Number) for the 510Ks:
   a. K112924
   b. K150689

2. Does the class of the device determine its importance?

3. Are Class I and Class II devices less important?

**Request Number 4:  This request goes to Ms. Elizabeth Claverie (Williams)**

1. Request a copy of email to Erin Keith, Tina Kiang, Elizabeth Claverie, Tejashri Purohit-Sheth dated January 8, 2016.

**Request Number 5:  This request goes to Erin Keith in CDRH/ODE/DAGRID.**

1. When you were in the Asian foreign office did you inspect any of the Glove manufacturers that had gloves cleared in DAGRID?

2. Were you able to confirm a FEI numbers, addresses, telephone number, and manufacturing facilities for glove manufacturers?

3. Were you able to witness the manufacturing of these gloves?

4. Were you able to witness destruction of these gloves if they were not in compliance and or adulterated?

13

**Request Number 6:  This request goes to Dr. Jeffrey Shuren and Dr. William Maisel in CDRH/ODE/DAGRID.**

1. You need to go down to DAGRID and ask Elizabeth Claverie (Williams) and others (DAGRID management, CAPTs Ronald Varsaci and Amy Anderson (Check Outlook for location)) a question.  Why were Dr. Felicia Binion Williams' promotion papers were retracted 2013?

2. How was she allowed to complete her evaluation October 2015?

3. How was she allowed to contribute to her promotion papers being completed in 2015?

4. Was this a collective effort to derail her career and her reputation?

5. Please see ideas submitted to various levels of management
    a. October 11, 2011- (Feedback to Ms. Elizabeth Claverie)
    b. September 11, 2013- (Comments Mr. Kwame Ulmer requested)
    c. August 5, 2013 - (Standard Operating Procedures for Inter-Center Consults for DAGRID; Kwame and Rick liked the idea that Dr. Jacqueline Ryan and Dr. Felicia Binion Williams drafted after we had an awful meeting with CDER. To my recollection, there were no managers present from CDRH/ODE/DAGRID)
    d. January 28th and January 29th 2016 - Dr. Felicia Binion Williams provided comments and suggested a schematic for

6

*14*

Standard Operating Procedures in the comment box based upon my work challenges here at CDRH

e. Why wasn't Dr. Felicia Binion Williams protected?

  i. Is it because Dr. Felicia Binion Williams is a *woman* and *African American*?

  ii. Or is it because Dr. Felicia Binion Williams has four *children*?

f. Why has Dr. Felicia Binion Williams continued to be harassed because her salary has not been received since February and her children are no longer insured?

g. Would you call someone harassing you every day to say hello? That is what Dr. Felicia Binion Williams was asked to do.

h. Does that make sense to you?

**See enclosures for CDRH/Office of the Center Director and his Deputy (Drs. Jeffrey Shuren and Williams Maisel.**

**CFSAN's request begins on numbered pages 8-11.**

7

*15*

(Director, Division of Surgical Devices) and Dr. Jeffrey Shuren, MD. JD. (Center Director)

h. K141387-Drape
i. K143340-Gloves (45 errors in Summary)
j. K150532-Light Handle Cover
k. K150146-BioIndicator Glove (Sponsor was not familiar with predicate)
l. Q150440-Hogan Lovell   *Masterfile Confodentrul wly review*
m. K150689-Feather/Cotton Flock/Flock
n. K150238-Chemotherapy Gloves

*Compliance*

**Request Number 6:  This request goes to Erin Keith in CDRH/ODE/DAGRID.**

1. When you were in the Asian foreign office did you inspect any of the Glove manufacturers that had gloves cleared in DAGRID?

2. Were you able to confirm a FEI numbers, addresses, telephone number, and manufacturing facilities for glove manufacturers?

3. Were you able to witness the manufacturing of these gloves?

4. Were you able to witness destruction of these gloves if they were not in compliance and or adulterated?

**Request Number 7:  This request goes to Dr. Jeffrey Shuren and Dr. William Maisel in CDRH/ODE/DAGRID.**

1. You need to go down to DAGRID and ask Elizabeth Claverie (Williams) and others (DAGRID management, CAPTs Ronald Varsaci and Amy Anderson (Check Outlook for location)) a

21

question.  Why were Dr. Felicia Binion Williams' promotion papers were retracted 2013?

2. How was she allowed to complete her evaluation October 2015?

3. How was she allowed to contribute to her promotion papers being completed in 2015?

4. Was this a collective effort to derail her career and her reputation?

5. Please see ideas submitted to various levels of management
   a. October 11, 2011- (Feedback to Ms. Elizabeth Claverie)
   b. September 11, 2013- (Comments Mr. Kwame Ulmer requested)
   c. August 5, 2013 - (Standard Operating Procedures for Inter-Center Consults for DAGRID; Kwame and Rick liked the idea that Dr. Jacqueline Ryan and Dr. Felicia Binion Williams drafted after we had an awful meeting with CDER. To my recollection, there were no managers present from CDRH/ODE/DAGRID)
   d. January 28th and January 29th 2016 - Dr. Felicia Binion Williams provided comments and suggested a schematic for Standard Operating Procedures in the comment box based upon my work challenges here at CDRH
   e. Why wasn't Dr. Felicia Binion Williams protected?
      i. Is it because Dr. Felicia Binion Williams is a *woman* and *African American*?
      ii. Or is it because Dr. Felicia Binion Williams has four *children*?

8

22

f. Why has Dr. Felicia Binion Williams continued to be harassed because her salary has not been received since February and her children are no longer insured?

g. Would you call someone harassing you every day to say hello? That is what Dr. Felicia Binion Williams was asked to do.

h. Does that make sense to you?

**Request Number 8:  This request goes to Michael McCallum in CDRH/ODE/DARGID.**

1. Ask Dr. Sapana Patal (three doors down from Felicia's former office) if the anti-thrombogenic catheter that Dr. Felicia Binion Williams was consulted on cleared.

   i.     Did the sponsor's laboratory complete the dog study again?

   ii.    Did the sponsor's laboratory complete the sheep study?

   iii.   Was CDER consulted on the submission?

   iv.    Were the drugs cleared for use on the catheter?

   v.     Was the catheter tested in a clinical trial after the animal studies were successful?

**See enclosures**

23

# CFSAN:

**Request Number 1: This request goes to Center for Food Safety and Applied Nutrition, Office of Nutritional Labeling and Dietary Supplements:**

**Question:**

1. When infant formula is manufactured for exportation is the infant formula manufactured within GMPs?

2. Was there a time period prior to the regulations being amended that informant formula manufactured for exportation was not manufactured within GMPs?

3. We noticed that the regulations were amended in 2014. If this is a policy, please provide a response based upon your policy. If this is within your regulations, please provide the regulation citation.

4. If the country refuses to accept the infant formula what happens to the product?
   a. Is the product destroyed?
   b. Is the product reconditioned and sold in the United States?
   c. Is the product allowed to enter commerce and then destroyed under the supervision of a compliance officer and/or custom and border protection agent and/or US Marshall?
   d. Is the product dumped in the ocean?

10

24

**Request Number 2: This request goes to Center for Food Safety and Applied Nutrition, Office of Compliance.  This request goes to Ms. Priya Rathnam, Ms. Leslie Hintz, Rosemary Sexton and Ms. Robin Jones.  Yes or No responses**

**Question:**

1. Was the *PAC-Native American Enterprise* refried bean assignment from the KAN-DO District an Injunction or Seizure?
   a. Was this a new, old, or fake assignment?
   b. The emails from Ms. Leslie Hintz, Dr. Mickey Parish and Dr. Donald Zink dated July 1, 2014 through October 31, 2014 indicated possible toxins.

2. Were the *nSpired Natural Foods* products from Ashland, Oregon seized or was the firm enjoined?
   a. Was there a Press Release?
   b. Were all remaining products destroyed?
   c. Did the manufacturing process of the nuts at *nSpired Natural Foods change*?
   d. What is the total number of deaths?
   e. Were there foodborne illnesses?
   f. How did the agency handle the other foodborne illness from peanut butter and nut products years ago?
   g. Was the Emergency Operation Center involved? This office was involved when an infant formula thickener was contaminated and pre-mature babies died.  The processing of the infant formula thickener was changed.
   h. Was this a new, old, or fake assignment?

11

25

3. How many people died from eating sprouts from *Wholesome Soy Products* located at 1150 W. 40th Street, Chicago, IL 60609? The firm is a sprout grower and tofu manufacturer. Communications via a telephone conference and emails with the Chicago District, CORE Response Team 2, and Office of Compliance staff dated October 2014 indicate there were deaths.
   a. Was there a Press Release?
   b. Was this a new, old, or fake assignment?

4. Did KAN-DO work with the state to destroy the popcorn with rat feces manufactured by *Fitkin Popcorn*? There are emails dated September 1 through 19 2014, that the popcorn at *Fitkin Popcorn* was infested with rat feces.
   a. Was this popcorn destroyed?
   b. Was the popcorn reconditioned?
   c. Was this popcorn sold within interstate commerce?
   d. Was the popcorn only sold within the state?
   e. Was this a new, old, or fake assignment?

5. Has the district laboratory been advised not to make decisions on draft guidance regarding contaminants in food and beverages? This should be a policy or regulation with thresholds. There were emails dated September 4 through 19, 2014 regarding this matter.

12



6. Are foreign firms providing documentation to FDA investigators in English? This was discussed between August 2014 and November 2014. The agency currently spends $20,000.00 for a person to travel to a foreign country to inspect a firm and the documents are in a different language and must be translated upon return.

7. Please provide evidence that each firm exist (Name, Address, telephone number FEI Number):
   a. *PAC-Native American Enterprise*
   b. *nSpired Natural Foods*
   c. *Wholesome Soy Products*
   d. *Fitkin Popcorn*


# **Description of request for CFSAN and CDRH--Office of the Center Director**

1. Did the Center Directors (Dr. Susan Mayne (CFSAN) and Dr. Jeffrey Shuren (CDRH) follow-up on these assignments to confirm that products are within compliance? At the time of the Office of Compliance assignments Mr. Michael Landa was Center Director.



# Office of the Commissioner

**Request Number 1:  This request goes to the Acting FDA Commissioner Dr. Robert Callif**

1. How many regulations were published for devices approved through the pre-Market submission process?

2. Did Dr. Margaret Hamburg and other commissioners, Dr. Jeffrey Shuren and Dr. William Maisel (CDRH) and other Center Directors ensure that regulations were written and published to include specifications for Class II and Class III and some Class I medical devices?

3. Some devices (anti-thrombogenic) have drugs on the catheters. Are these drugs safe if the dogs fail the test and the sheep study is ongoing prior to clearance under the notification process?

4. Should anti-thrombogenic catheters go through clinical trials once the animal studies are completed for the safety of the patients?

5. Were the Wartime medical devices submitted by or on behalf of the Department of Defense subjected to clinical trials?

6. Are syringes with biological agents sterilized and ready for use?

14



7. Are the syringes sterilized and the biological agent sterilized in a separate vial?

8. Are medical gloves allowed to have flock, cotton flock, feathers, or sericin?

9. Is a manufacturer allowed to change the materials (color or any other material) mid review and have the device clear through the 510(k) notification process?

10.    Should medical gloves submissions change specifications, materials mid-review?

11.    Should an agency ask a sponsor to change their Trade Names?

12.    Did Dr. Margaret Hamburg and other commissioners, Dr. Jeffrey Shuren and Dr. William Maisel (CDRH) and other Center Directors follow-up on these assignments to confirm that products are within compliance?

13.    How many medical device products have been recalled?

15



14.     Do all Commissioned Corps officers (who hold medical
        degrees) within the USPHS complete their clinical hours?

15.     How does the agency track the hours of these officers
        considering these officers receive special pay for their degrees?

16.     Do you want anyone to die from medical devices or any other
        product the FDA regulates?

17.     Please provide a list of all officers who received special pay
        and the number of clinical hours they have completed within a year
        for the following  years:
        vi.    2010-2011
        vii.   2011-2012
        viii.  2012-2013
        ix.    2013-2014
        x.     2014-2015

The medical facility where the medical officers worked should have a
copy of the hours logged. Identify Name, Rank, Facility worked and
hours logged.  Send an **ALLHANDS** email to FDA Commissioned
Corps officers from the global Outlook requesting this information. This
request should take only a week to complete.

16

30

Agencies allocate too much money for additional medical special pays and are over budget.

How many other agencies under HHS compensate for medical special pay?

How many agencies outside of HHS compensate for medical special pay?

Perhaps the agencies can use retired physicians like Dr. Sheila Murphy.

The medical staff can have the option of working 3 days in the office and work clinical 2 days.
Or
The medical staff can have the option of working 4 days in the office and work clinical 1 day.
Or
The medical staff can have the option of working 5 days in the office and work clinical on weekends.

Dr. Anaya Harry (MD/PhD) worked 5 days in the office and work on the weekends in an emergency room to maintain her skills in critical pulmonary care.

**We want a hard copy for a fee up to $30.00.**
**If the price exceeds $30.00 please call Mr. Walton at 301-292-8357.**

31

CDRH:

Request Number 9: This request goes to Elizabeth Claverie.

Question 1:

1. How can a paper gown clear with claims of protecting people from Ebola and other diseases?

2. How can Clarence Murray, Ph.D. review Dr. Sheila Murphy, M.D. assignments while she was still within INCB?

3. Is Clarence Murray, Ph.D. in medical school?   Does he also have a M.D.?

4. Is Clarence Murray a certified Toxicologist?

18a

32

Science
Next

33



**Designation: D6319 – 10**

*[handwritten: Available on internet and is referenced in a DHHS/FDA document too]*

## Standard Specification for
## Nitrile Examination Gloves for Medical Application[1]

This standard is issued under the fixed designation D6319; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval. A superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

### 1. Scope

1.1 This specification covers certain requirements for nitrile rubber gloves used in conducting medical examinations and diagnostic and therapeutic procedures.

1.2 This specification covers nitrile rubber examination gloves that fit either hand, paired gloves, and gloves by size. It also provides for packaged sterile or nonsterile or bulk nonsterile nitrile rubber examination gloves.

1.3 This specification is similar to that of Specification D3578 for rubber examination gloves.

1.4 The values stated in SI units are to be regarded as standard. No other units of measurement are included in this standard.

### 2. Referenced Documents

2.1 *ASTM Standards:*[2]

D412 Test Methods for Vulcanized Rubber and Thermoplastic Elastomers—Tension

D573 Test Method for Rubber—Deterioration in an Air Oven

D3578 Specification for Rubber Examination Gloves

D3767 Practice for Rubber—Measurement of Dimensions

D5151 Test Method for Detection of Holes in Medical Gloves

D6124 Test Method for Residual Powder on Medical Gloves

2.2 *ISO Standard:*

ISO 2859 Sampling Procedures and Tables for Inspection by Attributes[3]

2.3 *Other Documents:*

*[handwritten: Should be here Not a Separate document  Incomplete experiment]*

U.S. Pharmacopeia[4]

### 3. Significance and Use

3.1 The specification is intended as a referee procedure for evaluating the performance and safety of nitrile rubber examination gloves. The safe and proper use of nitrile rubber examination gloves is beyond the scope of this specification.

*[handwritten: Support conformity to an international standard.]*

### 4. Material

4.1 Any nitrile rubber polymer compound may be used that permits the glove to meet the requirements of this specification.

4.2 A lubricant that meets the current requirements of the U.S. Pharmacopeia for absorbable dusting powder may be applied to the glove. Other lubricants may be used if their safety and efficacy have been previously established.

4.3 The inside and outside surface of the nitrile rubber examination gloves shall be free of talc.

*[handwritten: How many Samples?]*

### 5. Sampling

5.1 For referee purposes, gloves shall be sampled from finished product, after sterilization when labeled sterile, and inspected in accordance with ISO 2859. The inspection levels and acceptable quality levels (AQL) shall conform to those specified in Table 1, or as agreed upon between the purchaser and the seller, if the latter is more comprehensive.

*[handwritten: Set Number for Validation]*

### 6. Performance Requirements

6.1 Gloves, sampled in accordance with Section 5, shall meet the following referee performance requirements:

6.1.1 Product comply with requirements for sterility when tested in accordance with 7.2 when labeled sterile.

6.1.2 Shall comply with freedom from holes when tested in accordance with 7.3.

6.1.3 Have consistent physical dimensions in accordance with 7.4.

6.1.4 Have acceptable physical property characteristics in accordance with 7.5.

6.1.5 Have a powder residue limit of 2.0 mg in accordance with 7.6

6.1.6 Have a recommended maximum powder limit of 10 mg/dm$^2$ in accordance with 7.7.

[1] This specification is under the jurisdiction of ASTM Committee D11 on Rubber and is the direct responsibility of Subcommittee D11.40 on Consumer Rubber Products.

Current edition approved May 1, 2010. Published June 2010. Originally approved in 1999. Last previous edition approved in 2005 as D6319 – 00a (2005)ε1. DOI: 10.1520/D6319-10.

[2] For referenced ASTM standards, visit the ASTM website, www.astm.org, or contact ASTM Customer Service at service@astm.org. For *Annual Book of ASTM Standards* volume information, refer to the standard's Document Summary page on the ASTM website.

[3] Available from American National Standards Institute, 25 W. 43rd St., 4th Floor, New York, NY 10036.

[4] U. S. Pharmacopeia, latest edition, Mack Publishing Co., Easton, PA 19175.

*[handwritten: Nelson Lab use 13 Samples.]*

*[handwritten: 34]*

Copyright © ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States.

Copyright by ASTM Int'l (all rights reserved); Thu Sep 29 07:59:31 EDT 2011
Downloaded/printed by
Lynne Clarke (Robinson+Healthcare+Limited) pursuant to License Agreement. No further reproductions authorized.

1

🏛 D6319 – 10

**TABLE 1 Performance Requirements**

| Characteristic | Related Defects | Inspection Level | AQL |
|---|---|---|---|
| Sterility | fails sterility | A | N/A |
| Freedom from holes | holes | G-1 | 2.5 |
| Dimensions | width, length, and thickness | S-2 | 4.0 |
| Physical properties | before aging, after accelerated aging | S-2 | 4.0 |
| Powder-free Residue | exceeds maximum limit | N=5 | N/A |
| Powder Amount | exceeds recommended maximum limit | N=2 | N/A |

ASee U.S. Pharmacopela.

## 7. Referee Test Methods

7.1 The following tests shall be conducted to ensure the requirements of Section 6, as prescribed in Table 1:

7.2 *Sterility Test*—Testing for sterility shall be conducted in accordance with the latest edition of the U.S. Pharmacopeia.

7.3 *Freedom from Holes*—Testing for freedom from holes shall be conducted in accordance with Test Method D5151.

7.4 *Physical Dimensions Test:*

7.4.1 The gloves shall comply with the dimension requirements prescribed in Table 2.

7.4.2 The length shall be expressed in millimetres as measured from the tip of the middle finger to the outside edge of the cuff.

7.4.3 The width of the palm shall be expressed in millimetres as measured at a level between the base of the index finger and the base of the thumb. Values of width per size other than listed shall meet the stated tolerance specified in Table 2.

7.4.4 The minimum thickness shall be expressed in millimetres as specified in Table 2 when using a dial or digital micrometer that meets requirements described in Test Methods D412 and Practice D3767, and in the locations indicated in Fig. 1. For referee tests, cutting the glove is necessary to obtain single-thickness measurements. (See Practice D3767 for more information.)

7.5 *Physical Requirements Test:*

7.5.1 Before and after accelerated aging, the gloves shall conform to the physical requirements specified in Table 3. Tests shall be conducted in accordance with Test Methods D412. Die C is recommended.

7.5.2 *Accelerated Aging*—The gloves shall be aged in accordance with Test Method D573. Test the gloves in accordance with either one of the following methods:

7.5.2.1 After being subjected to a temperature of 70 ± 2°C for 166 ± 2 h, the tensile strength and ultimate elongation shall not be less than the values specified in Table 3. This method shall be the conditions for referee tests.

7.5.2.2 After being subjected to a temperature of 100 ± 2°C for 22 ± 0.3 h, the tensile strength and ultimate elongation shall not be less than the values specified in Table 3.

7.6 *Powder Free Gloves*—Determine the powder residue using Test Method D6124.

7.7 *Powdered Gloves:*

7.7.1 Determine the recommended maximum powder limit using Test Method D6124 for powdered gloves.

7.7.2 Determine the square decimetres for the glove size as in the paragraph on determining the square decimetres of glove size in Specification D3578.

## 8. Acceptance

8.1 Gloves will be considered to meet the referee performance requirements when test results conform to the requirements prescribed in Table 1.

8.2 Retests or reinspections are permissible under the provision of the U.S. Pharmacopeia and ISO 2859.

## 9. Packaging and Package Marking

9.1 *Sterile Packaging:*

9.1.1 The unit of packaging shall normally be one glove or one pair of gloves.

9.1.2 A glove or pair of gloves, normally, shall be enclosed in an inner wallet or wrapper. The wrapper shall be of sufficient size when opened to provide a field for glove-donning purposes.

9.1.3 The glove or pair of gloves, and accompanying wrapper if utilized, shall be totally enclosed in an outer package that will allow sterilization of the product.

9.1.4 The outer package shall have a method of closure sufficient to ensure the sterility of the product until opened or damaged.

9.1.5 The outer package shall have sufficient strength and integrity to withstand normal transportation and storage within the intermediate or shipping cartons, or both.

9.1.6 The method of closure of the outer package shall be such that prior opening will be detectable by the user.

**TABLE 2 Dimensions and Tolerances**

NOTE—Sizing that falls within the tolerance overlaps between two sizes may be labeled as a size range including both sizes, for example, small/medium and medium/large.

| Designation | Size | | | | | | | Tolerance, mm |
|---|---|---|---|---|---|---|---|---|
| | 6 | 6 ½ | 7 | 7 ½ | 8 | 8 ½ | 9 | |
| Width by size | 75 | 83 | 89 | 95 | 102 | 108 | 114 | ±6 |
| Width by | x-small 70 | small 80 | Unisize 85 | medium 95 | large 110 | X-large 120 | | ±10 |
| Length | | 220 | 220 | 230 | 230 | 230 | 230 | min |
| Thickness, mm: finger | | | | 0.05 | | | | min |
| palm | | | | 0.05 | | | | min |

Copyright by ASTM Int'l (all rights reserved); Thu Sep 29 07:59:31 EDT 2011   2
Downloaded/printed by
Lynne Clarke (Robinson+Healthcare+Limited) pursuant to License Agreement. No further reproductions authorized.

Connect and transact with thousands of top North American companies today

Insights ▼ | Articles and White Papers by Keyword                    Industry Insights

Guides

# How to Make N95 Masks

Brittany Henneberry | Share:  

There are two basic types of respirators: air filtering and air-supplying. Air filtering respirators (such as an N95 respirator, or mask) stop contaminants, bacteria, and other matter from reaching your nose and mouth. Air supplying respirators supply the user with clean air from a tank or other uncontaminated source (for example an SCBA). N95 respirators are one of the products most in demand as healthcare workers across the U.S. are dealing with shortages while treating COVID-19 infected patients.

In this article, we'll be covering the basics around manufacturing N95 respirators, including what they're used for, how they're made, and what testing methods are used on them. If you're more interested in the production and testing of surgical masks, you can also check out our guide on how surgical masks are made. For less high-risk situations, we also have a guide on the best cloth masks available, as well as the best surgical masks for home use.

At a glance:

1. What are N95 Masks?
   a. How do N95 Masks work?
2. CDC Updated Guidelines on N95 Usage
3. How Are N95 Masks Made?
4. Testing Methods for N95 Masks

## What are N95 Masks?

Originally developed for industrial applications, N95 respirators are specialized masks that filter out at least 95% of particles above .3 microns. There are also N99 and N100 respirators (N100s stop at least 99.97% of particles from entering). Legitimate surgical respirators are approved by both the FDA and NIOSH (the National Institute for Occupational Safety and Health). N95s come in several different shapes, which can help healthcare workers with finding a model that better fits their faces, but they cannot provide a seal for beards. Some N95s feature exhalation valves, which help the wearer to breathe more easily.

It's important to note that not all N95 respirators are designed for medical applications; some are manufactured for industrial use. Medical N95s are single-use products regulated as class II products under the FDA (Food and Drug Administration) and NIOSH (the National Institute for Occupational Safety and Health).

It should also be noted that recent reports from Healthline and the CDC show that masks featuring valves or vents are more likely to spread infection. The masks will provide the same protection for the wearer as an unvented mask, but the valve does not block viruses from coming out, which can enable someone unaware they are infected to spread the virus to others. It's also important to note that a face shield without a mask is equally able to spread the virus.

### How do N95 Masks Work?

N95 respirators work by filtering out particles thanks to the structure of their nonwoven material. Particles get trapped as they are forced to make twists and turns through the dense network of the material's fibers, which are as thin as a single micron. Masks also have electrostatically charged ma̶̶̶̶ the mask becomes a more efficient filter. However, the buildup also makes the mask more diff **Cookie Policy**                                                          ilters are made to be disposable.

Cl Thomas uses cookies to ensure that we give you            Jsage
the best experience on our website. By using this
Up site, you agree to our Privacy Statement and our    :ommends these guidelines for healthcare work as masks have become more readily
ava Terms of Use.                                     : organizations are to return to the standard use of masks.  Additionally, as of July, the FDA
has                                                   :d respirators, including KN95s. It also advises healthcare workers to go back to using
dis    Accept                                          :tended periods of time. This is in line with the CDC and OSHA's updated standards.

42

The CDC has updated its guidelines to help healthcare professionals stretch out limited supplies of N95 masks during the outbreak. Some measures include:

- Using masks past the expiration date of their shelf life for applications outside the operating room. If they are used while actively treating patients, it's important to check the seal.
- Using respirators approved under similar foreign standards, including China's GB 2626-2006 and GB 2626-2019 standards as well as European EN 149-2001 standards.
- Limited reuse of N95s for multiple patients, while removing it between encounters (if no manufacturer guidance is available, the CDC recommends no more than five reuses). Workers can put cloth masks over N95s to help preserve them.
- Prioritizing N95 masks for activities most at risk for infection, including aerosol-generating medical procedures (such as surgery or close contact with unmasked patients).

The CDC also recommends administrative controls to protect healthcare workers if necessary such as decreasing hospital stays for medically stable coronavirus patients and suspension of fit testing for masks. For situations when there are no N95s left, the CDC recommends keeping healthcare workers with risk of severe illness away from coronavirus patients, and having workers who have already had the virus care for patients. However the organization notes it is not proven that those who recover have immunity.

For extreme situations, the CDC has highlighted some research on methods that could be effective. You can read more about that in our article on cleaning N95 masks.

## How are N95 Masks Made?

A medical N95 respirator consists of multiple layers of nonwoven fabric, often made from polypropylene. The two outward protective layers of fabric, covering the inside and outside of the mask, are created using spun bonding. Spun bonding uses nozzles blowing melted threads of a thermoplastic polymer (often polypropylene) to layer threads between 15-35 micrometers on a conveyor belt, which build up into cloth as the belt continues down the line. Fibers are then bonded using thermal, mechanical, or chemical techniques. The two outer layers of the respirator, between 20 and 50 g/m² in density, act as protection against the outside environment as well as a barrier to anything in the wearer's exhalations.

Between the spun bond layers there's a pre-filtration layer, which can be as dense as 250 g/m², and the filtration layer. The prefiltration layer is usually a needled nonwoven. Nonwoven material is needle punched to increase its cohesiveness, which is accomplished by sending barbed needles repeatedly through the fabric to hook fibers together. The prefiltration layer is then run through a hot calendaring process, in which plastic fibers are thermally bonded by running them through high pressure heated rolls. This makes the pre-filtration layer thicker and stiffer, so it can be molded to form the desired shape and stay in that shape as the mask is used.

The last layer is a high efficiency melt-blown electret (or polarized) nonwoven material, which determines the filtration efficiency. Meltblowing is a process similar to spun bonding, in which multiple machine nozzles uses air to spray threads of melted synthetic polymers onto a conveyor. However, these fibers are much smaller, as less than a micron wide. As the conveyor continues, the threads build up and bond by themselves as they cool, creating the fabric. However, sometimes melt-blown fabric is also thermally bonded to add strength and abrasion resistance, although the material then begins to lose some of its fabric characteristics. This process is covered in more depth in our guide on how melt-blown fabric is made.

The full respirators are made through converting machinery, which combines the layers through ultrasonic welding and adds straps and metal strips to adjust the mask over the user's nose. The respirators are then sterilized as a last step before being shipped.

## Testing Methods for N95 Masks

Like surgical masks, N95s go through several tests to ensure their effectiveness. You can find out more about the tests in detail on the CDC's website, but in this section, we'll be giving a brief overview. At the CDC, N95s are conditioned for 24 hours before testing by being kept in a 38 degree C environment with 85% relative humidity. During tests, the respirator's filtration ability must stay above its certification class level at all times. N95s are tested with:

- Charge neutralized sodium chloride aerosol spray, which features particles with a median of .3 microns in diameter. This tests for particle penetration.

**Cookie Policy**

Thomas uses cookies to ensure that we give you the best experience on our website. By using this site, you agree to our Privacy Statement and our Terms of Use.

Accept

- ately high work rate.
- :olumn height pressure, and exhalation resistance at 25 mm or below water column height ⸱e is the pressure from one millimeter of water at 39 degrees F).
- high level of exposure by clogging up the mask with aerosol particles.

The     ⸱ipatibility, fluid resistance, and particulate and bacteria filtration by the FDA. Under normal
circ   ⸱ h the FDA and NIOSH (the National Institute for Occupational Safety and Health). Because
of t   ⸱irators not regulated by the FDA (such as those used in industrial settings) are now

available for use by healthcare workers. There is more information on the NIOSH approval process and respirator tests and procedures on the CDC's website. Now that the FDA has revoked all EUAs for disposable respirators that don't have NIOSH approval, potential manufacturers should also check out their guide on how to apply for NIOSH approval.

## Conclusion

This guide has outlined how N95 masks are used, made, and tested, as well as C.D.C recommendations for stretching the supply of these masks. If you're more interested in sourcing N95 respirators, you can check out our article on the top suppliers of respirators and masks, or go directly to our Supplier Discovery page, which has detailed information on over 60 N95 suppliers. If your company can contribute to the effort to fight coronavirus, we urge you to sign up for our list of COVID-19 Response Suppliers, where vetted companies will be badged and put into our COVID-19 category so customers can find them.

You can also see our overview guide for How to Make PPE for COVID-19, or How to Make Cloth Masks for COVID-19.

*The purpose of this document is to collect and present research on the way surgical respirators are manufactured. While we endeavor to curate and create the most up-to-date information, please note that we cannot guarantee 100% accuracy. Please also note that Thomas does not provide, endorse, or guarantee any third-party product, service or information. Thomas is not affiliated with the vendors featured on this page and is not responsible for their products and services. We are not responsible for the practices or the content of their websites and apps.*

Sources:

1. https://www.osha.gov
2. https://www.fastcompany.com/90479846/the-untold-origin-story-of-the-n95-mask
3. https://www.fda.gov/medical-devices/personal-protective-equipment-infection-control/n95-respirators-and-surgical-masks-face-masks
4. https://blogs.cdc.gov/niosh-science-blog/2009/10/14/n95/
5. https://news.ncsu.edu/2020/04/a-necessary-filter/
6. http://www.usfelt.com
7. https://www.npr.org/sections/goatsandsoda/2020/03/16/814929294/covid-19-has-caused-a-shortage-of-face-masks-but-theyre-surprisingly-hard-to-mak
8. https://www.slideshare.net/sajjadbd92/spun-laid-process-melt-blown-process-differences-between-spun-laid-process-and-melt-blown-process
9. https://blogs.cdc.gov/niosh-science-blog/2009/10/14/n95/
10. https://www.fda.gov/medical-devices/personal-protective-equipment-infection-control/n95-respirators-and-surgical-masks-face-masks
11. https://www.cdc.gov/coronavirus/2019-ncov/hcp/respirators-strategy/index.html
12. https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-and-cdc-take-action-increase-access-respirators-including-n95s

### Other Medical Articles

- Polycarbonate: Medical Applications
- Federal Guidelines for Medical Device Assembly
- Top Suppliers of Medical Devices
- About Autoclaves- A Brief Guide
- Types of Medical Adhesives - A ThomasNet Buying Guide
- Top Surgical Supply Service Companies
- How Surgical Masks are Made
- Top Suppliers of Surgical Masks
- : ction Criteria

**Cookie Policy**

Thomas uses cookies to ensure that we give you the best experience on our website. By using this site, you agree to our Privacy Statement and our Terms of Use.

Accept

- ools, and Considerations
- in the US

- Top Thermometer Manufacturers and Suppliers

*44*

- How to Make PPE (Personal Protective Equipment)
- Top Medical Fabrics Manufacturers and Suppliers
- Top RNA Extraction Machine Manufacturers
- How to Make N95 Masks - A Manufacturing Guide

Share

# More from Plant & Facility Equipment

Plant & Facility Equipment
**The Best Commercial Security Camera, According to 5,420+ Customer Reviews**

Plant & Facility Equipment
**The Best Commercial Kitchen Faucet, According to 30,000+ Customer Reviews**

Plant & Facility Equipment
**The Best Headlamp, According to 35,000+ Customer Reviews**

Plant & Facility Equipment
**The Best Hearing Protection with Bluetooth, According to 20,000+ Customer Reviews**

Plant & Facility Equipment
**The Best Outdoor Security Camera System, According to 191,000+ Customer Reviews**

Plant & Facility Equipment
**The Best Post Hole Digger/Auger, According to 5,000+ Customer Reviews**

## Related Resources

Business & Industry
**3M's Business Path Proves Endurance Is Worth It**

Manufacturing Innovation
**Did You Know You Could Make Steel Out of This Green Element?**

Business & Industry
**Stellantis to Invest $155 Million in Indiana Plants**

Industry Trends
**3 Food Trends to Look for in 2023**

Thomas Index
**Amid Consumer Focus on Sustainability, Food Packaging Sourcing Is Up 240% YoY**

## 📁 Browse by Category

**Adhesives & Sealants**

**Automation & Electronics**

**Calculators**

**Chemicals**

**Custom Manufacturing & Fabricating**

**➕ View More**

## Find Suppliers, Insights, Tools and More...

**Cookie Policy**

Thomas uses cookies to ensure that we give you the best experience on our website. By using this site, you agree to our Privacy Statement and our Terms of Use.

Accept

…d most active network of B2B buyers and industrial/commercial suppliers.

45

Select From Over 500,000
Industrial Suppliers

Receive Daily
Industry Updates

Search Over
6 Million Products

Download 2D & 3D
CAD Models

**Start Sourcing Suppliers** | **Claim Your Company Profile**

**Find Suppliers**

Supplier Discovery

Product Catalogs

CAD

Diversity

Instant Quotes

Buyer & Engineer Reviews

**Industry Insights**

Topics

Thomas Index (TMX)

Daily Bite

Guides

White Papers

Certification Glossary

Subscribe

Industry Update Podcast

**For Business**

Advertise

Content & Data Services

Marketing Services

Thomasnet Reviews

Claim Your Company Profile

Thomas WebTrax

Events & Webinars

**Site Maps**

Categories

Featured Companies

Featured Categories

Featured Products

Featured Catalogs

**About**

Thomas Brand Center

Careers

Press Room

Sign Up

Sign In

Contact

Help Center

**Cookie Policy**

Thomas uses cookies to ensure that we give you
the best experience on our website. By using this
site, you agree to our **Privacy Statement** and our
**Terms of Use**.

Accept

46

3/9/23, 11:12 AM                    US5222507A - Surgical drapes and methods of making same - Google Patents

Patents

# Surgical drapes and methods of making same

## Abstract

A surgical drape comprises a main panel and a "critical zone" panel secured thereto. A fenestration is formed by cutting through the "critical zone" panel. The main panel is a light weight fabric having a relatively high coefficient of friction. The "critical zone" panel comprises a barrier panel lying against the main panel and an outwardly facing absorbent panel, having an irregular surface. In another embodiment, the critical "critical zone" panel is folded to form troughs for capturing liquid incident to a surgical procedure.

## Images (6)



## Classifications

➡ A61B46/00  Surgical drapes

*View 2 more classifications*

**US5222507A**
United States

Download PDF        Find Prior Art        Similar

Inventor: Jeffrey L. Taylor

Current Assignee : Standard Textile Co Inc

### Worldwide applications

**1991**   US

### Application US07/680,089 events ⓘ

| | |
|---|---|
| 1991-04-03 | Application filed by Standard Textile Co Inc |
| 1991-04-03 | Priority to US07/680,089 |
| 1992-01-02 | Assigned to STANDARD TEXTILE COMPANY, INC., A CORP. OF ALABAMA ⓘ |
| 1993-06-29 | Application granted |
| 1993-06-29 | Priority to US08/085,011 |
| 1993-06-29 | Priority to US08/084,001 |
| 1993-06-29 | Publication of US5222507A |
| 2011-04-03 | Anticipated expiration |
| Status | Expired - Lifetime |

Info: Patent citations (11), Cited by (37), Legal events, Similar documents, Priority and Related Applications

External links: USPTO, USPTO PatentCenter, USPTO Assignment, Espacenet, Global Dossier, Discuss

## Claims (16)

Hide Dependent ⌃

Having thus described the invention, what is claimed as novel and desired to be secured by Letters Patent of the United States is:

1. A reusable surgical drape comprising

    a liquid repellant main panel and

    a "critical zone" panel secured to the upper surface of the main panel,

    said drape having a fenestration bordered by the "critical zone" panel,

    said "critical zone" panel comparing

    a liquid proof, barrier panel, and

    an absorbent panel overlying the barrier panel,

    the main panel, barrier PANEL and absorbent panel being formed of 100% synthetic textile fabrics, characterized by a flexible "hand" which facilitates their ability to drape and conform to the body configuration of a patient, and wherein

    the main panel is formed of a light weight fabric having a relatively high coefficient of friction sufficient to prevent inadvertent shifting of the surgical drape relative to a patient and thereby maintain the fenestration in registered relation to a surgical site,

    further characterized in that

    the main panel fabric is a woven polyester yarn fabric comparing core and effect texturized yarns, which provide the relatively high coefficient of friction.

    2. A surgical drape as in claim 1 further characterized in that

        the main panel fabric is a twill woven fabric.



3. A surgical drape as in claim 2 further characterized in that

the warp yarns of the main panel fabric are false twist texturized yarns and the filling yarns are air textured core and effect yarns.

4. A surgical drape as in claim 1 further characterized in that

the barrier panel is a breathable, woven fabric formed of a synthetic yarn and has a high resistance to liquid penetration after repeated washing/sterilization cycles.

5. A surgical drape as in claim 1 further characterized in that

the barrier panel comprises a liquid impervious membrane and a supporting fabric substrate.

6. A surgical drape as in claim 1 further characterized in that

the absorbent panel is non-pilling and non-linting and is formed of synthetic yarn comprising continuous filaments.

7. A surgical drape as in claim 1 further characterized in that

the absorbent panel

is formed of continuous filament polyester yarn and

has an, irregular texturzied, upper surface, which provides a relatively high coefficient of friction for retaining surgical instruments thereon.

8. A surgical drape as in claim 1 further characterized in that

the barrier panel is a breathable, woven fabric formed of a synthetic yarn and has a high resistance to liquid penetration after repeated washing/sterilization cycles.

9. A surgical drape as in claim 1 further characterized in that

the barrier panel comprises a liquid impervious membrane and a supporting fabric substrate.

10. A reusable, surgical drape adapted to overlie a patient during the performance of a surgical procedure and having a fenestration for registration with the site of a surgical procedure,

said drape comprising

a main panel of a given lateral extent,

a "critical zone" panel of substantially smaller lateral extent and extending outwardly from said fenestration,

wherein

the "critical zone" panel comprises

a liquid proof, barrier panel, and

characterized in that

a marginal edge portion of the barrier panel is folded on itself to define a bottom, folded portion, said marginal edge portion being in spaced relation to the main portion of the barrier panel and forms an upwardly open, non-filled trough of substantial depth, extending upwardly from the bottom folded portion, for the reception therein of liquids incipient to the performance of a surgical procedure, as well as to trap surgical instruments, or the like which might slip from a position on the "critical zone" panel adjacent the fenestration, and

means are provided for spacing, the edge of the said marginal edge portions from the main portion of the barrier panel, to define a spaced opening for said non-filled trough,

further characterized in that

means for releasably securing said marginal edge portion of the barrier panel to the main portion of the barrier panel,

whereby the surgical drape may be washed and sterilized with the barrier panel in an unfolded condition.

11. A surgical drape as in claim 10 further characterized in by

snap means for releasably securing said marginal edge portion of the barrier panel to the barrier panel and spacing the edge thereof from the main portion of the barrier panel.

12. A surgical drape as in claim 10 further characterized in that

the main panel is generally rectangular and has side portions adapted to drape beneath the level of an operating table on which a patient is positioned,

the "critical zone" panel is also generally rectangular and has side portions generally parallel with the side portions of the main panel,

said "critical zone" panel extends outwardly on opposite sides of the fenestration to a point where both are angled from a horizontal plane, when the surgical draped is draped over a patient, and

further characterized in that

the marginal edge portion of the opposite side of the barrier panel is folded on itself to define a second, bottom, folded portion, said marginal edge portion of the opposite side being in spaced relation to the main portion of the barrier panel and forming a second upwardly open, non-filled trough of substantial depth for the reception therein of liquids incident to the performance of a surgical procedure and

means are provided for spacing, the edge of the said marginal edge portions from the main portion of the barrier panel, to define a spaced opening for said non-filled trough,

further characterized by

means for releasably securing said marginal edge portion of the barrier panel to the main portion of the barrier panel,

whereby the surgical drape may be washed and sterilized with the barrier panel in an unfolded condition.

13. A surgical drape as in claim 12 further characterized in that

the "critical zone" panel further comprises

an absorbent panel, which overlies the barrier panel and forms the outer surface of the "critical zone" panel.

14. A surgical drape as in claim 12 further characterized in that

the "critical zone" panel is in a single layer between said troughs and is secured to the main panel by stitch extending marginally of its ends and terminating adjacent said troughs.

15. A surgical drape as in claim 9

further characterized in that

the "critical zone" panel has a color which contrasts with the color of the main panel.

16. A surgical drape as in claim 1

further characterized in that

the absorbent panel of the "critical zone" panel has a contrasting color.

## Description

The present invention relates to improvements in surgical drapes.

In the performance of surgical procedures, it is a customary and usual practice to limit the extent to which body liquids, or fluids used in the procedure, will come into contact with the skin surfaces of the patient. One of the reasons for this practice is based on the theory that micro-organisms migrate through a liquid medium instantaneously. Therefore, if there are any micro-organisms on the skin surface of the patient, a surgical drape inhibits their transfer to the surgical site.

To this end clothes are draped over the patient so that only the area immediate adjacent the area of surgical site is exposed. The clothes, or surgical drapes, as they are generally designated, limit contact between the skin surface and blood, or other body liquid, which might exude from an incision. Surgical drapes also limit the extent to which liquids, employed in a procedure, contact the skin surface of a patient.

The use of surgical drapes is more than a matter of general cleanliness and comfort, since body liquids can be the source of infection.

One form of surgical drape, known as a fenestrated drape, comprises an opening, or fenestration, which is registered with the surgical site, usually the skin surface of a patient, where an incision is to be made. It is, of course, essential that the fenestration remain registered with the surgical site throughout the surgical procedure.

These ends, in the past, have been attained by forming the drape from a barrier fabric, which resists penetration by liquids. Both single use and washable, reusable drapes have been used. Generally speaking, reusable materials having the requisite degree of resistance to liquid penetration are relatively expensive and also relatively heavy. It will be briefly noted that reusable drapes are washed, dried and sterilized after each use. Thee procedures tend to degrade the barrier property and limit the number of times such surgical drapes can be used. Per use cost is, thus, a controlling economic factor, being inversely proportional to acquisition cost and the number of times the drape can be reused.

Alternatively, it has been an accepted practice to form the main portion of the drape from alight weight material, such as a percale woven from 50% polyester/50% cotton yarns. The main portion of the drape has a size sufficient for it to be stably positioned relative the surgical site. A second layer of barrier material is then attached to the percale drape, with the fenestration formed in the second layer. The barrier material has a high degree of resistance to liquid penetration and provides protection for the patient in the "critical zone" immediately adjacent to the fenestration. There is little likelihood of body liquids falling onto the drape outside of this "critical zone". Additionally, prior "critical zone" panels have had a contrasting color tog guide a surgeon, or attendant, in limiting contact to the "critical zone". In this fashion, adequate protection is provided for the patient, even though the main portion of the drape provides only limited protection against body liquids striking therethrough.

While prior, reusable, surgical drapes have been marginally adequate for the intended purpose of protecting surgical patients from body liquids, and the like, incident to a surgical procedure, nonetheless, these prior drapes have shortcomings. For example, there is, under certain circumstances, a tendency of the drape to shift relative to the patient. Also, where there is a relatively large volume of body liquids, or liquids incident to the surgical procedure, these liquids can run off of the "critical zone" panel and penetrate the drape to thus contact the skin of the patient. In fact the volume of liquids can be so great that liquids can drop to the floor of the operating room and create a hazard.

Accordingly, the object of the invention is to provide, for a surgical patient, improved protection from body liquids, and/or liquids incident to a surgical procedure coming into contact with the patient's skin.

Phrased differently, the broad object of the present invention is to provide a surgical drape, which gives improved control of body liquids, and other liquids, incident to a surgical procedure.

A related object of the present invention is to attain the foregoing end through the provision of an improved surgical drape which is capable of being washed and sterilized for reuse to the end that it is cost effective.

The foregoing ends are broadly attained by a surgical drape comprising a main panel and a "critical zone" panel secured thereto. The drape has a fenestration bordered by the "critical zone" panel. The "critical zone" panel comprises a barrier panel and an absorbent panel, with the absorbent panel being disposed outwardly of the barrier panel.

At this point it will be noted that the terms "water repellant" and "waterproof" are frequently referenced in connection with the properties of a fabric. The recognized distinction between these terms is that a "waterproof" fabric resists penetration by water under some finite, hydrostatic head. A "water repellant" fabric also



resists penetration of water, but only where there is no more than a minimal hydrostatic head, tending to cause penetration of the fabric. Actually, the terms "water repellant" and "waterproof" are misnomers in the present instance, in that many liquids involved in surgical procedures are non-aqueous. According the terms "liquid repellant" and "liquidproof" are used herein, with corresponding meaning.

The main panel of the present drape is, preferably, formed of a light weight, liquid repellent, woven fabric having a relatively high coefficient of friction. The absorbent panel is, preferably, non-piling and non-linting and formed of synthetic yarn. Advantageously, the yarn comprises continuous filament polyester fibers.

The barrier panel is, preferably, a liquid proof fabric. The barrier panel may be a liquid impervious fabric, formed of woven polyester yarns. Such fabrics are breathable, i.e., they are permeable to air and water vapor, it being conventional thinking that breathability is a desirable, if not essential, characteristic for surgical drapes. However, due to the fact that the barrier panel may be formed with a relatively small lateral extent, the barrier fabric may be impervious to both liquids and air and water molecules. The latter type fabric provides advantages in providing a longer service life, with assurance that liquids will not strike therethrough.

It is further preferred that all of the fabrics in the surgical drape have flame resistance and antimicrobial activity properties.

In accordance with the method aspects of the invention, a surgical drape is made by forming a main panel and forming a "critical zone" panel having an area less than the area of the main panel. The "critical zone" is made by securing a barrier panel to an absorbent panel, preferably by stitching. The "critical zone" panel is secured to the main panel, preferably by stitching, with the barrier panel facing the main panel and the absorbent panel facing outwardly. A fenestration is then formed in the drape by cutting through the "critical zone" panel.

Other ends of the invention may be attained by a surgical drape adapted to overlie a patient during the performance of a surgical procedure and having a fenestration for registration with the site of a surgical procedure. The drape comprises a main panel of relatively large lateral extent and a "critical zone" panel of substantially smaller lateral extent and extending outwardly from said fenestration.

This drape is characterized in that the "critical zone" panel comprises a liquid proof, barrier panel, and a trough disposed outwardly of the fenestration and adapted to receive liquids incident to a surgical procedure. In a more specific sense, a marginal edge portion of the barrier panel is folded on itself to form this trough.

The above and other related objects and features of the invention will be apparent from a reading of the following description of preferred embodiments of the invention, and the novelty thereof pointed out in the appended claims.

IN THE DRAWINGS

FIG. 1 is a plan view of a surgical drape embodying the present invention;

FIG. 2 is a perspective view of a subassembly employed in fabricating the surgical drape seen in FIG. 1;

FIG. 3 is a section, on an enlarged scaled, taken on line 3–3 in FIG. 1, with the thickness of cloth layers greatly exaggerated;

FIG. 4 is a plan view of another embodiment of the present invention; and

FIG. 5 is a plan view of yet another embodiment of the present invention;

FIG. 6 is a view of an a surgical drape, which embodies further features of the invention, illustrating the surgical drape as it would be draped over a patient;

FIG. 7 is a section taken on line 7–7 in FIG. 6;

FIG. 8 is a plan view of the surgical drape seen in FIG. 6;

FIG. 9 is a section, on a greatly enlarged scale, taken on line 9–9 in FIG. 8;

FIG. 10 is a plan view, on an enlarged scale, of the critical zone of the surgical drape, as seen in FIG. 8;

FIG. 11 is a section, on a further enlarged scale, taken on line 11–11 in FIG. 10; and

FIG. 12 is a section, on a further enlarged scale, taken on line 12–12 in FIG. 10.

FIG. 1 illustrates a surgical drape 10 of a type suitable for laparotomy and laminectomy operations. The drape comprises a main panel 12, and a compositely formed "critical zone" panel 14. A fenestration, or window, 16 is formed in the drape 10 within the outline of the "critical zone" panel 12. In use the drape 10 is laid draped over the body of a patient with the lower side of the main panel 10 in contact therewith. The drape 10 is then shifted in a manner to bring the fenestration 16 into registration with the location where an incision is to be made, i.e., the surgical site.

The "critical zone" panel 14 comprises a barrier panel 18 and an absorbent panel 20. Advantageously, the panels 18 and 20 are first secured together as a subassembly, FIG. 2, by stitching 22 peripherally of their marginally edges. This subassembly may then be placed on the main panel 12 and secured thereto by stitching 24. Thereafter, the enestration 16 may be formed, as by die cutting the fabric layers, 12, 18 and 20. Preferably, the edge portions of these layers, marginally of the fenestration 16 are then bound together by stitching 26. The marginal edges of the main panel 12 may also be seamed, or hemmed, as indicated in FIG. 3.

The main panel 12 is formed of a woven fabric which has characteristics which make it particularly effective in protecting the patient during a surgical procedure.

Thus, the material of panel 12 is highly flexible with a relatively light weight, in the order of 4.0 ounce per square yard. The flexible characteristic facilitates the drape 10 to conform to the contour of a person's body so that the fenestration 16 may be readily shifted to the surgical site, and then remain in registration with the surgical site as the surgical procedure is performed. The light weight characteristic, among other things means a lower volume, or mass, for the surgical

Another characteristic of the fabric for panel 12 is that it has a relatively high coefficient of friction. This characteristic further assists in preventing the drape from inadvertently shifting relative to the body of the patient, to the end that the fenestration 16 is maintained in registration with the site of the incision.

A preferred fabric for the main panel 12 is described in copending U.S. patent application Ser. No. 679,775, filed Apr. 3, 1991, in the names of Jeffrey L. Taylor, John M. Smith and C. Dean Goad. Briefly this fabric may be characteristic as a synthetic yarn fabric having a "hand" which is essentially the same as the "hand" of cotton muslin. This synthetic yarn fabric provides several advantages over cotton muslin, and the above referenced percale fabric, both of which have been used in fabricating reusable surgical drapes. "Hand" includes the flexibility of the fabric, which facilitates its ability to be draped over and conform to the contours of a patient.

These advantages include non-linting and non-pilling, which eliminate a potential source of contamination in the operating arena.

The preferred fabric is further characterized in that it is woven with a wave which creates floats and by the floats comprising air texturized, core and effect, polyester yarns. More specifically, the it is preferred that the main panel fabric be a two by two twill in which the filling yarn are air texturized, core and effect yarns and the warp



yarns are false twist texturized yarns, both of the warp yarns and filling yarns are set yarns to provide dimensional stability.

The described fabric construction, and particularly the air texturized, core and effect yarn provides the desired coefficient of friction for the main panel 12. It is also to be noted that coefficient of friction is also a factor, or characteristic, of the desired "hand" of the main panel 12, such characteristic being gauged against cotton muslin.

It is further preferred that the main panel be liquid repellant (reference the discussion of this term above). Polyester (or equivalent synthetic materials, such as nylon) are hydrophobic, This hydrophobic property provides inherent water repellency. Additionally, the above referenced application, provides teachings of the use of finish treatments which enhance the water repellency of the fabric.

Further characteristics of the fabric of panel 12 are that it has a relatively high strength, it creates little or no lint, either in use or in washing, and that its functionally characteristics are not unduly degraded by repeated washing/sterilization cycles. These characteristics contribute to an improved cost of the present surgical drape, on a per use basis, even though its acquisition cost may exceed that of conventional surgical drapes.

As its name implies, the function of the barrier panel 18 is to provide a high resistance to liquid penetration in the "critical zone" marginally of the fenestration 16. The barrier panel 18 is formed of a liquid proof fabric, in contrast to the water repellent fabric forming the main panel 12. Additional characteristics of the barrier panel 18 flexibility, or a "hand", which permits the "critical zone" portion of the drape to conform to the contour of the patient the surgical site. Further the panel should be lint free and non-pilling to prevent the intropanel should be lint free and non-pilling to prevent the introduction of this type of contaminant in the surgical arena. Importantly, the fabric for the barrier panel is capable of being repeatedly washed, dried and sterilized using known institutional processes, which employ harsh etergents and involve high temperatures, all without any serious degradation of the noted characteristics.

It has been noted, in prior art teachings, that there is a need for a surgical drape to be "breathable", i.e., to permit the passage of air and/or water vapor therethrough. While there are known barrier fabrics which provide both liquid impermeability and "breathability", one function is, to a greater or lesser extent, inversely proportional to the other. By providing the a "critical zone" panel, it is possible to employ barrier fabrics which have increased resistance to liquid penetration, since the main panel 12 provides breathability for the remainder of the drape.

Thus, the fabric for the barrier panel 18 may be selected primarily for its liquid impervious characteristic. A preferred fabric for this purpose is disclosed in copending application Ser. No. 679,735, filed Apr. 3, 1991, in the names of Jeffrey L. Taylor, Roy Luckenbach and Michael Coco. The referenced fabric is generally characterized by a silicone membrane having a thickness of 0.002-0.010 inches, which is bonded to a tightly woven, polyester fabric substrate. Such fabrics, having a weight in the range of approximately 6-7 ounces per square yard have the desired "hand".

An alternate fabric for the barrier panel 18 is taught in U.S. Pat. No. 4,822,667. That fabric is a tightly woven polyester which enable it to have the desired resistance to liquid penetration after as many as 100 washing/sterilization cycles.

The primary characteristic of the absorbent panel 20 is its ability to absorb liquids. It is further preferred that the panel 20 be non-pilling and non-linting after 100 cycles of washing/sterilization. These characteristics may be provided by making the fabric for panel 20 of yarns (knitted or woven), each comprised of a plurality of continuous filaments made of synthetic resinous (plastic) material, preferably polyester, and treating the layer to impart hydrophilic properties thereto. Commercially available hydrophilic finishes may be used to treat the fabric 20 in order to obtain the desired absorbency property.

A further characteristic of the absorbent panel 20 is that it is provided with an irregular surface. This, irregular surface, bordering the fenestration 16, is of great convenience to a surgeon, in that he may temporarily place an instrument on the "critical zone" panel, with little or no danger of it slipping off the drape. Thus, it is preferred that the absorbent panel 20 have what is referenced, in the textile art, as a texturized surface. FIGS. 2 and 3 illustrate the use of a texturized surface in the form of a waffle pattern. Waffle weaves are well known in the textile art and take various forms suitable for the absorbent panel 20, all as will be readily apparent to one skilled in the art. Texturized knit, or woven constructions enhance the absorbency of the panel 20 and, for this further reason, are preferred.

Preferred fabrics for the layer 20 are disclosed, and more particularly described in application for U.S. patent Ser. No. 548,136, filed Jul. 5, 1990.

As indicated above, the surgical drape 10 is placed on a patient, positioned on an operating table. The drape is positioned so that the fenestration 16 is located at the point where an incision is to be made. Drape 10 is designed for use in laparotomy procedures an would be draped over a patients torso, with the fenestration registered with the main trunk of the patient. The relatively high coefficient of friction property of the main panel 12 facilitates initial positioning of the drape and then maintains the fenestration in registration with the incision during the laparotomy procedure.

In the normal case, liquids which might exude, or be splashed, from the incision or which might drop from the instruments employed in the procedure, outside of the fenestration 16, fall upon and are absorbed by he absorbent panel 20, of the "critical zone" panel 14. This provides a highly effective means for controlling undesired flow of body liquids or the like. The absorbent panel 20 serves in the nature of a reservoir. The barrier panel 18, then serves to prevent the liquid absorbed into the panel 20 from penetrating through the drape 10 and contacting the skin of the patient.

Body liquids, or the like, which might fall outside the "critical zone" panel 14 are, in most instances, minimal in amount and the medium barrier properties of the main panel 12 are sufficient to protect the patient.

As indicated, the various components of the surgical drape 10 are capable of being washed and sterilized for subsequent reuse. Thus, the present drape is not only highly efficient in protecting the patient, but is also cost effective.

The fabrics forming the main panel 12, the barrier panel 18 and the absorbent panel 20 also, preferably, have slow burn rates and antimicrobial activity characteristics.

Burn rate standards are established by the Federal Consumer Products Safety Commission. The fabrics of the drape 10 meet the criteria for Class 1, as set forth in 16 CFR 1610.40, revised as of Jan. 1, 1986, both initially (when first placed in service) and after 100 washing/sterilization cycles.

Antimicrobial activity is assessed using CTM-0923. The fabrics of the drape 10 have antimicrobial activity such that, initially, there is no growth and at least a 90% kill and no growth after 100 washing/sterilization cycles.

Flame resistance and antimicrobial and static electricity dissipation properties can be provided by techniques known in the art and/or as taught by the disclosures in the referenced patent and/or patent application.

FIG. 4 illustrate a "split" surgical drape 10'. The drape 10' comprises the same components as in the first embodiment, which components are identified by primed reference characters. The drape 10' differs in that the fenestration 16' extends to the upper edge thereof. This permits the drape 10', for example, to be placed on opposite sides of a patient's neck, where the operative procedure is in that area.

Fabrication of the drape 10' may be the same as in the previous embodiment, employing the same fabrics, respectively, for the main panel 12', barrier panel 18' and absorbent panel 20'. The latter two panels may be first sewed together as a "critical zone" panel 14' subassembly and then mounted on the main 12' and the fenestration 16' die cut and seamed. It will be noted that the "critical zone" panel 14' extends for the full length of the main panel 12'. This configuration of the "critical zone" panel 14'



is selected because it is to be anticipated that body liquids may fall onto this area of the drape 10' in the types of procedures for which a "split" surgical drape is employed.

FIG. 5 illustrates a winged laparotomy drape 10". The drape 10" comprises the same basic components as the drape 10, which components are identified by the same reference characters, double primed. This drape differs in that the main panel is composited formed by panels 12A" and 12B". The surgical drape 10" covers the arms of the patient that are positioned perpendicular to the body of the patient, normally for the convenience of the anesthesiologist, who is administering anesthesia during the surgical procedure.

The "critical zone" panel 14", comprising barrier panel 18" and absorbent panel 20", may, again, be formed as a subassembly and mounted on the main panels 12A" and 12B" in the fashion above described, with the fenestration 16" then being formed with the minimum opening to provide access for the performance of the particular surgical procedure for which the drape 10" is intended.

The foregoing embodiment are highly effective in attaining the ends of the present invention. However, there are surgical procedures and circumstances, where the volume of liquids can exceed the absorption capacity of the absorbent panel 20. This is to say that, while not capable of being precisely defined, there is a practical limit on the size, or lateral extent of the "critical zone" panel 14. The ends of minimizing cost and overall weight dictate the size of the "critical zone" panel 14 be relatively small, and one skilled in the art will appreciate when the size of the "critical zone" panel becomes too great for such purposes.

In any event, the embodiment of FIGS. 6-12, serves the end of maintaining a minimum size "critical zone" panel, which providing means for controlling large volumes of liquid during the performance of a surgical procedure.

The surgical drape of this embodiment, identified generally by reference character 50 (FIG. 6) is designed for laparotomy procedures. This surgical drape comprises the same basic elements as found in the previous embodiments, thus there is a rectangular main panel 52, and a compositely formed "critical zone" pane 54. A fenestration 56 is formed in the drape 50 within the outline of the "critical zone" panel 54.

The "critical zone" panel comprises a barrier panel 58 and an absorbent panel 60 (FIGS. 9, 11 and 12). These panels may be secured together by stitching 62 which extends marginally of the peripheries of the panels 58, 60. The peripheries of these panels may then be edge bound by a bias tape 64, secured by stitching 66. Additionally, snaps 68 are secured across opposite edges of the "critical zone" panel 54. A second set of snaps 70 is secured to the "critical zone" panel 54, inwardly of and in aligned reaction with the snaps 68. These snaps are well known and commercially available. One set of snaps, 68 or 70 is a male snap and the other set is a female set. Their method of attachment, as by upsetting a metal tube, is also well known. As will be apparent, the snaps 68, 70 may be pressed together to provide a connection therebetween. A simple tension forces permits the snaps to be disengaged.

When the snaps are engaged, as illustrated in the drawings, opposite marginal edge portions of the "critical zone" panel 54 are folded inwardly to form troughs 72.

The described subassembly, comprising panels 58, 60, may then be secured to the main panel 52 by stitching 70 which extends marginally of the opposite ends of the "critical zone" panel 54 and terminates, approximately, at the bottom of the trough 72, which is formed when the snaps 68, 70 are engaged. Bar tacking, or similar means, may be provided at the opposite ends of the stitching 70.

After the "critical zone" panel 54 is thus secured to the main panel 52, the panels 52, 58 and 60 may be die cut to form the fenestration 56. The portions of the panels defining the fenestration opening may then be edge bound by a tape 74, secured by stitching 76 (FIG. 12).

At this point it will be noted that selection of the fabrics for the main panel 52, barrier panel 58 and absorbent panel 60 is controlled by the same considerations detailed in connection with the corresponding main panel 12, barrier panel 18 and absorbent panel 20, found in the first described embodiment. This is to say that the corresponding panels provide the same basic functions in both embodiments. It will be noted that the outer surface of the absorbent panel 60 is not illustrated as having a waffle pattern. This is simply to indicate, more generally, that this surface may be texturized, in various ways to provide increased friction and absorbency.

FIGS. 6 and 7 further illustrate the use of the surgical drape 50, showing it disposed, in conventional fashion, over a patient positioned on an operating table T. The fenestration 56 is registered with the surgical site for performance of a laparotomy procedure. It will be seen that the surgical drape 50 folds downwardly to position the troughs 72 in an angled, upwardly open orientation.

Thus any liquids, incident to the procedure, which exceed the absorption capacity of the panel 60, will collect in the trough. If the amount of liquid is not excessive, the liquid will simply be collected in the trough and not fall to the floor, where it could be a hazard. If the volume of liquid is sufficiently great, a nurse can insert a suction tube into the trough 72 and remove the liquid to thereby prevent it from draining to the floor.

It will also be seen that the troughs 72 provide a further means for the control of surgical instruments. Thus, if for some reason, an instrument would slip from the generally horizontal portion of the "critical zone" panel 54, despite the increased friction of the absorbent panel 60, it will, in most cases, be trapped in one or the other of the troughs 72.

It is to be noted that the snaps 68, 70 space the side edge portions of the "critical zone" panel 54 from the main portion thereof, thereby creating a finite opening for the troughs 72. It is to be further noted, from FIG. 9, that there is a tendency of the marginal edge portions of the "critical zone" panel 54 to bulge outwardly, thereby increasing the opening of the troughs 72. These features facilitate the insertion of a suction tube to remove excess liquid, as well as enhancing the chances that a surgical instrument will be caught in the troughs, rather than falling to the floor.

It has been found that the foregoing ends are best attained by the illustrated provision of a pair of mating snaps 68, 70, adjacent each end of the trough, and a single mating snaps 68, 70 centrally thereof.

As an alternate to the described provision of an open ended trough, the ends of the trough could be closed. This would provide the advantage of eliminating the need for suctioning off liquid during a procedure, or, at least, minimizing the frequency of suctioning off liquid.

However, the describebe of releasable means to form the trough is preferred. The basis for this preference is that the "critical zone" panel 54 can be placed in a flat condition for washing/sterilization. Thus, after use, the snaps 68, 70 are disconnected before the washing/sterilization processes. In this fashion, possible entrapment of solid matter, which would also fall into a trough during a surgical procedure, is eliminated. The elimination of the troughs, in this fashion, therefore, gives a greater assurance that the surgical drape can be effectively recycled for use in a subsequent surgical procedure, through the use of existing washing/sterilization techniques.

It is also to be recognized, that the provision of troughs provides an alternate approach to controlling liquids incident to a surgical procedure. While the use of this feature is preferred in combination with an absorbent panel, it would be possible to obtain some advantages by eliminating the absorbent panel as a component of the "critical zone" panel 54. Alternatively, the absorbent panel need not be coextensive with the barrier panel of the "critical zone" panel 54 and could be disposed only in the areas immediately adjacent to the fenestration 56.

These and other variations from the embodiments herein disclosed will occur to those skilled in the art within the spirit and scope of the present invention as set forth in the following claims.

52

## Patent Citations (11)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| US3669106A * | 1970-07-27 | 1972-06-13 | Kimberly Clark Co | Surgical drape with adhesive attachment means |
| US4040418A * | 1976-04-12 | 1977-08-09 | The Kendall Company | Surgical drape with retaining means |
| US4089331A * | 1976-12-06 | 1978-05-16 | The Kendall Company | Surgical drape with fenestration liner |
| US4134398A * | 1976-03-03 | 1979-01-16 | Johnson & Johnson | Surgical drape having improved retaining means |
| US4275720A * | 1979-08-08 | 1981-06-30 | The Kendall Company | Surgical drape with barrier member |
| US4323062A * | 1980-11-28 | 1982-04-06 | The Kendall Company | Surgical drape with retaining device |
| US4476860A * | 1982-09-15 | 1984-10-16 | The Kendall Company | Surgical drape |
| US4616642A * | 1984-09-04 | 1986-10-14 | Kimberly-Clark Corporation | Surgical drape for caesarean section |
| US4957120A * | 1988-09-16 | 1990-09-18 | Kimberly-Clark Corporation | Surgical drape with extremity pouch |
| US5002070A * | 1983-09-06 | 1991-03-26 | Standard Textile Company, Inc. | Launderable cloth-like product for surgical use and method of making the same |
| US5038798A * | 1990-03-19 | 1991-08-13 | Baxter International Inc. | Opthalmic drape with fluid collection pouch |

Family To Family Citations

* Cited by examiner, † Cited by third party

## Cited By (37)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| US5345946A * | 1993-04-23 | 1994-09-13 | Johnson & Johnson Medical, Inc. | Multi-element surgical drape with sealable surgical run-off pouches |
| EP0631760A2 * | 1993-06-29 | 1995-01-04 | Standard Textile Company, Inc | Surgical drape with improved construction for 'critical zone' panel |
| WO1995001135A1 * | 1993-06-30 | 1995-01-12 | Kimberly-Clark Corporation | Single step sterilization wrap system |
| US5409018A * | 1993-09-13 | 1995-04-25 | Standard Textile Co., Inc. | Surgical drape with retractor tunnels |
| WO1995010986A1 * | 1993-10-18 | 1995-04-27 | Kimberly-Clark Corporation | Surgical drape and method of assembly |
| US5464024A * | 1994-07-05 | 1995-11-07 | Standard Textile Co., Inc. | Reusable surgical drape with fluid-retaining trough |
| FR2720234A1 * | 1994-05-24 | 1995-12-01 | Hubert Copin | Impermeable textile material, esp. for use in surgical operations |
| US5540979A * | 1994-05-16 | 1996-07-30 | Yahiaoui; Ali | Porous non-woven bovine blood-oxalate absorbent structure |
| US5546960A * | 1992-06-30 | 1996-08-20 | Molnlycke Ab | Surgical drape |
| DE29609274U1 * | 1996-05-23 | 1996-08-22 | Harren Bernd A | Medical absorbent cloth |
| USD378408S * | 1995-05-31 | 1997-03-11 | Tecnol Medical Products, Inc. | Cord and tube organizer |
| US5640975A * | 1993-02-16 | 1997-06-24 | Diao; Edward | Surgical drape for use in upper extremity operations |
| US5713372A * | 1993-09-27 | 1998-02-03 | Tecnol Medical Products, Inc. | Fluid control pad with pouches |
| US5778889A * | 1996-08-30 | 1998-07-14 | Kimberly-Clark Worldwide, Inc. | Craniotomy drape |
| US5920929A * | 1997-12-01 | 1999-07-13 | Henwood Corporation | Immobile-patient transfer device |
| WO1999035992A1 * | 1998-01-20 | 1999-07-22 | Rexam Medical Packaging, Inc. | Medical drape |

*53*

3/9/23, 11:12 AM                    US5222507A - Surgical drapes and methods of making same - Google Patents

| | | | | |
|---|---|---|---|---|
| WO1999037234A1 * | 1998-01-26 | 1999-07-29 | Kimberly-Clark Worldwide, Inc. | Surgical drape with attachable fluid collection pouch |
| US6239048B1 | 1994-12-28 | 2001-05-29 | Fibermark, Inc. | Light-activated antimicrobial and antiviral materials |
| US6298855B1 | 1999-10-22 | 2001-10-09 | Kimberly-Clark Worldwide, Inc. | Surgical drape |
| US6406674B1 | 1993-06-30 | 2002-06-18 | Kimberly-Clark Worldwide, Inc. | Single step sterilization wrap system |
| DE20207356U1 * | 2002-05-08 | 2003-06-12 | Riesinger Birgit | Absorbent body for connection to skin and mucous membrane surfaces |
| US20030119562A1 * | 2001-11-26 | 2003-06-26 | Sony Corporation | Task display switching method, portable apparatus and portable communications apparatus |
| US20030188753A1 * | 2002-04-03 | 2003-10-09 | Kimberly-Clark Worldwide, Inc. | Radial angiography drape |
| US20040025886A1 * | 2002-08-08 | 2004-02-12 | Masini Michael A. | Surgical drape adapted for use with radiological equipment |
| US20040074593A1 * | 2002-10-16 | 2004-04-22 | Schild Lisa A. | Methods of making multi-layer products having improved strength attributes |
| US20040076564A1 * | 2002-10-16 | 2004-04-22 | Schild Lisa A. | Multi-layer products having improved strength attributes |
| US20060065274A1 * | 2004-09-29 | 2006-03-30 | Mathis Michael P | Three piece drape with fluid diversion capabilities |
| US20060104857A1 * | 2004-11-15 | 2006-05-18 | Pigott James M | Sterilization wrap with indicia for placement of medical instrumentation or trays |
| US20060212733A1 * | 2002-08-14 | 2006-09-21 | Hamilton Tony G | Method and apparatus for a computing system having an active sleep mode CPU that uses the Cache of a normal active mode CPU |
| US20070026472A1 * | 2005-07-28 | 2007-02-01 | Kimberly-Clark, Worldwide, Inc. | Sterilization wrap with additional strength sheet |
| US20070079834A1 * | 2005-10-07 | 2007-04-12 | Rogelio Reyes | Fenestrated extremity surgical drape |
| EP1782746A1 * | 2005-11-03 | 2007-05-09 | N.G.C. Medical S.p.A. | A disposable surgical drape |
| US20080283064A1 * | 2007-05-15 | 2008-11-20 | Carrie Block | Surgical drape with position assisting fenestration |
| WO2009152993A1 * | 2008-06-18 | 2009-12-23 | Paul Hartmann Ag | Surgical cover having integrated fluid barrier |
| US20100022981A1 * | 2006-12-15 | 2010-01-28 | Michael Stephen Goodman | Self-contained disposable changing mat |
| US20100024831A1 * | 2006-03-22 | 2010-02-04 | Mölnlycke Health Care Ab | Surgical drape having an absorbent edge |
| US11439360B2 * | 2017-08-16 | 2022-09-13 | Hologic, Inc. | Medical procedure draping system |

Family To Family Citations

* Cited by examiner, † Cited by third party, ‡ Family to family citation

## Similar Documents

| Publication | Publication Date | Title |
|---|---|---|
| US5222507A | 1993-06-29 | Surgical drapes and methods of making same |
| US4535481A | 1985-08-20 | Surgical gown for high fluid procedures |
| US5813052A | 1998-09-29 | Zoned surgical gown |
| CA1125132A | 1982-06-08 | Surgical drape |
| CA1100704A | 1981-05-12 | Surgical gown |
| US4891846A | 1990-01-09 | Medical absorption garment |
| US4736467A | 1988-04-12 | Operating room clothing system |
| US5461724A | 1995-10-31 | Article of clothing, in particular for the medical or chemical field having barrier membrane in critical areas |
| US4991232A | 1991-02-12 | Surgical gown and method of making same |
| US5027438A | 1991-07-02 | Operating room clothing with coated fabric |
| US5163914A | 1992-11-17 | Support for a respirator hose |

*54*

3/9/23, 11:12 AM                    US5222507A - Surgical drapes and methods of making same - Google Patents

| US5038798A | 1991-08-13 | Opthalmic drape with fluid collection pouch |
| US7610918B2 | 2009-11-03 | Surgical drape with an integral underbuttocks portion |
| US4873997A | 1989-10-17 | Surgical drape |
| US20030121522A1 | 2003-07-03 | Surgical drape |
| EP0854682B1 | 2001-12-19 | Neck protection device |
| US3766913A | 1973-10-23 | Surgical drape with absorptive region |
| KR20000035938A | 2000-06-26 | Craniotomy drape |
| CA2427328A1 | 2002-05-30 | Surgical drape having a pocket-forming feature |
| US5394891A | 1995-03-07 | Surgical drape with improved critical zone panel |
| EP0166124A2 | 1986-01-02 | Ophthalmology drape |
| US5398700A | 1995-03-21 | Surgical drape with improved construction for critical zone panel |
| US20030056698A1 | 2003-03-27 | Sterile surgical table cover |
| US5720052A | 1998-02-24 | Neck protection device |
| US20020032422A1 | 2002-03-14 | Washable absorption element suitable for reuse |

## Priority And Related Applications

### Child Applications (2)

| Application | Priority date | Filing date | Relation | Title |
|---|---|---|---|---|
| US08/085,011 | 1991-04-03 | 1993-06-29 | Continuation-In-Part | Surgical drape with improved critical zone panel |
| US08/084,001 | 1991-04-03 | 1993-06-29 | Continuation-In-Part | Surgical drape with improved construction for critical zone panel |

### Priority Applications (3)

| Application | Priority date | Filing date | Title |
|---|---|---|---|
| US07/680,089 | 1991-04-03 | 1991-04-03 | Surgical drapes and methods of making same |
| US08/085,011 | 1991-04-03 | 1993-06-29 | Surgical drape with improved critical zone panel |
| US08/084,001 | 1991-04-03 | 1993-06-29 | Surgical drape with improved construction for critical zone panel |

### Applications Claiming Priority (1)

| Application | Filing date | Title |
|---|---|---|
| US07/680,089 | 1991-04-03 | Surgical drapes and methods of making same |

## Legal Events

| Date | Code | Title | Description |
|---|---|---|---|
| 1992-01-02 | AS | Assignment | **Owner name:** STANDARD TEXTILE COMPANY, INC. |
| | | | **Free format text:** ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:TAYLOR, JEFFREY L.;REEL/FRAME:005959/0274 |
| | | | **Effective date:** 19910415 |
| 1993-06-16 | STCF | Information on status: patent grant | **Free format text:** PATENTED CASE |
| 1997-02-04 | REMI | Maintenance fee reminder mailed | |
| 1997-06-28 | FPAY | Fee payment | Year of fee payment: 4 |
| 1997-06-28 | SULP | Surcharge for late payment | |



55

3/9/23, 11:12 AM

US5222507A - Surgical drapes and methods of making same - Google Patents

| 2000-09-29 | FPAY | Fee payment | Year of fee payment: 8 |
| 2004-09-29 | FPAY | Fee payment | Year of fee payment: 12 |

○ Concepts

machine-extracted

⬇ Download    Filter table ▾

| Name | Image | Sections | Count | Query match |
| --- | --- | --- | --- | --- |
| ▶ liquid | | claims,abstract,description | 126 | 0.000 |
| ▶ fabric | | claims,abstract,description | 108 | 0.000 |
| ▶ absorbent | | claims,abstract,description | 62 | 0.000 |
| ▶ absorbent | | claims,abstract,description | 62 | 0.000 |
| ▶ surgical procedure | | claims,abstract,description | 48 | 0.000 |
| ▶ irregular | | claims,abstract,description | 8 | 0.000 |
| ▶ penetration | | claims,description | 22 | 0.000 |
| ▶ washing | | claims,description | 22 | 0.000 |
| ▶ polyester | | claims,description | 20 | 0.000 |
| ▶ sterilising | | claims,description | 18 | 0.000 |
| ▶ sterilization and disinfection | | claims,description | 18 | 0.000 |
| ▶ effects | | claims,description | 10 | 0.000 |
| ▶ woven fabric | | claims,description | 10 | 0.000 |
| ▶ membrane | | claims,description | 6 | 0.000 |
| ▶ substrate | | claims,description | 6 | 0.000 |
| ▶ synthetic fiber | | claims,description | 4 | 0.000 |
| ▶ single layer | | claims | 2 | 0.000 |
| ▶ synthetic textile | | claims | 2 | 0.000 |

Show all concepts from the description section

Data provided by IFI CLAIMS Patent Services

About    Send Feedback    Public Datasets    Terms    Privacy Policy

*56*

3/9/23, 11:25 AM

Glove Tests: Rubber, Nitrile and Vinyl

Sotera Health    Nelson Labs    Nordion    Sterigenics

Sotera Health Academy    Testing Verification ⌄    Quote (0)    Pay Bill    Customer Portal Login

Testing ⌄    Advisory Services ⌄    Request a Quote ⌄    Education ⌄
News & Events ⌄    About Us ⌄    Global Locations ⌄

**FIND A TEST**

Medical Devices (11) ⌄

Pharmaceutical (10) ⌄

Tissue Testing (4) ⌄

# Glove Testing

## Why is Glove Testing Important?



**Glove Tests** are used to evaluate dimensions, tensile strength and elongation, puncture, residual powder, leakage, simulated use, heat aging degradation, and viral barriers. These tests are appropriate for rubber, nitrile, and vinyl materials.

Nelson Labs performs tests in compliance with ASTM D3578 (rubber exam), ASTM D3577 (rubber surgical), ASTM D6319 (nitrile), ASTM D5250 (vinyl), and ASTM F1342 puncture test standards. Samples are heat aged in an oven.

### Applicable Standards

- ASTM D5151
- ASTM D3579
- ASTM D6124
- ASTM F1342
- NFPA 1999



## What Glove Testing does Nelson Labs Perform?

The Glove tests are conducted according to current FDA expectations for patient examination gloves (ASTM D3578), medical surgical gloves (ASTM D3577), and PVC gloves (ASTM D5250). It includes adherence to ASTM standards as well as the NFPA 1999 standard for physical properties. Glove testing includes:

Chat Now 💬

**Tensile test, elastomeric materials (ASTM D412) / Glove tensile test, aged and unaged (ASTM D3578):** The test specimen is cut with the ASTM D412 die C unless otherwise requested. Marks are made 1 inch apart and the median of three thickness measurements is used in calculating the cross-sectional area. The instrument is set up with the crosshead speed to 20 inches per minute and the specimen is inserted into the grips. The elongation of the specimen is measured between the marks with an extensometer. For aged tensile, the gloves are aged at 70° for 3 days (vinyl) or 7 days (Nitrile, latex), allowed to rest for 16-96 hours, then tested. Puncture GLU 140 is also used for fabrics and plastic films.

**Whole glove viral barrier (NFPA 1999):** This test procedure is used for evaluating viral barrier properties of whole gloves. Gloves are suspended in a flask filled and subject to the challenge virus (phiX174 bacteriophage) at a concentration of $\geq 10^8$ plaque-forming units (PFU) per mL. The test samples are agitated throughout a 1-hour challenge on an orbital shaker operated at 100 – 115 revolutions per minute (rpm) and then assayed for viral penetration.

**Glove heat aging degradation test (ASTM D573, NFPA 1999):** For ASTM D573, the test specimen is conditioned in an oven at $70 \pm 2°C$ for $166 \pm 2$ hours. For NFPA 1999, the test specimen is conditioned in the oven at $100 \pm 2°C$ for $22 \pm 0.3$ hours.

**Evaluation of leakage in gloves (ASTM D5151):** This test is intended to determine barrier evaluation of gloves by visual and leak test procedures on synthetic and latex examination and/or surgical gloves. The method consists of visual examination of the gloves, securing test glove to a plastic cylinder, and filling the glove with 1000 mL of water. The glove is suspended and examined for visual leaks immediately after addition of the water and at 2 minutes after adding the water.

**Puncture resistance (ASTM F1342):** This test method determines the puncture resistance of a material specimen by measuring the force required to cause a sharp-edged puncture probe to penetrate through the specimen.

**Glove test for residual powder, aged and unaged (ASTM D6124):** This test is used for the evaluation of residual powder on gloves by weight. The procedure consists of rinsing individual gloves with water, filtering the liquid, and subtracting the tare filter weight from the final filter weight after desiccation.

**Glove physical dimensions (ASTM D3578-91, ASTM D573, ASTM D5250):** This test measures the dimensions of the gloves in millimeters. The length is measured from the tip of the second finger to the outside edge of the cuff. The width of the palm is measured at a level between the base of the index finger and the base of the thumb. The minimum thickness measured at the tip of the second finger and the palm.

**Recommended replicates:** Varies depending on the acceptable quality level (AQL) per sampling plan for each individual test. For the ASTM D5151, 125 gloves are required (surgical or examination) to begin testing. For the whole glove barrier test, 5 gloves are required. Fo

*58*

Chat Now 💬

further guidance, please refer to ISO 2859 or contact Nelson Labs and we'll be happy to help you determine quantity needed.

## Testing Options

Ask an expert for a specific consultation on your product. If you are ready to submit your samples for testing, fill out the Sample Submission Form.

GLV110 Glove Test: Tensile Test, (unaged)

GLV115 Glove Test: Tensile Test, (aged)

GLV120 Glove Test: Physical Dimensions

GLV140 Glove Test: Puncture Resistance, ASTM F1342

GLV210 Glove Test: Evaluation of Leakage in Gloves, ASTM 5151 (set of 125)

GLV220 Glove Test: Evaluation of Leakage in Gloves, each

GLV410 Glove Test: Whole Glove Viral Barrier Study

## Sample Specifications

- GLV110 : Minimum 13 samples
- GLV115 : Minimum 13 samples
- GLV120 : Minimum 13 samples
- GLV140 : Minimum 12 samples
- GLV210 : One box of each glove size from each type/ lot
- GLV410 : Minimum 11 samples per type/lot

## Testing Locations

- Salt Lake City, UT, USA

To learn more about this location and its certifications, click here.

## Contact Us

If you have additional questions about medical glove testing, or would like to consult with the experts at Nelson Labs, just send us a request or call us at +1 (801) 290-7500.



Chat Now 💬

3/9/23, 11:25 AM

Glove Tests: Rubber, Nitrile and Vinyl

in    ▶    f

Nelson Laboratories, LLC          Nelson Labs NV
6280 S. Redwood Rd.              Romeinsestraat 12
Salt Lake City, UT 84123         B-3001 Leuven, Belgium
+1 (800) 826-2088                +32 (0) 16 40 04 84
+1 (801) 290-7500

Nelson Laboratories, LLC – A Sotera Health company © 2019 All rights rese

60

Chat Now 💬

Connect and transact with thousands of top North American companies today

Insights ▾ | Articles and White Papers by Keyword                                   Industry Insights

Guides

# How to Make Medical Gloves for Coronavirus/COVID-19

Brittany Henneberry | Share: in  f  y  ✉

Although there are four main types of disposable gloves used in the medical field, they are manufactured and tested in similar ways. In this guide, we'll be going over the different types of disposable medical gloves, how they're manufactured, and what kind of testing they go through. If you'd like to learn more about how other types of medical supplies are manufactured, you can also check out our comprehensive guide on how PPE is made.

At a glance:

1. Types of Gloves
2. How Gloves are Made
3. Glove Testing

## Types of Gloves

There are four main types of rubber gloves: latex, nitrile, polyvinyl chloride (commonly known as vinyl), and polychloroprene (commonly known as neoprene). Medical gloves can come with coatings or treatments such as polymer coating, but they cannot have powder on them according to FDA guidelines.

- **Latex gloves** are made from natural rubber. Rubber tree sap is harvested and preserved with ammonia, then purified and concentrated to get rid of water and impurities. After mixing it with additional processing chemicals, latex is ready to use for gloves. These gloves are the most elastic and resilient type, as well as biodegradable. They also provide the highest level of protection against viruses. However, they can also be an allergen to certain people, as well as creating allergies for people who are constantly exposed to latex over time.

- **Vinyl gloves** are best for low risk situations, as they do not provide much protection from micro-organisms. These are the least expensive type of glove, but they do not fit as well as other types. The rubber in these gloves comes from polymerized polyvinyl chloride (PVC), which is given plasticizer to make it flexible.

- **Nitrile gloves** come from nitrile butadiene rubber (NBR), a copolymer. Acrylonitrile and butadiene are combined in a copolymerization process to create this material. Nitrile gloves are stronger and wear better than latex while providing a better fit and more dexterity than vinyl. They also protect against chemicals and viruses.

- **Neoprene gloves** are made up of a combination of chlorine, carbon, and hydrogen, crosslinked as polymers using sulfur. These gloves are not as commonly used, but they combine the properties of latex and nitrile. They provide a good fit and are durable and free of allergens while providing protection from chemicals and bodily fluids.

Related: Types of Safety Gloves

## How Gloves are Made

Whichever material rubber gloves are made of, they are manufactured in the same basic way. The process starts with hand-shaped ceramic or aluminum molds on a conveyor, which are dipped in wash tanks with hot water and chlorine or bleach and then dried. This dipping gets rid of any potential residue from the previous batch of gloves. Once the molds are cleaned, they must be coated to make the rubber stick. To accomplish this the molds are dipped into a mixture of calcium nitrate solution (which will coagulate the rubber) and calcium carbonate (which is a lubricant to keep the [...] drying occurs, and then the glove forms dip into tanks of either latex, nitrile, or polyvinyl[...]

chl[...]                                                           the materials must be processed differently.

Lat[...]                                                           they remain in the tank. Once the forms are out, they spin to remove excess rubber and

**Cookie Policy**

the [...]                                                          cess removes excess latex and chemicals to lower the severity of any allergic reactions. The

Thomas uses cookies to ensure that we give you

forr[...]  the best experience on our website. By using this    interlinks the rubber molecules to make the gloves stronger. After a second rinse to

rem[...]  site, you agree to our Privacy Statement and our     ries of brushes that roll (also known as beading) their ends into cuffs. They are then

rem[...]  Terms of Use.                                        ves can be tested and shipped.

Accept

Nitrile or vinyl gloves are also dipped in a tank filled with liquid rubber and baked to form and dry them. Gloves then may undergo chlorination or polymer coating to make them easier to put on and take off. Chlorination, in which they are exposed to chlorine, makes them harder and more slippery. They can also be polymer-coated, which lubricates them. Once any coatings are added, gloves are stripped from the molds, commonly by human workers, since synthetic rubber is stickier than latex. The gloves then can be tested.

## Glove Testing

There are two types of testing gloves must go through. Firstly, gloves must meet regulatory requirements to be certified as medical grade before they can go onto the market. Once these requirements are met, each batch of gloves is given simpler tests afterward to ensure quality is being maintained.

For batch testing, gloves are tested first by being filled with air, then by using the pinhole leak test according to ASTM standards. Although all gloves have pinholes, the test ensures the pinholes aren't big enough to allow fluid to reach the skin. Workers fill the gloves with a liter of water and watch for two minutes for leaks. Industrial glove batches have to meet an acceptable quality limit, or AQL, of 2.5%, which statistically means that only 2.5 gloves per 100 can fail the test. Having 1.5 gloves per 100 fail means the gloves are of higher quality and can be used in medical applications.

Besides the tests that must be performed on each glove batch, there are regulatory tests to prove the gloves being manufactured are safe enough to merit a medical rating. All gloves must pass a dimension test, in which the glove must meet requirements for the length between the cuff and middle fingertip and the width of the palm, as well as a certain thickness requirement. These measurements depend on glove size and type. Gloves must also pass sterility tests in line with the guidelines in the U.S. Pharmacopeia, and aging tests, which require a glove to meet tensile and elongation performance standards after being heated at 70 degrees C and 100 degrees C for a certain number of hours. Powder amount must also be less than 2 mg per glove. Latex gloves must also pass additional tests for aqueous extractable protein content and antigenic protein content.

ASTM is currently making its testing standards for PPE available for free to help companies producing vital supplies during the pandemic. You can register to read the standards on their website. The FDA has also temporarily cut down on some of the requirements to approve medical gloves for manufacturing, as long as companies send a premarket 510k notification, the product follows ASTM standards, and the gloves are properly labeled. More information can be found on their website.

## Conclusion

This article summarizes the main types of disposable medical gloves, how they're manufactured, and what tests they are required to pass. If you're part of a medical or other relevant organization looking to source necessary COVID-19 supplies, we encourage you to sign up for our free critical product matchmaking services. If your company can help with producing these or other PPE products, feel free to sign up for a free listing and be vetted as a COVID-19 Response Supplier. Response suppliers are badged and placed in a special category on our website so companies and organizations that need your products and services can find you.

Sources:

1. https://blog.ammex.com/how-nitrile-and-vinyl-gloves-are-made/#.Xp4NLMhKg2w
2. https://blog.ammex.com/how-latex-gloves-are-made/#.Xp4Kx8hKg2x
3. https://www.businessinsider.com/creepy-factory-where-rubber-gloves-are-made-2014-10
4. https://avacaremedical.com/medical-gloves-guide
5. https://blog.ammex.com/medical-gloves-defined/#.XqBE2chKg2w

## Other Medical Articles

- Top Medical Equipment Manufacturers in the USA
- Types of Medical Packaging - A ThomasNet Buying Guide
- Medical Ceramics
- Polycarbonate: Medical Applications
- Federal Guidelines for Medical Device Assembly
- Top Suppliers of Medical Devices
- Cookie Policy

  Thomas uses cookies to ensure that we give you
  the best experience on our website. By using this
  site, you agree to our Privacy Statement and our
  Terms of Use.

  Accept

:tion Criteria

62

- Top Suppliers of Medical Testing Kits
- The Pharmaceutical Manufacturing Process - Steps, Tools, and Considerations
- Top Medical Ventilator Manufacturers and Companies in the US
- Top Reagents Suppliers and Manufacturers in the US
- Top Aloe Vera Manufacturers and Suppliers
- Top Thermometer Manufacturers and Suppliers
- How to Make PPE (Personal Protective Equipment)
- Top Medical Fabrics Manufacturers and Suppliers

Share

## More from Other

Other
**The Best Self-Propelled Lawn Mower, According to 33,620+ Customer Reviews**

Other
**The Best Black Friday Appliance Deals, According to 88,500+ Customer Reviews**

Other
**The Best Commercial Coffee Grinder, According to Hundreds of Customer Reviews**

Other
**The Best Copier for Small Business, According to 30,000+ Customer Reviews**

Other
**The Best Electric Riding Lawn Mower, According to 3,000+ Customer Reviews**

Other
**The Best Lawn Mower for Hills, According to 29,500+ Customer Reviews**

Rel

**Cookie Policy**

Thomas uses cookies to ensure that we give you the best experience on our website. By using this site, you agree to our **Privacy Statement** and our **Terms of Use**.

Accept

63

Did You Know You Could Make Steel Out of This Green Element?

3/5

Business & Industry
**Converting Sound Waves Into 3D Printed Objects**

Thomas Index
**Amid Consumer Focus on Sustainability, Food Packaging Sourcing Is Up 240% YoY**

📁 **Browse by Category**

**Adhesives & Sealants**

**Automation & Electronics**

**Calculators**

**Chemicals**

**Custom Manufacturing & Fabricating**

➕ **View More**

## Find Suppliers, Insights, Tools and More...

Become part of North America's largest and most active network of B2B buyers and industrial/commercial suppliers.

Select From Over 500,000
Industrial Suppliers

Receive Daily
Industry Updates

Search Over
6 Million Products

Download 2D & 3D
CAD Models

Start Sourcing Suppliers | Claim Your Company Profile

| Find Suppliers | Industry Insights | For Business |
| Supplier Discovery | Topics | Advertise |
| Product Catalogs | Thomas Index (TMX) | Content & Data Services |
| | Daily Bite | Marketing Services |
| **Cookie Policy** | Guides | Thomasnet Reviews |
| Thomas uses cookies to ensure that we give you | White Papers | Claim Your Company Profile |
| the best experience on our website. By using this | Certification Glossary | Thomas WebTrax |
| site, you agree to our **Privacy Statement** and our | Subscribe | Events & Webinars |
| **Terms of Use**. | Industry Update Podcast | |
| Accept | | |
| Site Maps | About | |

64



8501 Georgia Ave
Silver Spring, MD, 20910-3402
(301) 587-6565

Terminal: 0227M600MIX01
3/21/2023 13:06
Receipt #: 02277SC5080
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 443 | ES B&W S/S White 8.5 x11 | 75.31 |

| | | |
|---|---|---|
| SubTotal | | 75.31 |
| District tax | | 0.00 |
| City tax | | 0.00 |
| County tax | | 0.00 |
| State tax | | 4.52 |
| Total | USD | $79.83 |

Acct #:************4564
CHASE VISA
Chip Read
Auth No.: 08130D
Mode: Issuer
AID: A000000031010
NO CVM
CVM Result: 1F0002
TVR: 0000008000
IAD: 06021203602002
TSI: E800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



Tell us how we're doing and
receive $7 off your next $40
print order*. Complete our survey
by scanning the QR code below,
visit **fedex.com/welisten**.



Offer expires 6/30/2023

*$7 off print order of $40.00 or more. Discount applies to orders placed
in a FedEx Office store or online through FedEx Office® Print Online.
Offer is valid at time of purchase only, has cash value and may not be
discounted or credited toward past or future purchases, discount cannot
be used in combination with custom-bid orders, other coupons, or
discounts, including account pricing. Discount not valid on the following
products and services: finishing only orders, self-service print, photo
station, fax or scan, direct mail, FDDM® or postage. Does not apply to
shipping, Custom Branded boxes, such or delivery charges. Does not
apply to retail products. No cash value. Offer void where prohibited or
restricted by law. Products, services and hours may vary by location.
© 2023 FedEx. All rights reserved. Offer expires 6/30/2023.

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
**fedex.com/officeserviceterms** for details.

Categories                          Thomas Brand Center

Featured Companies                  Careers

Featured Categories                 Press Room

Featured Products                   Sign Up

Featured Catalogs                   Sign In

                                    Contact

                                    Help Center

**Cookie Policy**

Thomas uses cookies to ensure that we give you
the best experience on our website. By using this
site, you agree to our **Privacy Statement** and our
**Terms of Use**.

Accept



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Center - WO66-G609
Silver Spring, MD 20993-0002

November 6, 2015

Medline Industries, Inc.
Matt Clausen
Sr. Regulatory Affairs Specialist
One Medline Place
Mundlelein, IL 60060

Re: K143693
    Trade/Device Name:  Medline Sharps Containers
    Regulation Number:  21 CFR 880.5570
    Regulation Name:  Hypodermic Single Lumen Needle
    Regulatory Class:  Class II
    Product Code:  MMK
    Dated:  November 2, 2015
    Received:  November 5, 2015

Dear Mr. Clausen:

We have reviewed your Section 510(k) premarket notification of intent to market the device
referenced above and have determined the device is substantially equivalent (for the indications
for use stated in the enclosure) to legally marketed predicate devices marketed in interstate
commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to
devices that have been reclassified in accordance with the provisions of the Federal Food, Drug,
and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA).
You may, therefore, market the device, subject to the general controls provisions of the Act. The
general controls provisions of the Act include requirements for annual registration, listing of
devices, good manufacturing practice, labeling, and prohibitions against misbranding and
adulteration. Please note:  CDRH does not evaluate information related to contract liability
warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA),
it may be subject to additional controls. Existing major regulations affecting your device can be
found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may
publish further announcements concerning your device in the Federal Register.



Page 2 - Matt Clausen

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely yours,

*Tejashri Purohit-Sheth, M.D.*   Tejashri Purohit-Sheth, M.D.
Clinical Deputy Director
DAGRID/ODE/CDRH   FOR

Erin I. Keith, M.S.
Director
Division of Anesthesiology,
    General Hospital, Respiratory, Infection
    Control, and Dental Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

67



DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Center - WO66-G609
Silver Spring, MD  20993-0002

July 24, 2015

Zibo Zhouheng Plastic Products Co., Ltd
c/o Chu Xiaoan
Room 1606 Bldg 1 Jianxiang Yuan
No.209 Bei Si Huan Zhong Road, Haidian District
Beijing 100083
CHINA

Re: K143347
  Trade/Device Name:  Powder-Free Yellow Vinyl Patient Examination Gloves
  Regulation Number:  21 CFR 880.6250
  Regulation Name:  Patient Examination Glove
  Regulatory Class:  I
  Product Code:  LYZ
  Dated:  April 17, 2015
  Received:  May 26, 2015

Dear Mr. Xiaoan:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note:  CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.



Page 2 - Mr. Xiaoan

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely yours,

*Tejashri Purohit-Sheth, M.D.*
Tejashri Purohit-Sheth, M.D.
Clinical Deputy Director
DAGRID/ODE/CDRH        FOR

Erin I. Keith, M.S.
Director
Division of Anesthesiology, General Hospital,
   Respiratory, Infection Control and Dental Devices
Office of Device Evaluation
Center for Devices and
   Radiological Health

Enclosure

69

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

## Indications for Use

| |
|---|
| Form Approved: OMB No. 0910-0120 |
| Expiration Date: January 31, 2017 |
| *See PRA Statement below.* |

510(k) Number *(if known)*
K143347

Device Name
Powder-Free Yellow Vinyl Patient Examination Gloves

Indications for Use *(Describe)*
Powder Free Yellow Vinyl Patient Examination Gloves is a disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner.

Type of Use *(Select one or both, as applicable)*

☐ Prescription Use (Part 21 CFR 801 Subpart D)    ☒ Over-The-Counter Use (21 CFR 801 Subpart C)

**CONTINUE ON A SEPARATE PAGE IF NEEDED.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

FORM FDA 3881 (8/14)                Page 1 of 1                PSC Publishing Services (301) 443-6740    EF

## Section C

## 510(k) Summary

"This summary of 510(k) safety and effectiveness information is being submitted in accordance with the requirements of SMDA 1990 and 21 CFR 807.92."

"The assigned 510(k) number is:  ___K143347___" (applicant leave blank)

Premarket Notification [510(k)] Summary

**[(a)(1)]. The summary contains on the first page, preferably on your letterhead paper, the submitter's name, address, phone and fax numbers, name of contact person, and date the summary was prepared :**

| | |
|---|---|
| **Submitter's name :** | Zibo Zhouheng Plastic Products Co. Ltd |
| **Submitter's address :** | Sanying Road, Zibo, Shandong, 255087, China |
| **Phone number   :** | (86)533-3819122 |
| **Fax number   :** | (86)533-3819122 |
| **Name of contact person:** | Cherry Xu |
| **Date the summary was prepared:** | 2015-04-17 |

**[(a)(2)]. The name of the device, including the trade or proprietary name if applicable, the common or usual name, and the classification name, if known**

| | |
|---|---|
| **Device Name:** | Powder-Free Yellow Vinyl Patient Examination Gloves |
| **Proprietary/Trade name:** | "Powder-Free Yellow Vinyl Patient Examination Gloves" |
| **Common Name:** | Patient examination glove |
| **Classification Name:** | Patient examination glove |
| **Device Classification:** | I |
| **Regulation Number:** | 21 CFR 880.6250 |
| **Panel:** | General Hospital   (80) |
| **Product Code:** | LYZ |

**[(a)(3)]. An identification of the legally marketed device to which your firm is claiming substantial equivalence .**

Class I Powder-Free Yellow Vinyl Patient Examination Gloves that meets all of the requirements of ASTM standard D 5250-06 (Reaffirmation 2011).

**Predicate device:** Powder Free Vinyl Patient Examination Gloves. Colored (Yellow), Hebei Leader Plastic Co., Ltd. K122920.

71

[(a)(4)] A description of the device

**Device Description:** Powder-Free Yellow Vinyl Patient Examination Gloves that meets all of the requirements of ASTM standard D 5250-06(Reaffirmation 2011).

-- How the device functions:
PVC films form a barrier to body fluids and bloodborne Pathogens

-- Scientific concepts that form the basis for the device
The PVC rubber is water tight under normal conditions of use. It's tensile properties cause it to conform to the hand, allowing movements necessary for a medical procedure.

-- Physical and performance characteristics such as design, materials and physical properties:
PVC gloves are known to create a barrier to bloodborne pathogens and body fluids.
The glove is manufactured in accordance with the requirements of ASTM D5250 and ASTM D5151 requirements.

[(a)(5)] The summary describes the intended use of the device

**Device Intended Use:** Powder-Free Yellow Vinyl Patient Examination Gloves is a disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner.

[(a)(6)] A summary of the technological characteristics of new device compared to the predicate device.
The Powder-Free Yellow Vinyl Patient Examination Gloves non sterile are summarized with the following technological characteristics compared to ASTM or equivalent standard.

| Features & Description | Predicate Device | Subject Device | Result of Comparison |
|---|---|---|---|
| Company | Hebei Leader Plastic Co., Ltd. | Zibo Zhouheng Plastic Products Co. Ltd | -- |
| 510(K) Number | K122920 | K143347 | |
| Product name | Powder-Free Vinyl Patient Examination Gloves, Yellow Color | Powder-Free Yellow Vinyl Patient Examination Gloves | Same |
| Product Code | LYZ | LYZ | Same |
| Size | Small/ Medium/ Large/X large | Small/ Medium/ Large/X large | Substantially equivalent |
| Intend for use | Powder Free Vinyl Patient Examination Gloves. Colored (Yellow) is a disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner. | Powder-Free Yellow Synthetic Vinyl Patient Examination Gloves is a disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner. | Substantially equivalent |
| Device Description and Specifications | Meets ASTM D5250-06 (Reapproved 2011) | Meets ASTM D5250 -06 (Reapproved 2011) | Substantially equivalent |
| Dimensions -- Length | Meets ASTM D5250-06 (Reapproved 2011)  ≥230mm min. | Meets ASTM D5250-06 (Reapproved 2011)  230mm min for all sizes | Substantially equivalent |
| Dimensions -- Width | Meets ASTM D5250-06 (Reapproved 2011)  Small  80-90 mm Medium 90-100mm Large  100-110mm X large 110-120 mm | Meets ASTM D5250-06 (Reapproved 2011)  Small  83-87 mm Medium 93-97 mm Large  103-107mm X large 111-116 mm | Substantially equivalent |
| Dimensions -- Thickness | Meets ASTM D5250-06 (Reapproved 2011) | Meets ASTM D5250-06 (Reapproved 2011) | |

|  | Finger 0.05mm min.<br>Palm 0.08mm min. | Finger 0.05mm min.<br>Palm 0.08mm min. |  |
|---|---|---|---|
| Physical Properties | Meets ASTM D5250-06 (Reapproved 2011)<br><br>Before aging/after aging<br>Elongation ≥300%<br>Tensile Strength≥11MPa | Meets ASTM D5250-06 (Reapproved 2011)<br><br>Before aging/after aging<br>Elongation ≥300%<br>Tensile Strength≥ 11MPa | Substantially equivalent |
| Freedom from Pinholes | Meets<br>• 21 CFR 800.20<br>• ASTM D5250-06 (Reapproved 2011)<br>• ASTM D 5151-06 (Reapproved 2011) | Meets ASTM D5151-06 (Reapproved 2011)<br><br>Holes<br>Inspection Level I<br>AQL2.5 | Substantially equivalent |
| Residual Powder | Meets ASTM D6124-06 (Reaffirmation 2011) | ASTM D6124-06 (Reaffirmation 2011)<br>Results generated values below 2mg of residual powder | Substantially equivalent |
| Compare all materials used to fabricate the devices | PVC | PVC | Substantially equivalent |
| Dusting or Donning Powder: | PU | PU | Substantially equivalent |
| Dusting or Donning Powder: name | PU | Surface Coating Agent | Substantially equivalent |
| Compare performance data supporting substantial equivalence | Meets<br>ASTM D5151-06 (Reapproved 2011)<br>ASTM D5250-06 (Reapproved 2011)<br>ASTM D6124-06 (Reaffirmation 2011) | Meets<br>ASTM D5151-06 (Reapproved 2011)<br>ASTM D5250-06 (Reapproved 2011)<br>ASTM D6124-06 (Reaffirmation 2011) | Substantially equivalent |
| Single Patient Use | Single Patient Use | Single Patient Use | Substantially equivalent |
| Biocompatibility | SKIN IRRITATION DERMAL and SENSITIZATION STUDIES Meets ISO 10993-10:2002/Amd.1:2006 | The test article was a non-irritant or non- sensitizer.<br><br>SKIN IRRITATION DERMAL and SENSITIZATION STUDIES Meets ISO 10993-10 Third Edition 2010-08-01 | Substantially equivalent |
| Labeling for the legally marketed device to which substantial equivalence is claimed. | -Powder Free<br>-Devices color: Yellow<br>-Patient Examination Glove<br>-Non sterile<br>-Single Use Only<br>- Manufactured For:<br>- Lot | -Powder Free<br>-Devices color: Yellow<br>-Patient Examination Glove<br>-Non sterile<br>-Single Use Only<br>- Manufactured For:<br>- Lot | Substantially equivalent |

**[(b)(1)] A brief discussion of the nonclinical submitted, reference, or relied on in the premarket notification submission for a determination of substantial equivalence.**

Powder-Free Yellow Vinyl Patient Examination Glovesmeet requirements per ASTM D5250-06(Reaffirmation 2011), per ASTM D6124-06(Reaffirmation 2011), per 21 CFR 800.20 and ISO 10993-10 Third Edition 2010-08-01.

**[(b)(2)] A brief discussion of the clinical submitted, reference, or relied on in the premarket notification submission for a determination of substantial equivalence.**

Clinical data is not needed for gloves or for most devices cleared by the 510(k) process.

**[(b)(3)] The conclusions drawn from the nonclinical tests that demonstrate that the device is as safe, as effective, and performed as well or better than the legally marketed device**

Section C                    *73*                    Page 3/4



**U.S. FOOD & DRUG**
ADMINISTRATION

August 4, 2020

Leontyne Banks
Regulatory Affairs Specialist
Three Lakes Drive
Northfield, Illinois 60093

Re: K193666
    Trade/Device Name: Powder-Free Blue Nitrile Examination Gloves (Tested for use with
                       Chemotherapy and Fentanyl) - Regular Cuff; Powder-Free Blue Nitrile
                       Examination Gloves (Tested for use with Chemotherapy Drugs and Fentanyl) -
                       Extended Cuff
    Regulation Number: 21 CFR 880.6250
    Regulation Name: Non-Powdered Patient Examination Glove
    Regulatory Class: Class I, reserved
    Product Code: LZA, OPJ
    Dated: June 10, 2020
    Received: June 10, 2020

Dear Leontyne Banks:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced
above and have determined the device is substantially equivalent (for the indications for use stated in the
enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the
enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance
with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a
premarket approval application (PMA). You may, therefore, market the device, subject to the general
controls provisions of the Act. Although this letter refers to your product as a device, please be aware that
some cleared products may instead be combination products. The 510(k) Premarket Notification Database
located at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm identifies combination
product submissions. The general controls provisions of the Act include requirements for annual registration,
listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and
adulteration. Please note: CDRH does not evaluate information related to contract liability warranties. We
remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be
subject to additional controls. Existing major regulations affecting your device can be found in the Code of
Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements
concerning your device in the Federal Register.

74

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803) for devices or postmarketing safety reporting (21 CFR 4, Subpart B) for combination products (see https://www.fda.gov/combination-products/guidance-regulatory-information/postmarketing-safety-reporting-combination-products); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820) for devices or current good manufacturing practices (21 CFR 4, Subpart A) for combination products; and, if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to https://www.fda.gov/medical-devices/medical-device-safety/medical-device-reporting-mdr-how-report-medical-device-problems.

For comprehensive regulatory information about medical devices and radiation-emitting products, including information about labeling regulations, please see Device Advice (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance) and CDRH Learn (https://www.fda.gov/training-and-continuing-education/cdrh-learn). Additionally, you may contact the Division of Industry and Consumer Education (DICE) to ask a question about a specific regulatory topic. See the DICE website (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/contact-us-division-industry-and-consumer-education-dice) for more information or contact DICE by email (DICE@fda.hhs.gov) or phone (1-800-638-2041 or 301-796-7100).

Sincerely,

Elizabeth F.
Claverie -S

CAPT Elizabeth Claverie, M.S.
Assistant Director
DHT4B: Division of Infection Control
   and Plastic Surgery Devices
OHT4: Office of Surgical
   and Infection Control Devices
Office of Product Evaluation and Quality
Center for Devices and Radiological Health

Enclosure

75



**Medline Industries, Inc.**
Three Lakes Drive
Northfield, IL 60093

## 510(k) SUMMARY
## [AS REQUIRED BY 21CFR807.92(c)]

### Submitter / 510(k) Sponsor
Medline Industries, Inc.
Three Lakes Drive
Northfield, IL 60093
Registration Number: 1417592
Applicant Contact: Leontyne Banks
Regulatory Affairs Specialist

### Summary Preparation Date
July 31, 2020

### Type of 510(k) Submission
Traditional

### Device Name / Classification
**Name of Device:** Powder-Free Blue Nitrile Examination Gloves (Tested for use with Chemotherapy Drugs and Fentanyl) – Regular Cuff; Powder-Free Blue Nitrile Examination Gloves (Tested for use with Chemotherapy Drugs and Fentanyl) - Extended Cuff
**Proprietary Name:** Medline Powder-Free Blue Nitrile Patient Examination Gloves (Tested for use with Chemotherapy Drugs and Fentanyl) – Regular Cuff; Medline Powder-Free Blue Nitrile Examination Gloves (Tested for use with Chemotherapy Drugs and Fentanyl) - Extended Cuff
**Common Name:** Patient Examination Glove, Specialty
**Classification Name:** Polymer Patient Exam Glove, Medical Gloves with Chemotherapy/Fentanyl Labeling Claims
**Product Code:** LZA, OPJ, QDO
**Classification Panel:** General Hospital
**Regulation #:** 21 CFR 880.6250

### Predicate Device
YTY Industry (Manjung): Non-Sterile, Powder-Free Nitrile Examination Gloves (Cobalt Blue) Tested for use with Chemotherapy Drugs – K111248

76



**Medline Industries, Inc.**
Three Lakes Drive
Northfield, IL 60093

Vinorelbine 10 mg/ml                    >240
Zoledronic Acid 0.8 mg/ml               >240
Fentanyl Citrate, 100mcg/2mL            >240

Please note that the following drugs have low permeation times:
Carmustine (BCNU) (3.3 mg/ml) 59.4 minutes
Thiotepa (10.0 mg/ml) 68.2 minutes

CAUTION: Testing showed an average breakthrough time of 59.4 minutes with Carmustine and 68.2 minutes with Thiotepa.

## Comparison of Technological Characteristics

### TABLE 3: Comparison of Proposed – VS311 and Predicate Device

| Device Characteristic | Proposed Device VS311 | Predicate Device | Comparison Analysis |
|---|---|---|---|
| Product Name | Medline Powder-Free Blue Nitrile Examination Gloves (Tested for use with Chemotherapy Drugs and Fentanyl) Regular Cuff | Non-Sterile, Powder-Free Nitrile Examination Gloves (Cobalt)Tested for use with chemotherapy drugs | N/A |
| 510(k) Reference | K193666 | K111248 | N/A |
| Product Owner | Medline Industries, Inc. | YTY Industry (Manjung) SDN, BHD | N/A |
| Product Code | LZA, OPJ, QDO | LZA, LZC | Similar |

77



**Medline Industries, Inc.**
Three Lakes Drive
Northfield, IL 60093

| | | | |
|---|---|---|---|
| Intended Use | A patient examination glove is a disposable device intended for medical purposes that is worn on the examiner's hand to prevent contamination between patient and examiner These gloves were tested for use with Chemotherapy drugs and Fentanyl Citrate as per ASTM D6978-05 (Reapproved 2019) Standard Practice for Assessment of Medical Gloves of Permeation by Chemotherapy Drugs | A patient examination glove is a disposable device intended for medical purposes that is worn on the examiner's hand or fingers to prevent contamination between patient and examiner.<br><br>These glove were tested for use with chemotherapy drugs. | Same |
| Regulation Number | 21 CFR 880.6250 | 21 CFR 880.6250 | Same |
| Materials | Powder-Free Nitrile | Powder-Free Nitrile | Same |
| Color | Blue | Blue | Same |
| Sizes | x- small, small, medium, large, x-large | Medium, Large, Extra-large | Similar |
| Dimensions – Length | Complies with:<br>ASTM D6319-10<br>220mm min | Complies with:<br>ASTM D6319-10<br>220mm min. | Same |
| Dimensions – Width | Complies with:<br>ASTM D6319-10<br>70mm min | Complies with:<br>ASTM D6319-10<br>70mm min | Same |
| Dimensions – Thickness | Complies with:<br>ASTM D6319-10<br>Palm – 0.05mm min.<br>Finger – 0.05mm min. | Complies with:<br>ASTM D6319-10<br>Palm – 0.05mm min.<br>Finger – 0.05mm min. | Same |

78



**Medline Industries, Inc.**
Three Lakes Drive
Northfield, IL 60093

| | | | |
|---|---|---|---|
| **Physical Properties** | Complies with:<br><u>ASTM D6319-10</u> minimum:<br><br>Tensile Strength:<br>Before Aging ≥14 MPa, min.<br>After Aging ≥14 MPa, min. | Complies with:<br><u>ASTM D6319-10</u> minimum:<br><br>Tensile Strength:<br>Before Aging ≥14 MPa, min.<br>After Aging ≥14 MPa, min. | **Same** |
| | Elongation:<br>Before Aging 500%, min.<br>After Aging 400%, min. | Elongation:<br>Before Aging 500% min.<br>After Aging 400% min. | |
| **Freedom from Holes** | Complies with:<br>ASTM D6319-10 and<br>ASTM D5151-06 G-1,<br>AQL 1.5 | Complies with:<br>ASTM D6319-10 and<br>ASTM D5151-06 G-1,<br>AQL 2.5 | **Same** |
| **Powder or Powder-Free** | Powder-Free | Powder-Free | **Same** |
| **Residual Powder** | Complies with:<br><u>ASTM D6319-10</u><br><2mg per glove | Complies with:<br><u>ASTM D6319-05</u><br><2mg per glove | **Same** |
| **Contact Durations** | Limited ≤24 hours | Limited ≤24 hours | **Same** |
| **Biocompatibility** | AAMI/ANSI/ISO 10993-10:<br>Not a skin irritant<br>Not a skin sensitizer | AAMI/ANSI/ISO 10993-10:<br>Not a skin irritant<br>Not a skin sensitizer | **Same** |
| **Sterility** | Non-sterile | Non-sterile | **Same** |
| **Rx Only or OTC** | Over the Counter | Over the Counter | **Same** |
| **Tested Chemotherapy Drugs** | Aresenic Trioxide 1.0 mg/ml (1,000 ppm) >240 min. | | **Different** |
| | Azacitidine (Vidaza) 25.0 mg/ml (25,000 ppm) >240 min. | | **Different** |
| | Bendamustine 5.0 mg/ml (5,000 ppm) >240 min. | | **Different** |
| | Bleomycin 15.0 mg/ml (15,000 ppm) >240 min. | | **Different** |
| | Bortezomib 1.0 mg/ml (1,000 ppm) >240 min. | | **Different** |

79



**Medline Industries, Inc.**
Three Lakes Drive
Northfield, IL 60093

| | | |
|---|---|---|
| Busulfan 6.0 mg/ml (6,000 ppm) >240 min. | | **Different** |
| Carboplatin 10mg/ml 10,000 ppm >240 min | Carboplatin 10mg/ml 10,000 ppm >240 min | **Same** |
| Carfilzomib 2.0 mg/ml (2,000 ppm) >240 min. | | **Different** |
| Carmustine (BCNU) 3.3 mg/ml (3,300 ppm) 33.1 min. | Carmustine (BCNU) 3.3 mg/ml (3,300 ppm) 1.82 min | **Similar** |
| Cetuximab 2.0 mg/ml (2,000 ppm) >240 min | | **Different** |
| Cisplatin 1.0 mg.ml (1,000 ppm) >240 min. | Cisplatin 1.0 mg/ml (1,000 ppm) >240 min. | **Same** |
| Cyclophosphamide (Cytoxan) 20.0 mg/ml (20,000 ppm) >240 min. | Cyclophosphamide (Cytoxan) 20.0 mg/ml (20,000 ppm) >240 min. | **Same** |
| Cytarabine 100.0 mg/ml (100,000 ppm) >240 min. | | **Different** |
| Cytovene 10.0 mg/ml (10,000 ppm) >240 min. | | **Different** |
| Dacarbazine (DTIC) 10.0 mg/ml (10,000 ppm) >240 min. | Dacarbazine (DTIC) 10 mg/ml (10,000 ppm) >240 min. | **Same** |
| Daunorubicin 5.0 mg/ml (5,000 ppm) >240 min. | | **Different** |
| Decitabine 5.0 mg/ml (5,000 ppm) >240 min. | | **Different** |
| Docetaxel 10.0 mg/ml (10,000 ppm) >240 min. | | **Different** |

*90*

Compliance
Investigation
hopefully if
Not stopped
by Biden / Harris
FBI

91

**Need Deposition from you ladies. Please Read all. Thanks. Fake Work..Trade Secret Class Notes from Professor Labelle at CUA- Law FDA does not have trade secrets everything is published in Regulations and on website for Stakeholders and Industry.**

Felicia Binion <fbchemist@outlook.com>
Wed 3/8/2023 10:21 PM
To: Vinetta.HowardKing@fda.hhs.gov <Vinetta.HowardKing@fda.hhs.gov>;Jennifer.thomas@cfsan.fda.gov <Jennifer.thomas@cfsan.fda.gov>;Felicia.Billingslea@cfsan.fda.gov <Felicia.Billingslea@cfsan.fda.gov>;Felicia Binion <fbchemist@outlook.com>

🔗 8 attachments (4 MB)
Fall 2020 Intro to IP Class 1.ppt; Final Fall 2020 Intro to IP Class 3.ppt; Final Fall 2020 Intro to IP Class 11 (2).ppt; K112924-DC Black 2 Furnace black process cleared 5-2012.pdf; K143347-Erin Keith never signed-1yr8mo-FRAUD.pdf; K143693-Sharp Container Dr Binion assignment with Canada Steve Elliot.pdf; K193666-ASTMD6319-10FDA- standards-Formula is secret not measurements.pdf; mgcs_astm_standards_nitrile_gloves-en-2020-03-26-ASTMD-6319 specifications for Glove Nitrile published-NO TS.pdf;

Hello Jennifer,
I need compliance experts to testify in my retirement trial because I am discussing fake work.
I was wondering if you and Venetta were able to find the assignment I had and determine if the assignments had a FEI NUMBER.  **1) Do the medical device assignments I reviewed have FEI numbers? 2) IF so, were the firms inspected?** Most of my assignments originated in Asia.  The FEI number validates that the firm is registered with FDA for inspections.

Compliance and labeling experts.  I am providing factual information and questions to help aid in your, Venetta, and Felicia preparing your deposition. The Center location does not matter.  Each of you are experts.  **Thank You** in advance.  I plan to enter this email into the court docket for 2022 CAB 006038 just in case my EEO case formerly 1:22-cv-01084 transferred to DC Superior court 2022 CAB 006038.  The initial hearing is May 5, 2023 at 9:30am.  **Move your lawsuit and tell others to move their lawsuit and that the United States District Court for the District of Columbia does not have a trial date at filing.**  There were 1083 lawsuits on the books [**United States District Court for the District of Columbia**] when I filed my lawsuit April 19, 2022 during COVID.  Who was harassed during COVID? Dr. Ashraf Mohommed, MD was fired shortly prior to me being fired (~6 months earlier). Dr. Sheila Murphy was fired in place around 2011 and left around January 2013 because Elizabeth Claverie Williams took her place after I arrived around September 2011 for approximately 1.5 years.  Elizabeth Claverie Williams talked for almost 2 to 3 hours one day about her becoming Branch Chief.  That was the takeover.
I am uncertain about what happened to Shani Smith. Both Shani Smith and I had interim COERS which is unheard of after years in one office, division and branch. Interim COERS are for the first 6 months. I had 2. One after being commissioned and the other after I left the office to work on my PhD. My graduate school professor did not understand why I had to complete a COER or wear uniform while away in graduate school working in a laboratory with chemicals. My office took over my evaluations after that. I invited Dr. Martin to my first presentation at almost a year so he would know that I was working and learning.  This validated my commitment to USPHS and school, my office OPA (Office of Premarket Approval) and my PhD that I received full salary for, for 3 years.

DHHS/FDA/CDRH had definitions. **3)Most to ALL devices are listed in the regulations and FDA does not approve personal use devices, do they? 4)Does the FDA clear or approve Over the Counter Devices from other countries such as personal use gloves?** It appears that these gloves can be imported for salons etc. but not hospital use. Hospital gloves state Patient Examination Glove. I have rubber latex and nitrile gloves, both shades of ad shade of blue from Amazon during COVID along with black mask and blue mask from Amazon and my mother who mailed 6 boxes for the girls to return to school and I purchased shields and goggles too because the virus is air borne. And I told daddy that weird scientist wanted people to see their work.  Well, I am a weird scientist too.  Here is mine.  I want my retirement years, and RESPECT Forever.

My Expert list in case of trial for 2022 CAB 006038 [Lawsuit against Federal Judges for Dereliction of Duty, failure to establish a court date ever, retirement, harassment (per claims) and asked to Federal Judge to obtain revised documents by April , 2023. I filed the lawsuit 12-28-2022 and no one responded to me and no one asked questions or asked for a meeting with the Judge at Superior Court for the District of Columbia.

Experts for compliance regulations and Statue and inspections

Jennifer Thomas

Venneta Howard King


Labeling regulation and statues

Felicia Billingslea


Premarket:

Dr. Joanne Ziyad

Dr. Patricia Hansen

Dr. Dennis Keefe

Dr. Nega Beru

Dr. Bill Jones

Dr. Robert Martin

Dr. George Pauli


Academia: Discussion 3 lab validation for illegal drugs and prescription drugs for Bipolar I Disorder Manic and Bipolar II Disorder Depressed and a publication [Cocaine, heroin, LSD, Speed] [Prescription drugs that I took; Percocet (hallucinatory drug, morphine, Latuda (psychological drug stimulant mis prescribed for Bipolar I Manic people should be for Bipolar II Depressed people) Divalproex ER 250mg prescribed along with Latuda and take up to 2 pills (stimulant which can kill someone)]- *The drug manufacturers do not know how to prescribe medication nor to the psychiatrist. Dr. Handratta prescribed the 3=250mg Divalproex ER to take along with 40mg of Latuda (Lurasidone) this would Kill me blow my heart out. The Latuda alone made me jittery and I told all the psychiatrist and they said, "paraphrase, the medication is supposed to make you jittery." NOT. I needed a DOWNER. Dr. Jennifer MacAlanda prescribed* Valium (for day) and Ambien ( night) during the beginning mental breakdown; the first peak of the breakdown. I could not function taking the Valium at work hours. Then unable to function by 2017. I cannot TRUST ANYONE to prescribe the correct medication for myself or my daughter. Gabby was given a laxative instead of a drug for anxiety. Something is Awry at Walter Reed.


Seth Watkins told me in Intellectual Transactions that my emails went everywhere at CUA Law. Professor Labelle said stand up for yourself.

I took those comments for myself because neither has anything to do with class.

**The Joke is on everyone** about me having trade secrets (medical device compounds or papers or engineering drawings) I do not have a laboratory and all my BIG money has come from the federal government and can be traced to US Coast Guard lump sum deposit **10-23-2017 ($72,417.10).** I held onto a cashier check [from 9-7-2019] that I obtain from money remaining from the $72,417.10 in my saving account which was $30,000.00. I redeposited the money 6-2-2022 in preparation for divorce. As of January I had $15,000 remaining because I made certain I did not go over budget. I should have more because the Chase bill was not $12,000. FRAUD and I asked the IRS to validate all wire transferers because my account should not be garnished and I filed a lawsuit against the IRS. I received my Federal refund of approximately $6,000 last week. February 24, 2023 the VA made a deposit of $2,567.00 [should have been VA Unemployability off schedule payment] into my account the Wells Fargo validated this deposit not LUMP BIG Deposit. By 3-1-2023 the money was gone and I did not receive another deposit 3-1-2023 as I should have. I currently have $26,000 in my checking account; $15,000 plus $5,1000 from disability retirement and VA disability and Federal Income tax return. I am waiting on DC which is $1,700. Which

*93*

will give me approximately $28,000 less the bills I have. I gave my daughter $200 of the $400 I withdrew. I have approximately $3,000 in bills each month; therefore, I should have $25,000 remaining by March 31, 2023. Someone dropped my son from dental insurance. How I have no idea? I sued Delta Dental for military retired and Tricare Defense Health Agency and gave the information to Mr. Merrick Garland. No one is this STUPID but they are; ignorant federal agents and ignorant military brown and white and ignorant leaders in the federal government. Retro retirement and Retro VA and VA Unemployability (from September 2023) and VA Retro money for taking 10 months to process papers is almost $1 million. Settlement is nothing less than $87 million. The Federal government is in default of responding. Civil procedure 4.  Even with DC Superior Court the court grants 21 days to respond and no one has.  I received some Green cards; not DHHS and not Veteran Administration. Mr. Garland is their attorney.  Even the Merit System Protection Board where my quest for retirement began July 2016 but no paperwork until April 2017 because Mr. Charles Walton was looking for an affair. Something to discredit retirement which is bullshit. I was fired by an IDIOT not slander or liable especially when DHHS/CFSAN gave her another chance as an officer at LT rank in 2004 after being AWOL for 2 years.

My goal is to be a prosecutor working in the Office of Mediation helping people develop their complaints with sound evidence.

Never change my wordings. This lie has gone from me Having an affair at work, purchasing STOCK, to selling DRUGS to National Security to Stealing at the fucking commissary and Montgenery Finest appearing each time I arrive.  Why I have no idea because I am on a military base with military police and there are cameras in the ceiling everywhere people shop these days even the commissary and exchange. Go figure. ☺

It will come back to haunt you FBI agents and anyone aiding the ignorant AGENTS (engineering drawing of our  military tanks and air craft carrier and fighter jets), selling drugs (whenever that was), purchasing stocks, (Ethics training at FDA in 1996 said no stocks purchases ever even for spouses because we have to complete investigations every few years), have national security information Mark 45 torpedo missile for submarines (Google search),  classified information ) confidential (Food Master File or Q-sub), secret(patent application prior to publication) and top secret (pentagon war strategies),  stealing (my father offered $50,000.00 in 2021 I said no. I will take care of it). This is IT. This is how I protect my children and myself and my father.  My mother apparently believes all this SHIT and everything Michael tells her and the DC Behavioral Health and the Federal Agents pretending to be DC Behavioral Health.  I say what I want in this bugged out old house. I speak truth and laugh and have fun because I be damn if I will ever have another nervous breakdown. Several eople told me in 2014 they could hear.  I could hear too.  I could hear the click on the house phone or cell phone and I did not care nor do I care now. I am not doing anything illegal.

Dr. James Girard- America University
Dr. Lane Sander- Dept of Commerce NIST
Dr. Willie May- Dept of Commerce-NIST
Dr. Albert Chen

*94*

There is no trade secret with FDA. Premarket in Foods received animal studies to determine safety. The chemistry numbers came from the dose given to the animals, I guess. I worked as a CSO the manager of the assignment and the writer of the regulations. The tox studies were massive; approximately 5,000 pages or more.  Foods premarket receives 1 chemical to be used as a preservative. The chemical is used in combination with other chemicals called compounds. Which could contain at least 10 to 30 chemicals or elements or ingredients.

Devices receives a 1 paragraph description for gloves. That indicates compounds and color are used. Some identified as certified and other are generic.

I was asked to change my name from Felicia Binion Williams to Felicia Williams shortly prior to promotion. Why, I have no idea?

This email contains information for devices, foods and drugs. I hope you were not stopped from investigating these matters because this is FRAUD based. Congress was told about a device that was fast-tracked in **2008 during the Obama Administration transition** and the information was given to the transition team. Congress potentially allowed FRAUD from 2008 to continue until today. Wasting $1 billion on DHHS/FDA/CDRH alone. We have 7 Centers and some are small. Yet Congress interferes in FDA work and try to etil FDA what to do and these people are elected officials for 6 years Senator and 2 years Representative.

The device looks fake but I am not a surgeon. How can a surgeon replace cartridge with a rubber device without cutting the ligemates and arteries and patella? *This information was in a Wall Street Journal Article and the makers Rengen stated that the company received a $9million dollars from an investor; likely congress or the federal government printing office all while Federal Government employees* have to Furlong Work as slaves with No pay in sight for MONTHS (up to 3) until congress who makes $200,000 a year retain salary as well as the president. Never again. Military is paid as well as GSA. **Why?** GSA grants Billions in government contracts to private sector and private sector say that the federal government is BLUE FUCKING COLLAR.

Here is the Rengen Mexaflex Device from a Google Search:

## Knee Deep

Athletes are prone to tearing the meniscus, a rubbery substance between the bones of the knee that helps the knee absorb shocks. The Menaflex knee implant was recently approved by the FDA as a surgical treatment.



Source: the company

*95*

**Email to former President Obama about the Rengen Menaflex device I saw on the internet in 10-2016 while in Plano, TX.**

--------- Forwarded message ---------
From: **Felicia Binion** <fbinion@hotmail.com>
Date: Sun, Oct 16, 2016 at 11:13 PM
Subject: Trouble with regulatory agency: Insider Trading, Fraud, Embezzlement (fake work) and Potential Distribution of Trade Secrets
To: "president@whitehouse.gov" <president@whitehouse.gov>, "James.Comey@FBI.gov" <James.Comey@fbi.gov>, "Loretta.Lynch@DOJ.Gov" <Loretta.Lynch@doj.gov>, Felicia Binion <fbinion@hotmail.com>, FB <fbchemist@gmail.com>, "News@channel4.com" <News@channel4.com>, "NEWS4PR@nbcuni.com" <NEWS4PR@nbcuni.com>, "Jim.Vance@nbcuni.com" <Jim.Vance@nbcuni.com>, "William.Maisel@fda.hhs.gov" <William.Maisel@fda.hhs.gov>, "Jeff.Shuren@fda.gov"

<Jeff.Shuren@fda.gov>, Liz work <Elizabeth.Claverie@fda.hhs.gov>, "Keith, Erin" <Erin.Keith@fda.hhs.gov>, "Purohit-Sheth, Tejashri" <Tejashri.Purohit-Sheth@fda.hhs.gov>, "Kiang, Tina" <Tina.Kiang@fda.hhs.gov>, "LocalOpinions@washingtonpost.com" <LocalOpinions@washingtonpost.com>, "national@washpost.com" <national@washpost.com>, "Health@Washpost.com" <Health@washpost.com>, "Foreign@Washpost.com" <Foreign@washpost.com>, "Anderson.Cooper@Turner.com" <Anderson.Cooper@turner.com>, "Wolf.Blitzer@Turner.com" <Wolf.Blitzer@turner.com>, "Lauren.Cone@Turner.com" <Lauren.Cone@turner.com>
Cc: "Regcounsel1@dcbar.org" <Regcounsel1@dcbar.org>, "hr@dcbar.org" <hr@dcbar.org>, "executive.office@dcbar.org" <executive.office@dcbar.org>, "finance@dcbar.org" <finance@dcbar.org>, "selections@dcbar.org" <selections@dcbar.org>

Dear All:
These actions are criminal which is why President Obama, Mr. James Comey and Attorney General Loretta Lynch are on this email.

Please read these related articles below regarding the approval and clearance process of medical devices at the Food and Drug Administration/Center for Devices and Radiological Health/Office of Device Evaluation.

The Pre-Market Approval and Notification process at the FDA/Center for Devices and Radiological Health/Office of Device Evaluations has multiple pathways; PMA, 510K Notifications (Traditional, Special and Abbreviated), DeNovo, and Humanitarian.   Industry pays FDA salary in PreMarket approval/Notification for medical devices and drug applications.

**Embezzlement:**
2011 through 2015 PreMarket FDA/CDRH/Office of Device Evaluation Silver Spring, MD---Drs. Jeffrey Shuren and Williams Maisel, Elizabeth Claverie Williams, Erin Keith, Tejashri Purohit-Sheth and Tina Kiang and
2014 Post Market FDA/CFSAN/Office of Compliance College Park, MD-Mrs. Jennifer Thomas, JD and Mr. William Correll).  The fake work was created to keep the branch, division and office functional.  The participants vary; FDA, industry and outsiders.

**Insider trading** occurs when FDA employees purchase stocks of companies who are clearing a new regulated product (medical device, drug, biologic etc).

**Fraud** occurs when commissioned officers (in the United States Public Health Service) do not complete their yearly physical fitness exams and medical officers (physicians, dentist, pharmacist, and nurses) do not complete the 120 volunteer hours to maintain their licences  each and their receive special pay of $30,000.00 to $50,000.00 over their salaries.  The Surgeon General for USPHS supports firearms which has nothing to do with the Public Health Service mission.  He should belong to Department of Justice/Alcohol, Tobacco, Firearm and Explosives.

Distribution of **Trade Secrets** occurs when someone within or outside FDA gives away or sell the formulation of a drug, biologic, food (dietary supplement (lean muscle etc)), and cosmetic (voluntary regulatory process).

The **Center for Tobacco** does not belong to the FDA.  The Department of Justice/Bureau of Alcohol, Tobacco, Firearm and Explosives  should regulate all tobacco products.  The center received almost a billion dollars each year and the products are regulated under DOJ/ATFE.  The flavors and scents that are in the tobacco products belong to the FDA and adulterates the tobacco because the regulations do not permit the use of flavors and scents in tobacco products.  These products can be destroyed.

**Transgenic Fish, Fruits and Vegetables** should also be destroyed because Monsantos and other companies did not submit a Food Additive Petition to the FDA.  I provided information to you regarding this late

summer (News clippings).

There are a few fake GRAS Notifications at FDA/CFSAN/Office of Food Additive Safety because a company submitted a GRAS Notification for the use of a polymer in chewing gum and a polymer is an Indirect Food Additive and should not be used in foods but on the containers that hold the food.

I am retiring due to harassment with fake work (2011-2015) and the retraction of my promotion documents 2013, and the violation of my civil rights to complete my yearly evaluation 2015 and 2016 and the creation of fake military orders July 2015 through October 2015. I was placed in AWOL October 2015 for the months of November through December 2015 by my management chain at the FDA.

Sincerely,
Dr. Felicia Binion Williams (Retired, CAPT (O-6))
United States Public Health Service
205-861-9110

//////////////////////////////////////////////////////////////////////////////////////////////////////
//////////////////////////////////

Politics drove the clearance of this medical device:  http://www.wsj.com/articles/SB123629954783946701

*Alicia Mundy*
*3-6-2009  12:01 am ET*

Political Lobbying Drove FDA Process - WSJ
www.wsj.com

The recent approval of a new device to treat knee injuries followed a lobbying campaign that overcame repeated rejections by scientists within the FDA ...

POLITICS

*97*

A group of nine device division employees wrote to the House Energy and Commerce Committee last October to complain that the division's leaders had approved devices despite formal safety and efficacy concerns raised by FDA. They also alleged some scientists who objected to the decisions faced retaliation from leaders of the device division. The FDA at the time declined to comment.

The Department of Commerce/United States Patent and Trademark Office releases trade secrets EVEN trade secrets for FDA products like Coke Cola per class notes from Catholic University Columbus School of Law.

**SHUTDOWN:**
Private Sector is one pay check away from being broke and BLUE FUCKING COLLAR without Government contract money to NBC, CBS, ABC, CNN, FOX, CSNBS, BBC, PBS (federal government channel used to be wholesome with Semesa Street). Bloomingdales, Lord and Taylor, Sacks, Macy's, Sears, JC Penny, Walmart, NFL, NBA, WNBA, Soccer, NHL, MLB, Bill Gates Jeff Bezos

*NO Shut down Ever*

## Amazon beat out Microsoft for a $10 billion NSA cloud contract

**V/** The Verge
https://www.theverge.com › 10 › nsa-10-billion-micro...

Aug 10, 2021 — Two years ago, Amazon protested after **Microsoft** snagged a **$10 billion cloud** services **deal** with the DoD. Now **Microsoft** is pushing back on a ...

## Microsoft Wins Pentagon's $10 Billion JEDI Contract ...

https://www.nytimes.com › 2019/10/25 › technology › d...
Oct 26, 2019 — **Microsoft** was awarded the Defense Department's **10**-year JEDI **cloud** computing project over Amazon, whose founder, Jeff Bezos, has been a target ...

## Pentagon Splits $9 Billion Cloud Contract Between 4 Firms

**/s** Slashdot
https://yro.slashdot.org › story › pentagon-splits-9-bill...

Dec 8, 2022 — Google, Oracle, **Microsoft** and Amazon will share in the Pentagon's $9 **billion contract** to build its **cloud** computing network, a year after ...

**Devices:  5)** Does CDRH have an Office of prescription and Office of Over the Counter devices?

**6). How can devices that are in regulations 21 CFR Parts 800 become NOTIFICATIONS?**
Gloves have a regulation 21 CFR 880.
Premarket approval regulated products CAN NEVER become Notifications.  Each petitioner has to submit a petition for use of X.

The K numbers are listed based upon Fiscal Year FY11 Assignment K112924

**Flavored Glove:**
K121591

*98*

**Colored Gloves:**
K143340 Powder Free Vinyl Patient Examination Gloves
K143346 Powder Free White Vinyl Patient Examination Gloves
K143347 Powder Free Yellow Vinyl Patient Examination Glove

**Feather Gloves:**
K150689- Flocked-Lined Nitrile Examination Gloves, Black Color

**I had K and Q assignments with the same name.  This is not possible.**
I had two similar assignments with the same language.
K140057 Intravascular Administrative Set
K143136 Intravascular Administrative Set
Q150311

K15109 Intravascular Catheter with antimicrobial and antithrombogenic properties
Q150322 Intravascular Catheter with antimicrobial and antithrombogenic properties

**Q-Sub were pre-meetings.**
If Q-subs were supposed to be confidential then ONLY engineering drawings, compounds and test data of
device performance should have been presented and the file closed and **NEVER ASSIGNED for REVIEW.
Nothing was ever STAMPED CONFIDENTIAL in a NOTIFICATION because the information is common
knowledge in published journals.**

**PRE-Market Approval:**
Foods has Pre-meeting with Lawyers for food additives and the confidential information is STAMPED in the
petition jacket and the confidential information from the premeeting is placed in a Master File and not
reviewed for approval.  **The petition jackets are used for approval review.**

The Q-subs that I reviewed had animal studies. Some of the studies needed to be repeated and I wrote
Deficiency Letters (**4-PART Harmony**) for EVERY ASSIGNMENT to the best of my ability as a CHEMIST asked
to FUNCTION as a Toxicologist and all deficiencies were removed and everyone complained about my
Deficiency Letters.  We as scientist are supposed to ask questions and request information and not clear
anything immediately, **never at 90 days or 180 even if congress says so.**  A notification is faster than
premarket approval but we have the right as scientist to ask questions.  What does the SCIENCE SAY? WHAT
DO THE ANIMAL TEST SHOW? WHAT DO THE CLINICAL TRAILS SHOW now, 5 years from now and 10 years
from now if the drug is still on the market? Did the drug company change the drug name to rebrand the
product without animal testing and clinical trials and go the to the Dept of Commerce/USPTO the first time
or ever or submit date to FDA for approval NDA [New Drug Application].

**I sent this to Dr. Robert Califf in 2016 along with Benita Asher, Elizabeth Claverie Williams and Erin
Keith who is potentially FBI.  Erin said she came from Asia on a 2-year rotation.  Ask if she found the
manufacturers of the patient examination gloves. Most of my assignments came from Asia.**

**Request Number 5:  This request goes to CDR Elizabeth Claverie (Williams)**
Request a copy of email to Erin Keith, Tina Kiang, Elizabeth Claverie,
CAPT Tejashri Purohit-Sheth dated January 8, 2016.

Does the class of the device determine its importance?

Are Class I and Class II devices less important?

**7)Is each assignment real, fake, or recycled?**

1. Please indicate if each assignment has an FEI number and if the firm has a location in
   the United States and abroad?

2. Has each manufacturer been inspected?

3. Paid taxes?

4. Received government contract?

5. How many medical device manufacturers received government contract?

6. When did FDA began to clear personal use devices? The glove assignments I completed are checked Over-The-Counter at Branch Level and then goes to Division for sign off. DHHS/FDA/CFSAN clears GRAS Notifications after 180 days up to 3 years at office level. Nothing at CDRH in premarket went to office and all assignments should have gone to ODE Chrissy Forman (engineer) Anthony Watson (Navy).

**880** General hospital and personal use devices

**K121591**-Flavored Glove

**K112924**-Black Glove- **the name of the color changed mid-review after I said D&C Black 2 could not be used. FRAUD.**

**K143693**-Sharp Container- **Medline real company. Did the firm receive an official letter?**

**K133070**-Mask

**K141606**-Gown

**K140539**-Gown

**K140330**-Drape

**K141387**-Drape

**K143340**-Gloves (45 errors in Summary)

**K150532**-Light Handle Cover

**K150146**-BioIndicator Glove **(Sponsor was not familiar with predicate)- Gel inside of glove**

**Q150440**-Hogan Lovell

**K150689**-**Feather/Cotton Flock/Flock**

**K150238**-Chemotherapy Gloves

**Surgical Glue Adverse event** that my daughter had August 2022 after an appendectomy at Walter Reed. Who sells or makes a surgical glue to close wounds? what happened to sutures and are they approved. I know sutures are supposed to work because I had surgery in 2009; however, my sutures came apart 3 to 4 days after surgery. I noticed on a Saturday.

*100*

**DRUGS:**

1. **Are the firms of these drugs registered with FDA (FEI number domestic and abroad)?**

2. Surgical Glue -Did this drug have animal testing? If so, did any animal die?  Did anyone die in the clinical trial?

250mg Divalproex ER [nothing is extended released] Did this drug have animals testing? If so, did any animal die?  Did anyone die in the clinical trial?

60mg Latuda Lurasidone- Did this drug have animal testing? If so, did any animals die?  Did anyone die in the clinical trial?

40mg Latuda Lurasidone - Did this drug have animal testing? If so, did any animals die?  Did anyone die in the clinical trial?

Was anyone [Dept of Commerce NIST (Gaithersburg, MD) able to test these drugs to determine if speed, cocaine or LSD are in small quantities in either of these drugs?

**Foods:**

**Girl Scout:**

I noticed that the Girl Scout Samoas Coconut Cookie with dark chocolate on the bottom and sprinkles of toasted coconuts is misbranded per 21 CFR 101.4 in that the ingredients are not listed in the order of predominance in accordance 21 USC 403.  Girl Scouts label is filed 2023 CAB 000580 FRAUD Case because someone is stealing my money from my checking account  [*I asked the IRS for an audit and to track all wire transfers via a lawsuit because ONLY the IRS can garnish wages and I should not pay taxes ever with a 10USC 1201 and 10 USC 1401 Military does not have regulations*] and the DHHS/USPHS entered wrong dates on my personnel documents [DD-214, Personnel Order, Promotion Report and Training and Education document and Regular CORPS document that includes Retirement Credit Date] that I need to receive full Veteran Benefits AND when I converted from DHHS/FDA my civil service years (4) were drop somehow.  I converted from DHHS/FDA to DHHS/USPHS,     **How is that possible**?

**Monsantos and GMO and Transgenic Fish and spoiled canned salmon from Thailand. I sent some in text and the labels are in 1:22-cv-01084.**

The food industry changed the labeling from Genetically Modified Organism to Bioengineered Food Ingredient last summer.  I sent a ton of emails when I noticed this and mail packages to the center.  **Did you receive the packages from Dr. Susan Mayne?  Who gave industry permission to change the labels at FDA or outside, Congress or President Biden? Only FDA can aid in labeling changes with the Center Director per regulations and labeling staff who wrote the regulation.**

The labeling of the food packaging that I provided to CFSAN and in my retirement/ harassment lawsuit 1:22-cv-01084 are misbranded in accordance with 21 CFR 101.4 in that the ingredient Bioengineered Food Ingredient is not listed in the ingredient statement but under the ingredient statement which violated 21 USC 403.  The product further violates the regulations and statues because the bioengineered food ingredient is not approved as a new approved food additive per 21 CFR 172 which adulterated the food in accordance with 21 USC 402.  The approval of a new food additive would require toxicity studies from in vitro and in vivo to 2 -year reproduction study per Department of Health and Human Service/FDA website.

Monsantos invited premarket approval for a tour of their field around 2004 or 2005 and stated that the plant kills insects.  How is that possible? The gene could be created to kill insects if the insects bits the plant to so that the plant generates a perfect food.
**Who owns Monsantos?**
**Monsantos sues small farmers for their land. The Federal Government tell USA Farmers not to farm and still pay them approximately $100,000.00 to $200,000.00/ year.**
Is Dow Corning involved with Monsantos? Mike Taylor worked at FDA and left for Monsantos and returned to FDA and our statutory language indicates a Secretary (DHHS is the only secretary)  gave permission for the GMO (20 fruits, 20 vegetables and 2 fish Talipia and a transgenic salmon). Everyone at White Oak are Associate or Deputy Commissioners.
**How many?**

I read an article that states the plants do not reproduce pollinate and the fish are sterile.       How is this possible?

**PLANTS:**

*101*

All **natural plants** need a **Standard of Identity and DNA mapping** (NIST (Dept of Commerce has a lab upstairs). I saw a few in our regulations. Then complete a standard of identity of **GMO... Bioengineered Food ingredient** (plant and/or (and/or for entire list) grain or seed or pulp or flesh or meat of the fruit or stalk or leaves or roots. This will give our labs good work and publications. This would give the Office of Nutritional Labeling and Dietary Supplements good work for a long time and publications in the CFR.

**Meat: 3% belongs to FDA:**
Beef- 3%
Chicken- 3%
Egg? USDA
Chicken farms -FDA filth
All game meat; goat, deer, ox, bison, turkey, goose, ducks,
How are the organic animals grown and fed?
How are the animals with hormones grown and fed?
How are the animals with antibiotics grown and fed?
How are the animals with hormones and antibiotics grown and fed?
Cattle is supposed to be tested via blood 6 months prior to slaughter for antibiotics and synthetic hormones.

Veterinary visits are paramount to eliminate parasites.
Antibiotics are essential to eliminate parasites AS Vaccines are essential for human to avoid certain viruses like chicken pox, Measles, Mumps and Rubella and Polio.
Dr. Willie May at Dept of Commerce/NIST Director of laboratories is a farmer in Alabama but he lives here. Ask if he tests his cows are organic or have veterinary visits with hormones and antibiotics blood. That would give up a base to understand numbers 6 months prior to slaughter.
Young girls are developing breast and having the menstrual cycle Menses too early. My hypothesis.

**CDC:**
Are you aware that the CDC has 30 vaccines for a child and some are repetitive even at the age of 50; for example,
Chicken Pot is also Shingles for old people who never received the vaccine. I had the chicken pot vaccine as a child and Walter Reed said I needed the Shingles Shot at 50.

Chicken box is also herpes. Chicken pox erupts all over the body and interaction with the wrong person with oral chicken pox can lead to a venereal disease named after a person; Herpes.

I was diagnosed with strep throat as a child and did not receive medication and the strep throat manifested into scarlet fever. The pediatrician had images to validate. All I needed were antibiotics. This was approximately 1980.

Are vaccines approved by FDA for administration to children and adults or is CDC making this decision?
Nothing receives a Fast Track even vaccines and live viruses given to military as test subjects prior to an outbreak of COVID. I survived how about others?
Nothing receives a license even CDC or NIH.


CONGRESS MESSED UP FOODS regulatory process and Changed the process to GRAS NOTIFICATION.
Soy lethicin is a chemical process. Soy is a food native to where?
Sunflower lethicin is a chemical process. Sunflower is a plant and produces seeds.

*102*

CONGRESS MESSED UP DEVICES with NOTIFICATIONS for devices in the premarket regulations (definitions) no teeth in the reg (specifications/tolerances/ general chemical rubber, latex, nitrile, vinyl) Then are there GMP to discuss GOOD MANUFACTURING PRACTICES and is there Labeling.  We are in the 1900; let say 1904 when Congress stood up FDA and told the people then to *write regulations and statues* before more people die from Snake Oil (medicine) and poisoned foods.

Contains Nonbinding Recommendations:

FDA and Industry Actions on Premarket Notification (510(k)) Submissions: Effect on FDA Review Clock and Goals

Guidance for Industry and Food and Drug Administration Staff

Document issued on October 3, 2022.

Document originally issued on May 21, 2004.

## Did CONGRESS MESS UP DRUGS, TOBACCO, BIOLOGICS, COSMETICS, VETERINARY, COLORS and Toxicology CENTERS?

From what I saw only foods and color additives( batch certified and non-certified) have regulations. I am too afraid to look after I noticed that Drugs does not have any drugs listed in the regulations; *General prescription, Black Box dangerous drugs announced on the National News, Over the Counter Drugs (Tylenol or Motrin or Ibuphroine etc.), and Controlled Drugs (Ambien Codine, Morphine etc). Maybe I missed something.*

## SOME Drug Regulations are Missing:

Part 250  Special Requirements for Specific Human Drugs  250.11 – 250.250

Part 251  Section 804 Importation Program  251.1 – 251.21

**Part 290 Controlled Drugs  290.1 – 290.10** [Valium, Ambien,  Codine, Morphine... I had them all for mental breakdown and pain] nothing is listed with animal toxicology data

**Part 291 Prescription Drugs** [Zyrtec, Alaztine, Percocet (hallucinate), Olanzapine, Latuda, 250mg Divalproex ER (nothing is expended release the body metabolize immediately)

**Part 292 Over the Counter [Tylenol, Motrin, Zyrtec, Azelastine and ASTEOPRO same]**

**Part 293 Black Box- Death**

Part 299  Drugs; Official Names and Established Names  299.3 – 299.5

Subpart A  General Provisions  299.3 – 299.5

*103*

Let me know if you all will be able to provide a written deposition by 3-29-2023. My initial hearing is 3-31-2023.  I want to have everything in place in case of a trail.  Defamation of Character by Hearsay DHHS, Hearsay FBI agents, Hearsay, Former Supervisors not sure how with Excellent to Good COERS. Hearsay is a motherfucker. Prove I was a bad officer. The interim COER is bullshit because I worked at CDRH for 4 years by that time. Only new officers complete interim COERS. a mental breakdown means REST and Sick leave for as long as I need to recover; Behavioral Health Assessment (6th floor Walter Reed is behavioral health = mental health). Yet in 2015 CDR Elizabeth Claverie Williams, MS[was reprimand in 2004 due to AWOL for 2 years while in PhD program as Uniformed Services University at Walter Reed. She should not eligible for Special Promotion ever. Everyone at DHHS/CFSAN knew.] and Erin Keith, MS [too young to be director of a division coming from outside premarket from compliance] and CAPT Tejashri Puroth-Sheth, MD sent the letter to Disciplinary Actions STUPID.

Sincerely,
/s/ _Felicia Battt PhD Chemist_

**Felicia Binion Williams**   Commander

FOI in   DHHS/USPHS
Humphrey   DHHS/FDA
Building   etc
OGC   13 agencies under
   DHHS
   every where not Humphrey
   Building.   104

Copyrighted 1-21

Slides
Regs

Ask for permission to implement my plans. I may have additional ideas not written down that may be useful. A STING Buzz.

105 this section
+ 337
442 pages

WORK ID taken sometime between 2013 and 2013 and expires June 2017-Nervous Breakdown at Work!
NO Judge can make a decision without my input ever. Even the Federal Judges at the US District court without a Court Date ever in its history.  No mediation session with DHHS or Mr. Merrick Garland ever.  I decide damages and negotiate with Mr. Merrick Garland and Department of Health and Human Services who fired me after I filed a formal EEO complaint.





3/8/2023

Dr. Felicia Binion Williams exhibits for 2022 CAB 006038

1

# Classification of Devices

- Class I- General Controls (Low to moderate risk)

- Class II - General Controls and Special Controls (Moderate to high risk)

- Class III – Pre-Market Approval (High risk)

- 21 CFR 862

- 21 CFR 864

- 21 CFR 866



# Standards for FDA Patient Examination Gloves

- **<u>Everything on the internet is public knowledge. Keep your copyrighted information if you do not want others to use for information.</u>**

- <u>Patient Examination Gloves Standard: Public Knowledge</u>

- Latex Glove is ASTM 5250-06 STANDARD- some standard test are not appropriate for these gloves.

- ASTM D3578 (rubber exam)
  ASTM D3577 (rubber surgical)

- ASTM D6319 (nitrile)

- ASTM D5250 (vinyl)

- ASTM F1342 puncture test standards. Samples are heat aged in an oven.

- FDA has to require laboratory validation for all medical grade gloves and not a statement certifying that the gloves meet ASTM.  Nelson Laboratory completes validation of gloves that are under FDA jurisdiction. 13 samples are required for each method. Which company does Nelson Laboratory validate for; Cardinal Health, Kimberly Clark, H (something) prior to the gloves going to market?

3/8/2023    Dr. Felicia Binion Williams exhibits for 2022 CAB 006038                    3

# Medical Device Regulation

PT 880 -- GENERAL HOSPITAL AND PERSONAL USE DEVICES
bpart G - General Hospital and Personal Use Miscellaneous Devices

TITLE 21--FOOD AND DRUGS

CHAPTER I--FOOD AND DRUG ADMINISTRATION
DEPARTMENT OF HEALTH AND HUMAN SERVICES

SUBCHAPTER H - MEDICAL DEVICES

Sec. 880.6250 Non-powdered patient examination glove. - *A glove cannot be a NOTIFICATION with a subpar regulation.*

(a) *Identification.*  A non-powdered patient examination glove is a disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner. A non-powdered patient examination glove does not incorporate powder for purposes other than manufacturing. The final finished glove includes only residual powder from manufacturing.

(b) *Classification.*  Class I (general controls). The device, when it is a finger cot, is exempt from the premarket notification procedures in subpart E of part 807 of this chapter subject to the limitations in § 880.9.

[45 FR 69682, Oct. 21, 1980, as amended at 54 FR 1604, Jan. 13, 1989; 66 FR 46952, Sept. 10, 2001; 81 FR 91730, Dec. 19, 2016; 84 FR 71815, Dec. 30, 2019]

# Premarket Approval Regulations No Notifications as a substitute EVER Regulated Industry and Congress and Presidents



| 800 | General |
|---|---|
| 801 | Labeling |
| 803 | Medical device reporting |
| 806 | Medical devices; reports of corrections and removals |
| 807 | Establishment registration and device listing for manufacturers and initial importers of devices |
| 808 | Exemptions from federal preemption of state and local medical device requirements |
| 809 | In vitro diagnostic products for human use |
| 810 | Medical device recall authority |
| 812 | Investigational device exemptions |
| 813 | [reserved] |
| 814 | Premarket approval of medical devices |
| 820 | Quality system regulation |
| 821 | Medical device tracking requirements |
| 822 | Postmarket surveillance |
| 830 | Unique device identification |

# Premarket Approval Regulations No Notifications as a substitute EVER Regulated Industry and Congress and Presidents

**860** Medical device classification procedures

**861** Procedures for performance standards development

**862** Clinical chemistry and clinical toxicology devices

**864** Hematology and pathology devices

**866** Immunology and microbiology devices

**868** Anesthesiology devices

**870** Cardiovascular devices

**872** Dental devices

**874** Ear, nose, and throat devices

**876** Gastroenterology-urology devices

**878** General and plastic surgery devices

**880** General hospital and personal use devices

# Premarket Approval Regulations No Notifications as a substitute EVER Regulated Industry and Congress and Presidents



| 882 | Neurological devices |
| 884 | Obstetrical and gynecological devices |
| 886 | Ophthalmic devices |
| 888 | Orthopedic devices |
| 890 | Physical medicine devices |
| 892 | Radiology devices |
| 895 | Banned devices |
| 898 | Performance standard for electrode lead wires and patient cables |
| 900 | Mammography |
| 1000 | General |
| 1002 | Records and reports |
| 1003 | Notification of defects or failure to comply |

# Premarket Approval Regulations No Notifications as a substitute EVER Regulated Industry and Congress and Presidents

| 1004 | Repurchase, repairs, or replacement of electronic products |
| 1005 | Importation of electronic products |
| 1010 | Performance standards for electronic products: general |
| 1020 | Performance standards for ionizing radiation emitting products |
| 1030 | Performance standards for microwave and radio frequency emitting products |
| 1040 | Performance standards for light-emitting products |
| 1050 | Performance standards for sonic, infrasonic, and ultrasonic radiation-emitting products |
| 1100 | Tobacco products subject to fda authority |
| 1105 | General |
| 1107 | Exemption requests and substantial equivalence reports |

3/8/2023

Dr. Felicia Binion Williams exhibits for 2022 CAB 006038

8

# Premarket Approval Regulations No Notifications as a substitute EVER Regulated Industry and Congress and Presidents

| | |
|---|---|
| 1114 | Premarket tobacco product applications |
| 1140 | Cigarettes, smokeless tobacco, and covered tobacco products |
| 1141 | Cigarette package and advertising warnings |
| 1143 | Minimum required warning statements |
| 1150 | User fees |
| 1210 | Regulations under the federal import milk act |
| 1230 | Regulations under the federal caustic poison act |
| 1240 | Control of communicable diseases |
| 1250 | Interstate conveyance sanitation |
| 1251 | [reserved] |
| 1271 | Human cells, tissues, and cellular and tissue-based products |
| 1272 | [reserved] |

3/8/2023

Dr. Felicia Binion Williams exhibits for 2022 CAB 006038

9

PART 172 -- FOOD ADDITIVES PERMITTED FOR DIRECT ADDITION TO FOOD FOR HUMAN CONSUMPTION
Subpart I - Multipurpose Additives

# Food Additive Regulation

TITLE 21--FOOD AND DRUGS

CHAPTER I--FOOD AND DRUG ADMINISTRATION
DEPARTMENT OF HEALTH AND HUMAN SERVICES

SUBCHAPTER B - FOOD FOR HUMAN CONSUMPTION (CONTINUED)

Sec. 172.840 Polysorbate 80.

**Composition:**

The food additive polysorbate 80 (polyoxyethylene (20) sorbitan monooleate), which is a mixture of polyoxyethylene ethers of mixed partial oleic acid esters of sorbitol anhydrides and related compounds, may be safely used in food in accordance with the following prescribed conditions:

**Manufacturing:**

(a) The food additive is manufactured by reacting oleic acid (usually containing associated fatty acids) with sorbitol to yield a product with a maximum acid number of 7.5 and a maximum water content of 0.5 percent, which is then reacted with ethylene oxide.

**(b) The food additive meets the following specifications:**

Saponification number 45-55.

Acid number 0-2.

Hydroxyl number 65-80.

Oxyethylene content 65 percent-69.5 percent.

# Food Additive Regulation 21 CFR 172.840 continued

- (c) The additive is used or intended for use as follows:
- (1) An emulsifier in ice cream, frozen custard, ice milk, fruit sherbet, and nonstandardized frozen desserts, when used alone or in combination with polysorbate 65 whereby the maximum amount of the additives, alone or in combination, does not exceed 0.1 percent of the finished frozen dessert.
- (2) In yeast-defoamer formulations whereby the maximum amount of the additive does not exceed 4 percent of the finished yeast defoamer and the maximum amount of the additive in the yeast from such use does not exceed 4 parts per million.
- (3) As a solubilizing and dispersing agent in pickles and pickle products, whereby the maximum amount of the additive does not exceed 500 parts per million.



# Food Additive Regulation 21 CFR 172.840 continued

- (4) As a solubilizing and dispersing agent in:
- (i) Vitamin-mineral preparations containing calcium caseinate in the absence of fat-soluble vitamins, whereby the maximum intake of polysorbate 80 shall not exceed 175 milligrams from the recommended daily dose of the preparations.
- (ii) Fat-soluble vitamins in vitamin and vitamin-mineral preparations containing no calcium caseinate, whereby the maximum intake of polysorbate 80 shall not exceed 300 milligrams from the recommended daily dose of the preparations.
- (iii) In vitamin-mineral preparations containing both calcium caseinate and fat-soluble vitamins, whereby the maximum intake of polysorbate 80 shall not exceed 475 milligrams from the recommended daily dose of the preparations.



# Food Additive Regulation 21 CFR 172.840 continued

(5) As a surfactant in the production of coarse crystal sodium chloride whereby the maximum amount of the additive in the finished sodium chloride does not exceed 10 parts per million.

(6) In special dietary foods, as an emulsifier for edible fats and oils, with directions for use which provide for the ingestion of not more than 360 milligrams of polysorbate 80 per day.

(7) As a solubilizing and dispersing agent for dill oil in canned spiced green beans, not to exceed 30 parts per million.

(8) As an emulsifier, alone or in combination with polysorbate 60, in shortenings and edible oils intended for use in foods as follows, when standards of identity established under section 401 of the act do not preclude such use:

(i) It is used alone in an amount not to exceed 1 percent of the weight of the finished shortening or oil.

(ii) It is used with polysorbate 60 in any combination providing no more than 1 percent of polysorbate 80 and no more than 1 percent of polysorbate 60, provided that the total combination does not exceed 1 percent of the finished shortening or oil.

(iii) The 1-percent limitation specified in paragraph (c)(8)(i) and (ii) of this section may be exceeded in premix concentrates of shortening or edible oil if the labeling complies with the requirements of paragraph (d) of this section.



# Food Additive Regulation 21 CFR 172.840 continued

- (9) As an emulsifier in whipped edible oil topping with or without one or a combination of the following:

- (i) Sorbitan monostearate;

- (ii) Polysorbate 60;

- (iii) Polysorbate 65;

- whereby the maximum amount of the additive or additives used does not exceed 0.4 percent of the weight of the finished whipped edible oil topping.

- (10) It is used as a wetting agent in scald water for poultry defeathering, followed by potable water rinse. The concentration of the additive in the scald water does not exceed 0.0175 percent.

- (11) As a dispersing agent in gelatin desserts and in gelatin dessert mixes, whereby the amount of the additive does not exceed 0.082 percent on a dry-weight basis.

- (12) As an adjuvant added to herbicide use and plant-growth regulator use dilutions by a grower or applicator prior to application of such dilutions to the growing crop. Residues resulting from such use are exempt from the requirement of a tolerance. When so used or intended for use, the additive shall be exempt from the requirements of paragraph (d)(1) of this section.



# Food Additive Regulation 21 CFR 172.840 continued

(13) As a defoaming agent in the preparation of the creaming mixture for cottage cheese as identified in § 133.128 of this chapter, whereby the amount of the additive does not exceed .008 percent by weight of the finished product.

(14) As a surfactant and wetting agent for natural and artificial colors for use in barbecue sauce where the level of the additive does not exceed 0.005 percent by weight of the barbecue sauce.

(d) To assure safe use of the additive, in addition to the other information required by the Act:

(1) The label of the additive and any intermediate premixes shall bear:

(i) The name of the additive.

(ii) A statement of the concentration or strength of the additive in any intermediate premixes.

(2) The label or labeling shall bear adequate directions to provide a final product that complies with the limitations prescribed in paragraph (c) of this section.

[42 FR 14491, Mar. 15, 1977, as amended at 43 FR 2871, Jan. 20, 1978; 45 FR 58835, Sept. 5, 1980; 46 FR 8466, Jan. 27, 1981; 85 FR 72907, Nov. 16, 2020]



# Color Additive Regulation

**TITLE 21--FOOD AND DRUGS**

**CHAPTER I--FOOD AND DRUG ADMINISTRATION**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**SUBCHAPTER A - GENERAL**

PART 74 -- LISTING OF COLOR ADDITIVES SUBJECT TO CERTIFICATION
Subpart A - Foods

## Sec. 74.101 FD&C Blue No. 1.

(a) *Identity*. (1) The color additive FD&C Blue No. 1 is principally the disodium salt of ethyl [4-[$p$-[ethyl ($m$-sulfobenzyl) amino]-[alpha]-($o$-sulfophenyl) benzylidene]-2,5-cyclohexadien-1-ylidene] ($m$-sulfobenzyl) ammonium hydroxide inner salt with smaller amounts of the isomeric disodium salts of ethyl [4-[$p$-[ethyl($p$-sulfobenzyl) amino]-[alpha]-($o$-sulfophenyl) benzylidene]-2,5-cyclohexadien-1-ylidene] ($p$-sulfobenzyl) ammonium hydroxide inner salt and ethyl [4-[$p$-[ethyl ($o$-sulfobenzyl) amino] - [alpha] - ($o$-sulfophenyl) benzylidene]-2,5-cyclohexadien-1-ylidene] ($o$-sulfobenzyl) ammonium hydroxide inner salt.

(2) Color additive mixtures for food use (including dietary supplements) made with FD&C Blue No. 1 may contain only those diluents that are suitable and that are listed in part 73 of this chapter as safe for use in color additive mixtures for coloring foods.



Dr. Felicia Binion Williams exhibits for 2022 CAB 006038

# Color Additive Regulation

**(b)** *Specifications*. FD&C Blue No. 1 shall conform to the following specifications and shall be free from impurities other than those named to the extent that such other impurities may be avoided by current good manufacturing practice:

- Sum of volatile matter (at 135 deg.C) and chlorides and sulfates (calculated as sodium salts), not more than 15.0 percent.
- Water-insoluble matter, not more than 0.2 percent.
- Leuco base, not more than 5 percent.
- Sum of $o$ –, $m$ –, and $p$ –sulfobenzaldehydes, not more than 1.5 percent.
- $N$ –Ethyl,$N$ –($m$ –sulfobenzyl)sulfanilic acid, not more than 0.3 percent.
- Subsidiary colors, not more than 6.0 percent.
- Chromium (as Cr), not more than 50 parts per million.
- Manganese (as Mn), not more than 100 parts per million.
- Arsenic (as As), not more than 3 parts per million.
- Lead (as Pb), not more than 10 parts per million.
- Total color, not less than 85.0 percent.



# Color Additive Regulation

- (c) *Uses and restrictions.* FD&C Blue No. 1 may be safely used for coloring foods (including dietary supplements) generally in amounts consistent with good manufacturing practice except that it may not be used to color foods for which standards of identity have been promulgated under section 401 of the act unless added color is authorized by such standards.

- (d) *Labeling.* The label of the color additive and any mixtures prepared therefrom intended solely or in part for coloring purposes shall conform to the requirements of § 70.25 of this chapter.

- (e) *Certification.* All batches of FD&C Blue No. 1 shall be certified in accordance with regulations in part 80 of this chapter.

- [42 FR 15654, Mar. 22, 1977, as amended at 58 FR 17511, Apr. 5, 1993]

Dr. Felicia Binion Williams exhibits for 2022 CAB 006038

3/8/2023

123

# Proposed IDEAS to expand Regulations information

- Identity or Composition [all chemical are through Sigma Aldrich except the company chemical that they create and is not specifically listed]
- Manufacturing
- Specifications
- Uses and Restrictions
- Migration study of leachables into food from package if packaged warm. There is flash freezing. [There is a petition to remove plastic.  Plastics hold most packaged foods. Plastics are recyclable]
- Labeling regulations
- Color Additive regulation if applicable
- Certification if applicable

3/8/2023



Dr. Felicia Binion Williams exhibits for 2022 CAB 006038

19

# Fake Science

- FDAs website states that a Pre-Market Approval takes 180 days. *There should be no timeframe.*
  - *Regulations are amended not a submission*
  - *Submission should have supplements*

- 510K Notification takes 90 days. It should take 180 days.

- CAPT Corbin said, "*All toxicology studies will be suspended for medical devices in two year this was in 2015.*" PETA issues.

- Class III not properly regulated

- Class III down classified to Class II

- 510K Notifications are a way for *denied* PMA to be approved

- A DeNovo is a PMA

- A Pre-Submission can lead to a 510K Notification or DeNovo that was once a *denied* PMA

- A Special or Abbreviated or 3rd party (contractors or avoiding taxes) or traditional, DeNovo, (NOTIFICATIONS) and PMA (Premarket Approval) types of submissions. All of these could be denied PMAs.





**Medical Device- Approval and Clearance**
**Possible ways for Industry to go around a PMA or Denied PMA for clearance.**
Possible way that Liz created consults for her branch.  Christie Forman wanted to eliminate the branch, around 2012.

Guidance    Guidance    Guidance    Guidance

Pre-Market approval
Regulation-21 CFR 800

Pre-Market clearance
510K Notification
(Traditional; Abbreviated)

Pre-Submission

Pre-Market clearance
Specials--Traditional

De Novo –
Regulation- 21 CFR
800

Denied PMA
Can become these if; look
at the narrative (next page)

Denied PMA
Can become these if; look
at the narrative (next page)

Denied PMA
Can become these if; look
at the narrative (next page)

Denied PMA
Can become these if; look
at the narrative (next page)

Denied PMA
Can become these if; look
at the narrative (next page)

Same

Same

Diverse Clinical Trials- Consult NIH (independent study)

126

3/8/2023

Dr. Felicia Binion Williams exhibits for 2022 CAB 006038

21

Power Point Slides
for DHHs / FDA

and DOC / USPTO

'18 pages this section
569 pages
_____
687 Pges

Dr. Felicia Binion Plan for <u>DHHS/FDA/Pre-Market</u> and
Compliance
forever
AND
<u>Dept of Commerce/United States Patent and Trademark Office</u>

*need Office of
→ Compliance*

I want to be your next president of the United States of
America.
I love FDA this much to stand up to Congress and the President
before someone dies due to an unapproved FDA products that
went around the FDA to the USPTO.

*1 of 20 slides*

COPYRIGHTED by Dr. Felicia Binion Williams My ideas for FDA
ALL products Forever

1

# Retirement

- DHHS/FDA/CFSAN/OPA GS-9 Student Intern with Masters Degree in Chemistry- **$30,000.00**
- DHHS/FDA/CFSAN/OPA GS-11/2 **Permanent employee ~$42,000.00**
- DHHS/USPHS <u>**LT (O3) 6-5-2000- ~$42,000.00  Interim COER 1-2001 because of commissioning then again 6 months later when I left the office for school 12-2001?**</u>
- TOS-PhD Analytical Chemistry America University full scholarship no stipend because I received full salary at LT salary and DC housing allowance and general substance. <u>**Regular COER there after**</u>.
- Return to Office from TOS–DHHS/FDA/CFSAN/OFAS- GRAS Notifications not Premarket petitions as before –<u>**LCDR (O4) 7-1-2003**</u> pinned on 2004
- Detail to ONLDS/Labeling regulations 90 day detail
- DHHS/CFSAN/Office of the Center Director 90 days detail
- DHHS/FDA/CFSAN <u>1 year leadership program compliance mentor Mr. Joseph Baca and compliance/seafood project</u>
- DHHS/CFSAN/Office of Compliance –Post Market. I applied what I learned in premarket and labeling detail- 11-2007 **[O5 4-1-2008]**
- DHHS/CDRH/ODE/DAGRID/INCB- Permanent job **8-2011**

COPYRIGHTED by Dr. Felicia Binion Williams My ideas for FDA
ALL products Forever

# Office of Compliance for USPTO
# Regulations: GMPs (manufacturing facility), Inspections, labeling Inspect Manufacturing Facilities and USA Ports

- Office of Compliance
- Actions to Take against Manufacturers with faulty products
- Inspection
- Recall- faulty equipment
- Warning Letter
- Injunction
  - Permanent
  - Temporary
- Seizures
  - Batch
  - Lot
  - Mass

3/11/20234- CREATED

COPYRIGHTED by Dr. Felicia Binion Williams My ideas for FDA
ALL products Forever

10

**Transition from FDA to USPTO and Trade Secrets**

Schematic [hypothetical, Dr. Felicia Binion is not an engineer. I am a chemist regaining memory and having fun with a Colonoscope and Cell phone <u>reverse engineering</u> developed 12/11/22 with images from Google of colonoscopes and endoscopes no trade secret in anything you can SEE, like cameras, cutting device, or irrigation, or light or outter shaft that is corrugated or smooth. Trade secret is in materials and how the device is made.

<u>Reverse engineering</u>
1. Purchase device [Colonoscope (example) or cellular phone]
2. Open device or cellular phone
3. **Colonoscope**
   a. Look at fibers and materials for colonoscope
   b. Obtain the help of an engineer [mechanical and electrical]
   c. Have the engineer remove each layer of the colonoscope
   d. Separate the items in side
   e. Determine each material
   f. Change the materials to make the device their
   g. Use the device in an animal study for 1 week
      i. No food and water
      ii. Give the animal an enema
      iii. Procedure on day 1 after enema or diarrhea stops
      iv. Usage of enema ensures clean intestine and a few particles of feces may remain
   h. Use the device in a clinical setting for 6 months to 1 year to ensure capture of plops, images and proper usage
   i. Send plops to pathologist/toxicologist to determine cancerous cells
   j. Share the images captured while in the large intestine with pathologist/toxicologist at NIH
   k. The toxicologist at DHHS/NIH can complete toxicology studies on the drugs that are submitted to DHHS/FDA and Department of Commerce/USPTO because MOST companies went around DHHS/FDA to MARKET





10/14/2022                    September 2022            My ideas are subject to copyright.
                                                        Felicia Binion Williams

**Top five vendors in the global colonoscopy devices market- NO 3rd Party manufacturers for any FDA Product. Johnson and Johnson does not own a colonoscope. J&J must have used a 3rd party contractor (3rd party 510(k)) which is not allowed. What does a permanent injunction prevent? Drug manufacturing or all manufacturing (devices, cosmetics, biologics and drugs)**
<u>**FDA does not receive trade secrets.**</u>
**The USPTO receives trade secrets canvas all emails to outside people from USPTO and their lawyers and outside lawyers and Federal Circuit Judges.**

**Boston Scientific**
Boston Scientific develops, manufactures, and markets high-quality medical devices used in the treatment of a wide range of medical conditions. Through its divisions and subsidiaries, the company provides a wide range of product portfolio. Some of its colonoscopy products include EndoChoice FUSE colonoscopy devices.

**Fujifilm Holdings**
Fujifilm Holdings engages in the R&D, manufacture, sales and services of various medical devices including MI surgical products such as colonoscopes. The company is operating in three business fields, which include healthcare, highly functional materials, and document. Some of its colonoscopes include standard, slim, super slim, dual-channel colonoscopes with wide insertion tube diameters.

**HOYA Group**
HOYA Group offers colonoscopes through its division, PENTAX Medical. The company engages in the development of medical imaging equipment worldwide. It offers colonoscopes, sigmoidoscopes, upper GI gastroscopes, and duodenoscopes.

**KARL STORZ**
KARL STORZ is a medical device manufacturing company. It designs, develops, manufactures, markets, and distributes endoscopic colonoscopy equipment in over 38 countries. It provides medical devices used in neuro-endoscopy, anesthesia and emergency medicine, gastroenterology, gynecology, and urology.

**OLYMPUS**
OLYMPUS engages in the R&D activities, and manufacturing and marketing of medical devices in Japan and worldwide. It offers imaging systems, medical systems, life sciences and industrial products, and MI surgical devices. The company provides advanced products, services, technologies, and solutions for early diagnosis and treatment of diseases.
**Pause Intellectual Property Law until the Dept of Commerce/USPTO has regulations and statues. This should take 3-6 months to write then comment period, 6 month comment period, and published in the CFR and Act.**

COPYRIGHTED by Dr. Felicia Binion Williams My ideas for FDA
ALL products Forever

## Dept of Commerce: USPTO:

Vehicle Treads are two shallow and are a potential hazard also economic FRAUD the Tires are adulterated in that the tire treads are too shallow at the point of manufacturing . How much water can flow over the treads to ensure there is no rollover or hydroplane? (Shallow treads make owner purchase tires too soon. Not meeting state standards for tread depth). What is the Federal Standard for Tread depth on newly manufactured tires? Department of Transportation or National Transportation Safety Board



NOT THIS depth To Shallow

Should be Tire Tread Depth

Time to purchase New tires

*What are Prescription devices & OTC devices in Regs/Statues*
*"   Drugs   +OTC drugs - in Regs/Statues*

# DHHS/FDA verses Dept of Commerce/USPTO approval

- ## DHHS/FDA
  - Animal Studies determine safety (toxicity)[food additives, color additives, drugs[prescription & OTC], cosmetics(shave bmiceelly of rabbit), biologics, veterinary products, medical devices, and ~~Tobacco~~]--- **5,000 to 8,000 pages for a petition Premarket approval- Publish results in a peered reviewed journal.**
  - Human Clinical Trials 500 diverse people New Drug Application for premarket approval for example Claritin, Zyrtec, Azelastine, Albuterol, Percocet, Latuda, Olanzapine, Valium, Ambien (1 year to determine effectiveness) for cancer drugs (5-year treatment- remission, then follow patient for 10 years in case of a replapse)—**5,000 pages to be submitted with animal studies.**[Age, medication, sex, race, disease or illness and organs impacted]
  - Human Clinical Trials 500 diverse people[devices [Class I, Class II, Class III] cosmetics (MaryKay give samples to women in community), biologics]--- [Age, medication, sex, race, disease or illness and organs impacted]

- ## Dept of Commerce/USPTO

- 30 page application with step by step about how to make the product in accordance with 35 USC 112 [emablement]. *Tire tread depth shallow*

COPYRIGHTED by Dr. Felicia Binion Williams My ideas for FDA
ALL products Forever

# Breast Implants

- ## A Brief History

- Below is a brief history of Breast Implants and Breast Augmentation in general. All FDA approved Breast Implants that are currently available in the US are featured, as well as many of the Breast Implants that preceded them. It is not meant as an exhaustive listing of all Breast Implants, as several popular past choices are not mentioned for clarity.

- 2012 marked the entry of a new US based and FDA approved Breast Implant manufacturer. Long time US Breast Implant manufacturers, *Natrelle*® (Allergan) and *Mentor*® (J&J) where joined by newcomer *Sientra*® (OPUS®). *Sientra*® brought the first FDA approved high-strength silicone gel filled, "gummy bear" teardrop shaped breast implants to the US market. *Sientra*® uses this soft, form-stable silicone gel in all their implants, sometimes referred to as "gummy bear" breast implants. *Natrelle*® (Allergan) and *Mentor*® (J&J) have since received approval for their own versions of shaped silicone gel implants: *Natrelle*® style 410 and *Mentor*® CPG line, respectively.

- **1976** – US Congress passes the 1976 Medical Device Amendments to the Federal Food, Drug, and Cosmetic Act. **Breast Implants** are classified as moderate risk (Class II) devices and required to comply with general controls and performance standards. The FDA reviews new breast implants through the 510(k) premarket notification process.

- **HUMAN STUDIES no Animals:** The **Breast Implant Adjunct Studies** were created, so that data could be collected about device performance and safety in large groups of women. In order to make breast implants available again for elective cosmetic breast augmentation, the FDA requires manufacturers to submit premarket approval applications containing data on safety and effectiveness – like a new product. Europe follows the lead, but removes restrictions after a few months, after reviewing the available literature and finding no links to serious systemic health issues.

- ## https://www.sanfranciscobreast.com/augmentation/implants-history/

COPYRIGHTED by Dr. Felicia Binion Williams My ideas for FDA ALL products Forever

# Breast Implant Human Studies at NIH 1980s through ~2000

- **Breast Implant Adjunct Studies- Human Study not animal ~10,000 participants**

- https://clinicaltrials.gov/ct2/show/NCT00948948

- https://clinicaltrials.gov/ct2/show/NCT00753922?term=NCT00948948+%5BExpandedAccessNCTId%5D&draw=2&rank=1

COPYRIGHTED by Dr. Felicia Binion Williams My ideas for FDA ALL products Forever

CBS News feeds from 2016 that I shared with my former coworkers and Former President Obama I am certain.

https://www.google.com/?ion=1&espv=2#q=60+minute+report+on+Monsantos+suing+small+farmers

http://www.cbsnews.com/news/agriculture-giant-battles-small-farmers/

http://www.cbsnews.com/news/supreme-court-sides-with-Monsantos-on-seed-suit/

COPYRIGHTED by Dr. Felicia Binion Williams My ideas for FDA
ALL products Forever

Transgenic Fish Aqua-cultured engineered fish
Fish/Seafood belong to DHHS/FDA/CFSAN/Office of Seafood not
Dept of Commerce (per senate article last hyperlink.

- https://www.scidev.net/global/news/panama-expects-benefits-from-world-s-first-gm-salmon/
- https://ensia.com/features/gmo-fish/
- Paper:
- https://www.commerce.senate.gov/services/files/C42FBD71-4D2B-48F0-8C3D-F7E7AF65BE20

COPYRIGHTED by Dr. Felicia Binion Williams My ideas for FDA
ALL products Forever

699
12
687 pages  this section

10/12

12-7-2022
Expenses
$34,000

Cashier Check
$8,678.00
Cashier Check

CUA
Salary
Cashier Check

VI



# THE CATHOLIC UNIVERSITY OF AMERICA

Page 1 of 1

*1-24-23*

*Mine*

*2023 CHYB 001030*

School Code: 001437

Enrollment Verification as of 02/02/2023

Name: Felicia Binion Williams

### Degrees Earned

| Deg Date | Degree | Major |
|---|---|---|
| 01/31/2021 | MLS | Master of Legal Studies |

### Enrollment History

| Term | Career | Begin Date | End Date | Status |
|---|---|---|---|---|
| Spring 2019 | UGRD | 01/14/2019 | 05/11/2019 | Less 1/2 |
| Summer 2019 | UGRD | 05/13/2019 | 08/17/2019 | No Units |
| Fall 2019 | LAW | 08/19/2019 | 12/18/2019 | Half-Time |
| Fall 2019 | UGRD | 08/26/2019 | 12/14/2019 | No Units |
| Spring 2020 | LAW | 01/06/2020 | 05/11/2020 | Half-Time |
| Summer 2020 | LAW | 05/18/2020 | 08/07/2020 | No Units |
| Fall 2020 | LAW | 08/24/2020 | 12/21/2020 | Half-Time |
| Spring 2021 | LAW | 01/04/2021 | 05/10/2021 | No Units |

*from Veteran Administration*

**Notes:**
Felicia Binion Williams was a participant in the Yellow Ribbon Fund at the Catholic University of America from Fall 2019 - Fall 2020.

The Yellow Ribbon Program funds tuition and fee expenses that exceed the maximum amount paid by the Post 9/11 GI Bill. The VA and Catholic University will match dollar for dollar those expenses that exceed the maximum amount paid by the Post 9/11 GI Bill. Students who are 100% eligible for benefits under the Post-9/11 GI Bill may apply to The Catholic University of America¿s Yellow Ribbon program. Openings in Catholic University¿s Yellow Ribbon program vary by school and level and are filled on a first-come, first-served basis.

The VA makes tuition and fee payment(s) directly to the university; book and housing allowances are paid directly to the student.

*Danielle M. Sowers*
Danielle M. Sowers
University Registrar & Director of Enrollment Services

**Office of Enrollment Services**
620 Michigan Ave., N.E. | Washington, DC 20064 | 202-319-5300

*Insert pg 3   18 of 26*



Unofficial Transcript

# THE CATHOLIC UNIVERSITY OF AMERICA

**Name:** Felicia Williams
**Student ID:** 5178667

BirthDate: 05/01
Print Date: 11/09/2022
Send To:

Degree:
Confer Date:
Major:

Confer Date: 01/31/2021
Major: Legal Studies (MLS)

Program: Master of Legal Studies
Confer Date: 01/31/2021
Major: Legal Studies (MLS)

### Beginning of Undergraduate Record

**Spring 2019 (01/14/2019 - 05/11/2019)**
School of Professional Studies
Paralegal Studies

| Course | | Description | Attempted | Earned | Grade | GPA Units | Points |
|--------|--|-------------|-----------|--------|-------|-----------|--------|
| MLA | 201 | Legal Research and Writing | 3.000 | 3.000 | A | 3.000 | 12.000 |
| | | Instructor: Matthew Robert Amon | | | | | |

| | Attempted | Earned | | GPA Units | Points |
|--|-----------|--------|--|-----------|--------|
| Term GPA 4.000 Term Totals | 3.000 | 3.000 | | 3.000 | 12.000 |
| Transfer Term GPA Transfer/Test/Other Totals | 0.000 | 0.000 | | 0.000 | 0.000 |
| Combined GPA 4.000 Combined Totals | 3.000 | 3.000 | | 3.000 | 12.000 |

| | Attempted | Earned | | GPA Units | Points |
|--|-----------|--------|--|-----------|--------|
| Cum GPA 4.000 Cum Totals | 3.000 | 3.000 | | 3.000 | 12.000 |
| Transfer Cum GPA Transfer/Test/Other Totals | 0.000 | 0.000 | | 0.000 | 0.000 |
| Combined Cum GPA 4.000 Combined Totals | 3.000 | 3.000 | | 3.000 | 12.000 |

**Undergraduate Career Totals**
| | | | | | |
|--|--|--|--|--|--|
| Cum GPA 4.000 Cum Totals | 3.000 | 3.000 | | 3.000 | 12.000 |
| Transfer Cum GPA Transfer/Test/Other Totals | 0.000 | 0.000 | | 0.000 | 0.000 |
| Combined Cum GPA 4.000 Combined Totals | 3.000 | 3.000 | | 3.000 | 12.000 |

BirthDate: 05/01
Print Date: 11/09/2022
Send To:

Degree: Master of Legal Studies

---

Confer Date:
Major:

Program: Master of Legal Studies
Major: Legal Studies (MLS)

Confer Date: 01/31/2021
Major: Legal Studies (MLS)

### Beginning of Law Record

**Fall 2019 (08/19/2019 - 12/20/2019)**
School of Law
Legal Studies (MLS)

| Course | | Description | Attempted | Earned | Grade | GPA Units | Points |
|--------|--|-------------|-----------|--------|-------|-----------|--------|
| LAW | 498 | CyberLaw | 3.000 | 3.000 | B | | 9.000 |
| | | Instructor: Christopher W. Savage | | | | | |
| | | Copyright Law | | | | | |
| LAW | 542 | Instructor: Suzanna F. Fischer | 3.000 | 3.000 | B+ | | 6.010 |
| LAW | 769A | Innov Com Neg Skills | 3.000 | 3.000 | B+ | | 9.990 |
| | | Instructor: Brooke B. Singer | | | | | |

| | Attempted | Earned | | GPA Units | Points |
|--|-----------|--------|--|-----------|--------|
| Term GPA 3.000 Term Totals | 9.000 | 9.000 | | 9.000 | 27.000 |
| Transfer Term GPA Transfer/Test/Other Totals | 0.000 | 0.000 | | 0.000 | 0.000 |
| Combined GPA 3.000 Combined Totals | 9.000 | 9.000 | | 9.000 | 27.000 |

| | Attempted | Earned | | GPA Units | Points |
|--|-----------|--------|--|-----------|--------|
| Cum GPA 3.000 Cum Totals | 9.000 | 9.000 | | 9.000 | 27.000 |
| Transfer Cum GPA Transfer/Test/Other Totals | 0.000 | 0.000 | | 0.000 | 0.000 |
| Combined Cum GPA 3.000 Combined Totals | 9.000 | 9.000 | | 9.000 | 27.000 |

**Spring 2020 (01/13/2020 - 05/15/2020)**
School of Law
Legal Studies (MLS)

Program:
Major:

| Course | | Description | Attempted | Earned | Grade | GPA Units | Points |
|--------|--|-------------|-----------|--------|-------|-----------|--------|
| LAW | 201 | Administrative Law | 3.000 | 3.000 | B+ | | 9.000 |
| | | Instructor: Marshall J. Breger | | | | | |
| LAW | 319 | Patent Prosecution | 2.000 | 2.000 | B+ | | 6.660 |
| | | Instructor: Brenda W. McLeod | | | | | |
| | | Instructor: Thomas Andrew Bliniz | | | | | |
| LAW | 676 | Patent Law | 3.000 | 3.000 | A- | | 11.010 |
| | | Instructor: Seth Alain Wotkins | | | | | |
| LAW | 942 | Directed Research | 2.000 | 2.000 | A | | 8.000 |

Page 1 of 2

*[handwritten annotations: "8-11", "I paid w/ money from mutual fund", "$3,000.00", "VA paid", "Yellow Ribbon", "3", "38", "3"]*



THE CATHOLIC UNIVERSITY OF AMERICA

**Unofficial Transcript**

Name: Felicia Williams
Student ID: 5179667

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.467 | Term Totals | 10.000 | 10.000 | 10.000 | 34.670 |
| Transfer Term GPA | | Transfer/Test/Other Totals | 3.000 | 0.000 | 0.000 | 0.000 |
| Combined GPA | 3.467 | Combined Totals | 13.000 | 10.000 | 10.000 | 34.670 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.246 | Cum Totals | 19.000 | 19.000 | 19.000 | 61.670 |
| Transfer Cum GPA | | Transfer/Test/Other Totals | 3.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.246 | Combined Totals | 13.000 | 19.000 | 19.000 | 61.670 |

Program: School of Law
Major: Legal Studies (MLS)

**Fall 2020 (8/24/2020 - 12/21/2020)**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| LAW | 434 | Intro to Intellectual Property | 3.000 | 3.000 | B+ | 9.990 |
| | | Instructor: Megan M. LaBelle | | | | |
| LAW | 450A | e-Discovery | 1.000 | 1.000 | B+ | 3.330 |
| | | Instructor: JAMIE Edward BERRY | | | | |
| LAW | 752 | Intellectual Prop Transactions | 2.000 | 2.000 | A- | 7.340 |
| | | Instructor: Seth Alais Watkins | | | | |
| LAW | 946A | MLS Final Project | 2.000 | 2.000 | B- | 5.340 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.250 | Term Totals | 8.000 | 8.000 | 8.000 | 26.000 |
| Transfer Term GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined GPA | 3.250 | Combined Totals | 8.000 | 8.000 | 8.000 | 26.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.247 | Cum Totals | 27.000 | 27.000 | 27.000 | 87.670 |
| Transfer Cum GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.247 | Combined Totals | 27.000 | 27.000 | 27.000 | 87.670 |

**Law Career Totals**

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA: | 3.247 | Cum Totals | 27.000 | 27.000 | 27.000 | 87.670 |
| Transfer Cum GPA | | Transfer/Test/Other Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.247 | Combined Totals | 27.000 | 27.000 | 27.000 | 87.670 |

**End of Unofficial Transcript**



Page 2 of 2

< Back   To Home Page

Course History

## Course History

11-8

12 rows

| Class | Description | Term | Grade | Units | Status |
|---|---|---|---|---|---|
| LAW 434 | Intro to Intellectual Property | Fall 2020 | B+ | 3.00 | ◎ Taken > |
| LAW 450A | e-Discovery | Fall 2020 | B+ | 1.00 | ◎ Taken > |
| LAW 752 | Intellectual Prop Transactions | Fall 2020 | A- | 2.00 | ◎ Taken > |
| LAW 946A | MLS Final Project | Fall 2020 | B- | 2.00 | ◎ Taken > |
| LAW 201 | Administrative Law | Spring 2020 | B | 3.00 | ◎ Taken > |
| LAW 319 | Patent Prosecution | Spring 2020 | B+ | 2.00 | ◎ Taken > |
| LAW 678 | Patent Law | Spring 2020 | A- | 3.00 | ◎ Taken > |
| LAW 942 | Directed Research | Spring 2020 | A | 2.00 | ◎ Taken > |
| LAW 496 | Cyberlaw | Fall 2019 | B | 3.00 | ◎ Taken > |
| LAW 542 | Copyright Law | Fall 2019 | B- | 3.00 | ◎ Taken > |
| LAW 788A | Intrvw Coun Neg Skills | Fall 2019 | B+ | 3.00 | ◎ Taken > |
| MLA 201 | Legal Research and Writing | Spring 2019 | A | 3.00 | ◎ Taken > |

### Sidebar

- Course History
- View Grades
- View Unofficial Transcript
- My Program of Study
- Request Transcript
- View Transcript Status

5

40



0067099   11-24
Office AU #   1210(8)

**CASHIER'S CHECK**

SERIAL #: 6709905385

ACCOUNT #: 4861-513406

Remitter:   FELICIA WILLIAMS
Purchaser:   FELICIA WILLIAMS
Purchaser Account:   xxxxxx8451
Operator I.D.:   u832297
Funding Source:   Paper Item(s)

PAY TO THE ORDER OF   ***FELICIA B. WILLIAMS***

January 10, 2023

**\*\*Eight Thousand Six Hundred Ninety-Four and 00/100 -US Dollars \*\***

**\*\*$8,694.00\*\***

Payee Address:
Memo:   PENDING DIVORCE

WELLS FARGO BANK, N.A.
8711 GEORGIA AVE
SILVER SPRING, MD 20910
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE
AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 8,694.00

**NON-NEGOTIABLE**

**Purchaser Copy**

F8004 (10/19) 144263   10204192

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0067099   11-24
Office AU #   1210(8)

**CASHIER'S CHECK**

6709905385

Remitter:   FELICIA WILLIAMS
Operator I.D.:   u832297

PAY TO THE ORDER OF   ***FELICIA B. WILLIAMS***

January 10, 2023

**\*\*Eight Thousand Six Hundred Ninety-Four and 00/100 -US Dollars \*\***

**\*\*$8,694.00\*\***

Payee Address:
Memo:   PENDING DIVORCE

WELLS FARGO BANK, N.A.
8711 GEORGIA AVE
SILVER SPRING, MD 20910
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 8,694.00

*VOID*

Maurice Blair
CONTROLLER

(handwritten notes across the document:)

6709905385

$209 Aug 1-2021 last pymt rental

VA having while in school

Buyer refused to service me

Located all fund + Wells Fargo Bank Transaction Receipt

Bank Check

$8,694.00
$8,694.00

Branch #0067099 24

Total Amount of Checks   TOTAL

01/10/23   Transaction # 001 2004
09:16AM 01/10/23

99

employee who gained access to my account

who gained

Thank you BETZABETH access to my account and I hope deposits and/or withdrawals.

Step stealing my money!

filed 2023 CAB 000580

Insert 2023-19.020

6



WILLIAMS, FELICIA B
PAYCHECK
AY DAY IS                               08/2013
                                        October 1, 2013
OFFICER Serial No.:                     87264
Social Security Number:                 XXX-XX-6384
Admin. Code:                            DKKWCF2
Duty Station Zip:
BPED:                                   20993
Retirement Credit Date:                 06-05-2000
TGrade:                                 06-05-2000
                                        O5
Years of Service for Pay:               13
Federal Tax Status:                     Married
Federal Exemptions:                     1
Fed Tax Override:
State Tax Status:                       DC: Married

The TSP amount is the sum of percentage reductions applied to Base Pay (12.00%),
Incentive Pay (0.00%), Special Pays (0.00%) and Bonus Pays (0.00%).
The Defense of Marriage Act (DOMA) was found unconstitutional effective 06/26/2013. If you
are in a same gender MARRIAGE, please contact Compensation about your pay
entitlements.
How to contact Commissioned Corps Compensation:  The main telephone number is
301-427-3280 and fax numbers are 301-427-3431/3432.  Email inquiries should be sent to
Compensationbranch@psc.hhs.gov    All US Mail must go through screening at the Parklawn
Building mailroom, so the address for US Mail is 8455 Colesville Road, Suite 935, Silver
Spring, MD 20897-0001 (the Parklawn zip code)  The address for FEDEX, UPS, and courier
deliveries is directly to our physical location at 8455 Colesville Road, Suite 935, Silver Spring,
MD 20910.  Office hours are 0830 to 1630.  Appointments are encouraged.

| COMPENSATION | Earned | | | Year To Date |
|---|---|---|---|---|
| Base Pay | 7118.40 | | | 64065.60 |
| Basic Allowance Subsistence | 242.60 | | | 2183.40 |
| Basic Allowance Housing | 3231.00 | | | 29079.00 |
| DEDUCTIONS | Taken | | | Year To Date |
| Traumatic SGLI | 1.00 | | | 9.00 |
| Member SGLI | 28.00 | | | 234.00 |
| Spouse SGLI | 6.50 | | | 78.50 |
| TSP | 854.21 | | | 7416.41 |
| Dental Insurance Premium | 31.96 | | | 287.64 |
| COA Dues | 12.50 | | | 112.50 |
| TAXES | Withheld | Subject Wages | YTD Subject Wages | Year To Date |
| Federal-IncomeTax | 713.00 | 6264.19 | 56947.19 | 5501.00 |
| Federal-OASDI | 441.34 | 7118.40 | 64065.60 | 3972.07 |
| Federal-HI | 103.22 | 7118.40 | 64065.60 | 928.95 |
| District of Columbia-IncomeTax | 409.00 | 6264.19 | 56947.19 | 3729.00 |

It is your responsibility to thoroughly examine this statement.
If unexpected changes occur, contact the Compensation Branch at 301-427-3280.
If you are having problems viewing this online, please call the HELP DESK at 1-888-225-3302.

| Current Distribution of NET | 7391.27   YTD   72358.93 |
|---|---|
| ACH: (Checking) X4871 | 7391.27 |

PHS-6185-1 (2/2008) STATEMENT OF EARNINGS AND DEDUCTIONS

**Earnings Statement**
United States Public Health Service
Silver Spring, MD 20857-0001

Powered by Lyceum Business Services, LLC

**Important Notes**

SIMON WILLIAMS, FELICIA B
PAYCYCLE: 10/2014
PAY DAY IS October 31, 2014
OFFICER Serial No.:
Social Security Number
Admin Code
Duty Station Zip: 55850
BPED:
Retirement Credit Date: 08-05-2000
YGrade: 06
Years of Service for Pay: 14
Federal Tax Status: Married
Federal Exemptions: 1
Fed Tax Override
State Tax Status DC Married

The TSP amount is the sum of percentage reductions applied to Base Pay (12.00%), Incentive Pay (0.00%), Special Pays (0.00%) and Bonus Pays (0.00%).
Your 2014 tax statement (W-2) will be sent to the address shown on this statement. Tax statements are not forwarded. If the address is incorrect, a signed change of address request must be sent to Compensation. Take the time to review your year-to-date federal/state income tax withholding.
To change your withholding, submit a revised W-4 for Federal tax and a PHS-6353 for State tax.
How to contact Commissioned Corps Compensation: The main telephone number is 301-427-3280 and fax numbers are 301-427-3431/3432. Due to a requirement to screen all US Mail through the Parklawn mailroom, the address for US Mail has been changed back to the previous address of 5600 Fishers Lane, Room 4-50, Rockville, MD 20857-0001. The address for FEDEX, UPS, and courier deliveries is 8455 Colesville Road, Suite 935, Silver Spring, MD 20910 which is the physical office location. Office hours are 0830 to 1830. Appointments are encouraged.

*Oct 31 2014*

| COMPENSATION | Earned | | Year To Date |
|---|---|---|---|
| Base Pay | 7499.70 | | 73404.64 |
| Basic Allowance Subsistence | 246.24 | | 2462.40 |
| Basic Allowance Housing | 3231.00 | | 32310.00 |
| DEDUCTIONS | Taken | | Year To Date |
| Traumatic SGLI | 1.00 | | 10.00 |
| Member SGLI | 28.00 | | 268.00 |
| Spouse SGLI | 13.00 | | 94.00 |
| Dental Insurance Premium | 32.89 | | 328.90 |
| COA Dues | 12.50 | | 125.00 |

| TAXES | Withheld | Subject Wages | YTD Subject Wages | Year To Date |
|---|---|---|---|---|
| Federal-IncomeTax | 769.00 | 6599.74 | 84696.10 | 7380.09 |
| Federal-OASDI | 464.98 | 7499.70 | 73404.64 | 4551.09 |
| Federal-HI | 108.75 | 7499.70 | 73404.64 | 1064.37 |
| District of Columbia-IncomeTax | 437.00 | 6599.74 | 84696.10 | 4262.00 |

It is your responsibility to thoroughly examine this statement.
If unexpected changes occur, contact the Compensation Branch at 301-427-3280.
If you are having problems viewing this online, please call the HELP DESK at 1-888-225-3302.

Current Distribution of NET        $218.86   YTD  $1295.14
                                    8219.86

PHS-8155-1 (2/2008) STATEMENT OF EARNINGS AND DEDUCTIONS

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
RECEIVED 2023 JAN 18 P 1: 51

*10/19*

*43*

*30*

**Earnings Statement**
United States Public Health Service
Silver Spring, MD 20857-0001

Powered by Lyceum Business Services, LLC

**Important Notes**

BINION WILLIAMS, FELICIA B

| | |
|---|---|
| PAYCYCLE: | 01/2015 |
| PAY DAY IS | January 30, 2015 |
| FICER Serial No.: | 67264 |
| ial Security Number: | XXX-XX-XXXX |
| Admin Code: | DKKWCF2 |
| Duty Station Zip: | 20993 |
| BPED: | 06-05-2000 |
| Retirement Credit Date: | 06-05-2000 |
| TGrade: | O5 |
| Years of Service for Pay: | 14 |
| Federal Tax Status: | Married |
| Federal Exemptions: | 1 |
| Fed Tax Override: | |
| State Tax Status: | DC: Married |

The TSP amount is the sum of percentage reductions applied to Base Pay (12.00%), Incentive Pay (0.00%), Special Pays (0.00%) and Bonus Pays (0.00%).
CHANGE DENTAL INS DEDUCTION
This payment includes an increase in BAS plus a 1.0% Base/Pay cost of living adjustment.
TRICARE Dental Program rate increases in January 2015. For information go to www.metlife.com/tricare. Rate are $11.30 single/$33.88 family.
Contact Compensation if you have not received your 2014 annual tax statement (W-2) by February 10, 2015. For officers age 50 and over, the 2015 TSP Catch-up Form (TSP-U-1-C) can now be mailed to Compensation. TSP information is available at www.TSP.gov. If you desire a change in your 2015 withholding, submit a revised W-4 to the Compensation.
How to contact Commissioned Corps Compensation: The main telephone number is 301-427-3280 and fax numbers are 301-427-3431/3432. Due to a requirement to screen all US Mail through the Parklawn mailroom, the address for US Mail is 8455 Colesville Road, Suite 935, Silver Spring, MD 20857-0001. The address for FEDEX, UPS, and courier deliveries is 8455 Colesville Road, Suite 935, Silver Spring, MD 20910 which is the physical office location. Office hours are 0830 to 1630.
Appointments are encouraged.

| COMPENSATION | Earned | | Year To Date |
|---|---|---|---|
| Base Pay | 7574.70 | | 7574.70 |
| Basic Allowance Subsistence | 253.38 | | 253.38 |
| Basic Allowance Housing | 3231.00 | | 3231.00 |
| | | | |
| DEDUCTIONS | Taken | | Year To Date |
| Traumatic SGLI | 1.00 | | 1.00 |
| Member SGLI | 28.00 | | 28.00 |
| Spouse SGLI | 13.00 | | 13.00 |
| TSP | 908.98 | | 908.96 |
| Dental Insurance Premium | 33.88 | | 33.88 |
| COA Dues | 12.50 | | 12.50 |

| TAXES | Withheld | Subject Wages | YTD Subject Wages | Year To Date |
|---|---|---|---|---|
| Federal-IncomeTax | 765.00 | 6685.74 | 6685.74 | 765.00 |
| Federal-OASDI | 469.63 | 7574.70 | 7574.70 | 469.63 |
| Federal-HI | 109.83 | 7574.70 | 7574.70 | 109.83 |
| District of Columbia-IncomeTax | 409.00 | 6685.74 | 6685.74 | 409.00 |

It is your responsibility to thoroughly examine this statement.
If unexpected changes occur, contact the Compensation Branch at 301-427-3280.
If you are having problems viewing this online, please call the HELP DESK at 1-888-225-3302.

| Current Distribution of NET | 8308.28 | YTD | 8308.28 |
|---|---|---|---|
| ACH: (Checking) X4871 | | 's | 8308.28 |

**Earnings Statement**
United States Public Health Service
ROCKVILLE, MD 20852

Powered by Lyceum Business Services, LLC

**Important Notes**

BINION WILLIAMS, FELICIA B
PAYCYCLE:                               09/2022
PAY DAY IS                              September 30, 2022
OFFICER Serial No.:                     67284
Social Security Number:                 XXX-XX-6524
Admin Code:                             DKKWCF2
Duty Station Zip:                       20853
BPED:                                   06-05-2000
Retirement Credit Date:                 06-05-2000
TGrade:                                 O5
Years of Service for Pay:               22
Federal Tax Status:                     Married
Federal Exemptions:                     1
Fed Tax Override:
State Tax Status:          DC: Married

RETROACTIVE: Base Pay includes 6 days at $255.77 per day.
Total of $1534.62 paid (in Base Pay) for CAD at $255.77 per day pay period.
RETROACTIVE: Base Pay includes 1 days at $255.77 per day.
Total of $255.77 paid (in Base Pay) for CAD at $255.77 per day this pay period.
TRANSFER Season - All Transfers require submission of PHS-2874:Notice of Arrival.

If you TRANSFER or MOVE, you must send address changes DIRECTLY to FSB, since changes in other data systems do not change your payroll address. Your Notice of Arrival MUST be submitted in a timely fashion. Documents should submitted via email or through the electronic Corps Mass Communication System (eCMCS) in the CCMIS Officer Secure Area (OSA).

DO NOT MAIL DOCUMENTS TO CCHO.  Please send through eCMCS.

Update TSP contribution on Form TSP-U-1. For officers age 50 and over, 2022 SPILLOVER process for Catch-up Elections. See full details at www.TSP.gov.

How to contact Compensation: Email us at PHSCCHQCompensation@hhs.gov.  Stay current with Commissioned Corps issues by regularly visiting the Commissioned Corps website: https://dcp.psc.gov/ccmis.

*Yoyo* (handwritten)

| COMPENSATION | Earned | = Current | + Prior/Retro | Year To Date |
|---|---|---|---|---|
| LSL - Basic Pay | 12276.95 | 0.00 | 12276.95 | 12276.95 |
| LSL - BAS | 81.16 | 0.00 | 81.16 | 81.16 |
| LSL - BAH | 2761.44 | 0.00 | 2761.44 | 2761.44 |

| TAXES | Withheld | Subject Wages | YTD Subject Wages | Year To Date |
|---|---|---|---|---|
| Federal-IncomeTax | 2255.00 | 12276.95 | 12276.95 | 2255.00 |
| District of Columbia-IncomeTax | 924.00 | 12276.95 | 12276.95 | 924.00 |

18.36% (handwritten)

| ADVANCEMENTS | Given | | | Year To Date |
|---|---|---|---|---|
| Payment Advance | -11940.56 | | | -11940.56 |

*Claim? (handwritten)*
*FRAUD Not working (handwritten)*
*for recieving salad (handwritten)*

It is your responsibility to thoroughly examine this statement.
If unexpected changes occur, contact the Compensation Branch at 240-276-8769.
If you are having problems viewing this online, please call the HELP DESK at 1-888-225-3302.

| Current Distribution of NET | | | YTD |
|---|---|---|---|
| ACH (Checking) XXXXX3582 | | | |

*Not drug money (handwritten)*

PHS-7055-1 (2/2008) STATEMENT OF EARNINGS AND DEDUCTIONS

*Not tax evasion (handwritten)*
*filed 12-6-22 (handwritten)*
*45 40 (handwritten)*
*12pg (handwritten)*

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2023 JAN 18  P  1: 51
RECEIVED



**8501 Georgia Ave**
**Silver Spring, MD, 20910-3402**
**(301) 587-6565**

Terminal: 0227M600MIX01
3/21/2023 13:13
Receipt #: 02277SC5081
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 85 | ES B&W S/S White 8.5 x11 | 14.45 |

| | | |
|---|---|---|
| SubTotal | | 14.45 |
| District tax | | 0.00 |
| City tax | | 0.00 |
| County tax | | 0.00 |
| State tax | | 0.87 |
| Total | USD | $15.32 |

Acct #:************4564
CHASE VISA
Chip Read
Auth No.: 00045D
Mode: Issuer
AID: A0000000031010
NO CVM
CVM Result: 1F0002
TVR: 0000008000
IAD: 06021203602002
TSI: E800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



**Tell us how we're doing and
receive $7 off your next $40
print order. Complete our survey
by scanning the QR code below,
visit fedex.com/welisten**



Offer expires 6/30/2023

*$7 off print order of $40.00 or more. Discount applies to orders placed
in a FedEx Office store or online through FedEx Office® Print Online.
Offer is valid at time of purchase only, no cash value and may not be
discounted or credited toward past or future purchases, discount cannot
be used in combination with custom-bid orders, other coupons, or
discounts, including account pricing. Discount not valid on the following
products and services: finishing only orders, self-service print, photo
station, fax or scan, direct mail, FDDM® or postage. Does not apply to
shipping, Custom Branded boxes, rush or delivery charges. Does not
apply to retail products. No cash value. Offer void where prohibited or
restricted by law. Products, services and hours may vary by location.
© 2023 FedEx. All rights reserved. Offer expires 6/30/2023.

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
fedex.com/officeserviceterms for details.

I need ALL Years of Federal Service + Required Education for Military Retirement.

The End for

I am an Officer NOT Enlisted. USPHS does not have enlisted

Stupidity, Ignorance at Department of Health and Human Services / United States Public Health Service forever + DOJ + FBI + CIA + DoD! + DC Superior Court + US District Court + Merit System Protection Board + EEO everywhere.

→ Dr. [signature] 5-21-2023 ←

Ignorant military came to DHHS / USPHS seeking high rank. Fraud. You need a F_______ Degree Undergrad + Master to qualify. Then PhD, DDS, MD, or JD after Master

~~700~~ pages 683